B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# NORTHERN DIVISION

In re  FRE Real Estate, Inc.
 a Corporation
  fka Fenton Real Estate, Inc.
  fka TCI Park West II, Inc.
_____ ,
Debtor(s)

Case No.
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Reliant Energy Solutions<br>Dept 0954<br>PO Box 120954<br>Dallas TX  75312-0954 | Phone:<br>Reliant Energy Solutions<br>Dept 0954<br>PO Box 120954<br>Dallas TX  75312-0954 | Electricity | | $ 258,726.54 |
| 2<br>ABM Security Services<br>Dept 1088-03<br>PO Box 61000<br>San Francisco CA  94161 | Phone:<br>ABM Security Services<br>Dept 1088-03<br>PO Box 61000<br>San Francisco CA  94161 | Trade Debt | | $ 125,352.32 |
| 3<br>IBM<br>1501-1503 LBJ Freeway<br>Suite 300160<br>Dallas TX  75234 | Phone:<br>IBM<br>1501-1503 LBJ Freeway<br>Suite 300160<br>Dallas TX  75234 | Cost Recovery Overcharge | | $ 91,627.85 |
| 4<br>International Building Service<br>PO Box 59975<br>Dallas TX  75229 | Phone:<br>International Building Service<br>PO Box 59975<br>Dallas TX  75229 | Trade Debt | | $ 84,830.57 |

Page 1

B4 (Official Form 4) (12/07)

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 5<br>World Travel Partners<br>1505-1507 LBJ Freeway<br>Suite 500325<br>Dallas TX  75234 | Phone:<br>World Travel Partners<br>1505-1507 LBJ Freeway<br>Suite 500325<br>Dallas TX  75234 | Cost Recovery Overcharge | | $ 44,567.42 |
| 6<br>National Cable Comm<br>1505-1507 LBJ Freeway<br>Suite 500555<br>Dallas TX  75234 | Phone:<br>National Cable Comm<br>1505-1507 LBJ Freeway<br>Suite 500555<br>Dallas TX  75234 | Cost Recovery Overcharge | | $ 32,351.56 |
| 7<br>Crawford & Company<br>1501-1503 LBJ Freeway<br>Suite 300600<br>Dallas TX  75234 | Phone:<br>Crawford & Company<br>1501-1503 LBJ Freeway<br>Suite 300600<br>Dallas TX  75234 | Cost Recovery Overcharge | | $ 30,732.73 |
| 8<br>Motorola<br>1505-1507 LBJ Freeway<br>Suite 700700<br>Dallas TX  75234 | Phone:<br>Motorola<br>1505-1507 LBJ Freeway<br>Suite 700700<br>Dallas TX  75234 | | | $ 21,900.19 |
| 9<br>Cris Dessi<br>2015 William Lane<br>Carrollton TX  75006 | Phone:<br>Cris Dessi<br>2015 William Lane<br>Carrollton TX  75006 | Trade Debt | | $ 21,034.08 |
| 10<br>City Wide Building Services In<br>425 W.Mockingbird Lane<br>Dallas TX  75247 | Phone:<br>City Wide Building Services In<br>425 W.Mockingbird Lane<br>Dallas TX  75247 | Trade Debt | | $ 19,166.37 |
| 11<br>Oxea Corp<br>1505-1507 LBJ Freeway<br>Suite 500400<br>Dallas TX  75234 | Phone:<br>Oxea Corp<br>1505-1507 LBJ Freeway<br>Suite 500400<br>Dallas TX  75234 | Cost Recovery Overcharge | | $ 15,565.57 |

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 12<br>Mitec Net<br>4475 River Green Pkwy #300<br>Dulutjh GA 30096 | Phone:<br>Mitec Net<br>4475 River Green Pkwy #300<br>Dulutjh GA 30096 | Trade Debt | | $ 15,313.68 |
| 13<br>Champion Commercial Builders<br>PO Box 740095<br>Dallas TX 75374-0095 | Phone:<br>Champion Commercial Builders<br>PO Box 740095<br>Dallas TX 75374-0095 | Trade Debt | | $ 15,296.75 |
| 14<br>Heery International<br>1505-1507 LBJ Freeway<br>Suite 500700<br>Dallas TX 75234 | Phone:<br>Heery International<br>1505-1507 LBJ Freeway<br>Suite 500700<br>Dallas TX 75234 | Cost Recovery Overcharge | | $ 14,965.61 |
| 15<br>Entech Sales & Service<br>PO Box 650110<br>Dallas TX 75265-0110 | Phone:<br>Entech Sales & Service<br>PO Box 650110<br>Dallas TX 75265-0110 | Trade Debt | | $ 14,645.10 |
| 16<br>Boston Pizza<br>1501-1503 LBJ Freeway<br>Suite 100450<br>Dallas TX 75234 | Phone:<br>Boston Pizza<br>1501-1503 LBJ Freeway<br>Suite 100450<br>Dallas TX 75234 | Cost Recovery Overcharge | | $ 13,260.21 |
| 17<br>Britanna, Inc.<br>1501-1503 LBJ Freeway<br>Suite 100790<br>Dallas TX 75234 | Phone:<br>Britanna, Inc.<br>1501-1503 LBJ Freeway<br>Suite 100790<br>Dallas TX 75234 | Cost Recovery Overcharge | | $ 13,186.66 |
| 18<br>Kintetsu Global<br>1505-1507 LBJ Freeway<br>Suite 500405<br>Dallas TX 75234 | Phone:<br>Kintetsu Global<br>1505-1507 LBJ Freeway<br>Suite 500405<br>Dallas TX 75234 | Cost Recovery Overcharge | | $ 12,725.42 |
| 19<br>GA Snipe dba Plant Place<br>10704 Goodnight Lane<br>Dallas TX 75220 | Phone:<br>GA Snipe dba Plant Place<br>10704 Goodnight Lane<br>Dallas TX 75220 | Trade Debt | | $ 11,407.39 |

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 20<br>Computer Task Group<br>1501-1503 LBJ Freeway<br>Suite 100250<br>Dallas TX 75234 | Phone:<br>Computer Task Group<br>1501-1503 LBJ Freeway<br>Suite 100250<br>Dallas TX 75234 | Cost Recovery Overcharge | | $ 11,030.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Ronald F. Akin_____, _President_____ of the _Corporation_____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: _4/4/2011_    Signature _____
Name: _Ronald F. Akin_
Title: _President_

Page 4