Based on the preceding, the market value of the **leased fee interest** of subject **as is**, as of November 17, 2010, by Direct Capitalization, is as follows:

| | |
|---|---|
| Estimated Market Value, Fee Simple Interest | $41,785,000 |
| **Plus:** Present Value of Above-Market Rent | + 1,455,000 |
| **Estimated Market Value, Subject's Leased Fee Interest, As Is** | **$43,240,000** |

As noted earlier, the liquidation value estimate is presented later in the report.

Analysis of Data and Conclusions

# INCOME CAPITALIZATION APPROACH – FENTON CENTRE OFFICE BUILDINGS

The Income Capitalization Approach requires the appraiser to formulate a value estimate for the subject by converting projected net income into a single present value. This process is known as capitalization.

The approach to value requires four basic steps:

1. **Estimate potential gross income for the subject space on a stabilized basis and also over the term of the holding period according to the anticipated timing of the leases.**

2. **Using available market data, estimate a proper allowance for vacancy and credit loss forecast to occur during the projected period of ownership.**

3. **Estimate and project anticipated fixed and variable operating expenses to be incurred. Also estimate anticipated leasing commissions and refurbishment costs, as well as a reasonable allowance for replacements which the owner of the subject should expect during ownership.**

4. **Convert the resulting income stream into an estimate of value using a market-derived capitalization rate in the case of direct capitalization, and/or a discount rate in the discounted cash flow (DCF) analysis (yield capitalization).**

## Potential Gross Income Estimate

Given that the purpose of this appraisal assignment is estimation of the subject's leased fee interest, the subject's gross potential annual income must consider existing contract rent. We will estimate potential gross income first on a stabilized basis for use in direct capitalization. The potential gross income of the subject over the term of the holding period, according to the anticipated timing of the leases, will be discussed later as it relates to the DCF analysis.

## Market Rent

To estimate current market rent, we have surveyed several comparable properties and analyzed the subject's current contract rent. Those nearby properties considered in this comparative analysis are summarized on the following page; detailed descriptions are in the Addenda.

HC 00126

## SUMMARY OF OFFICE LEASE COMPARABLES – FENTON CENTRE

| Comp. Number | Building Name/Address | Year Built | No. Stories | RSF | Quoted Rental Rate/SF/Year | Owner Expenses | Current Occupancy | T.I. Refit Allowance/SF | Overall Comparability |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Browning Place II/1603 LBJ Freeway | 1985 | 8 | 201,405 | $17.00-19.00 +E | Base year minus E | 74% | $2.00-3.00/year | Similar |
| 2 | Browning Place III/1605 LBJ Freeway | 1985 | 8 | 243,168 | 17.00-19.00 +E | Base year minus E | 34% | 2.00-3.00/year | Similar |
| 3 | Two Hickory Centre/1750 Valley View Lane | 1999 | 4 | 97,117 | 17.00 +E | Base year minus E | 76% | 2.00-3.00/year | Similar |
| 4 | Four Hickory Centre/1755 Wittington Place | 2002 | 9 | 226,911 | 18.50 – 20.00 +E | Base year minus E | 77% | 2.00-3.00/year | Similar |
| 5 | One Hickory Centre/1800 Valley View Lane | 1999 | 4 | 102,615 | 17.50-19.50 | Base year minus E | 100% | 2.00-3.00/year | Similar |
| Subject | Fenton Centre/1501-1507 LBJ Freeway | 1985, 1988 | 7 | 696,458 | 18.00 +E | Base Year minus E | 53% (a) 82% (p) | - | - |

E = Tenant Electricity; (a) = actual; (p) = pro forma



Lease No. 1

Lease No. 2

Lease No. 3

Lease No. 4

Lease No. 5

C. __ON DANNIS, INC.

10102019C

HC 00127

# Office Lease Comparable Map



10102019-off office lease map

CROSSON DANNIS, INC.

HC 00128

## SALIENT FEATURES COMPARISON GRID

| Comp. No. | Rental Rate/Year | Location | Age/ Condition | Quality/Design | Owner Expenses | Amenities | All factors considered, comparable's rent/SF, in comparison to subject, should be. . . |
|---|---|---|---|---|---|---|---|
| 1 | $17.00-19.00 +E | Similar | Similar | Similar | Similar | Similar | Similar |
| 2 | 17.00-19.00 +E | Similar | Similar | Similar | Similar | Similar | Similar |
| 3 | 17.00 +E | Slt. Inferior | Superior | Similar | Similar | Slt. Inferior | Similar |
| 4 | 18.50-20.00 +E | Slt. Inferior | Superior | Similar | Similar | Slt. Inferior | Similar |
| 5 | 17.50-19.50 +E | Slt. Inferior | Superior | Similar | Similar | Slt. Inferior | Similar |

‌SON DANNIS, INC.

10102019C~

HC 00129

## Comparable Lease Analysis

The five comparable office lease properties are summarized on the preceding grid. Based on our qualitative analysis found on the following page, the subject's quoted rental rates should be similar to their quoted lease rate range of $17.00-$20.00/SF +E.

