# VALUATION OF SUBJECT'S 2021 VALLEY VIEW LANE PROPERTY

Subject's 2021 Valley View Lane property is improved with an industrial building. In this section, we will utilize both the Sales Comparison and Income Capitalization approaches to value to form an "as is" market value opinion of this property.

Subject's 2021 Valley View Lane property consists of one industrial building (and the land upon which it sits).



## COMPARABLE LAND SALES – 2021 VALLEY VIEW LAND

| Comp. No. | Location | D.O.S. | Size (Acre) | SP/SF | Zoning | Comments |
|---|---|---|---|---|---|---|
| 1 | NWC of Ridgemont Drive and Sam Rayburn Tollway Frontage Road, Lewisville | 10/10 | 2.77 | $6.75 | LI | Purchaser intends to hold for future development. |
| 2 | South side of Plano Parkway, east of Coit Road, Plano | 07/10 | 8.14 | 7.50 | LI | Purchaser intends to hold for future development. |
| 3 | SWC of W. Walnut Hill Lane and SH-161 frontage road, Irving | 11/09 | 7.22 | 2.49 | S-P-2 | Buyer intends to construct a mini-warehouse development. |
| 4 | West side of N. Summit Avenue, south of Justin Road, Lewisville | 09/09 | 14.53 | 5.21 | LI | Located in the Lewisville Corporate Center. |
| Sub. | 2021 Valley View Lane/NEC Valley View Lane and Senlac Drive, Farmers Branch | --- | 7.12 | --- | PD 77 | See Site Analysis. |

# Industrial Land Comparable Map



HC 00175

10102019-off industrial land map                                CROSSON DANNIS, INC.

**Analysis of Data and Conclusions**

## Site Valuation by the Sales Comparison Method

This method of estimating market value was previously outlined in The Valuation Process section of this report. Available data sources were researched to identify sales and offerings of sites that are similar to the subject's 2021 Valley View Lane land site in terms of location, size and zoning.

The comparables presented subsequently are considered to be most relevant to the subject site's market value estimate. A map showing the location of the comparable land sales is presented subsequently.

## Analysis of Comparable Data

The location of each relative to the subject is shown on the accompanying maps. Summaries of these comparables were shown on the preceding charts; complete details are contained in the Addenda.

Adjustments to the comparables are made for differences in their salient features. A general description of these salient features follows.

1. **Financing Terms** account for the impact on value that is produced by favorable financing. Adjustments are not required since all sales are based on a cash or cash equivalency basis.

2. **Conditions of Sale** adjustments reflect the motivations of the buyer and the seller.

3. **Market Conditions (time)** account for value changes in area properties between the date of the comparable sale and the effective date of this appraisal report. There has been a dearth of comparable land transactions due to the financial crisis and halt in lending. Financing is far more difficult to obtain now than before September, 2008. As a result, there are little data with which to extract measurements of change in market conditions.

   A widely cited source of research on commercial property values is produced by Moody's Investor Service in its "Commercial Property Price Indices Report" ("CPPI"). Its November, 2010 research indicated the following:

   | Property Type | Index Change from... | |
   |---|---|---|
   | | 1 Year Earlier | 2 Years Earlier |
   | National – All Property Types | -7.6% | -37.9% |
   | South – Industrial | -5.1% | -27.0% |

   Since all of our sales occurred from September 2009 through October 2010, no adjustment for market conditions is considered warranted.

4. **Zoning** adjustments are based upon the relative flexibility of a tract's allowable uses compared to the subject. All of the comparable sales have zoning designations which allow for industrial development. Hence, no adjustments for zoning are necessary.

5. **Size and shape** adjustments account for differences in a site's dimensions, street frontage, width and depth. Typically, market data suggest that the size of a tract (all other factors being equal) is inversely proportional to the sale price/unit of comparison, i.e., the larger the tract, the lower the sale price/unit of comparison, and vice versa. Simply, a larger tract with similar characteristics to a smaller tract will typically sell for less on a comparative unit basis.

6. **Corner influence** adjustments account for the impact on value that may be produced by properties with frontage on two or more streets.

