

## OFFICE LEASE COMPARABLE NO. 1

### PROPERTY DATA

Improvements:

| | |
|---|---|
| Year Built: | 1985 |
| Class: | B |
| No. of Buildings: | 1 |
| No. of Stories: | 8 |
| Gross Building Area (SF): | 206,114 |
| Rentable Area (SF): | 201,405 |
| Usable Area (SF): | 171,194 |
| Common Area Factor: | 15% |
| Parking: | Surface and garage; 4.00/1,000 SF |
| Absorption: | 2,820 SF in last 12 months |
| Current Occupancy: | 74.3% |
| Land Area: | 4.206 acres |
| Floor Area Ratio: | 1.10:1 |
| Amenities: | Restaurant, banking, and jogging trail |

### PROPERTY INFORMATION

| | |
|---|---|
| DBF ID. No: | OFFL.3492 |
| Map Reference: | D-012-W |
| Project Name: | **Browning Place II** |
| Location: | North side of Lyndon B. Johnson Freeway; east of Luna Road |
| Address: | 1603 Lyndon B. Johnson Freeway |
| City, County, State: | Farmers Branch, Dallas, TX |

### LEASE DATA

| | |
|---|---|
| Size Range of Contiguous Space Available (SF): | 1,103-85,453 |
| Avg. Annual Lease Rate/SF: | $17.00-$19.00 plus electric |
| Special Rates: | None |
| Expenses Paid by Landlord: | Base year minus electric |
| Concessions: | 1 month free per year |
| Expenses Paid by Tenant: | Base year overage plus electric |
| Expenses/SF | $7.06 plus $1.52 electric |
| Escalator: | Base year overage |

| | |
|---|---|
| Finish-out Allowance/SF (shell): | None |
| Finish-out Allowance/SF (refit): | $2.00-$3.00/SF/Year |
| Length of Lease: | 3-10 years |
| Parking Rates: | $35.00-$50.00/month for reserved |

### VERIFICATION DATA

| | |
|---|---|
| Verified with/by: | Chris Wright, Grubb & Ellis/AY |
| Phone: | 972-450-3291 |
| Survey Date: | 11/19/2010 |

### REPRESENTATIVE LEASES

| | Tenant No. 1 | Tenant No. 2 | Tenant No. 3 |
|---|---|---|---|
| Tenant Name | Confidential | | |
| Lease Begins | 2010 | | |
| Lease Ends | 2013 | | |
| SF Occupied | 1,649 | | |
| Annual Rent/SF | $18.50 plus electric | | |
| Months Abated | 0 | | |
| Escalator | Base year overage | | |
| Owner Expenses | Base year minus electric | | |
| Tenant Improvements/SF | As-is | | |

### COMMENTS

10102019 office lease-1

HC 00189

CROSSON DANNIS, INC.



## OFFICE LEASE COMPARABLE NO. 2

### PROPERTY DATA

Improvements:

| | |
|---|---|
| Year Built: | 1985 |
| Class: | B |
| No. of Buildings: | 1 |
| No. of Stories: | 8 |
| Gross Building Area (SF): | NAV |
| Rentable Area (SF): | 243,168 |
| Usable Area (SF): | 206,693 |
| Common Area Factor: | 15% |
| Parking: | Surface and garage; 4.00/1,000 SF |
| Absorption: | -3,161 SF in last 12 months |
| Current Occupancy: | 34.2% |
| Land Area: | 6.644 acres |
| Floor Area Ratio: | 0.84:1 |
| Amenities: | Restaurant, banking, and jogging trail |

### PROPERTY INFORMATION

| | |
|---|---|
| DBF ID. No: | OFFL.3493 |
| Map Reference: | D-012-W |
| Project Name: | **Browning Place III** |
| Location: | North side of Lyndon B. Johnson Freeway; east of Luna Road |
| Address: | 1605 Lyndon B. Johnson Freeway |
| City, County, State: | Farmers Branch, Dallas, TX |

### LEASE DATA

| | |
|---|---|
| Size Range of Contiguous Space Available (SF): | 1,247-120,174 |
| Avg. Annual Lease Rate/SF: | $17.00-$19.00 plus electric |
| Special Rates: | None |
| Expenses Paid by Landlord: | Base year minus electric |
| Concessions: | 1 month free per year |
| Expenses Paid by Tenant: | Base year overage plus electric |
| Expenses/SF | $5.76 plus $1.69 electric |
| Escalator: | Base year overage |

| | |
|---|---|
| Finish-out Allowance/SF (shell): | None |
| Finish-out Allowance/SF (refit): | $2.00-$3.00/SF/Year |
| Length of Lease: | 3-10 years |
| Parking Rates: | $35.00-$50.00/month for reserved |

### VERIFICATION DATA

| | |
|---|---|
| Verified with/by: | Chris Wright, Gibb & Ellis/AY |
| Phone: | 972-450-3291 |
| Survey Date: | 11/19/2010 |

### REPRESENTATIVE LEASES

| | Tenant No. 1 | Tenant No. 2 | Tenant No. 3 |
|---|---|---|---|
| Tenant Name | | | |
| Lease Begins | | | |
| Lease Ends | | | |
| SF Occupied | | | |
| Annual Rent/SF | | | |
| Months Abated | | | |
| Escalator | | | |
| Owner Expenses | | | |
| Tenant Improvements/SF | | | |

### COMMENTS

HC 00190

CROSSON DANNIS, INC.



## OFFICE LEASE COMPARABLE NO. 3

### PROPERTY DATA

| Improvements: | |
|---|---|
| Year Built: | 1999 |
| Class: | B |
| No. of Buildings: | 1 |
| No. of Stories: | 4 |
| Gross Building Area (SF): | NAV |
| Rentable Area (SF): | 97,117 |
| Usable Area (SF): | 82,549 |
| Common Area Factor: | 15% |
| | |
| Parking: | Surface; 3.16/1,000 SF |
| Absorption: | 16,607 SF in last 12 months |
| Current Occupancy: | 76.1% |
| Land Area: | 5.440 acres |
| Floor Area Ratio: | 0.41:1 |
| Amenities: | Food service |

### PROPERTY INFORMATION

| | |
|---|---|
| DBF ID. No: | OFFL.3494 |
| Map Reference: | D-012-S |
| Project Name: | **Two Hickory Centre** |
| Location: | Southwest corner of Valley View Lane and Chartwell Crest |
| Address: | 1750 Valley View Lane |
| City, County, State: | Farmers Branch, Dallas, TX |

### LEASE DATA

| | | | |
|---|---|---|---|
| Size Range of Contiguous Space Available (SF): | 967-18,752 | Finish-out Allowance/SF (shell): | None |
| Avg. Annual Lease Rate/SF: | $17.00 plus electric | Finish-out Allowance/SF (refit): | $2.00-$3.00/SF/Year |
| Special Rates: | None | Length of Lease: | 3-10 years |
| Expenses Paid by Landlord: | Base year minus electric | Parking Rates: $35.00-$50.00/month for reserved | |
| Concessions: | 1 month free per year | | |
| Expenses Paid by Tenant: | Base year overage plus electric | | |

### VERIFICATION DATA

| | | | |
|---|---|---|---|
| Expenses/SF | $6.97 plus $1.81 electric | Verified with/by: | Chris Wright, Grubb & Ellis/AY |
| Escalator: | Base year overage | Phone: | 972-450-3291 |
| | | Survey Date: | 11/19/2010 |

### REPRESENTATIVE LEASES

| | Tenant No. 1 | Tenant No. 2 | Tenant No. 3 |
|---|---|---|---|
| Tenant Name | Confidential | | |
| Lease Begins | 2010 | | |
| Lease Ends | 2013 | | |
| SF Occupied | 2,205 | | |
| Annual Rent/SF | $17.50 plus electric | | |
| Months Abated | 4 | | |
| Escalator | Base year overage | | |
| Owner Expenses | Base year minus electric | | |
| Tenant Improvements/SF | $12.00 | | |

### COMMENTS

HC 00191

CROSSON DANNIS, INC.

