# Exhibit T

HC 00657

**Moore, Jennifer**

**From:** Baum, Kenneth
**Sent:** Tuesday, February 01, 2011 11:45 AM
**To:** 'Doug Buncher'; Warner, Michael; Chou, Emily; Kim, James
**Cc:** Dave Morgan; Scott@regisinc.com
**Subject:** RE: Urgent - Need to Try to Meet with Clients to Save New Tenant [COLESCHOTZ-CSDOCS.FID1327743]

Doug,

HCMLP is glad to see the debtor actively negotiating to place a tenant in the Fenton property. HCMLP will comply with all relevant provisions of the loan documents regarding leasing and anticipates the debtor will do the same. If the potential tenant or its broker have any specific questions, HCMLP would be pleased to respond, if they are submitted in writing. Thanks.

Ken

# CS COLE SCHOTZ

**Kenneth L. Baum**
Cole, Schotz, Meisel, Forman & Leonard, P.A. | www.coleschotz.com
25 Main Street | Hackensack, New Jersey | 07601
Direct 201.525.6327 | Firm 201.489.3000 | Fax 201.678.6327 | kbaum@coleschotz.com
New Jersey | New York | Delaware | Maryland | Texas
Legal Secretary: Brooke Fink
tel 201.489.3000 ext. 5097 | bfink@coleschotz.com

HC 00658