The subject's leasing agent is quoting a lease rate of $18.00-$20.00/SF +E. (According to CoStar, the subject's quoted lease rate range is $17.00-$20.00/SF +E). The higher end of the range is quoted for spaces higher in the building and primarily for leases with a higher negotiated tenant improvement allowance.   The $18.00/SF rate is for "as is" lease transactions; the $20.00/SF lease rate represents a TI allowance of $20-25/SF for a 5-year to 7-year lease term. Typically, one month of free rent per year of term is quoted.

The subject property has signed four leases (new and renewal) over the past 12 months totaling 10,889 square feet. These terms of these leases are summarized in the following chart.

| SUMMARY OF LEASES SIGNED PAST 12 MONTHS | | | | | |
|---|---|---|---|---|---|
| Tenant Name | Begin Date | Size | Lease Rate/SF | Free Rent | Term (Mos.) |
| Just Energy Texas | Mar-10 | 3,894 | $19.50 | 5.0 | 65 |
| Interactive TKO | Apr-10 | 2,714 | $23.00 | 0.0 | 19 |
| Barlow, Garsek & Simon | Oct-10 | 1,469 | $9.80 | 0.0 | 12 |
| Omnilink Corporation | Oct-10 | 2,812 | $9.00 | 2.5 | 63 |
| **Totals/Averages** | | **10,889** | **$16.35** | **2.4** | **46** |

As shown from the preceding chart, subject's two most recently signed leases had rates ranging from $9.00/SF to $9.80/SF. These rates are at least half of the other two recently signed leases which range from $19.50/SF to $23.00/SF and are not considered representative of the current marketplace. The high end of this range ($23.00/SF) was an expansion lease for an existing tenant. Therefore, it is likely that a premium was paid.

Based upon the foregoing, a market rent of **$18.00/SF +E** is considered reasonable given the large amount of vacant space not only in the subject property, but in the lease comparables as well.  As is the case in any property the size and quality of subject, however, actual contract rent for any specific suite can – and most likely will – vary depending on multitude of factors, including (but certainly not limited to): actual finish-out allowance; credit worthiness of tenant; term; and the actual timing of the lease negotiations. On average, however, the above estimated market rental rate is suitable and supportable for appraisal purposes, when considered in the aggregate.

HC 00130

**Fenton Centre Property**                                   Analysis of Data and Conclusions

In the current marketplace, it is not typical for contract rent to increase during the lease term. Our selection of market rent does not include an annual escalator. A typical five-year term is used. Tenant finish-out is estimated to average $25.00/SF on new leases; $5.00/SF on renewals. It should be noted that the subject property has six vacant floors. As mentioned earlier, the appraisers were unable to inspect these spaces. It is believed that they are currently configured to be single-tenant floors. Therefore, if the floor were to be reconfigured to be a multi-tenant floor, a multi-tenant corridor would need to be installed.

## Analysis of Contract Rents

Subject's rent roll is summarized on the following page.

HC 00131

| SUBJECT RENT ROLL – FENTON CENTRE | | | | | | |
|---|---|---|---|---|---|---|
| Tenant Name | Suite | Start Date | End Date | Size (SF) | Current Rent/SF | Rent/Year Total |
| Occupied Space: | | | | | | |
| McGuyer Homebuilders | 100100 | 05/00 | 09/13 | 6,322 | $21.00 | $132,762 |
| Just Energy Texas L.P | 100150 | 03/10 | 07/15 | 3,894 | 19.50 | 75,933 |
| Red Hat | 100200 | 03/07 | 01/13 | 6,653 | 19.00 | 126,407 |
| Computer Task Group | 100250 | 12/06 | 01/13 | 13,213 | 22.00 | 290,686 |
| Boston Pizza Restaurants | 100450 | 09/03 | 12/12 | 14,065 | 21.00 | 295,365 |
| Lightfoot Guest Moore CPA | 100500 | 02/02 | 04/13 | 3,543 | 20.50 | 72,632 |
| Rossi Group, Ltd. | 100510 | 12/08 | 02/11 | 1,250 | 22.00 | 27,500 |
| Barlow, Garsek & Simon | 100520 | 10/10 | 09/11 | 1,469 | 9.80 | 14,396 |
| White Rock Commercial | 100550 | 07/06 | 12/10 | 3,659 | 20.00 | 73,180 |
| Omnilink Corporation | 100595 | 09/10 | 11/15 | 2,812 | 9.00 | 25,308 |
| Multiplan, Inc. | 100650 | 11/97 | 12/10 | 6,439 | 22.00 | 141,658 |
| Imagine Solutions | 100790 | 11/99 | 02/17 | 11,770 | 20.20 | 237,754 |
| CIMA Solutions Group | 300110 | 05/08 | 02/12 | 4,141 | 22.00 | 91,102 |
| Creative Cuisine | 300150 | 09/04 | 08/14 | 7,978 | 3.00 | 23,934 |
| IBM | 300160 | 02/03 | 01/13 | 2,068 | 20.75 | 42,911 |
| IBM | 300300 | 02/03 | 01/13 | 75,433 | 20.75 | 1,565,235 |
| Crawford & Company | 300600 | 03/07 | 03/18 | 34,215 | 20.25 | 692,854 |
| Safeway Insurance | 500170 | 03/97 | 02/14 | 7,552 | 20.25 | 152,928 |
| Ethicon | 500175 | 01/09 | 02/13 | 2,050 | 21.00 | 43,050 |
| Regis Property Management | 500180 | 12/06 | MTM | 4,078 | 21.00 | 85,638 |
| PracticeHwy.com | 500200 | 06/08 | 05/15 | 3,405 | 18.25 | 62,141 |
| Interactive TKO | 500220 | 03/06 | 05/11 | 9,969 | 20.42 | 203,567 |
| BCD Travel/World Travel | 500325 | 02/01 | 07/11 | 10,591 | 18.50 | 195,934 |
| Vollmer Public Relations | 500340 | 01/01 | 12/10 | 6,410 | 18.00 | 115,380 |
| Visto Corporation | 500350 | 07/09 | 10/12 | 3,585 | 21.24 | 76,145 |
| Oxea Corporation | 500400 | 10/07 | 05/15 | 13,189 | 22.38 | 295,170 |
| Kintetsu Global IT | 500405 | 05/08 | 05/13 | 14,297 | 19.75 | 282,366 |
| National Cable Communication | 500555 | 04/00 | 03/11 | 17,615 | 20.75 | 365,511 |
| BCD Travel/World Travel | 500600 | 02/01 | 07/11 | 34,567 | 18.50 | 639,490 |
| Heery Int'l Inc. | 500700 | 10/08 | 10/15 | 16,807 | 21.90 | 368,073 |
| Motorola | 700700 | 12/07 | 05/13 | 24,595 | 21.50 | 528,793 |
| Total Occupied Space | | | 53% | 367,634 | $19.98 | $7,343,803 |
| | | | | | | |
| Total Vacant Space | | | 47% | 328,824 | 18.00 | 5,918,832 |
| Grand Total | | | 100% | 696,458 | $19.04 | $13,262,635 |