7. **Plottage** adjustments measure the increment in value that results from assembling two or more parcels of land under single-ownership or control. If the combined parcels have a greater unit value than they did separately, plottage value results. Plottage value may also refer to the value of an existing site of abnormal size or special shape that has greater utility than average sites of more conventional, smaller size.

8. **Site improvements** adjustments account for the effect on value of improvements that exist on a site. Demolition of the existing warehouse will be accounted for in the final reconciliation.

9. **Topography** adjustments account for differences in a site's contour, grades, natural drainage, soil conditions, view, and general physical usefulness.

10. **Utilities** adjustments account for the available and adequacy of public utilities and services.

11. **Location** adjustments account for the impact on value of time-distance relationships between a site and common origins and destinations. Forms of access to and from the property and traffic volume are considered in this analysis.

12. **Environment** adjustments measure the effects of any hazards or nuisances caused by neighboring properties.

Salient observations regarding each comparable tract were presented previously in the summary charts. A grid demonstrating the previously described adjustment process is presented on the following page.

## Analysis of Data and Conclusions

| | COMPARABLE SALE DATA | | | COMPARED TO SUBJECT, SALE IS . . . | | |
|---|---|---|---|---|---|---|
| No. | Size (Acres) | Date of Sale | SP/SF | Location | Size | Subject's SP/SF should be..... |
| 1 | 2.77 | 10/10 | $6.75 | Slt. Superior | Similar | Slt. Lower |
| 2 | 8.14 | 07/10 | 7.50 | Superior | Similar | Lower |
| 3 | 7.22 | 11/09 | 2.49 | Inferior | Similar | Higher |
| 4 | 14.53 | 09/09 | 5.21 | Similar | Similar | Similar |
| Sub. | 7.12 | | | | | |

Considering the preceding, a market value of **$5.00/SF as if vacant**, is estimated for subject's 2021 Valley View site.

Based on this analysis, the fee simple market value for the subject's 2021 Valley View site, **as if vacant**, as of November 17, 2010, is estimated as follows:

| Site Area in SF | x | SP/SF | = | Indicated Value of 2021 Valley View Lane Site |
|---|---|---|---|---|
| 310,264 | | $5.00 | | $1,550,000 (Rd.) |

In order to estimate the market value of the fee simple interest in the subject property, as is, we must deduct the estimate cost to demolish the improvements. According to a cost estimate provided by Marshall & Swifts, this cost estimate is as follows:

| Demolition Item | Size (SF) | Demolition Cost/SF | Total Cost |
|---|---|---|---|
| Building Demolition/Removal | 177,805 | $4.00 | $711,220 |
| Total Demolition Costs | | | $710,000 |

Therefore, the as is market value for the subject property is calculated below.

| Indicated Market Value "As If Vacant" | 1,550,000 |
|---|---|
| Less: Cost to Demolish Improvements | -710,000 |
| **As Is Value – 2021 Valley View Lane** | **$840,000** |

Based upon the preceding liquidation discount discussion, we estimate a 30% liquidation discount on the 2021 Valley View Lane tract for a 30-day marketing period; 20% for a 90-day marketing period. Thus, the estimated liquidation values for subject's 2021 Valley View Lane subject property is calculated as follows:

| Subject Property | Market Value | 30-Day Marketing Period Discount % | Amount of Discount ($) (Rounded) | Liquidation Value, As Is, with 30-Day Marketing Period |
|---|---|---|---|---|
| 2021 Valley View Lane | $840,000 | 30% | $250,000 | $590,000 |

Based upon the preceding, we conclude that the **liquidation value** opinion, **assuming a 30-day marketing period**, of the 2021 Valley View Lane subject property is **$590,000**.

| Subject Property | Market Value | 90-Day Marketing Period Discount % | Amount of Discount ($) (Rounded) | Liquidation Value, As Is, with 90-Day Marketing Period |
|---|---|---|---|---|
| 2021 Valley View Lane | $840,000 | 20% | $170,000 | $670,000 |

Based upon the preceding, we conclude that the **liquidation value** opinion, **assuming a 90-day marketing period**, of the 2021 Valley View Lane subject property is **$670,000**.