## OFFICE LEASE COMPARABLE NO. 4

### PROPERTY DATA

Improvements:

| | |
|---|---|
| Year Built: | 2002 |
| Class: | B |
| No. of Buildings: | 1 |
| No. of Stories: | 9 |
| Gross Building Area (SF): | 241,805 |
| Rentable Area (SF): | 226,911 |
| Usable Area (SF): | 192,874 |
| Common Area Factor: | 15% |
| | |
| Parking: | Surface; 3.16/1,000 SF |
| Absorption: | 2,269 SF in last 12 months |
| Current Occupancy: | 76.6% |
| Land Area: | 5.524 acres |
| Floor Area Ratio: | 0.94:1 |
| Amenities: Food service | |

### PROPERTY INFORMATION

| | |
|---|---|
| DBF ID. No: | OFFL.3495 |
| Map Reference: | D-012-S |
| Project Name: | **Four Hickory Centre** |
| Location: | West corner of Wittington Place and Chartwell Crest |
| Address: | 1755 Wittington Place |
| City, County, State: | Farmers Branch, Dallas, TX |

### LEASE DATA

| | |
|---|---|
| Size Range of Contiguous Space Available (SF): | 2,355-16,115 |
| vg. Annual Lease Rate/SF: | $18.50-$20.00 plus electric |
| Special Rates: | None |
| Expenses Paid by Landlord: | Base year minus electric |
| Concessions: | 1 month free per year |
| Expenses Paid by Tenant: | Base year overage plus electric |
| Expenses/SF | $6.52 plus $1.90 electric |
| Escalator: | Base year overage |

| | |
|---|---|
| Finish-out Allowance/SF (shell): | None |
| Finish-out Allowance/SF (refit): | $2.00-$3.00/SF/Year |
| Length of Lease: | 3-10 years |
| Parking Rates: | $35.00-$50.00/month for reserved |

### VERIFICATION DATA

| | |
|---|---|
| Verified with/by: | Chris Wright, Grubb & Ellis/AY |
| Phone: | 972-450-3291 |
| Survey Date: | 11/19/2010 |

### REPRESENTATIVE LEASES

| | Tenant No. 1 | Tenant No. 2 | Tenant No. 3 |
|---|---|---|---|
| Tenant Name | | | |
| Lease Begins | | | |
| Lease Ends | | | |
| SF Occupied | | | |
| Annual Rent/SF | | | |
| Months Abated | | | |
| Escalator | | | |
| Owner Expenses | | | |
| Tenant Improvements/SF | | | |

### COMMENTS

HC 00192



## OFFICE LEASE COMPARABLE NO. 5

### PROPERTY DATA

Improvements:

| | |
|---|---|
| Year Built: | 1999 |
| Class: | B |
| No. of Buildings: | 1 |
| No. of Stories: | 4 |
| Gross Building Area (SF): | NAV |
| Rentable Area (SF): | 102,615 |
| Usable Area (SF): | 87,223 |
| Common Area Factor: | 15% |
| Parking: | Surface; 3.16/1,000 SF |
| Absorption: | None in last 12 months |
| Current Occupancy: | 100% |
| Land Area: | 6.000 acres |
| Floor Area Ratio: | 0.39:1 |
| Amenities: | Food service |

### PROPERTY INFORMATION

| | |
|---|---|
| DBF ID. No: | OFFL.3496 |
| Map Reference: | D-012-S |
| Project Name: | **One Hickory Centre** |
| Location: | Southeast corner of Valley View Lane and Chartwell Crest |
| Address: | 1800 Valley View Lane |
| City, County, State: | Farmers Branch, Dallas, TX |

### LEASE DATA

| | |
|---|---|
| Size Range of Contiguous Space Available (SF): | 25,653-102,613 |
| Avg. Annual Lease Rate/SF: | $17.50-$19.50 plus electric |
| Special Rates: | None |
| Expenses Paid by Landlord: | Base year minus electric |
| Concessions: | 1 month free per year |
| Expenses Paid by Tenant: | Base year overage plus electric |
| Expenses/SF | $7.61 plus $2.25 electric |
| Escalator: | Base year overage |

| | |
|---|---|
| Finish-out Allowance/SF (shell): | None |
| Finish-out Allowance/SF (refit): | $2.00-$3.00/SF/Year |
| Length of Lease: | 3-10 years |
| Parking Rates: | $35.00-$50.00/month for reserved |

### VERIFICATION DATA

| | |
|---|---|
| Verified with/by: | Chris Wright, Grubb & Ellis/AY |
| Phone: | 972-450-3291 |
| Survey Date: | 11/19/2010 |

### REPRESENTATIVE LEASES

| | Tenant No. 1 | Tenant No. 2 | Tenant No. 3 |
|---|---|---|---|
| Tenant Name | | | |
| Lease Begins | | | |
| Lease Ends | | | |
| SF Occupied | | | |
| Annual Rent/SF | | | |
| Months Abated | | | |
| Escalator | | | |
| Owner Expenses | | | |
| Tenant Improvements/SF | | | |

### COMMENTS

HC 00193

# OFFICE LAND COMPARABLES

HC 00194

## LAND SALE COMPARABLE NO. 1

### IDENTIFICATION

| | |
|---|---|
| DBF Id. No.: | 13110 |
| Map Reference: | D-021B-Z |
| Legal: | Land situated in the S.A. & M.G.R.R. Survey, Abstract number 1452 and Land being all of Lot 2, Block A, Las Colinas Urban Center, Nineteenth Installment Revised |
| Volume/Page: | 2010002/60005 |
| Location: | Southwest quadrant of Las Colinas Boulevard and Teleport Boulevard |
| Address: | 602 East Las Colinas Boulevard |
| City, County, State: | Irving, Dallas, TX 75039 |
| Grantor: | One Realco Land Holdings, Inc. |
| Grantee: | Riverside Commons Holdings Inc. |

| SALES DATA | | PHYSICAL DATA | |
|---|---|---|---|
| Sales Price: | $1,999,900 | Size: | 4.700 acres |
| Terms of Sale: | Cash to seller | Zoning: | S-P-2 Site Plan Two- Site plan 3940 |
| SP/SF: | $9.77 | Density: | N/A |
| SP/Acre: | $425,492 | Frontage: | 472+/- feet on Las Colinas Boulevard; 500+/- feet on Teleport Boulevard; and 424+/- feet on Riverside |
| SP/Unit: | N/A | | |
| DOS/Filing Date: | 10/8/2010 | Utilities | All available |
| Time on Market: | NAV | Improvements at DOS: | None |
| Survey Date: | 11/11/2010 | Intended Usage: | Parking garage |
| Verified with/by: | Bobby Stewart, CSE Commercial Real Estate/DY | | |
| Phone: | 469-417-0102 | | |

### COMMENTS

Grantor reserves all leases, grants, exceptions or reservations of coal, lignite, oil, gas, and other minerals, together with all rights, privileges, and immunities related thereto, appearing in the public records whether listed in Exhibit B or not.

HC 00195

10102019-Fenton Centre Land-1

## LAND SALE COMPARABLE NO. 2

### IDENTIFICATION

| | |
|---|---|
| DBF Id. No.: | 13111 |
| Map Reference: | D-021-A |
| Legal: | E.N. Herndon Survey Abstract No. 666, Tract 1.1 |
| Volume/Page: | 201000080284 |
| Location: | North corner of Longhorn Drive and Campus Circle Drive East |
| Address: | 6300 Longhorn Drive |
| City, County, State: | Irving, Dallas, TX 75063 |
| Grantor: | Atmel Texas, LP |
| Grantee: | Noah Properties Irving, TX, LLC |

| SALES DATA | | PHYSICAL DATA | |
|---|---|---|---|
| Sales Price: | $726,000 | Size: | 2.400 acres |
| Terms of Sale: | Cash to seller | Zoning: | C-O Community Office |
| SP/SF: | $6.94 | Density: | None |
| SP/Acre: | $302,500 | Frontage: | 425+/- feet on Campus Circle Drive East and 245+/- feet on Longhorn Drive |
| SP/Unit: | N/A | | |
| DOS/Filing Date: | 3/29/2010 | Utilities | All available |
| Time on Market: | NAV | Improvements at DOS: | None |
| Survey Date: | 11/11/2010 | Intended Usage: | Conference center |
| Verified with/by: | tom Pearson, Colliers International/AY | | |
| Phone: | 214/692-1100 | | |

### COMMENTS

N/A

HC 00196

## LAND SALE COMPARABLE NO. 3

### IDENTIFICATION

| | |
|---|---|
| DBF Id. No.: | 13109 |
| Map Reference: | D-001A-J |
| Legal: | Clarinda Squires Survey, Abstract No. 1327 |
| Volume/Page: | 200900296998 |
| Location: | South side of Sam Rayburn Tollway Frontage Road approximately 180 feet west of North Denton Tap Road |
| Address: | 500 N. Denton Tap Road |
| City, County, State: | Coppell, Dallas, TX 75019 |
| Grantor: | SCI Denton Tap, Ltd. |
| Grantee: | Ambe Hospitality Group LLC |

| SALES DATA | | PHYSICAL DATA | |
|---|---|---|---|
| Sales Price: | $850,000 | Size: | 5.414 acres |
| Terms of Sale: | Cash to seller | Zoning: | C - Commercial |
| SP/SF: | $3.60 | Density: | 1:1 maximum FAR |
| SP/Acre: | $157,000 | Frontage: | 958+/- feet on Sam Rayburn Tollway Frontage Road |
| SP/Unit: | N/A | | |
| DOS/Filing Date: | 10/20/2009 | Utilities | All available |
| Time on Market: | NAV | Improvements at DOS: | None |
| Survey Date: | 11/10/2010 | Intended Usage: | Hold for investment |
| Verified with/by: | Rick Kanatzar, Studley/AY | | |
| Phone: | 972-692-1396 | | |

### COMMENTS

According to the listing broker the Sam Rayburn Tollway sound wall eliminated visibility of the property and limited access from the Tollway.