Subject's current contract rent level ($19.98/SF) is 11% higher than our market rent selection of $18.00/SF. Therefore, we will make an adjustment for above-market rents in order to derive subject's "as is" value.

HC 00132

Subject's largest tenant (which has its name one of the building's exteriors) is IBM. IBM leases 77,501 square feet comprised of 2,068 square feet on the first floor and all of floors 3-5 of subject's 1503 LBJ building. According to CoStar, this entire space is available fo sublease through January 31, 2013 (and January 31, 2015 for 26,573 square feet). It is considered unlikely that this entire space would be subleased given its large size, limited remaining term and varying expiration dates. Therefore, for purposes of this analysis, **we assume that IBM (which is currently occupying their space) does not renew its lease**.

## Potential Gross Rental Income

Given the preceding, the subject's potential gross rental income, based on subject's **contract** rents, is as follows:

| SF | Rent/SF | Total Annual Contract Rent |
|---|---|---|
| 696,458 | $19.04 | $13,262,635 |

Further, the subject's potential gross rental income, based on subject's **market** rents, is as follows:

| SF | Rent/SF | Total Annual Market Rent |
|---|---|---|
| 696,458 | $18.00 | $12,536,244 |

Thus, current contract rents, which include about 77,000 square feet leased to IBM at $20.75/SF, are about 5% above our estimate of market rent.

## Other Income

Other income sources for Fenton Centre include expense recoveries, parking income, backcharge utilities and miscellaneous income. Expense recoveries include those expenses above the tenant's base year expense stops. Historical and budgeted operating expense recoveries reported for the subject are shown in the following chart.

| Year | Average Occupancy | Expense Recoveries | Parking Income | Backcharge Utilities | Misc. Income | Total Other Income |
|---|---|---|---|---|---|---|
| 2007 | 74% | $1,196,456 | $50,659 | $173,943 | $109,690 | $1,530,748 |
| 2008* | NAV | 1,734,235 | 5,820 | 179,573 | 97,338 | 2,016,966 |
| 2009 | 48% | 733,794 | In Misc. | In Misc. | 197,707 | 931,501 |
| 2010** | NAV | 847,424 | (750) | 102,707 | 72,864 | 1,022,245 |
| CDI Proforma | 82% | 1,023,669 | 10,000 | 100,000 | 100,000 | 1,233,669 |
| DCF – Year 1 | 53% | 872,159 | 10,000 | 100,000 | 100,000 | 1,082,159 |
| DCF – Year 2 | 63% | 950,097 | 10,300 | 103,000 | 103,000 | 1,166,397 |
| DCF – Year 3 | 65% | 929,161 | 10,609 | 106,090 | 106,090 | 1,151,950 |
| DCF – Year 4 | 78% | 1,101,632 | 10,921 | 109,273 | 109,273 | 1,331,099 |
| DCF – Year 5 | 82% | 1,204,127 | 11,255 | 112,551 | 112,551 | 1,440,484 |

*Annualized based on data through October 20th.  **Actual data through October, budget for November/December.

HC 00133

Referring to the forthcoming DCF, we have estimated recoveries at **$1,023,669** (Year 5 discounted to a present value).

## Potential Gross Income Estimate

The resulting potential gross income for the subject is as follows:

|  | Contract Rent | Market Rent |
|---|---|---|
| Potential Gross Rental Income | $13,262,635 | $12,536,244 |
| **Plus:** Other Income | + 1,233,669 | + 1,233,669 |
| **Potential Gross Income** | **$14,496,304** | **$13,769,913** |

As seen, we estimate potential gross income, using market rents, is about 5.2% above current "contract" income.