## CERTIFICATION

We certify that, to the best of our knowledge and belief...

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- We have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- We have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, which include the Uniform Standards of Professional Appraisal Practice.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- We made a personal inspection (albeit limited as described herein) of the property that is the subject of this report.

- No one, except Mr. Alex Yakulis, provided significant real property appraisal assistance to the person signing this certification.

- We have not previously appraised the subject properties during the past three years.

- As of the date of this report, we have completed the continuing education program of the Appraisal Institute.

*[signature]*

Charles G. Dannis, MAI, SRA

*[signature]*

Allison Wilson, MAI

# ADDENDA

Case 11-42042-dml11 Doc 30-12 Filed 04/11/11 Entered 04/11/11 15:34:21 Desc
Exhibit D - Part 9 - Appraisal Page 11 of 16

**Three Properties in Farmers Branch** **Addenda**

# OFFICE SALE COMPARABLES

## OFFICE SALE COMPARABLE NO. 1



### PROPERTY DATA

| | |
|---|---|
| Improvements: | |
| Year Built: | 1983 |
| Class: | A |
| No. of Buildings: | 1 |
| No. of Stories: | 10 |
| Gross Building Area (SF): | NAV |
| Rentable Area (SF): | 237,219 |
| Usable Area (SF): | 213,259 |
| Common Area Factor: | 10.1% |
| Parking: | Garage |
| % Interior Finish at DOS: | 100% |
| Occupancy at DOS (%): | 11% |
| Land Area: | 3.089 acres |
| Land-to-Building Ratio: | 0.57:1 |
| Amenities: | Building conference rooms, card key access, concierge, fitness center, WiFi café, high speed fiber, and day porter |

### PROPERTY INFORMATION

| | |
|---|---|
| DBF ID. No: | OFFS.3144 |
| Map Reference: | D-021B-D |
| Deed Recorded: | 2010002/29948 |
| Project Name: | **Canal Centre** |
| Location: | Northwest corner of Brazos Drive and Las Colinas Boulevard |
| Address: | 400 East Las Colinas Boulevard |
| City, County, State: | Irving, Dallas, TX 75039 |

### SALES DATA

| | |
|---|---|
| Grantor: | SP4 400 E. Las Colinas, L.P. |
| Grantee: | I & G 400 Canal, LLC |
| Date of Sale: | 9/8/2010 |
| Total Sale Price: | $15,750,000 |
| Cash Equivalent: | $15,750,000 |
| Adjusted Sale Price: | $0 |
| Terms of Sale: | NAV |
| Equity: | NAV |
| Financing: | NAV |

### CASH EQUIVALENT UNITS OF COMPARISON

| | Actual | Pro Forma | Adj. |
|---|---|---|---|
| GIM: | | | |
| EGIM: | | | |
| OAR: | | | |
| Equity Cap Rate: | | | |
| Sale Price/SF: | $66.39 | | |

### VERIFICATION DATA

| | |
|---|---|
| Verified with/by: | Confidential/DY/CD |
| Phone: | N/A |
| Survey Date: | 11/5/2010 |

### INCOME ANALYSIS

| | Reported Actual | | Pro Forma | |
|---|---|---|---|---|
| | Amount | Per NRA | Amount | Per NRA |
| Potential Gross Income | | | | |
| Vacancy & Credit Loss | | | | |
| Effective Gross Income | | | | |
| Annual Expenses | | | | |
| Net Operating Income | | | | |
| NOI/GAI (%) | | | | |
| Annual Debt Service | | | | |
| Annual Cash Flow | | | | |

### COMMENTS

No income or expense information available to public. Located in urban center, but not on the lake. Good amenities. Some duress noted by the seller.

10102019-sales-1

CROSSON DANNIS, INC.