HC 00197

10102019-Fenton Centre Land-3

CROSSON DANNIS, INC.

## LAND SALE COMPARABLE NO. 4

### IDENTIFICATION

| | |
|---|---|
| DBF Id. No.: | 12840 |
| Map Reference: | D-021A-G |
| Legal: | Land located in the B.B.B. & C.R.R. Survey; Abstract Number 196, being all of Lot 2; Block A of Las Colinas Business Park, 26th Installment, Phase III revised |
| Volume/Page: | 2008029/8417 |
| Location: | Southwest corner of John W. Carpenter Freeway (SH 114) and Longhorn Drive |
| Address: | 2200 West John W. Carpenter Freeway |
| City, County, State: | Irving, Dallas, TX 75063 |
| Grantor: | The Stewart Organization, LP |
| Grantee: | Terry J. Cook |

| SALES DATA | | PHYSICAL DATA | |
|---|---|---|---|
| Sales Price: | $1,250,000 | Size: | 3.5209 acres |
| Terms of Sale: | Cash to seller | Zoning: | CO Commercial Office |
| SP/SF: | $8.15 | Density: | N/A |
| SP/Acre: | $355,021 | Frontage: | 399+/- feet on John Carpenter Freeway; 397+/- feet on Longhorn Drive; and 371+/- feet on Campus Circle Drive |
| SP/Unit: | N/A | | |
| DOS/Filing Date: | 9/15/2008 | Utilities | All available |
| Time on Market: | NAV | Improvements at DOS: | None |
| Survey Date: | 8/10/2009 | Intended Usage: | Hold for investment or development |
| Verified with/by: | Brett Owens, Henry S. Miller Brokerage, LLC/DY | | |
| Phone: | 972-774-2568 | | |

### COMMENTS

Located along the SH-114 service road. The immediate area is developed with office uses. The comparable is located within the DCURD. Adjacent to former Cigna building, now vacant.

HC 00198

10102019-Fenton Centre Land-4                                   CROSSON DANNIS, INC.

# INDUSTRIAL LAND COMPARABLES

HC 00199

## LAND SALE COMPARABLE NO. 1

### IDENTIFICATION

| | |
|---|---|
| DBF Id. No.: | 13112 |
| Map Reference: | D-001A-K |
| Legal: | The Plaza, Block A, Lot 2R-2 |
| Volume/Page: | 201000255585 |
| Location: | Northwest corner of Ridgemont Drive and Sam Rayburn Tollway Frontage Road |
| Address: | 2 Ridgemont Drive |
| City, County, State: | Lewisville, Dallas, TX 75067 |
| Grantor: | JDB Coppell Village Plaza - Commercial, LP |
| Grantee: | Genusys, Inc. |

| SALES DATA | | PHYSICAL DATA | |
|---|---|---|---|
| Sales Price: | $815,051 | Size: | 2.772 acres |
| Terms of Sale: | Cash to seller | Zoning: | LI - Light Industrial |
| SP/SF: | $6.75 | Density: | None |
| SP/Acre: | $294,030 | Frontage: | 423+/- feet on Sam Rayburn |
| SP/Unit: | N/A | | Tollway Frontage Road and |
| | | | 307+/- feet on Ridgemont Drive |
| ꟳOS/Filing Date: | 10/4/2010 | Utilities | All available |
| ꞮΜe on Market: | NAV | Improvements at DOS: | None |
| Survey Date: | 11/11/2010 | Intended Usage: | Hold for investment |
| Verified with/by: | Rick Kanatzaar, Studley/AY | | |
| Phone: | 972/692-1396 | | |

### COMMENTS

N/A

HC 00200

CROSSON DANNIS, INC.

## LAND SALE COMPARABLE NO. 2

### IDENTIFICATION

| | |
|---|---|
| DBF Id. No.: | 13102 |
| Map Reference: | D-657-X |
| Legal: | Land situated in the Martha McBride Survey, Abstract Number 553, being a portion of Lot 1R, Block A, of Replat of The Dallas Morning News North Plat |
| Volume/Page: | 20100716000733560 |
| Location: | South side of Plano Parkway; east of Coit Road |
| Address: | 3900 Plano Parkway |
| City, County, State: | Plano, Collin, TX 75075 |
| Grantor: | The Dallas Morning News, Inc. |
| Grantee: | T-R Joint Venture |

### SALES DATA / PHYSICAL DATA

| SALES DATA | | PHYSICAL DATA | |
|---|---|---|---|
| Sales Price: | $2,660,520 | Size: | 8.14 acres |
| Terms of Sale: | Cash to seller | Zoning: | LI-1 Light industrial One District with in the SH 190 Overlay District |
| SP/SF: | $7.50 | Density: | N/A |
| SP/Acre: | $326,700 | Frontage: | NAV |
| SP/Unit: | N/A | | |
| DOS/Filing Date: | 7/16/2010 | Utilities | All available |
| Time on Market: | NAV | Improvements at DOS: | None |
| Survey Date: | 10/28/2010 | Intended Usage: | Hold for investment |
| Verified with/by: | David Anderson, CB Richard Ellis/DY | | |
| Phone: | 972-458-5220 | | |

### COMMENTS

HC 00201

CROSSON DANNIS, INC.

## LAND SALE COMPARABLE NO. 3

### IDENTIFICATION

| | |
|---|---|
| DBF Id. No.: | 13113 |
| Map Reference: | D-021-V |
| Legal: | Northstar Phase II, 1st Revision, Block 1, Lot 1R |
| Volume/Page: | 200900328485 |
| Location: | Southwest corner of West Walnut Hill Lane and State Highway 161 Frontage Road |
| Address: | 4110 West Walnut Hill Lane |
| City, County, State: | Irving, Dallas, TX 75038 |
| Grantor: | One PSC Walnut Hill, Ltd. |
| Grantee: | Don Valk |

### SALES DATA / PHYSICAL DATA

| SALES DATA | | PHYSICAL DATA | |
|---|---|---|---|
| Sales Price: | $784,080 | Size: | 7.220 acres |
| Terms of Sale: | Cash to seller | Zoning: | S-P-2 Site Plan Two |
| SP/SF: | $2.49 | Density: | None |
| SP/Acre: | $108,598 | Frontage: | 1,128+/- feet on West Walnut Hill Lane, 282+/- feet on North Star Drive and 308+/- feet on State Highway 161 Frontage Road |
| SP/Unit: | N/A | | |
| DOS/Filing Date: | 11/18/2009 | Utilities | All available |
| Time on Market: | NAV | Improvements at DOS: | None |
| Survey Date: | 11/12/2010 | Intended Usage: | Mini-storage warehouse |
| Verified with/by: | NAI Robert Lynn/AY | | |
| Phone: | 214/256-7166 | | |

### COMMENTS

N/A

HC 00202

CROSSON DANNIS, INC.