## Rent Concessions

Rent concessions are currently prevalent in the submarket. All of the five lease comparables are offering one month of free rent for each year of term signed. For purposes of our analysis, we estimate six months of free rent for the subject property during the lease-up period only (Years 1-4).

## Vacancy and Credit Loss

Vacancy loss and loss due to lease defaults are typically expressed as a percentage of potential gross income and then converted into a dollar amount. In order to estimate anticipated vacancy and credit loss for the subject, relevant market data sources have been researched. The specific characteristics of the subject, including actual lease expiration dates, are taken into consideration regarding its competitive position in the marketplace.

Since an estimate of stabilized occupancy takes into account both time periods when supply exceeds demand and when demand meets or exceeds supply, the longer term must be considered. Such consideration eliminates distortions caused by temporary imbalances in supply and demand.

At the end of the third quarter 2010, the DFW Freeport/Coppell submarket occupancy was 81.9%, up 90 basis points in the last three months and 170 basis points year-over-year. Supply/demand imbalances, however, have caused submarket occupancy to fall 550 basis points since year-end 2006. According to Costar, there was almost 2.0 million square feet of vacant office space within the submarket at the end of the third quarter 2010. Submarket occupancy is currently 130 basis points greater than the overall Dallas area (80.6%).

The graph on the following page shows occupancy trends for the submarket and the Dallas area.

HC 00135



Average year-end occupancy rates over the past ten years for the DFW Freeport/Coppell submarket are listed in the following chart.

| Period | DFW Freeport/Coppell Submarket | Dallas Area | Subject Property |
|---|---|---|---|
| 4Q 2001 | 83.7% | 81.8% | 92.7% |
| 4Q 2002 | 82.8% | 80.4% | 89.9% |
| 4Q 2003 | 83.5% | 79.4% | 89.9% |
| 4Q 2004 | 86.0% | 80.4% | 86.0% |
| 4Q 2005 | 87.4% | 81.5% | 87.5% |
| 4Q 2006 | 87.4% | 82.2% | 68.2% |
| 4Q 2007 | 84.1% | 82.3% | 67.4% |
| 4Q 2008 | 79.7% | 82.2% | 60.9% |
| 4Q 2009 | 80.0% | 80.9% | 64.8% |
| 4Q 2010 (e) | 81.9% | 80.6% | 52.6% |
| Range | 79.7% - 87.4% | 79.4% - 82.3% | 52.6% - 92.7% |
| Average | 83.7% | 81.2% | 76.0% |

Given the preceding and considering subject's historical and current occupancy rate, we forecast an average, stabilized occupancy for subject of 83%. Allowing a nominal 1.0% for credit loss, total vacancy and credit loss is stabilized at **18%.**

HC 00136

## Effective Gross Income Analysis

The resulting effective gross income (EGI) for the subject is as follows:

|                                          | Contract Rent | Market Rent   |
|------------------------------------------|---------------|---------------|
| Potential Gross Income                   | $14,496,304   | $13,769,913   |
| **Less:** Vacancy and Credit Loss (18%)  | - 2,609,335   | - 2,478,584   |
| **Effective Gross Income**               | **$11,886,969** | **$11,291,329** |

Historical, proforma and projected EGI data are summarized below:

| Year                      | EGI          | % Occ. |
|---------------------------|--------------|--------|
| 2007                      | $11,435,440  | 74%    |
| 2008*                     | 9,252,194    | NAV    |
| 2009                      | 9,092,288    | 48%    |
| 2010**                    | 8,181,245    | NAV    |
| CDI Proforma At Contract  | 11,886,969   | 82%    |
| CDI Proforma at Market    | 11,291,329   | 82%    |
| DCF – Year 1              | 8,017,894    | 53%    |
| DCF – Year 2              | 8,986,043    | 63%    |
| DCF – Year 3              | 8,961,437    | 65%    |
| DCF – Year 4              | 10,575,357   | 78%    |
| DCF – Year 5              | 11,570,440   | 82%    |
| *Annualized based on data through October 20th.  **Actual data through October, budget for November/December. | | |

Our stabilized EGI estimate is considered reasonable given our stabilized occupancy rate of 82%. Our DCF estimate for Year 1 of $8,017,894 is slightly lower than the estimated EGI for 2010 of $8,181,245. This is primarily due to the 75,461 square feet of Year 1 lease expirations. It declines further with the projected loss of IBM; subject's largest tenant.

## Expenses

Operating expenses are the annual expenses or annual cash outflows borne by the owner/investors of income-producing properties as the necessary cost of generating gross income. The expense figures used are typical of stabilized annual cash expenses to be paid by the owner of the property over the income projection period.

Comparable office properties in the subject market area are typically leased on a gross basis with the landlord responsible for all expenses. The tenant will generally pay increases over the base year amount.

HC 00137

As a means of determining fixed and variable expenses experienced by office properties in the subject's market area, we have obtained expense data on similar office buildings in the Dallas suburban area and referred to the *Experience Exchange Report*, an income and expense analysis published annually by the Building Owners and Managers Association (BOMA) International.