HC 00184

## OFFICE SALE COMPARABLE NO. 2

### PROPERTY DATA

| Improvements: | |
|---|---|
| Year Built: | 1998; renovated 2008 |
| Class: | A |
| No. of Buildings: | 1 |
| No. of Stories: | 5 |
| Gross Building Area (SF): | 248,526 |
| Rentable Area (SF): | 240,812 |
| Usable Area (SF): | 201,078 |
| Common Area Factor: | 16.5% (average) |
| Parking: | Surface (1,120 spaces) |
| % Interior Finish at DOS: | 100% |
| Occupancy at DOS (%): | 72% |
| Land Area: | 13.699 acres |
| Land-to-Building Ratio: | 1.23:1 |
| Amenities: | Conference center, WiFi café, fitness center, concierge, card key access, and day porter |

### PROPERTY INFORMATION

| | |
|---|---|
| DBF ID. No: | OFFS.3149 |
| Map Reference: | D-001-Q |
| Deed Recorded: | 2010002/39610 |
| Project Name: | **750 Canyon Drive** |
| Location: | North side of Canyon Drive; east of State Highway 121 |
| Address: | 750 Canyon Drive |
| City, County, State: | Coppell, Dallas, TX 75019 |

### SALES DATA

| | |
|---|---|
| Grantor: | SP4 750 Canyon, L.P. |
| Grantee: | I & G 750 Canyon, LLC |
| Date of Sale: | 9/17/2010 |
| Total Sale Price: | $26,600,000 |
| Cash Equivalent: | $26,600,000 |
| Adjusted Sale Price: | $0 |
| Terms of Sale: | NAV |
| Equity: | NAV |
| Financing: | NAV |

### CASH EQUIVALENT UNITS OF COMPARISON

| | Actual | Pro Forma | Adj. |
|---|---|---|---|
| GIM: | | | |
| EGIM: | | | |
| OAR: | | 7.12% | |
| Equity Cap Rate: | | 7.12% | |
| Sale Price/SF: | | $110.46 | |

### VERIFICATION DATA

| | |
|---|---|
| Verified with/by: | Confidential/DY |
| Phone: | N/A |
| Survey Date: | 11/11/2010 |

### INCOME ANALYSIS

| | Reported Actual | | Pro Forma | |
|---|---|---|---|---|
| | Amount | Per NRA | Amount | Per NRA |
| Potential Gross Income | | | | |
| Vacancy & Credit Loss | | | | |
| Effective Gross Income | | | | |
| Annual Expenses | | | | |
| Net Operating Income | | | $1,893,920 | $7.86 |
| NOI/GAI (%) | | | | |
| Annual Debt Service | | | | |
| Annual Cash Flow | | | | |

### COMMENTS

Pro forma based on confidential source reported cap rate at time of sale.

HC 00185

10102019-sales-2

CROSSON DANNIS, INC.

## OFFICE SALE COMPARABLE NO. 3

### PROPERTY DATA

| | |
|---|---|
| Improvements: | |
| Year Built: | 1978, 1980 |
| Class: | B |
| No. of Buildings: | 2 |
| No. of Stories: | 21 |
| Gross Building Area (SF): | NAV |
| Rentable Area (SF): | 359,172 |
| Usable Area (SF): | 323,578 |
| Common Area Factor: | 11% |
| Parking: | Garage, 3.50/1,000 SF |
| % Interior Finish at DOS: | 100% |
| Occupancy at DOS (%): | 70% |
| Land Area: | 10.174 acres |
| Land-to-Building Ratio: | 1.23:1 |
| Amenities: | Food service, on-site management, security system |

### PROPERTY INFORMATION

| | |
|---|---|
| DBF ID. No: | OFFS.3098 |
| Map Reference: | D-014-R |
| Deed Recorded: | 200900309185 |
| Project Name: | **Heritage Square** |
| Location: | North side of LBJ Freeway; west of Dallas Parkway |
| Address: | 4835 and 5001 LBJ Freeway |
| City, County, State: | Dallas, Dallas, TX 75244 |

### SALES DATA

| | |
|---|---|
| Grantor: | Dave N. Hardin |
| Grantee: | Heritage at Galleria, LP |
| Date of Sale: | 10/30/2009 |
| Total Sale Price: | $18,100,000 |
| Cash Equivalent: | $18,100,000 |
| Adjusted Sale Price: | $0 |
| Terms of Sale: | Cash |
| Equity: | N/A |
| Financing: | N/A |