## LAND SALE COMPARABLE NO. 4

### IDENTIFICATION

| | |
|---|---|
| DBF Id. No.: | 13073 |
| Map Reference: | D-550-T |
| Legal: | Stephen Riggs Survey, Abstract No. 1088 and being a portion of Lot 1, Block B of Lewisville Corporate Center |
| Volume/Page: | 2009/112071 |
| Location: | West side of North Summit Avenue, south of Justin Road |
| Address: | None |
| City, County, State: | Lewisville, Denton, TX 75077 |
| Grantor: | Pro Logis Development Services Incorporated, a Delaware Corporation |
| Grantee: | The United States of America |

| SALES DATA | | PHYSICAL DATA | |
|---|---|---|---|
| Sales Price: | $3,300,000 | Size: | 14.530 acres |
| Terms of Sale: | Cash to seller | Zoning: | LI - Light Industrial |
| SP/SF: | $5.21 | Density: | None |
| SP/Acre: | $227,116 | Frontage: | On North Summit Avenue |
| SP/Unit: | N/A | | |
| DOS/Filing Date: | 9/16/2009 | Utilities | All available |
| Time on Market: | NAV | Improvements at DOS: | None |
| Survey Date: | 8/30/2010 | Intended Usage: | Commercial |
| Verified with/by: | Douglas Hill, CoStar Comps/AY | | |
| Phone: | 866/398-4798 | | |

### COMMENTS

N/A

HC 00203

10102019 land-4

Case 11-42042-dml11   Doc 30-13   Filed 04/11/11   Entered 04/11/11 15:34:21   Desc
Three Properties in Farmers Branch   Exhibit D - Part 10 - Appraisal   Page 16 of 28

Addenda

# ARGUS OUTPUT — FENTON CENTRE

**CROSSON DANNIS, INC.**

HC 00204

Property Type : Office/Industrial
Portfolio :
Date : 11/22/10
Time : 9:13 am
Ref# : ACU
Page : 1

Farmers Branch, TX 75234

## Presentation Rent Roll & Current Term Tenant Summary
### As of Nov-2010 for 698,468 Square Feet

| Description — Tenant Name, Type & Suite Number, Lease Dates & Term | Area — Floor SqFt, Bldg Share | Base Rent — Rate & Amount per Year, per Month | Rent Adjustments & Categories — Changes on / Changes to | CPI & Current Porters' Wage Miscellaneous | Abatements — Months to Abate | Prnt to Abate | Reimbursement — Description of Operating Expense Reimbursements | Leasing Costs — Improvmts Rate/Amount | Commssns Rate/Amount | Upon Expiration — Assumption about subsequent terms for this tenant |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 McGuyer Homebuilders Office, Suite: 100100 May-2000 to Sep-2013 161 Months | 6,322.00 0.91% | $21.00 $132,762 $1.75 $11,064 | · | · | · | · | See method: $9.76 stop | · | · | Market See assumption: Office |
| 2 Just Energy Texas LP Office, Suite: 100150 Mar-2010 to Jul-2015 65 Months | 3,884.00 0.56% | $19.50 $75,933 $1.63 $6,328 | · | · | · | · | See method: $6.60 stop | · | · | Market See assumption: Office |
| 3 Red Hat Office, Suite: 100200 Mar-2007 to Jan-2013 71 Months | 6,653.00 0.95% | $19.00 $126,407 $1.58 $10,534 | · | · | · | · | See method: $8.23 stop | · | · | Market See assumption: Office |
| 4 CTGHS Solutions Office, Suite: 100250 Dec-2006 to Jan-2013 74 Months | 13,213.00 1.90% | $22.00 $290,686 $1.83 $24,224 | · | · | · | · | See method: $4.35 + $2.99 stop | · | · | Market See assumption: Office |
| 5 Boston Pizza Restaura Office, Suite: 100450 Sep-2003 to Dec-2012 112 Months | 14,085.00 2.02% | $21.00 $295,385 $1.75 $24,614 | · | · | · | · | See method: $8.76 stop | · | · | Market See assumption: Office |
| 6 Lightfoot Guest Moore Office, Suite: 100500 Feb-2002 to Apr-2013 135 Months | 3,543.00 0.51% | $20.50 $72,632 $1.71 $6,053 | · | · | · | · | See method: $7.33 stop | · | · | Market See assumption: Office |
| 7 Rossi Group, Ltd. Office, Suite: 100510 Dec-2008 to Feb-2011 27 Months | 1,250.00 0.18% | $22.00 $27,500 $1.83 $2,292 | · | · | · | · | See method: $3.98 + $2.09 stop | · | · | Market See assumption: Office |
| 8 Barlow, Garsek & Simo Office, Suite: 100520 Oct-2010 to Sep-2011 12 Months | 1,469.00 0.21% | $9.80 $14,396 $0.82 $1,200 | · | · | · | · | See method: 2010 Base | · | · | Market See assumption: Office |
| 9 White Rock Commercial Office, Suite: 100550 Jul-2006 to Dec-2010 54 Months | 3,659.00 0.53% | $20.00 $73,180 $1.67 $6,098 | · | · | · | · | See method: $7.09 stop | · | · | Option See assumption: Office |
| 9 White Rock Commercial Option, Suite: 100550 Jan-2011 to Dec-2015 60 Months | 3,659.00 0.53% | $20.00 $73,180 $1.67 $6,098 | · | · | · | · | See method: 2010 Base | $5.00 $18,295 | $6.75 $24,698 | Market See assumption: Office |

(continued on next page)

HC 00205

Property Type : Office/Industrial
Portfolio :
Date : 11/22/2010
Time : 9:13 am
Ref# : ACU
Page : 2

Farmers Branch, TX 75234

**Presentation Rent Roll & Current Term Tenant Summary**
As of Nov-2010 for 698,468 Square Feet
(continued from previous page)

| Description — Tenant Name / Type & Suite Number / Lease Dates & Term | Area — Floor SqFt / Bldg Share | Base Rent — Rate & Amount per Year / per Month | Rent Adjustments & Categories — Changes on / Changes to / CPI & Current Porter's Wage Miscellaneous | Abatements — Months to Abate / Pmt to Abate | Reimbursement — Description of Operating Expense Reimbursements | Leasing Costs — Imprvmts Rate Amount / Commsns Rate Amount | Upon Expiration — Assumption about subsequent terms for this tenant |
|---|---|---|---|---|---|---|---|
| 10 Omnilink Corporation, Office, Suite: 100/696, Sep-2010 to Nov-2015, 63 Months | 2,812.00, 0.40% | $9.00 $25,308 $0.75 $2,109 | - - | - - | See method: 2010 Base | - - | Market See assumption: Office |
| 11 Multiplan, Inc., Office, Suite: 100/650, Nov-1997 to Dec-2010, 158 Months | 6,439.00, 0.92% | $22.00 $141,658 $1.83 $11,805 | - - | - - | See method: $7.83 | - - | Option See assumption: Office |
| 11 Multiplan, Inc., Option, Suite: 100/650, Jan-2011 to Dec-2015, 60 Months | 6,439.00, 0.92% | $19.50 $125,561 $1.63 $10,463 | - - | - - | See method: 2010 Base | $5.00 $32,195   $6.58 6.75% $42,377 | Market See assumption: Office |
| 12 Imagine Solutions, Office, Suite: 100/790, Nov-1999 to Feb-2017, 208 Months | 11,770.00, 1.69% | $20.20 $237,754 $1.68 $19,813 | - - | - - | See method: $6.71 | - - | Market See assumption: Office |
| 13 CIMA Solutions Group, Office, Suite: 300/110, May-2008 to Feb-2012, 46 Months | 4,141.00, 0.59% | $22.00 $91,102 $1.83 $7,592 | - - | - - | See method: $7.33 stop | - - | Market See assumption: Office |
| 14 Creative Cuisine, Office, Suite: 300/130, Sep-2004 to Aug-2014, 120 Months | 7,978.00, 1.15% | $3.00 $23,934 $0.25 $1,995 | - - | - - | See method: $8.61 | - - | Market See assumption: Office |
| 15 IBM, Office, Suite: 300/300, Feb-2003 to Jan-2013, 120 Months | 50,028.00, 7.31% | $20.75 $1,038,081 $1.73 $86,063 | - - | - - | See method: $7.33 stop | - - | Vacate See assumption: Office |
| 16 IBM, Office, Suite: 300/500, Feb-2003 to Jan-2015, 144 Months | 26,573.00, 3.82% | $20.75 $551,390 $1.73 $45,949 | - - | - - | See method: $7.33 stop | - - | Vacate See assumption: Office |
| 17 Crawford & Company, Office, Suite: 300/600, Mar-2007 to Mar-2018, 133 Months | 34,215.00, 4.91% | $20.26 $692,854 $1.69 $57,738 | - - | - - | See method: $3.84 + $2.39 | - - | Market See assumption: Office |
| 18 Safeway Managing Agen, Office, Suite: 500/170, Mar-1997 to Feb-2014, 204 Months | 7,562.00, 1.08% | $20.25 $152,928 $1.69 $12,744 | - - | - - | See method: $8.32 with T & E | - - | Market See assumption: Office |

(continued on next page)