The following table illustrates expenses per square foot of rentable area for suburban office buildings in the Dallas suburban area for 2008. The data are for properties with more than 600,000 square feet, and are **not** adjusted for age. The data are presented on a **rentable area** basis and, thus, include expenses for common areas. The BOMA tabulation does not consider tenant alterations, reserves for replacement or leasing commissions (including marketing) as operating expenses.

| TYPICAL EXPENSES – 2008<br>DALLAS AREA SUBURBAN OFFICE BUILDINGS (600,000+ SF) | | |
|---|---|---|
| | Dollars/SF | |
| Category | Average | Median |
| Cleaning | $0.84 | $0.78 |
| Repair/Maintenance | 1.26 | 1.21 |
| Utilities | 2.16 | 2.11 |
| Roads/Grounds | 0.10 | 0.13 |
| Security | 0.49 | 0.48 |
| Administrative | 0.93 | 1.01 |
| Total Operating Expenses | 5.05 | 4.91 |
| Fixed Expense | 3.79 | 3.82 |
| **Total Operating and Fixed** | **$8.84** | **$8.33** |

It should be noted that each BOMA individual category, including the totals category, stands by itself. A survey report may be returned to BOMA with information on cleaning and utilities only. These two items will be used to compute statistics in these two categories, but the report will be removed from the totals computation. **Thus, figures in the individual expense categories may not add up to the totals shown.**

Individual expense categories, on a SF/NRA basis, as utilized in the following pro forma operating statement and DCF analysis, are defined as follows[1]:

> **Taxes** are based on the estimated amount to be collected by the various taxing entities with jurisdiction over the subject. See Tax Analysis section for a complete discussion on taxes.

> **Insurance** includes the cost of fire, theft, boiler explosion, rent fidelity bonds and extended coverage premiums, prorated on an annual basis. It generally includes all insurance payments other than those related to employee benefits.

Case 11-42042-dml11   Doc 30-10   Filed 04/11/11   Entered 04/11/11 15:34:21   Desc
Exhibit D - Part 7 - Appraisal   Page 15 of 24

**Fenton Centre Property**                                    **Analysis of Data and Conclusions**

**Utilities** include all utility expenses (electricity, gas, sewer, water and trash removal) to the owner prior to recapture from tenants.

**Cleaning/Janitorial services** cover the cost of employing contract labor and purchasing the supplies to clean the building.

**Roads/Grounds/Security** covers the cost of employing contract labor to perform landscaping and security duties.

**Repairs/maintenance** includes cost of painting; equipment maintenance and repair contracts; miscellaneous carpentry, plumbing, electrical work, carpentry, roofing, masonry and plastering; and all related contracting services not performed by normal building staff or included in other categories. In addition, this category includes an Association expense, most likely for subject's prorata share of common area upkeep. We were unable to receive a copy of the Agreement which explained in more detail what this expense was for and how it was calculated. We estimated this total expense primarily by subject's historical data.

**General and Administrative** costs include payroll, legal and auditing fees, engineering or architectural fees, office supplies and equipment, telephone use, and/or professional dues.

**Management fee** covers the administrative cost for off-premises management of the property. This expense is strictly a function of actual monies collected on a percentage basis. For pro forma purposes, a professional third party management fee of **2.0%** of effective gross income is used.

Subject's actual operating expenses for 2007-2010 and our proforma estimate of expenses for the subject are summarized in the following table.

| FENTON CENTRE - EXPENSES/SF SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Item** | **2007 Actual** | **2008 Actual\*** | **2009 Actual** | **2010 Actual\*\*** | **CDI Proforma** | **CDI DCF Yr. 1** | **CDI DCF Yr. 5** |
| **Average Occupancy:** | 74% | NAV | 48% | NAV | 82% | 53% | 82% |
| **Expenses:** | | | | | | | |
| Administration | $0.54 | $0.63 | $0.62 | $0.65 | $0.65 | $0.65 | $0.73 |
| Management Fee | 0.63 | 0.46 | 0.50 | 0.41 | 0.35 | 0.23 | 0.33 |
| Janitorial/Cleaning | 0.58 | 0.60 | 0.60 | 0.48 | 0.80 | 0.50 | 0.90 |
| Roads/Grounds/Security | 0.55 | In R/M | In R/M | 0.59 | 0.60 | 0.60 | 0.68 |
| Repairs/Maintenance | 1.30 | 1.77 | 1.68 | 1.04 | 1.75 | 1.75 | 1.97 |
| Utilities | 2.47 | 2.91 | 1.71 | 1.84 | 2.60 | 2.00 | 2.93 |
| Real Estate Taxes | 2.46 | 2.69 | 1.78 | 1.94 | 2.11 | 2.11 | 2.37 |
| Insurance | 0.26 | 0.27 | 0.26 | 0.26 | 0.27 | 0.27 | 0.30 |
| Marketing | 0.05 | 0.06 | 0.06 | 0.03 | 0.10 | 0.10 | 0.11 |
| **Total Expenses** | **$8.84** | **$9.39** | **$7.01** | **$7.24** | **$9.23** | **$8.21** | **$10.32** |
| \*Annualized based on data through October 20th. \*\*Actual data through October, budget for November/December. | | | | | | | |

**Analysis of Data and Conclusions**

Our stabilized estimate of expenses for subject is considered reasonable based on its historical expense levels, occupancies and current market data.