### CASH EQUIVALENT UNITS OF COMPARISON

| | Actual | Pro Forma | Adj. |
|---|---|---|---|
| GIM: | | | |
| EGIM: | | 3.37x | |
| OAR: | | 9.56% | |
| Equity Cap Rate: | | 9.56% | |
| Sale Price/SF: | | $50.39 | |

### VERIFICATION DATA

| | |
|---|---|
| Verified with/by: | Confidential/GM |
| Phone: | NAV |
| Survey Date: | 3/17/2010 |

### INCOME ANALYSIS

| | Reported Actual | | Pro Forma | |
|---|---|---|---|---|
| | Amount | Per NRA | Amount | Per NRA |
| Potential Gross Income | | | | |
| Vacancy & Credit Loss | | | | |
| Effective Gross Income | | | $5,372,384 | $14.96 |
| Annual Expenses | | | 3,641,347 | 10.14 |
| Net Operating Income | | | 1,731,037 | 4.82 |
| NOI/GAI (%) | | | | |
| Annual Debt Service | | | | |
| Annual Cash Flow | | | | |

### COMMENTS

There were capital expenditures necessary to the property. The cost of these items is unknown. The income/expense data reflect that of the 2009 budget

10102019-sales-3

HC 00186

CROSSON DANNIS, INC.

## OFFICE SALE COMPARABLE NO. 4



### PROPERTY DATA

| | |
|---|---|
| Improvements: | |
| Year Built: | 1986 |
| Class: | A |
| No. of Buildings: | 1 |
| No. of Stories: | 12 |
| Gross Building Area (SF): | 526,832 |
| Rentable Area (SF): | 499,975 |
| Usable Area (SF): | 432,628 |
| Common Area Factor: | 13.47% |
| Parking: | Garage (1,500); 3.33/1,000 SF |
| % Interior Finish at DOS: | 100% |
| Occupancy at DOS (%): | 88% |
| Land Area: | 3.638 acres |
| Land-to-Building Ratio: | 0.32:1 |
| Amenities: | Banking, conferencing facility, energy stare labeled, fitness center, food service, car wash, oil and lube service and restaurant |

### PROPERTY INFORMATION

| | |
|---|---|
| DBF ID. No: | OFFS.3015 |
| Map Reference: | D-014-M |
| Deed Recorded: | 20090009/2198 |
| Project Name: | **Providence Towers** |
| Location: | Northwest corner of Spring Valley Road and Dallas North Tollway |
| Address: | 5001 Spring Valley Road |
| City, County, State: | Dallas, Dallas, TX 75244 |

### SALES DATA

| | |
|---|---|
| Grantor: | SP 4 Providence Towers, LP |
| Grantee: | EOS Properties at Providence Towers, LLC |
| Date of Sale: | 4/1/2009 |
| Total Sale Price: | $61,500,000 |
| Cash Equivalent: | $61,500,000 |
| Adjusted Sale Price: | $0 |
| Terms of Sale: | NAV |
| Equity: | NAV |
| Financing: | NAV |

### CASH EQUIVALENT UNITS OF COMPARISON

| | Actual | Pro Forma | Adj. |
|---|---|---|---|
| GIM: | | | |
| EGIM: | | | |
| OAR: | | 9.40% | |
| Equity Cap Rate: | | | |
| Sale Price/SF: | | $123.01 | |

### VERIFICATION DATA

| | |
|---|---|
| Verified with/by: | Jonathan Napper - CB Richard Ellis/AY |
| Phone: | 972/458-4966 |
| Survey Date: | 6/29/2009 |

### INCOME ANALYSIS

| | Reported Actual | | Pro Forma | |
|---|---|---|---|---|
| | Amount | Per NRA | Amount | Per NRA |
| Potential Gross Income | | | | |
| Vacancy & Credit Loss | | | | |
| Effective Gross Income | | | | |
| Annual Expenses | | | | |
| Net Operating Income | | | $5,781,000 | $11.56 |
| NOI/GAI (%) | | | | |
| Annual Debt Service | | | | |
| Annual Cash Flow | | | | |

### COMMENTS

HC 00187

10102019-sales-4      CROSSON DANNIS, INC.

# OFFICE LEASE COMPARABLES