HC 00206

Presentation Rent Roll & Current Term Tenant Summary
As of Nov-2010 for 866,458 Square Feet
(continued from previous page)

| Description — Tenant Name Type & Suite Number Lease Dates & Term | Area Floor SqFt Bldg Share | Base Rent Rate & Amount per Year per Month | Rent Adjustments & Categories Changes on | Changes to | CPI & Current Porters' Wage Miscellaneous | Abatements Months to Abate | Pcnt to Abate | Reimbursement Description of Operating Expense Reimbursements | Leasing Costs Imprvmts Rate Amount | Commssns Rate Amount | Upon Expiration Assumption about subsequent terms for this tenant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 Ethicon Office, Suite 500175 Jan-2009 to Feb-2013 50 Months | 2,050.00 0.28% | $21.00 $43,050 $1.75 $3,588 | - | - | - | - | - | See method: $4.46 + $3.02 | - | - | Market See assumption: Office |
| 20 Regis Property Manage Office, Suite 500180 Dec-2008 to Nov-2031 300 Months | 4,078.00 0.59% | $21.00 $85,638 $1.75 $7,137 | - | - | - | - | - | Net: Pays a full pro-rata share of all reimbursable expenses. | - | - | Market See assumption: Office |
| 21 PracticeHwy.com Office, Suite 500200 Jun-2008 to May-2015 84 Months | 3,405.00 0.49% | $18.25 $62,141 $1.52 $5,178 | - | - | - | - | - | See method: $4.45 + $3.02 | - | - | Market See assumption: Office |
| 22 Interactive TKO Office, Suite 500220 Apr-2010 to May-2011 14 Months | 2,714.00 0.39% | $23.00 $62,422 $1.92 $5,202 | - | - | - | - | - | See method: 2010 Base | - | - | Market See assumption: Office |
| 3 Interactive TKO Office, Suite 500250 Mar-2006 to May-2011 63 Months | 4,823.00 0.66% | $18.00 $83,214 $1.50 $6,935 | - | - | - | - | - | See method: $7.44 | - | - | Market See assumption: Office |
| 4 Interactive TKO Office, Suite 500270 Jan-2008 to May-2011 41 Months | 2,632.00 0.38% | $22.00 $57,904 $1.83 $4,825 | - | - | - | - | - | See method: $7.98 | - | - | Market See assumption: Office |
| 5 BCD Travel Office, Suite 500325 Feb-2001 to Jul-2011 126 Months | 10,591.00 1.52% | $18.50 $195,934 $1.54 $16,328 | - | - | - | - | - | See method: $7.44 | - | - | Market See assumption: Office |
| 3 Vollmer Public Relati Office, Suite 500340 Jan-2001 to Dec-2016 180 Months | 6,410.00 0.92% | $18.00 $115,380 $1.50 $9,615 | - | - | - | - | - | See method: 2010 Base | - | - | Market See assumption: Office |
| Vista Corporation Office, Suite 500350 Jul-2009 to Oct-2012 40 Months | 3,585.00 0.51% | $21.24 $76,145 $1.77 $6,345 | - | - | - | - | - | See method: $3.96 + $2.09 stop | - | - | Market See assumption: Office |
| Oxoa Corporation Office, Suite 500400 Oct-2007 to May-2015 92 Months | 13,188.00 1.89% | $22.38 $295,170 $1.87 $24,597 | - | - | - | - | - | See method: $4.46 + $3.02 | - | - | Market See assumption: Office |

(continued on next page)

HC 00207

File : 1010/2018-off
Property Type : Office/Industrial
Portfolio
Date : 11/22/10
Time : 9:13 am
Refs : AQJ
Page : 4

Farmers Branch, TX 75234

Presentation Rent Roll & Current Term Tenant Summary
As of Nov-2010 for 696,458 Square Feet
(continued from previous page)

| Description — Tenant Name, Type & Suite Number, Lease Dates & Term | Area — Floor SqFt / Bldg Share | Base Rent — Rate & Amount per Year / per Month | Rent Adjustments & Categories — Changes on | Changes to | CPI & Current Porters' Wage Miscellaneous | Abatements — Months to Abate | Prcnt to Abate | Reimbursement — Description of Operating Expense Reimbursements | Leasing Costs — Imprvmnts Rate Amount | Commssns Rate Amount | Upon Expiration — Assumption about subsequent terms for this tenant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 Kinnetsu Global IT, Office, Suite: 500405, May-2008 to May-2013, 61 Months | 14,297.00 / 2.05% | $19.75 / $282,366 / $1.65 / $23,530 | - | - | - | - | - | See method: $4.92 + $2.62 | - | - | Market assumption: Office |
| 30 National Cable Commun, Office, Suite: 500555, Apr-2000 to Mar-2011, 132 Months | 17,615.00 / 2.53% | $20.75 / $365,611 / $1.73 / $30,459 | - | - | - | - | - | See method: $8.55 | - | - | Market assumption: Office |
| 31 BCD Travel, Office, Suite: 500600, Feb-2001 to Jul-2011, 126 Months | 34,597.00 / 4.96% | $18.50 / $639,980 / $1.54 / $53,291 | - | - | - | - | - | See method: $7.44 | - | - | Market assumption: Office |
| I2 Heery Int'l Inc., Office, Suite: 500700, Oct-2008 to Oct-2016, 85 Months | 18,807.00 / 2.41% | $21.90 / $388,073 / $1.83 / $30,673 | - | - | - | - | - | See method: $4.92 + $2.62 | - | - | Market assumption: Office |
| I3 Motorola, Office, Suite: 700700, Dec-2007 to May-2013, 60 Months | 24,595.00 / 3.53% | $21.50 / $528,793 / $1.79 / $44,066 | - | - | - | - | - | See method: $4.92 + $2.62 | - | - | Market assumption: Office |
| I LEASE TO STABILIZE, Office, Suite: Hlf 1, Apr-2011 to Mar-2016, 60 Months | 28,303.25 / 3.76% | $18.00 / $473,469 / $1.50 / $39,455 @ 100% of Mkt | - | - | - | 1-6 | 100% | Gross: Pays the increases over a base year ending Oct-2011: $8.11. | $20.00 / $526,065 | $5.47 / 6.75% / $143,813 | Market assumption: Office |
| I LEASE TO STABILIZE, Office, Suite: Hlf 2, Oct-2011 to Sep-2016, 60 Months | 26,303.25 / 3.78% | $18.00 / $473,469 / $1.50 / $39,455 @ 100% of Mkt | - | - | - | 1-6 | 100% | Gross: Pays the increases over a base year ending Oct-2011: $8.11. | $20.00 / $526,065 | $5.47 / 6.75% / $143,813 | Market assumption: Office |
| I LEASE TO STABILIZE, Office, Suite: Hlf 3, Apr-2012 to Mar-2017, 60 Months | 28,303.25 / 3.76% | $18.00 / $473,469 / $1.50 / $39,455 @ 100% of Mkt | - | - | - | 1-6 | 100% | Gross: Pays the increases over a base year ending Oct-2012: $8.62. | $20.60 / $541,847 | $5.47 / 6.75% / $143,813 | Market assumption: Office |
| I LEASE TO STABILIZE, Office, Suite: Hlf 4, Oct-2012 to Sep-2017, 60 Months | 28,303.25 / 3.76% | $18.00 / $473,469 / $1.50 / $39,455 @ 100% of Mkt | - | - | - | 1-6 | 100% | Gross: Pays the increases over a base year ending Oct-2012: $8.62. | $20.60 / $541,847 | $5.47 / 6.75% / $143,813 | Market assumption: Office |
| I LEASE TO STABILIZE, Office, Suite: Hlf 5, Apr-2013 to Mar-2018, 60 Months | 28,303.25 / 3.76% | $18.00 / $473,469 / $1.50 / $39,455 @ 100% of Mkt | - | - | - | 1-6 | 100% | Gross: Pays the increases over a base year ending Oct-2013: $9.03. | $21.22 / $558,102 | $5.47 / 6.75% / $143,813 | Market assumption: Office |

(continued on next page)

HC 00208

File : 10102019-off
Property Type : Offical/Industrial
Portfolio :
Date : 11/22/10
Time : 9:13 am
Ref# : ACU
Page : 5