The preceding lease comparables quote the following expense stops, including electricity:

| Comp No. | Expenses/SF |
|----------|-------------|
| 1 | $8.61 |
| 2 | 7.45 |
| 3 | 8.97* |
| 4 | 8.42 |
| 5 | 9.86 |
| *Electricity estimated at $2.00/SF. | |

It should be noted, however, that the expenses indicated previously do not include alterations expense, leasing commissions or reserves, which will be included in the DCF analysis to derive net cash flow before debt service. These are defined as follows:

**Leasing Commissions** are based on an average anticipated lease term for the typical space of five years; tenant turnover serves as a basis to estimate the leasing commission expenses. In the subject market, new leases made during the holding period are typically cashed-out at an average of 6.75% of total income over the primary and renewal lease term. Although this cost is not a line item expense, but rather a cost incurred based upon the timing of the leases, it must be recognized as an additional expense to the investor and will be considered in our DCF analysis.

**Refurbishment (Alterations)** is the expense to refurbish a lease space **either** when a tenant moves out **or** as typically required upon lease renewal. In order to attract a new tenant to existing lease space, management will typically remodel or refurbish the space to meet the requirements of the lessee. Also, to keep tenants from vacating when leases expire, some tenant improvements are typically necessary upon renewal. For purposes of our analysis we have utilized an average refurbishment expense of $20.00 per square foot for a new lease; $5.00/SF for a renewal.

The weighted average is therefore $9.50/SF, based on the 70% renewal probability. This cost is not a line item expense, but rather a cost incurred based upon the timing of the leases, which must be recognized as an additional expense to the investor and will be considered in our DCF analysis.

**Replacement Reserves** are items that have a relatively long life, but would require replacement before the end of the term of ownership. They are treated as a deduction from effective gross income on an annual basis and put aside annually to replace items as they wear out. This is estimated to be **$0.10/SF**. Support for our selection comes from the latest (third quarter 2010) Korpacz Real Estate Investor Survey, which, for the Dallas office market, indicates a range of $0.15/SF to $0.25/SF. Hence, our estimated amount is deemed reasonable given subject's relatively large size.

## Net Operating Income

Utilizing the preceding, the pro forma stabilized net operating income statement for the subject below.

| FENTON CENTRE<br>STABILIZED PRO FORMA ANALYSIS AT CONTRACT RENTS<br>(based on 696,458 RSF) | | | |
|---|---|---|---|
| | **Total** | | **Per SF** |
| **Income** | | | |
| Potential Gross Income | | | |
| Rental Income | $13,262,635 | | $19.04 |
| Other Income | + 1,233,669 | | 1.77 |
| **Potential Gross Annual Income** | 14,496,304 | | 20.81 |
| **Less:** Vacancy and Credit Loss (18%) | - 2,609,335 | | 3.75 |
| **Effective Gross Income** | | $11,886,969 | $17.07 |
| **Expenses** | | | |
| Real Estate Taxes | $1,466,329 | | $2.11 |
| Insurance | 188,044 | | 0.27 |
| Utilities | 1,810,791 | | 2.60 |
| Cleaning/Janitorial | 557,166 | | 0.80 |
| Roads/Grounds/Security | 417,875 | | 0.60 |
| Repairs/Maintenance | 1,218,802 | | 1.75 |
| General and Administrative | 452,698 | | 0.65 |
| Marketing | 69,646 | | 0.10 |
| Management Fee (2% of EGI) | 237,739 | | 0.34 |
| Total Expenses | | - 6,419,090 | $ 9.22 |
| **STABILIZED NET OPERATING INCOME** | | **$5,467,879** | **$7.85** |

**Fenton Centre Property**  **Analysis of Data and Conclusions**

| FENTON CENTRE STABILIZED PRO FORMA ANALYSIS AT MARKET RENTS (based on 696,458 RSF) | | | |
|---|---|---|---|
| | **Total** | | **Per SF** |
| **Income** | | | |
| Potential Gross Income | | | |
| Rental Income | $12,536,244 | | $18.00 |
| Other Income | + 1,233,669 | | 1.77 |
| **Potential Gross Annual Income** | 13,769,913 | | 19.77 |
| **Less:** Vacancy and Credit Loss (18%) | - 2,478,584 | | 3.56 |
| **Effective Gross Income** | | $11,291,329 | $16.21 |
| **Expenses** | | | |
| Real Estate Taxes | $1,466,329 | | $2.11 |
| Insurance | 188,044 | | 0.27 |
| Utilities | 1,810,791 | | 2.60 |
| Cleaning/Janitorial | 557,166 | | 0.80 |
| Roads/Grounds/Security | 417,875 | | 0.60 |
| Repairs/Maintenance | 1,218,802 | | 1.75 |
| General and Administrative | 452,698 | | 0.65 |
| Marketing | 69,646 | | 0.10 |
| Management Fee (2% of EGI) | 225,827 | | 0.32 |
| Total Expenses | | - 6,407,178 | $ 9.20 |
| **STABILIZED NET OPERATING INCOME** | | **$4,884,151** | **$7.20** |

Historical, proforma and projected NOI data are summarized below:

| Year | NOI | % Occ. |
|---|---|---|
| 2007 | $5,263,793 | 74% |
| 2008* | 2,713,667 | NAV |
| 2009 | 4,213,420 | 48% |
| 2010** | 3,118,348 | NAV |
| CDI Proforma at Contract | 5,467,879 | 82% |
| CDI Proforma at Market | 4,884,151 | 82% |
| DCF – Year 1 | 2,302,997 | 53% |
| DCF – Year 2 | 2,910,581 | 63% |
| DCF – Year 3 | 2,598,917 | 65% |
| DCF – Year 4 | 3,789,474 | 78% |
| DCF – Year 5 | 4,381,868 | 82% |
| *Annualized based on data through October 20th.  **Actual data through October, budget for November/December. | | |

Our stabilized proforma estimate is considered reasonable given our stabilized occupancy rate and subject's above-market rents.  Our DCF – Year 1 estimate of NOI is lower than subject's 2010 data.    This is due primarily to our higher estimated expense for repairs/maintenance and our slightly higher tax expense.