Farmers Branch, TX 75234

Presentation Rent Roll & Current Term Tenant Summary
As of Nov-2010 for 695,458 Square Feet
(continued from previous page)

| Description / Tenant Name Type & Suite Number Lease Dates & Term | Area Floor SqFt Bldg Share | Base Rent Rate & Amount per Year per Month | Reimbursement Description of Operating Expense Reimbursements | Leasing Costs Imprvmt Amount | Commsns Rate Amount | Upon Expiration Rate Amount | Assumption about subsequent terms for this tenant |
|---|---|---|---|---|---|---|---|
| 51 LEASE TO STABILIZE Office, Suite : Hif 8 Oct-2013 to Sep-2018 60 Months | 26,303.25 3.78% | $18.00 $473,459 $1.50 $39,455 @ 100% of Mkt | 1-8 100% Gross: Pays the increase over a base year ending Oct-2013: $9.03. | $21.22 $558,102 | $5.47 6.75% $143,813 | Market See assumption: Office |
| 51 LEASE TO STABILIZE Office, Suite : Hif 7 Apr-2014 to Mar-2019 60 Months | 26,303.25 3.78% | $18.00 $473,459 $1.50 $39,455 @ 100% of Mkt | 1-8 100% Gross: Pays the increases over a base year ending Oct-2014: $9.63. | $21.65 $574,845 | $5.47 6.75% $143,813 | Market See assumption: Office |
| 51 LEASE TO STABILIZE Office, Suite : Hif 9 Oct-2014 to Sep-2019 60 Months | 26,303.25 3.78% | $18.00 $473,459 $1.50 $39,455 @ 100% of Mkt | 1-8 100% Gross: Pays the increases over a base year ending Oct-2014: $9.63. | $21.65 $574,845 | $5.47 6.75% $143,813 | Market See assumption: Office |
| 52 AFTER STABILIZED Office, Suite: Hif 9 Apr-2015 to Mar-2020 60 Months | 14,798.75 2.13% | $19.80 $293,035 $1.65 $24,420 @ 100% of Mkt | Gross: Pays the increase over a base year ending Oct-2015: $10.21. | $22.51 $333,145 | $6.66 6.75% $99,899 | Market See assumption: Office |
| 2 AFTER STABILIZED Office, Suite: Hif 10 Oct-2015 to Sep-2020 60 Months | 14,798.75 2.13% | $19.80 $293,035 $1.65 $24,420 @ 100% of Mkt | Gross: Pays the increases over a base year ending Oct-2016: $10.21. | $22.51 $333,145 | $6.66 6.75% $99,899 | Market See assumption: Office |
| 2 AFTER STABILIZED Office, Suite: Hif 11 Apr-2016 to Mar-2021 60 Months | 14,798.75 2.13% | $21.78 $322,339 $1.82 $26,862 @ 100% of Mkt | Gross: Pays the increases over a base year ending Oct-2016: $10.52. | $23.19 $343,139 | $7.35 6.75% $108,709 | Market See assumption: Office |
| 2 AFTER STABILIZED Office, Suite: Hif 12 Oct-2016 to Sep-2021 60 Months | 14,798.75 2.13% | $21.78 $322,339 $1.82 $26,862 @ 100% of Mkt | Gross: Pays the increases over a base year ending Oct-2016: $10.52. | $23.19 $343,139 | $7.35 6.75% $108,709 | Market See assumption: Office |
| 2 AFTER STABILIZED Office, Suite: Hif 13 Apr-2017 to Mar-2022 60 Months | 14,798.75 2.13% | $23.96 $354,572 $2.00 $29,548 @ 100% of Mkt | Gross: Pays the increases over a base year ending Oct-2017: $10.66. | $23.86 $353,434 | $8.09 6.75% $119,868 | Market See assumption: Office |
| 2 AFTER STABILIZED Office, Suite: Hif 14 Oct-2017 to Sep-2022 60 Months | 14,798.75 2.13% | $23.96 $354,572 $2.00 $29,548 @ 100% of Mkt | Gross: Pays the increases over a base year ending Oct-2017: $10.66. | $23.86 $353,434 | $8.09 6.75% $119,868 | Market See assumption: Office |
| 2 AFTER STABILIZED Office, Suite: Hif 16 Apr-2018 to Mar-2023 60 Months | 14,798.75 2.13% | $25.87 $382,836 $2.16 $31,912 @ 100% of Mkt | Gross: Pays the increase over a base year ending Oct-2018: $11.19. | $24.60 $364,037 | $8.73 6.75% $129,242 | Market See assumption: Office |

(continued on next page)

HC 00209

Property Type : Office/Industrial
Portfolio :
Date : 11/22/10
Time : 9:13 am
Ref# : AOJ
Page : 6

Farmers Branch, TX 75234

## Presentation Rent Roll & Current Term Tenant Summary
### As of Nov-2010 for 896,458 Square Feet
(continued from previous page)

| Description — Tenant Name / Type & Suite Number / Lease Dates & Term | Area — Floor SqFt / Bldg Share | Base Rent — Rate & Amount per Year / per Month | Rent Adjustments & Categories — Changes on | Changes to | CPI & Current Porters' Wage Miscellaneous | Abatements — Months to Abate | Pcnt to Abate | Reimbursement — Description of Operating Expense Reimbursements | Leasing Costs — Improvmts Rate Amount | Commissns Rate Amount | Upon Expiration — Assumption about subsequent terms for this tenant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 AFTER STABILIZED Office, Suite: HF 16 Oct-2018 to Sep-2023 60 Months | 14,796.75 2.13% | $25.87 $382,938 $2.16 $31,912 @ 100% of Mkt | - | - | - | - | - | Gross: Pays the increases over a base year ending Oct-2018: $11.19. | $24.80 $364,037 | $8.73 6.75% $123,242 | Market See assumption: Office |

Total Occupied SqFt 367,634.00
Total Available SqFt 328,824.00

HC 00210

File: 10102019-off
Property Type: Office/Industrial
Portfolio:
Date: 11/22/10
Time: 9:13 am
Ref#: AOJ
Page 1

Farmers Branch, TX 75234

## Office
### Market Leasing Assumption Results
### In Inflated Dollars for the Fiscal Year Beginning 11/01/10

| For the Years Ending | | Year 1 Oct-2011 | Year 2 Oct-2012 | Year 3 Oct-2013 | Year 4 Oct-2014 | Year 5 Oct-2015 | Year 6 Oct-2016 | Year 7 Oct-2017 | Year 8 Oct-2018 | Year 9 Oct-2019 | Year 10 Oct-2020 | Year 11 Oct-2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Renewal Probability | | 70.00% | 70.00% | 70.00% | 70.00% | 70.00% | 70.00% | 70.00% | 70.00% | 70.00% | 70.00% | 70.00% |
| Market Rent $/SqFt/Yr | New: | 18.00 | 18.00 | 18.00 | 18.00 | 19.80 | 21.78 | 23.96 | 25.87 | 27.94 | 28.78 | 29.65 |
| | Renewal: | 18.00 | 18.00 | 18.00 | 18.00 | 19.80 | 21.78 | 23.96 | 25.87 | 27.94 | 28.78 | 29.65 |
| | Result: | 18.00 | 18.00 | 18.00 | 18.00 | 19.80 | 21.78 | 23.96 | 25.87 | 27.94 | 28.78 | 29.65 |
| Months Vacant | New: | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |
| | Renewal: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rounded: | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Tenant Improvements $/SqFt | New: | 20.00 | 20.60 | 21.22 | 21.85 | 22.51 | 23.19 | 23.88 | 24.60 | 25.34 | 26.10 | 26.88 |
| | Renewal: | 5.00 | 5.15 | 5.30 | 5.46 | 5.63 | 5.80 | 5.97 | 6.15 | 6.33 | 6.52 | 6.72 |
| | Result: | 9.50 | 9.79 | 10.08 | 10.38 | 10.69 | 11.01 | 11.34 | 11.68 | 12.03 | 12.40 | 12.77 |
| Leasing Commissions Percent | New: | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% |
| | Renewal: | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% |
| | Result: | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% |
| Rent Abatements | New: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Renewal: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Result: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Non-Weighted Items Rent Changes Retail Rent Changes Abatements Term Lengths in Year | | Base Year St 5 | Base Year St 5 | Base Year St 5 | Base Year St 5 | Base Year St 5 | Base Year St 5 | Base Year St 5 | Base Year St 5 | Base Year St 5 | Base Year St 5 | Base Year St 5 |
| Term Overrides | | | | | | | | | | | | |

HC 00211

Property Type : Office/Industrial
Portfolio :
Date : 11/22/10
Time : 9:14 am
Ref# : AOJ
Page:1