## Capitalization

Capitalization is a process in which projected net income is converted into a single value estimate.  This value is the amount that a typical, prudent purchaser or investor would be willing to pay, as of the date of the appraisal, for the right to receive all future net proceeds generated by the property.   To derive this present value figure, the income stream must be discounted to the present at an appropriate rate.

There are alternative methods of converting future benefits into present value, including **direct capitalization**.  This method involves dividing the net operating income (NOI) of a property by its selling price, resulting in an overall rate (OAR), also known as a capitalization rate.  If the comparables from which the OARs are derived are truly similar to the subject, they will produce a narrow range from which an appropriate rate can be selected and applied to the subject's estimated NOI.

Although there are dissimilarities between the subject and available comparables, it is believed that the OARs shown subsequently offer a reliable basis for estimating an appropriate rate for the subject.

**Fenton Centre Property**                                    **Analysis of Data and Conclusions**

| Comp. No. | Name | D.O.S. | Y.O.C. | % Occupied | Overall Rate (%) |
|-----------|------|--------|--------|-----------|------------------|
| 1 | Canal Centre | 09/10 | 1983 | 11% | NAV |
| 2 | 750 Canyon Drive | 09/10 | 1998 | 83% | 7.12% |
| 3 | Heritage Square | 10/09 | 1978, 1980 | 70% | 9.56% |
| 4 | Providence Towers | 04/09 | 1986 | 88% | 9.40% |
| p-pro forma; a-actual | | | | | |

The OARs indicated by the preceding comparables range from 7.12% to 9.56%. Because these OARs reflect adjustments for cash equivalency, the effect of financing has already been considered. All are mid- to high-rise suburban office buildings in the Dallas area.

Typically, the OAR is influenced by such factors as the improvement's age, condition, size, and location; the stability of its income stream; its occupancy at the time of sale; and the asset's appreciation potential. Where a comparable property is deemed to be superior in these aspects, the indicated OAR for the subject is higher than that of the comparable. Where the comparable is inferior, the subject's indicated OAR is lower.

The sales are presented and discussed in the Sales Comparison Approach. In addition to the comparable sales, we have also analyzed OAR trends reported in the Korpacz Report and the RERC Investor Survey.

The data are summarized below. All survey data are as of third quarter 2010.

| Source | OAR Range | OAR Average |
|--------|-----------|-------------|
| Comparable Sales | 7.12-9.56% | 8.69% |
| Korpacz – US Suburban | 6.00-11.50% | 8.40% |
| Korpacz – Dallas | 7.00-11.50% | 8.76% |
| RERC – US | NAV | 8.10% |
| RERC – Dallas/Fort Worth | NAV | 8.40% |
| RERC – South 2nd Tier | 7.00-11.00% | 9.10% |

Based upon the preceding, giving weight to subject's average location, tenancy, quality and condition, and considering that our proforma NOI is comprised of subject's market rents, an OAR of **9.00%** is selected as appropriate, on a **stabilized** operating basis.

Thus, our estimated market value of the fee simple interest in the subject, as of November 17, 2010, by Direct Comparison, **as if stabilized**, is as follows:

| | |
|---|---|
| Net Operating Income | $4,884,151 |
| ÷ OAR | 9.00% |
| Indicated Stabilized Market Value  (Rd) | $54,270,000 |

This value indication reflects a stabilized basis. That is, this value assumes subject is 82% leased as of this date. To estimate an "as is" value, adjustment is necessary for the lease-up costs associated with reaching stabilized occupancy (assumed to take 48 months). A typical investor would consider these costs as a deduction to the indicated value of the property, as stabilized.

The estimated leasing costs, including an estimated 10% entrepreneurial project, to achieve stabilization are estimated below.

### FENTON CENTRE

| | |
|---|---|
| Market Rent: | $18.00 |
| No. of Periods in Year: | 2 |
| Reimbursement/SF: | $0.00 |
| TI Cost/SF: | $20.00 |
| Absorption Period (Periods): | 8 |
| Leasing Commissions: | 6.75% |
| Average Lease Term: | 5 |
| | |
| Total Square Feet | 696,458 |
| Beginning Occupancy | 53% |
| Stabilized Occupancy | 83% |
| Square Feet to Lease | 210,426 |