Farmers Branch, TX 75234

Supporting Schedule — Square Feet Expiring — (All Terms)

for the Years Ending

| Tenant | Suite | Year 1 Oct-2011 | Year 2 Oct-2012 | Year 3 Oct-2013 | Year 4 Oct-2014 | Year 5 Oct-2015 | Year 6 Oct-2016 | Year 7 Oct-2017 | Year 8 Oct-2018 | Year 9 Oct-2019 | Year 10 Oct-2020 | Year 11 Oct-2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| White Rock Commercial | 100650 | 3,689.00 | | | | | | | | | | |
| Mulligan, Inc. | 100650 | 6,439.00 | | | | | | | | | | |
| Rossi Group, Ltd. | 100510 | 1,250.00 | | | | | 1,250.00 | | | | | 1,250.00 |
| National Cable Communic | 100555 | 17,615.00 | | | | | 17,615.00 | | | | | 17,615.00 |
| Interactive TKO | 500220 | 2,714.00 | | | | | 2,714.00 | | | | | 2,714.00 |
| Interactive TKO | 500250 | 4,623.00 | | | | | 4,623.00 | | | | | 4,623.00 |
| Interactive TKO | 500270 | 2,632.00 | | | | | 2,632.00 | | | | | 2,632.00 |
| BCD Travel | 600325 | 10,591.00 | | | | | 10,591.00 | | | | | |
| BCD Travel | 600600 | 34,567.00 | | | | | 34,567.00 | | | | | |
| Bartow, Garsek & Simon | 100520 | 1,469.00 | | | | | | 1,469.00 | | | | |
| CIMA Solutions Group | 300110 | | 4,141.00 | | | | | 4,141.00 | | | | |
| Visto Corporation | 500350 | | 3,585.00 | | | | | | 3,585.00 | | | |
| Boston Pizza Restaurant | 100460 | | | 14,065.00 | | | | | 14,065.00 | | | |
| Red Hat | 100200 | | | 6,653.00 | | | | | 6,653.00 | | | |
| CTGHS Solutions | 100250 | | | 13,213.00 | | | | | 13,213.00 | | | |
| IBM | 300300 | | | 50,928.00 | | | | | 50,928.00 | | | |
| Ethicon | 500175 | | | 2,060.00 | | | | | 2,060.00 | | | |
| Lightfoot Guest Moore C | 100500 | | | 3,543.00 | | | | | 3,543.00 | | | |
| Kintetsu Global IT | 500405 | | | 14,297.00 | | | | | 14,297.00 | | | |
| Motorola | 700700 | | | 24,595.00 | | | | | 24,595.00 | | | |
| McGuyer Homebuilders | 100100 | | | 6,322.00 | | | | | | 6,322.00 | | |
| Safeway Managing Agency | 500170 | | | | 7,652.00 | | | | | 7,552.00 | | |
| Creative Cuisine | 300130 | | | | 7,978.00 | | | | | 7,978.00 | | |
| IBM | 300300 | | | | | 26,573.00 | | | | | 26,573.00 | |
| PracticeHwy.com | 500200 | | | | | 3,405.00 | | | | | 3,405.00 | |
| Oxea Corporation | 600400 | | | | | 13,189.00 | | | | | 13,189.00 | |
| Just Energy Texas LP | 100150 | | | | | 3,894.00 | | | | | 3,894.00 | |
| Heary Int'l Inc. | 500700 | | | | | 16,807.00 | | | | | | 16,807.00 |
| Omnilink Corporation | 100595 | | | | | | 2,812.00 | | | | | 2,812.00 |
| White Rock Commercial | 100550 | | | | | | 3,659.00 | | | | | 3,659.00 |
| Mulligan, Inc. | 100550 | | | | | | 6,439.00 | | | | | 6,439.00 |
| Vollmer Public Relation | 500340 | | | | | | 6,410.00 | | | | | 6,410.00 |
| LEASE TO STABILIZE | HH 1 | | | | | | 26,303.25 | | | | | 26,303.25 |
| LEASE TO STABILIZE | HH 2 | | | | | | 26,303.25 | | | | | |
| Imagine Solutions | 100790 | | | | | | | 11,770.00 | | | | |
| LEASE TO STABILIZE | HH 3 | | | | | | | 26,303.25 | | | | |
| LEASE TO STABILIZE | HH 4 | | | | | | | 26,303.25 | | | | |
| Crawford & Company | 300600 | | | | | | | | 34,215.00 | | | |
| LEASE TO STABILIZE | HH 5 | | | | | | | | 26,303.25 | | | |
| LEASE TO STABILIZE | HH 6 | | | | | | | | 26,303.25 | | | |
| LEASE TO STABILIZE | HH 7 | | | | | | | | | 26,303.25 | | |
| LEASE TO STABILIZE | HH 8 | | | | | | | | | 26,303.25 | | |
| LEASE TO STABILIZE | HH 9 | | | | | | | | | | | |
| AFTER STABILIZED | HH 10 | | | | | | | | | | 14,799.75 | |
| AFTER STABILIZED | HH 11 | | | | | | | | | | 14,799.75 | 14,799.75 |
| AFTER STABILIZED | HH 12 | | | | | | | | | | | 14,799.75 |
| Total SqFt Expiring | | 85,559.00 | 7,726.00 | 135,666.00 | 15,530.00 | 63,868.00 | 145,918.50 | 69,986.50 | 219,750.50 | 74,455.50 | 76,660.50 | 120,663.75 |
| Percent Of Total Expiring | | 12.3% | 1.1% | 19.5% | 2.2% | 9.2% | 21.0% | 10.0% | 31.8% | 10.7% | 11.0% | 17.4% |

HC 00212

Property Type : Office/Industrial Portfolio
Date : 11/22/10
Time : 9:14 am
Ref# : A-AO
Page-1

Farmers Branch, TX 75234

**Supporting Schedule - Occupancy & Absorption Rates**
**Physical Occupancy Based on Absorption & Turnover Vacancy Assumptions**

| For the Years Ending | Year 1 Oct-2011 | Year 2 Oct-2012 | Year 3 Oct-2013 | Year 4 Oct-2014 | Year 5 Oct-2015 | Year 6 Oct-2016 | Year 7 Oct-2017 | Year 8 Oct-2018 | Year 9 Oct-2019 | Year 10 Oct-2020 | Year 11 Oct-2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SqFt Occupied** | | | | | | | | | | | |
| November | 367,634.00 | 418,771.50 | 469,282.00 | 519,131.50 | 578,080.00 | 590,852.50 | 565,797.75 | 640,565.25 | 670,154.75 | 682,176.75 | 677,764.25 |
| December | 367,634.00 | 420,240.50 | 469,282.00 | 525,453.50 | 578,080.00 | 588,040.00 | 635,790.00 | 666,868.50 | 690,136.00 | 688,480.00 | 696,458.00 |
| January | 367,634.00 | 420,240.50 | 458,782.00 | 525,453.50 | 578,060.00 | 588,339.60 | 635,790.00 | 663,273.50 | 690,136.00 | 690,136.00 | 696,458.00 |
| February | 367,634.00 | 420,240.50 | 387,988.00 | 525,453.50 | 551,487.00 | 591,151.50 | 637,259.00 | 663,273.50 | 696,458.00 | 696,458.00 | 678,651.00 |
| March | 366,384.00 | 416,099.50 | 400,003.00 | 517,901.50 | 551,487.00 | 607,659.50 | 625,489.00 | 652,793.50 | 696,458.00 | 696,458.00 | 678,639.00 |
| April | 375,072.25 | 442,402.75 | 446,172.25 | 544,204.75 | 666,286.75 | 596,156.00 | 613,985.50 | 587,209.00 | 662,602.75 | 681,658.25 | 677,138.00 |
| May | 376,322.25 | 446,543.75 | 444,679.25 | 551,756.75 | 549,692.75 | 594,906.00 | 621,614.50 | 599,224.00 | 688,906.00 | 681,658.25 | 665,150.25 |
| June | 383,968.25 | 446,543.75 | 463,785.25 | 551,756.75 | 549,692.75 | 603,594.25 | 647,917.75 | 679,608.25 | 688,458.00 | 696,458.00 | 681,658.25 |
| July | 383,968.25 | 448,330.25 | 409,330.25 | 549,692.75 | 688,985.75 | 604,844.25 | 652,058.75 | 678,116.25 | 696,458.00 | 696,458.00 | 670,154.75 |
| August | 348,779.25 | 446,543.75 | 499,150.25 | 651,756.75 | 688,965.75 | 612,490.25 | 652,058.75 | 588,295.25 | 696,458.00 | 696,458.00 | 696,904.75 |
| September | 348,779.25 | 446,543.75 | 499,150.25 | 543,778.76 | 688,965.75 | 612,490.25 | 652,058.75 | 591,838.25 | 696,458.00 | 653,291.00 | 678,643.00 |
| October | 418,771.50 | 472,847.00 | 519,131.50 | 570,082.00 | 607,659.50 | 565,797.75 | 640,555.25 | 670,154.75 | 670,154.75 | 677,764.25 | 671,699.25 |
| **Average Occupied For The Year** | 372,715.08 | 436,963.42 | 460,724.83 | 539,873.83 | 671,226.33 | 596,360.19 | 631,697.92 | 640,099.92 | 685,377.92 | 681,717.46 | 676,820.29 |
| **Net Absorption** | | | | | | | | | | | |
| Annual Square Feet Absorbed | 51,137.50 | 54,075.50 | 46,284.50 | 50,950.60 | 37,577.60 | (41,861.75) | 74,757.50 | 29,599.50 | | 7,609.50 | (6,075.00) |
| Average Monthly Absorption | 4,261.46 | 4,506.29 | 3,857.04 | 4,246.08 | 3,131.46 | (3,488.48) | 6,229.79 | 2,466.63 | | 634.13 | (506.25) |