#### LEASE-UP COST ANALYSIS

| SF to Lease | Period | SF Leased | Income Loss | Reimbursement Loss | Leasing Commissions | Tenant Improvement Costs | Total Lease-up Cost |
|---|---|---|---|---|---|---|---|
| 210,426 | 1 | 26,303 | $1,893,838 | $0 | $159,793 | $526,066 | $2,579,696 |
| 184,123 | 2 | 26,303 | 1,657,108 | 0 | 159,793 | 526,066 | 2,342,967 |
| 157,820 | 3 | 26,303 | 1,420,378 | 0 | 159,793 | 526,066 | 2,106,237 |
| 131,517 | 4 | 26,303 | 1,183,649 | 0 | 159,793 | 526,066 | 1,869,507 |
| 105,213 | 5 | 26,303 | 946,919 | 0 | 159,793 | 526,066 | 1,632,778 |
| 78,910 | 6 | 26,303 | 710,189 | 0 | 159,793 | 526,066 | 1,396,048 |
| 52,607 | 7 | 26,303 | 473,459 | 0 | 159,793 | 526,066 | 1,159,318 |
| 26,303 | 8 | 26,303 | 236,730 | 0 | 159,793 | 526,066 | 922,588 |

| | |
|---|---|
| Lease Up Costs | $14,009,139 |
| Plus: 10% profit | $1,400,914 |
| Total Lease Up Cost | $15,410,053 |
| Rounded to: | **$15,410,000** |

**Fenton Centre Property**                                    **Analysis of Data and Conclusions**

Hence, the as is value of subject's fee simple interest by direct capitalization, as of November 17, 2010, is shown below:

| | |
|---|---|
| "As Stabilized" Opinion of Market Value, Fee Simple Interest | $54,270,000 |
| - Lease-Up Costs | - 15,410,000 |
| Fee Simple Market Value, As Is | **$38,860,000** |

As discussed earlier, subject's contract rent is above market. Thus, to determine subject's value "as is", we must add the present value of subject's above-market rent from our stabilized value estimate at market rents. Our calculation of subject's above-market rents is presented below.

| | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| NOI at Contract Rents | $2,302,997 | $2,910,581 | $2,598,917 | $3,789,474 |
| NOI at Market Rents | 1,657,902 | 2,319,627 | 2,260,202 | 3,584,705 |
| Above-Market Rents | $645,095 | $590,954 | $338,715 | $204,769 |
| | | | | |
| Present Value, at 10.5% | $1,456,167 | | | |
| Rounded, | $1,455,000 | | | |

As shown, the indicated present value of subject's above-market rents is **$1,455,000 (R).**

Based on the preceding, the estimated as is market value of the leased fee interest of subject, as of November 17, 2010, by Direct Capitalization, is as follows:

| | |
|---|---|
| Estimated Market Value, Fee Simple Interest | $38,860,000 |
| **Plus:** Present Value of Above-Market Rent | + 1,455,000 |
| **Estimated Market Value, Subject's Leased Fee Interest** | **$40,315,000** |

## Discounted Cash Flow Analysis

The DCF analysis is utilized as an additional means of estimating the subject's market value by the Income Capitalization Approach. This technique, also known as yield capitalization, is a method used to convert future benefits to present value by discounting each future benefit at an appropriate yield rate. It is currently in wide use by most sophisticated investors and purchasers of income-producing properties.

Properly utilized, the DCF analysis should mirror the expectations and requirements of typical investors and purchasers of real estate at the time of the appraisal. The criteria used in this analysis are based on the best available data in the marketplace. Documentation and logic supporting the estimates of gross and net income have been previously discussed. Other important elements of the DCF analysis are described in the following discourse.

Our DCFA utilizes **ARGUS version 14.0**, a Windows-based software program which allows analysis and forecasting of cash flows from income-producing properties.

Since its introduction in the mid-1980's, ARGUS has become widely utilized throughout the real estate industry and is now recognized as the leading cashflow software, operated by many major institutions, REITS, brokers, appraisers and other real-estate related companies.  Its ability to handle foreign currencies and both United Kingdom and other International market characteristics, means that it is also in widespread use amongst global corporations.

Required input entry includes factual information such as floor areas, details of contract leases and miscellaneous revenues, while market data includes assumptions as to variables such as rent, vacancy, lease terms, expenses and capital items.  Detailed fields in respect of expense recoveries, rent escalations and percentage rentals make it well-suited to office and retail properties.  Other market-supported assumptions include growth rate, discount rate, holding period and terminal capitalization rate.

ARGUS uses detailed monthly calculations and various iterations in the analysis of the resulting cashflows to arrive at a single value or a range of values.  Further it can be programmed to produce various scenarios to include development and leveraged situations.

Following detailed user input of all revenue, expense and market data and the determination of an appropriate holding period, ARGUS calculates the period-by-period cashflow and resulting net present value of the investment using the selected discount rate(s) and terminal capitalization rate(s).  As reliable results depend on the accuracy of the data input, and with much of this market-related, importance has been placed upon accurate interpretation of recent historical data and projection of likely future events.

### Gross Potential Rental Income

As noted previously, the gross potential rental income in each year of the DCF analysis reflects the timing of the leases.  At the time of lease expirations, it is estimated there is a 65% probability that the existing tenant will remain in subject space and renew its lease at a market rate, and there is a 35% probability that the existing tenant will vacate subject space and a new tenant(s) will have to be secured at the prevailing market rate. Prevailing market rates are estimated by changing the base year market rental rate as of the appraisal date by the forecast annual percentage rate of change; this annual change accounts for shifting market conditions.  The timing of the lease is then projected throughout the remainder of the holding period.  This rate of change is applicable only at the time of the lease expirations.  The annual rate of change and its documentation will be discussed later.