| For the Years Ending | Year 1 Oct-2011 | Year 2 Oct-2012 | Year 3 Oct-2013 | Year 4 Oct-2014 | Year 5 Oct-2015 | Year 6 Oct-2016 | Year 7 Oct-2017 | Year 8 Oct-2018 | Year 9 Oct-2019 | Year 10 Oct-2020 | Year 11 Oct-2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Percentage Occupancy** | | | | | | | | | | | |
| November | 52.79% | 60.13% | 67.38% | 74.54% | 83.00% | 84.84% | 81.24% | 91.97% | 96.22% | 95.08% | 97.32% |
| December | 52.79% | 60.34% | 67.38% | 75.45% | 83.00% | 84.43% | 91.28% | 95.75% | 99.09% | 98.85% | 100.00% |
| January | 52.79% | 60.34% | 65.87% | 75.45% | 83.00% | 84.48% | 91.28% | 95.24% | 99.09% | 99.09% | 100.00% |
| February | 52.79% | 60.34% | 55.71% | 75.45% | 79.18% | 84.88% | 91.50% | 95.24% | 100.00% | 100.00% | 97.49% |
| March | 52.61% | 59.75% | 57.43% | 74.36% | 79.18% | 87.25% | 89.81% | 93.73% | 100.00% | 100.00% | 97.18% |
| April | 53.85% | 63.62% | 64.06% | 78.14% | 81.31% | 85.60% | 88.16% | 84.31% | 95.14% | 97.87% | 97.23% |
| May | 54.03% | 64.12% | 63.85% | 79.22% | 81.31% | 85.42% | 89.28% | 86.04% | 98.92% | 97.87% | 95.50% |
| June | 55.13% | 64.12% | 63.85% | 79.22% | 78.93% | 86.87% | 93.03% | 97.58% | 100.00% | 100.00% | 97.87% |
| July | 55.13% | 64.12% | 58.77% | 78.93% | 78.93% | 86.85% | 93.62% | 97.37% | 100.00% | 100.00% | 96.22% |
| August | 50.08% | 64.12% | 71.67% | 79.22% | 84.57% | 87.94% | 93.62% | 84.47% | 100.00% | 100.00% | 96.04% |
| September | 50.08% | 64.12% | 71.67% | 78.09% | 84.57% | 87.94% | 93.62% | 84.98% | 100.00% | 93.80% | 97.43% |
| October | 60.13% | 67.89% | 74.54% | 81.85% | 87.25% | 81.24% | 91.97% | 96.22% | 96.22% | 97.32% | 96.44% |
| **Average Occupancy For The Year** | 53.62% | 62.74% | 64.72% | 77.52% | 82.02% | 85.63% | 90.70% | 91.91% | 98.41% | 97.86% | 97.18% |
| **Net Absorption** | | | | | | | | | | | |
| Annual Percentage Absorbed | 7.34% | 7.76% | 6.65% | 7.32% | 5.40% | (6.01%) | 10.73% | 4.25% | | 1.09% | (0.87%) |
| Average Monthly Percentage | 0.61% | 0.65% | 0.55% | 0.61% | 0.45% | (0.50%) | 0.89% | 0.35% | | 0.09% | (0.07%) |

# METES AND BOUNDS DESCRIPTIONS

HC 00214

## EXHIBIT "A"

### Legal Description

**TRACT 1:  (Lot 2, Block 1):**

BEING a tract of land in the William F. Shahan Survey, Abstract No. 1337, and the Samuel P. Brown Survey, Abstract No. 158, Dallas County, Texas, and being a part of that tract of land described in deed to Prentiss Properties Acquisition Partners, L.P., as recorded in Volume 2004100, Page 5411, Deed Records of Dallas County, Texas, (DRDCT), and being all of Lot 2, Block 1 of Lot 1, Lot 2, Lot 3, and Lot 4, Block 1, Park West  Phase II, an Addition to the City of Farmers Branch, as recorded in Volume 85186, Page 3424, DRDCT, and being more particularly described as follows:

COMMENCING at a 1/2-inch iron rod with a yellow plastic cap stamped "Halff Assoc., Inc." (hereafter referred to as "with cap") found at the southwest corner of a 25 foot corner clip located at the intersection of the north right-of-way line of Interstate Highway 635 (a variable width right-of-way) and the west right-of-way line of Luna Road  (a variable width right-of-way);

THENCE North 87 degrees 17 minutes 03 seconds West, along said north right-of-way line, a distance of 350.33 feet to a 1/2-inch iron rod with cap found for the POINT OF BEGINNING of the herein described tract, and being the southeast corner of said Lot 2;

THENCE North 87 degrees 17 minutes 03 seconds West, continuing along said north right-of-way line, a distance of 590.42 feet to a 1/2-inch iron rod with cap found for corner, said point being the southwest corner of said Lot 2 Block 1 and also being the southeast corner of Lot 3, Block 1 of Revised Final Plat Park West-Phase II, an addition to the City of Farmers Branch, as recorded in Volume 89157, Page 0043, DRDCT;

THENCE North 02 degrees 31 minutes 30 seconds West, departing said north right-of-way line and along common line between said Lot 2, Block 1 and Lot 3, Block 1, a distance of 341.69 feet to an "X" found in concrete for corner, said point being the northwest corner of said Lot 2 Block 1;

THENCE North 87 degrees 45 minutes East, departing said common line and along the north line of Lot 2, passing at a distance of 30.00 feet an "X" found in the concrete for a angle point in the south line of Lot 1 of said Block 1, and continuing along the common line between said Lot 1, Block and Lot 2, Block 1, in all a distance of 528.07 feet to a 1/2-inch iron rod with cap found for corner;

THENCE South 02 degrees 15 minutes 00 seconds East, continuing along said common line, a distance of 185.00 feet to a 1/2-inch iron rod with cap found for corner;

THENCE South 57 degrees 15 minutes 00 seconds East, continuing along said common line, a distance of 91.87 feet to a 1/2-inch iron rod with cap found for corner;

EXHIBIT A, Legal Description – Page 1

HC 00215

THENCE South 02 degrees 42 minutes 57 seconds West, continuing along said common line, a distance of 155.69 feet to the POINT OF BEGINNING AND CONTAINING 204,638 square feet or 4.70 acres of land, more or less.

### TRACT 2-(Lot 4, Block 1 -SITE C-3):

BEING a tract of land location in the Samuel P. Brown Survey, Abstract No. 158, and the James F. Chenoeth Survey, Abstract No. 267, in the City of Farmers Branch, Dallas County, Texas, and being all of that tract of land described in deed to Prentiss Properties Acquisition Partners, L.P., as recorded in Volume 2003023, Page 12063, Deed Records, Dallas County, Texas, (D.R.D.C.T.), and being all of Lot 4, Block 1, of Lot 1, Lot 2, Lot 3 and Lot 4, Block 1, Park West-Phase II, an addition to the City of Farmers Branch, as filed for record in Volume 85186, Page 3424, D.R.D.C.T., and being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod with a yellow plastic cap stamped "Halff Assoc. Inc." (hereafter referred to as "with cap") found at the southwest corner of a 25 foot corner clip located at the intersection of the North right-of-way line of Interstate Highway 635 (a variable width right-of-way) and the West right-of-way line of Luna Road (a variable width right-of-way);

THENCE the following bearings and distances along said North right-of-way line of Interstate Highway 635;

> North 87 degrees 17 minutes 03 seconds West, a distance of 1064.89 feet to a 1/2 inch iron rod with cap found for corner;

> North 79 degrees 04 minutes 16 seconds West, a distance of 485.05 feet to a 1/2 inch iron rod with cap found for the Southeast corner of said Lot 4, Block 1, and the POINT OF BEGINNING of the herein described tract;

THENCE North 79 degrees 04 minutes 16 seconds West, continuing along said North right-of-way, a distance of 646.23 feet to a 1/2-inch iron rod with cap found for corner;

THENCE North 01 degree 24 minutes 22 seconds East, departing said North right-of-way line, a distance of 426.66 feet to a 1/2-inch iron rod found for corner;

THENCE North 88 degrees 25 minutes 23 seconds East, a distance of 608.69 feet to a point for a corner from which a found 'X' in a curb bears South 01 degree 34 minutes 37 seconds East, a distance of 29.03;

THENCE South 01 degree 34 minutes 37 seconds East, a distance of 566.01 feet to the POINT FO BEGINNING AND CONTAINING 308,222 square feet or 7.076 acres of land, more or less.

HC 00216