Richard Morgan - Direct (State Bank of Texas)      118

1   to the properties that they were derived from.  So for example,

2   if the Archon property does not sell to cover the first and

3   second lien and all the unsecured creditors, that it wouldn't

4   be a general encumbrance of the debtor?

5         MR. BUNCHER:  Objection.  He just answered that, Your

6   Honor.  I thought we've been over this, like, three different

7   times about what his understanding is of how the notes work.

8         THE COURT:  It does seem like this is getting

9   repetitive.

10        MR. STROMBERG:  I apologize, Your Honor.  Then, I'll

11  move on if that's the case.  Is the Court sustaining the

12  objection on that?

13        THE COURT:  Sustained.

14        MR. STROMBERG:  Okay.  Thank you.

15  Q.   Now, I want to clarify one last thing before we get off

16  the stand, here, that you had talked about money from investors

17  and indicated that you didn't have any specific commitments for

18  third party investor money, am I right?

19  A.   Right.

20  Q.   Not at this time?

21  A.   Correct.

22  Q.   Okay.  But am I also correct in my understanding that you

23  have no commitments from any entity that's in any way

24  associated with Transcontinental Realty Investors at this time?

25  A.   For?

HC 01170

Richard Morgan - Direct (State Bank of Texas)          119

1  Q.   For investing money in the debtor?

2  A.   No, not yet.  I've had discussions with Transcontinental,

3  and Mr. Moos in particular --

4  Q.   Okay.

5  A.   -- that there is a -- there is a model that I'd like to

6  use and try to see if I can find investors.  But at the end of

7  the day, it's their -- that note and the collectability of that

8  note that's going to mean something to them.  To the extent

9  that they have to invest money to protect that note, then I'm

10 expecting them to do that.

11 Q.   Have you done any independent investigations as to whether

12 or not they have the financial wherewithal to make the

13 investments you expect that they'll be making in these notes?

14 A.   You're getting into their business; I don't know that.

15 Q.   Well, no, I'm actually asking about your business.  I'm

16 really trying to find out, Mr. Morgan, what investigation you

17 have done into whether or not it's realistic to expect them to

18 give you any of this money.  Have you done any?

19 A.   Well, you're asking me to get involved in the finances of

20 a public company.  No, I haven't done that.

21 Q.   Well, correct me if I'm wrong, but didn't you just tell us

22 that to the extent that your reorganization process or model

23 anticipates that they'll be investing some money, here, that

24 money coming from them is an important feature of whatever your

25 plan will ultimately be?

HC 01171

Richard Morgan - Direct (State Bank of Texas)        120

1  A.    No.  I didn't say that at all.

2  Q.    Okay.  Well, let me ask you then.  Are you anticipating

3  that they will invest money in this debtor as a part of your

4  restructuring efforts?

5  A.    I will anticipate that if I can't get it from another

6  source, they will have -- they will be forced to -- to choose

7  to step in or else the asset might be lost.

8  Q.    And as of right now, you don't have that other source,

9  right?

10  A.    No.

11  Q.    Okay.  So the money, then, would likely have to come from

12  them if you don't find somebody else?

13  A.    I think I've already stated that in the pecking order

14  which they would be called upon.

15  Q.    Okay.  And again, I'm just trying to figure out relative

16  to Prime Asset or Prime Income or Transcontinental Realty

17  Investors, American Realty Trust, or the ABCLD entities, have

18  you done any independent investigation on your own to determine

19  whether or not they have the ability to finance any part of the

20  funding that this debtor will need, or not.

21  A.    No.

22  Q.    Okay.

23        MR. STROMBERG:  Pass the witness, Your Honor.

24        THE COURT:  Mr. Kinvig?

25  DIRECT EXAMINATION

HC 01172

Richard Morgan - Direct (American Bank of Commerce)    121

1  BY MR. KINVIG:

2  Q.    Just a few questions, Mr. Morgan.  You remember from your

3  deposition that I represent American Bank of Commerce?

4  A.    Yes.

5  Q.    And you're aware, roughly, that American Bank of Commerce

6  is owed around nine and a half million dollars, plus or minus?

7  A.    Combined, yeah.

8  Q.    Okay.  Are you also aware that American Bank of Commerce

9  holds, as part of its collateral package, an apartment

10  building, roughly 106-unit apartment building located in

11  Kaufman, Texas?

12  A.    Yes.

13  Q.    And do you know roughly the net cash that's generated

14  every month by that property?

15  A.    In the 50,000 range.

16  Q.    Okay.

17  A.    That's before debt.

18  Q.    Okay.  Now, you previously testified, and correct me if

19  I'm wrong, but this afternoon, you previously testified that

20  you're in this case to bring value -- to create value, correct?

21  A.    Right.

22  Q.    Do you know what percentage of that -- when I refer to the

23  Kaufman apartment property, that's the collateral that we

24  previously spoke of.

25  A.    Right.

HC 01173

Richard Morgan - Direct (American Bank of Commerce)    122

1  Q.    Do you, off-hand, know what percentage, roughly, of that

2  Kaufman apartment property is currently leased?

3  A.    About ninety percent.

4  Q.    Ninety percent?  Do you think that through your efforts,

5  you can turn that into a hundred percent leased property or get

6  more tenants, significantly more tenants than the ninety-

7  percent leased?

8  A.    Well, as I think I mentioned in the deposition, but

9  essentially, the one thing that first stood out at me is that

10  there's no signage on the road.  And I've asked them -- I've

11  asked the property manager to look at putting an identification

12  sign that this is Ridgewood Apartments on the main highway.

13  It's stuck back around in some -- some out-of-the-way entrance.

14       The other thing that is coming to bear as I put all this

15  together is that there is some adjacent land for expansion

16  that's a pat of another person's collateral.  So I'd want to

17  get you guys to put together and let's don't just market the

18  property, but let's market the property with expansion rights,

19  which gives it a whole lot more value.

20  Q.    So your testimony is that by replacing signs or moving

21  signs or putting additional signs, that'll create value for the

22  estate?

23  A.    It'll create some value.  Bear in mind that in an

24  apartment complex, the value is roughly a seven, seven and a

25  half cap rate, which simply means that every dollar -- every

HC 01174

Richard Morgan - Direct (American Bank of Commerce)   123

1    dollar you add to income adds about twelve dollars to thirteen

2    dollars to the debt.

3    Q.   Now, do you believe that through any of these efforts, you

4    can actually boost the tenant occupancy above ninety percent

5    significantly?

6    A.   I would hope so.  The market is tightening, and I think

7    the identification is a big factor.  But we're talking more

8    than that.  We're really talking about how are you going to get

9    paid off, what's the best way to get you paid off.  And the

10   best way to get your loan paid off is for me to sell it.  And

11   the best way to sell it is to create value because you not only

12   have that note, but you have another 400,000 dollar note tied

13   to it as a second.  So we need to create not your 5.5 million

14   dollars; we need to create six million dollars' worth of value

15   in order to bring you whole on that particular property.  Now,

16   do we do that through marketing just one property as an

17   individual, or do we say now we have Ridgewood Apartments and

18   5.3 acres of expansion land on which you can build another

19   hundred units.  In my mind, that's the way to do it.

20   Q.   Mr. Morgan, you testified that property's not part of

21   American Bank of Commerce's collateral --

22   A.   That's correct.

23   Q.   -- collateral package, correct?

24   A.   That's correct.

25   Q.   Now, did you ever try to sell this Kaufman apartment

HC 01175

Richard Morgan - Direct (American Bank of Commerce)   124

1   property, prior to bankruptcy?

2   A.   I wasn't involved prior to bankruptcy.

3   Q.   Well, from December 23rd to roughly the time of the

4   bankruptcy filing, did you inquire about any outside of

5   bankruptcy sale for this property?

6   A.   Have I tried to market it since then?  Not yet, no.

7   Q.   Okay.  Are you aware whether the property was marketed

8   prior to the bankruptcy?

9   A.   I'm not.

10   Q.   Okay.  And were you aware that the property was noticed

11   for foreclosure by American Bank of Commerce?

12   A.   I'm aware now; I wasn't aware then.

13          MR. BUNCHER:  I'm going to object to that.  I think

14   that assumes facts.  I'm not sure the apartments themselves

15   were marketed for foreclosure.

16          MR. KINVIG:  Withdraw the question, Your Honor.

17          THE COURT:  Very well.

18   Q.   Now, Mr. Morgan, you've reference a couple of times in

19   your testimony this afternoon that you've presented American

20   Bank of Commerce with a contract for the sale of this Temple

21   Texas raw piece of land that's also another part of our

22   collateral, correct?

23   A.   Right.

24   Q.   Have you actually provided anyone in American Bank of

25   Commerce with an actual contract for that sale?

HC 01176

Richard Morgan - Direct (American Bank of Commerce)   125

1   A.   I did, by e-mail, yesterday to Mr. Roberts, but I assume

2   he sent it over to you.  I did send it yesterday.

3   Q.   Okay, you never sent it to me directly, though, did you?

4   A.   I'm not supposed to send it directly to you.

5   Q.   Okay.  And you didn't send it to anyone at the bank?

6   A.   I sent it to Mr. Roberts to forward on to the proper

7   person.

8   Q.   Okay.  So would you be surprised if American Bank of

9   Commerce has not yet seen a written contract for that?

10          MR. BUNCHER:  Your Honor, I'm going to object.  Half

11   the offices in Dallas were closed yesterday.  So -- and we were

12   preparing for this hearing.  We'll get him a copy of the

13   contract.  He's established it's been to Mr. Roberts, so --

14          MR. KINVIG:  Your Honor, and I understand that --

15          THE COURT:  Whether the witness is surprised or not

16   is not terribly meaningful.

17          MR. KINVIG:  The only reason I ask that question is

18   because in previous testimony, he said, well, we've presented

19   this contract; we are moving forward; we are going to

20   reorganize.  And that's actually, at least in my understanding,

21   not the whole truth.  My understanding is I've not seen a

22   contract.  It might exist; I hope it does exist, but I've not

23   seen it.  So --

24          THE COURT:  All right.

25          MR. BUNCHER:  Well, he's testified it exists.  That's

HC 01177

Richard Morgan - Direct (American Bank of Commerce)    126

1  his testimony.  And he's testified it's gone to Mr. Roberts.

2  We'll get him a copy, Your Honor.

3          MR. KINVIG:  Okay.

4  BY MR. KINVIG:

5  Q.   Are you aware whether American Bank of Commerce has taken

6  any position one way or the other on this alleged contract of

7  this sale?

8  A.   No, I'm not.  I mean, I was advised by Mr. Shelley that

9  your appraised value was 400,000 in the loan.  The loan -- the

10  contract's for 525,000.

11  Q.   Okay.  And have you submitted any request to the Court to

12  sell this property at this point?

13  A.   No, not at this point in time.

14  Q.   Switching gears -- just a couple more questions, and

15  then --

16  A.   May I interject there?  The contract -- the contract was

17  already in existence.  I came about by -- I contacted -- I

18  contacted -- the man is Clifton Phillips, who is Gene's

19  youngest son, who is in a separate business from his dad.  He

20  develops tax credit apartments, and I said, look, I think

21  Temple would make a good tax credit deal.  Why don't you look

22  at buying this land?  And he said, I've already got it in the

23  contract.  And he had actually had it on the contract for

24  months with Prime Income, then transferred it to PCI, and then

25  transferred to FRE, and he had absolutely no knowledge about

HC 01178

Richard Morgan - Direct (American Bank of Commerce)    127

1  that.  So the contract's been in existence for quite some time.

2  Q.    So the -- and this is just me speaking from not having

3  viewed the contract -- the individual or the entity that has

4  put in this contract is either Mr. Phillips' son or is owned or

5  controlled by Mr. Phillips' son?

6  A.    Owned or controlled by Mr. Phillips' son.

7  Q.    Okay.

8  A.    He is in what you call the tax credit business, which

9  means the state asset and allocation for funding for tax credit

10  deals.  And to do that, you've got to have, sometimes, twelve,

11  fifteen months on a contract to get it approved.  This -- he

12  was upset because he'd not been notified of the transfer from

13  one entity to the other to the other because he's already

14  gotten his allocation.  He said I'm ready to close; I'll be

15  ready to close by the end of April.

16  Q.    Now, going back to Mr. Phillips' son, this -- what was his

17  full name?

18  A.    Clifton.

19  Q.    Clifton?

20  A.    Um-hmm.

21  Q.    Is he at all involved with Transcontinental or any of

22  these other entities that we talked about?

23  A.    No, he's individual company called Roundstone Development,

24  and that's what he does.

25  Q.    Okay.  But his family has been or currently is involved

HC 01179

Richard Morgan - Direct (American Bank of Commerce)   128

1  with Transcontinental and all these various other entities?

2  A.   Well, his dad, I'm assuming -- his dad is involved it in

3  some way.  I don't know the total -- the way it's worked,

4  but --

5  Q.   Okay.  Jumping to --

6  A.   -- but he has -- I'm sorry -- he has two other brothers

7  that are not.  So --

8  Q.   Okay.  Jumping to a completely different subject, and then

9  I'll pass the witness, where did FRE get the 100,000 dollar

10 retainer to pay to Mr. Neligan's firm -- Mr. Buncher's firms to

11 retain them to be debtor's counsel in this case?

12          MR. BUNCHER:  Objection.  We haven't received --

13 Neligan Foley hasn't received any retainer at this, Your Honor.

14 The 100,000 is sitting with Mr. Lewis, I believe, subject to

15 our employment application being approved.

16          MR. KINVIG:  Okay, I withdraw that and I'll rephrase,

17 Your Honor.

18          THE COURT:  Please.

19 Q.   Where did FRE get the 100,000 dollars that evidently was

20 paid to Mr. Lewis as a retainer for his services.

21 A.   That would -- I understand that'll be disclosed as a part

22 of the filing, but Prime Asset put up the money, initially, for

23 the 100,000 dollars.

24 Q.   So Prime Asset put up the money?

25 A.   Yes.

HC 01180

Richard Morgan - Direct (American Bank of Commerce)   129

1  Q.   Where will FRE get the additional money to continue to pay

2  administrative expense fees, attorneys' fees, other fees

3  throughout this case?

4  A.   As we mentioned before, it's either got to come from

5  outside investors or it has to come from one of these owning

6  entities.

7  Q.   But as of today's date, does FRE have the ability to meet

8  its administrative expense obligations on a go-forward basis?

9  A.   Well, we have no administrative expense at this point in

10 time other than attorneys' fees.

11 Q.   Well, I mean, that's -- Mr. Buncher, I'm sure, charges

12 very reasonable fees, but it's still a very substantial amount

13 of money to hold these -- all of these hearings, wouldn't you

14 agree?

15 A.   I agree.  That's what retainers are for.

16 Q.   Okay.  And as I asked previously, as of today's date,

17 outside of the retainer, which Mr. Buncher has said his firm

18 does not hold, right now, outside of that retainer which will

19 become an issue later, FRE does or does not have the ability to

20 pay administrative fees?

21 A.   As familiar as I am, the fees are approved by the Court

22 and the Court has to then know where they're going to be paid

23 from.  So that's an issue that has to be taken up later on.

24 Q.   So was that a yes or was that a no answer, on a go-forward

25 basis?

HC 01181

Richard Morgan - Direct (Wicks Revocable Trust)    130

1   A.   Do I have the money right now --

2   Q.   Yes.

3   A.   -- to pay additional fees?  No.

4   Q.   Okay.

5        MR. KINVIG:  No further questions, Your Honor.

6        THE COURT:  Very well.

7        MR. STABER:  Your Honor, David Staber on behalf of

8   Sidney Wicks, trustee of the Sidney Wicks Revocable Trust.  How

9   about something a little different?  An unsecured creditor.

10       THE COURT:  Very well.

11       MR. STABER:  For a few minutes, here.

12  DIRECT EXAMINATION

13  BY MR. STABER:

14  Q.   Mr. Morgan, I just announced my client, Sidney Wicks,

15  trustee of the Sidney Wicks Revocable Trust.  Do you know who

16  that entity is?

17  A.   I don't know who the entity is.  I know what it involves.

18  Q.   Okay.  And that entity, in fact, is the landlord at the

19  Addison Airport hangar, is that correct?

20  A.   That's correct.

21  Q.   Okay.  And is it your understanding that the landlord has

22  a triple net lease for those hangars with Transcontinental?

23  A.   I understand that was a master lease, yes.

24  Q.   Okay.  And it's a triple net lease?

25  A.   I don't know that.

HC 01182

Richard Morgan - Direct (Wicks Revocable Trust)    131

1  Q.   Okay.  Have you made the February lease payment under that

2  lease?

3  A.   I don't think so.

4  Q.   When do you intend to make that payment?

5  A.   We have to -- we have to have a cash collateral order and

6  approval.  We have a cash collateral order in place; I don't

7  know if it goes for your particular property or not, but it

8  should.

9  Q.   So you don't know when the February base rent's going to

10 be paid, is that correct?

11 A.   I don't know the exact date, no.

12 Q.   Okay.  Do you understand that you were supposed to pay all

13 rental obligations on a timely basis for leases of

14 nonresidential real property?

15 A.   I understand that leases --

16         MR. BUNCHER:  Objection to form, Your Honor.

17         THE COURT:  You talked over each other.  I could not

18 hear.

19         MR. BUNCHER:  I object to the form of the question.

20 He's asking the witness for a legal opinion about what his

21 obligations are under the lease.

22         MR. STABER:  May I respond?

23         THE COURT:  As a chief restructuring officer, I would

24 hope he knew that, Mr. Buncher.  Overruled.

25 A.   Yes, I know as a general rule, leases require rents to be

HC 01183

Richard Morgan - Direct (Wicks Revocable Trust)    132

1   paid on a regular basis.

2   Q.   But as we sit here, today, you have no authority to use

3   money to pay that rent?

4   A.   That wasn't what I said.

5   Q.   Okay.  Do you have authority to use any cash to pay that

6   February rent?

7   A.   I have to submit it for the Court approval.  The question

8   is do I have the cash; I will find out.

9   Q.   If the Court were to approve it, do you have the cash to

10   pay the rent?

11   A.   I just said that.  I don't know what -- I don't know what

12   the cash position is right now.

13   Q.   Okay.  So where we are today is you have no idea if that

14   rent's going to get paid in the immediate future?

15   A.   That wasn't my testimony.

16   Q.   Okay.  Do you have any idea if that rent is going to be

17   paid in the immediate future?

18   A.   I will know by the end of the day, or certainly tomorrow,

19   how much cash is there, and then we will move to apply that

20   cash to the rent payments.

21   Q.   Do you know how much the rent is?

22   A.   I don't know exactly, no.

23   Q.   Okay.  Did the debtor get the landlord's consent to the

24   assignment of the lease from Transcontinental to the debtor?

25   A.   Am I aware of that?  I'm not aware of that transfer.

HC 01184

Richard Morgan - Direct (Wicks Revocable Trust)      133

1   Q.   Okay.  Has there been an assignment of the lease from

2   Transcontinental to the debtor?

3   A.   I've not looked at the specifics; I don't know.

4   Q.   Okay.  You're the CRO and sole employee of the debtor,

5   correct?

6   A.   Right.

7   Q.   You signed the petition and the schedules and statements,

8   correct?

9   A.   Right.

10  Q.   You reviewed those schedules and statements to make sure

11  they were accurate before signing them, correct?

12  A.   Yes.

13  Q.   And they are correct, to the best of your knowledge?

14  A.   Yes.

15  Q.   And you had investigated whether those schedules and

16  statements were correct before you signed them, didn't you?

17  A.   Not in all detail.  I had to re -- I had to rely upon Mr.

18  Crown a great bit because I didn't have any specific details;

19  Mr. Crown did everything for me.

20  Q.   Okay.  So you don't have personal knowledge.  You signed

21  what Mr. Crown gave you and told you was correct?

22  A.   Right.

23  Q.   Okay.

24       MR. STABER:  Now, those were previously admitted as

25  Armed Forces Exhibit number 4, I believe, Your Honor, with the

Richard Morgan — Direct (Wicks Revocable Trust)     134

1  schedules and statements.

2  Q.   And in those, you have scheduled my client as being owed

3  approximately 153,000 dollars.  Do you have any knowledge of

4  that?

5  A.   No.

6  Q.   Do you have any knowledge whether you listed that lease as

7  an executory contract?

8  A.   I do not.

9  Q.   Do you have any knowledge whether you listed

10 Transcontinental as a co-debtor on that lease?

11 A.   I do not.

12 Q.   Okay, let's take a look, then, at Transcontinental (sic)

13 Exhibit number 4.  I believe it's a binder --

14          MR. STABER:  May I assist the witness in locating it?

15          THE COURT:  You may.

16 Q.   And this is Armed Forces Exhibit number 4, the schedules

17 and statements.  Would you flip over several of the red divider

18 pages to the one that begins, "Schedule F:  Creditors holding

19 unsecured nonpriority claims"?

20 A.   Would you assist me with that?  I don't have my glasses,

21 sir.

22 Q.   Certainly, I'd be glad.

23          MR. STABER:  May I, Your Honor?

24          THE COURT:  Of course.

25          MR. BUNCHER:  Your Honor, we'll stipulate to what the

HC 01186

Richard Morgan - Direct (Wicks Revocable Trust)      135

1  number is in the schedules, if that will speed this along.

2         MR. STABER:  Your Honor, I have a few more questions

3  about what's in here.  And I'm glad they will stipulate that

4  that's listed as an unsecured creditor.

5  Q.   Looking on the first page of what is Schedule F of Armed

6  Forces number 4, I note that except for the ones that say "see

7  attached chart", all of these unsecured claims are labeled

8  "2010 trade payable".  Is that correct?

9  A.   You've got to point me to the schedules, sir.

10  Q.   Okay, it's the page I opened right in front of you, that

11  first page, says "Schedule F:  Creditors holding unsecured

12  nonpriority claims".  And everything on that first page says

13  "2010 trade payable", correct?

14  A.   I really don't have my glasses with me, so I --

15         MR. BUNCHER:  Judge, we have some reading glasses.

16  Can we give them to him?

17         THE COURT:  Please.

18         THE WITNESS:  Thank you.  I'm sorry.  That's not any

19  better.

20         MR. STABER:  Your Honor, I'm going to try to move

21  this along and ask the Court, since it's been admitted, that a

22  majority of everything in F says 2010 trade payable, as this

23  has already been admitted, and I'll preface my next questions

24  based on that, if that's okay.  I'm trying not to make this an

25  eyesight test.

HC 01187

Richard Morgan - Direct (Wicks Revocable Trust)    136

1              THE COURT:  All right.

2              MR. STABER:  Thank you.

3   Q.   Now, on all of these trade payables, how many of these

4   debts were debts you authorized to be incurred?

5   A.   If they were 2010, they were already happened.

6   Q.   They were already out there.  In fact, they were incurred

7   by an entity other than the debtor, weren't they?

8   A.   Right.

9   Q.   I'm sorry, I didn't hear you.

10  A.   Correct, correct.

11  Q.   Okay.  And they were assumed by the debtor?

12  A.   Right.

13  Q.   All right, and as a result, the entity that incurred those

14  debts is also liable for those debts.  Isn't that your

15  understanding?

16  A.   You're asking for a legal interpretation there, sir.

17  Q.   Okay.  So you have no idea, after the assumption of those

18  debts by the debtor, whether the original obligor is still

19  liable?

20  A.   If the obligor had some type of guaranty form and so an

21  obligation under a lease, I would assume they were liable.

22  Q.   Okay, let's take a look at Schedule G, if you'll turn past

23  the next red tab.  It's executory contracts and leases.

24             MR. STABER:  May I approach to assist, Your Honor?

25             THE COURT:  You may.

HC 01188

Richard Morgan - Direct (Wicks Revocable Trust)     137

1  Q.   There are numerous contracts listed here.  Did you sign

2  any of these executory contracts or unexpired leases on behalf

3  of the debtor?

4  A.   Without looking at them, I don't -- I don't remember

5  signing any of those at all.

6  Q.   Okay.  So all of these would be contracts with predecessor

7  entities, is that correct?

8  A.   Correct.

9  Q.   Okay, for example, if you can move to the last part of

10 that, it says "Sheet 17 of 20, Sidney Wicks Revocable Trust".

11 Are you where you can read that?

12        MR. BUNCHER:  We stipulate it's on there, Your Honor.

13        MR. STABER:  Okay.

14 Q.   That's not a lease you signed on behalf of the debtor?

15 A.   Correct.

16 Q.   And did the debtor enter into any contracts that you're

17 aware of prior to December 23rd, 2010?

18 A.   No.

19 Q.   Did you sign any contracts on behalf of the debtor after

20 December 23rd, 2010?

21 A.   No.  Wait -- what -- you mean contract with whom?

22 Q.   With any third-party vendors.

23 A.   Oh, of course I did.

24 Q.   With whom?

25 A.   I signed a contract with Regis to do the property

HC 01189

Richard Morgan - Direct (Wicks Revocable Trust)      138

1  management, for one.

2  Q.  Okay, anyone else?

3  A.  Not specifically I can remember, no.

4  Q.  Okay, when you were completing the schedule of co-debtors,

5  did you inquire, regarding the trade debtor, if there was any

6  other entity liable for each of those creditors?

7  A.  No, as I mentioned to you, Mr. Crown assisted me in

8  preparing this.

9  Q.  So you don't know if the schedule of co-debtors is

10 complete and accurate, do you?

11 A.  I do not.

12 Q.  Yet you signed the schedules?

13 A.  Yes.

14 Q.  Do you know if the list of executory contracts is complete

15 and accurate?

16 A.  I had to rely on Mr. Crown to prepare them.  I trusted

17 his -- I trusted his judgment and his completeness on it.

18       MR. STABER:  Your Honor, I'll object as

19 nonresponsive.

20       THE COURT:  Sustained.  Answer the question, please.

21       THE WITNESS:  I will.

22 A.  Go ahead.

23 Q.  Do you know if Schedule G, the list of executory

24 contracts, is true and accurate?

25 A.  No.

Richard Morgan - Direct (Wicks Revocable Trust)     139

1   Q.   Do you know if any of the schedules are true and accurate?

2   A.   I reviewed some of the schedules, but I don't -- every

3   single one, I can't say is true and accurate.

4          MR. STABER:  Your Honor, I'll pass the witness.

5          THE COURT:  Anyone else on the movants' side?  All

6   right.  Mr. Buncher?

7          MR. BUNCHER:  One more set, added other topics.  If I

8   may approach with more exhibits?

9          THE COURT:  Of course, please.

10         MR. BUNCHER:  It's A through O, Your Honor.

11         THE COURT:  Excellent.  Thank you for that.

12         MR. BUNCHER:  There are many more that are

13  voluminous, but I'll spare you on that for right now.

14         THE COURT:  All right, excellent.  Thank you.

15         MR. WEITMAN:  Your Honor, would this be a good time

16  to take maybe a five-minute break, if possible?

17         THE COURT:  No.

18         MR. WEITMAN:  No?

19         THE COURT:  I'm not planning to take another recess

20  until we finish.  Unless you need -- I mean, you're welcome to

21  take a break from counsel table if you need to.

22         MR. BUNCHER:  Sorry, Your Honor.  Just --

23         THE COURT:  No problem.

24  CROSS-EXAMINATION

25  BY MR. BUNCHER:

HC 01191

Case 11-42042-dml11    Doc 30-37    Filed 04/11/11    Entered 04/11/11 15:34:21    Desc
Exhibit X - Part 2 - Hearing Transcript    February 3    2011    Page 23 of 118

Richard Morgan - Cross                                    140

1  Q.   Good afternoon, Mr. Morgan.

2  A.   Yes, sir.

3  Q.   If you could, tell the Court a bit about your work

4  background, before you became the vice president of the debtor

5  in this case.

6  A.   Starting about 1973, I got into -- involved into

7  apartments; I developed about 5,000 apartments.  Then in 1977,

8  I took over the management of a shopping center development

9  company --

10  Q.   What was the name of that company?

11  A.   -- and developed seventeen centers during that period of

12  time.  And then when Southmark was formed, or moved to Texas, I

13  took over the acquisitions of shopping centers and purchased

14  about 300 million dollars worth of shopping centers for the

15  various entities of Southmark, primarily the private and public

16  equity companies.  And then in 1990, I began working on

17  troubled properties, which I took ten properties to begin with

18  and worked those properties through into fruition.  And then

19  in -- then I started buying some of my own and working them as

20  a -- individually.  And in 1998, then I bought the portfolio

21  that -- the DeBartolo -- I'll call it the DeBartolo portfolio,

22  where Eddie DeBartolo was a member.  That's when he was having

23  trouble with Governor Edwards.  And that was thirty-nine

24  parcels in nineteen different cities.  And wound up selling all

25  of those properties except one.  And then I -- the founder of

Richard Morgan - Cross                    141

1  New Concept Energy, now -- it was then called Greenbriar --

2  died on the operating table.  And I was approached by the

3  family members to come and take over the company because he was

4  the dealmaker, and they didn't have a dealmaker involved.  And

5  I took over the management -- the day-to-day management of

6  Greenbriar and changed it to New Concept Energy.  And in 2008,

7  bought -- well, in 2000, I also was working on a group of

8  mineral leases and put together about a 30,000 acre parcel in

9  Arkansas.  And then in '08, about August of '08, sold half of

10 that for about 112 million dollars, which I had structured so

11 that New Concept Energy would get 4,000 acres at 4,000 dollars

12 an acre on a note.  And they made a sixteen million dollar

13 profit on that one transaction.  So I've utilized that, and

14 then I bought a company in West Virginia and Ohio called -- it

15 was then called the Carl E. Smith Company.  It was the energy

16 company.  So I basically, since late-2003, I have been involved

17 in mostly oil and gas operations.

18 Q.   All right, and do you have a company that you run your oil

19 and gas business through?

20 A.   Oh, Energy Advisors, yes.

21 Q.   So do you consider yourself to be an expert in buying and

22 selling real estate?

23 A.   I have done, combined, as much as 6 to 700 million

24 dollars' worth, yes.

25 Q.   And you mentioned some experience with some trouble real

HC 01193

Richard Morgan - Cross                              142

1  properties in 1990.  What was that experience?

2  A.    That was all -- it was all shopping center properties

3  where there were problems with them.

4  Q.    And how did you -- you said you worked through them.  How

5  did you work through them?

6  A.    Part of it was spending money, rehabbing them.  My last

7  project in Warwick, Rhode Island, which was my individual

8  ownership, I bought an old center, tore part of a hill down

9  there, called Bald Hill.  Put in Linens 'n Things and Circuit

10 City in there, and then rent -- put in another -- retenanted

11 the whole thing and then resold it back out.  That's a --

12 that's a basic -- a basic -- it's a combination of building,

13 rehab, and releasing efforts.

14 Q.    Based upon your experience as you've just described it, do

15 you believe that you have the experience to formulate a plan of

16 reorganization and a marketing plan with respect to the

17 properties owned by this debtor?

18 A.    I believe -- yes, I believe not only have the ability but

19 creative enough to find new ways to do it, yes.

20 Q.    You indicated that you were first asked to get involved

21 with the debtor on December 23 of last year.  What specifically

22 were you asked to do?

23 A.    To be -- to be basically the -- you might call it the

24 face, but it was basically the restructuring officer to handle

25 the bankruptcy.

HC 01194

 1  Q.    And even though you've never been a "restructuring officer

 2  in a bankruptcy", do you believe that you have the background,

 3  experience, and expertise to handle what needs to get handled

 4  in connection with this bankruptcy case --

 5  A.    I do have ex --

 6  Q.    -- to generate recoveries to the creditors in this matter?

 7  A.    I do.

 8  Q.    Do you believe that you have the ability to generate

 9  recoveries sufficient to pay back all of the creditors in this

10  case, given enough time?

11  A.    In looking at the -- own -- creditor's own appraisals and

12  in looking at my valuation, it's my opinion that these -- these

13  assets are way overcollateralized.

14  Q.    Are you familiar with the condition of the real estate

15  market currently with respect to sales of commercial office

16  buildings and sales of raw land similar to the raw land

17  involved here?

18  A.    I am.

19  Q.    And describe to the Court what the current -- in your own

20  view, what's the current status of the real estate market, and

21  how does that affect what needs to happen, in your opinion, in

22  this case?

23  A.    Well, there are -- as I mentioned, we have to separate the

24  income properties and you have to look at them one by one.  My

25  first glance at Amoco Building, for example, was it was about

1   seventy, seventy-eight percent occupied in a market that was

2   eighty-eight percent.  So what happens if we get it up to the

3   eighty-eight percent level?  And I saw a significant income

4   increase and a significant increase in value.  Then I inquired

5   of the property management, what do we have working?  Well,

6   we've got about 14,000 square feet, which is about another four

7   percent working right now, you know, to take it.  So I see some

8   promise for that.  Question is, how do we get in that market.

9   Are we competitive or uncompetitive?  They advise me that we

10   are competitive as far as Thermalloy is concerned.

11        And Fenton, I looked at, you know, that property's about

12   fifty-seven percent.  Obviously, it's -- the market there is

13   seventy-nine percent, so there's a big, big move to make there.

14   That is being altered somewhat, though, in a location,

15   location, location scenario because it is west of -- to get it

16   to work, it's going to go on the 635.  It is also sitting right

17   where the George Bush Freeway joins the 635, and it's also

18   affected by 35 which is not being affected by the construction.

19   So I think that the aspect of location is going to be a big

20   factor.  And quite candidly, to support that, we are now

21   dealing -- and I have already submitted this to NexBank, a

22   proposal for 100,000 square feet.  Well, 100,000 square feet's

23   thirteen percent increase in occupancy, or roughly a 2, 2.1

24   million dollar contribution to the bottom line.

25   Q.   And you're speaking about Fenton Centre, the building at

HC 01196

Richard Morgan - Cross                    145

1  LBJ and Luna Drive?

2  A.   Right.

3  Q.   And this tenant that's potentially going to lease 100,000

4  square feet at Fenton Centre, what's the name of the tenant?

5  A.   It's Hospital Corporations of America.

6  Q.   And that's some --

7  A.   HC -- known as HCA.

8  Q.   And that is currently in the works, is that correct?

9  A.   That's correct.

10 Q.   And then you mentioned another 14,000 square foot possible

11 tenant at the Amoco Building?

12 A.   I remember one that was 9,000 square feet.  It was a

13 clerk's office.  I don't remember what the other one was.

14 Q.   All right.

15 A.   And then on the Parkwood North, Parkwood is -- Parkwood is

16 running about, as I recall, seventy-three percent in a seventy-

17 nine percent market, and there were -- there were 7,000 square

18 feet certain and another 10,000 working on, following up on the

19 10,000 right now.  That would change the complexion of that

20 property completely.

21 Q.   If you could turn in your book to Exhibit B of the

22 debtor's exhibits.

23          THE COURT:  B, you say?

24          MR. BUNCHER:  Yes, Your Honor.

25          THE COURT:  All right, thank you.

HC 01197

Richard Morgan - Cross                146

1          MR. BUNCHER:  B as in boy.

2          THE COURT:  Is this the same as 168?

3          MR. BUNCHER:  I think it is, Your Honor.

4          THE COURT:  Wells Fargo 168?

5          MR. BUNCHER:  Yes.

6   Q.   Mr. Morgan, are you familiar with this exhibit?

7   A.   Yes.

8   Q.   And what is it?

9   A.   It's a listing of all the properties that were included in

10  the transaction.

11  Q.   All right, and is the debtor the owner of all the

12  properties that are listed on this exhibit?

13  A.   Yes.

14  Q.   I would like to spend a little time going through some of

15  these properties.  We talked about Fenton.  We've also touched

16  on the Amoco Building, but starting at the top of the first

17  page, you've got what are called the IOT properties.  What are

18  those properties?

19  A.   That's -- 3 Hickory is 6.5 acres.  It's a piece of land

20  that's adjacent to what someone referred to as the 1750

21  Building, which we call it Hickory 2.  And it is fronting on

22  Valley View in between the -- in between the -- on the west

23  side of the 1750 Building.

24  Q.   What do you see as to the value of that property compared

25  to the debt?

HC 01198

Richard Morgan - Cross                                          147

1  A.   Well, it is --

2  Q.   Or, I'm sorry, there is no debt on this one.

3  A.   There is no debt.  It's a -- it is an additional

4  collateral from the NexBank collateral.  There are two pieces.

5  One is the Thermalloy Building, which is a vacant building, and

6  this facility, which is the additional collateral from NexBank.

7  Q.   Where is the Thermalloy Building on this schedule?

8  A.   I'll find it somewhere down here.  This date -- I have

9  it -- I have it on a new schedule that groups it by lender.

10 That's how I knew where it was.

11 Q.   Look about halfway down the first page.  You see

12 Thermalloy Building?

13 A.   Yeah, Thermalloy Building, yeah.

14 Q.   177,805 square foot building in Farmers Branch, is that

15 where you're --

16 A.   That's correct, uh-huh.

17 Q.   And you're saying the Thermalloy Building and the 3

18 Hickory Land and the Fenton Centre all serve as collateral for

19 NexBank's loan?

20 A.   That's correct.

21 Q.   Tell the Court about the Thermalloy Building.  What is

22 that?

23 A.   Thermalloy Building is a vacant warehouse, if you will.

24 It sits at the corner of -- I may have the street wrong; it's

25 either Senlac or Hutton and Valley View Lane, which is between

HC 01199

Richard Morgan - Cross                             148

1   the Hickory Buildings and Interstate 35.  It's really a land

2   play.  It is adjacent or very close to the old Eagle Building,

3   what's called Eagle Building which is now being torn down, in

4   part, to leave for a future land play.  It's really a land

5   play.  But it is a 178,000 square foot building.

6   Q.   All right.  Have you endeavored to start assessing the

7   value of these properties on your own?

8   A.   Yes, I have.

9   Q.   And tell the Court what you've done in that regard.

10  A.   Well, it's a couple of things.  The Thermalloy Building,

11  I've known for quite some time.  And I did a -- was

12  instrumental in buying the Senlac Building right behind it

13  there.  So it is on Senlac, that's correct.  The Senlac

14  Building right behind the Thermalloy Building, and it's used as

15  a headquarters for this Trinity East that I mentioned to you,

16  the energy venture.  And so I was familiar with it, and it was

17  bought with a fairly substantial master lease already in place.

18  I remember that.  I don't know if that lease is expired or not.

19  But -- and I have been told by the property management people

20  that it has been pretty well vandalized, that people came in

21  and stole some copper and stuff out of it, so that's why I'm

22  characterizing it more as a land play.

23  Q.   That's the Thermalloy Building?

24  A.   Yes.

25  Q.   All right, and just before we continue going through

HC 01200

Richard Morgan - Cross                          149

1  these, just generally, what have you done to familiarize

2  yourself with all of the properties that are in this debtor at

3  this point?

4  A.   Well, I knew most of them, of the land pieces, I told you

5  that.  What I have done, I sat down with RL Lemke.  RL is the

6  person who's in charge of what we call the Mercer Crossing

7  project since its inception.  He's handled all the engineering,

8  all of the work, all of the tax interim financing, which has

9  furnished -- which has actually provided those major streets

10 through there, and is the engineer in charge of all of it.  So

11 I talked to Mr. Lemke about whatever problems there were about

12 particular pieces.  And then he and Mr. Butler were able to

13 show me -- Henry has been in the land division for years,

14 also -- show me how --

15 Q.   Who's Henry?

16 A.   Henry Butler.

17 Q.   Okay.

18 A.   They actually brought out parcels and aerial photographs

19 to show me this is how this particular property fits in to the

20 overall Mercer Crossing, for example.  And when I mentioned to

21 the Armed Forces Bank about the -- their collateral, it is a

22 meandering piece as far as on the -- so I looked at all of them

23 where they fit and how they related into, and asked, you know,

24 what is this -- what is the going price?  What do you think

25 this property's worth?  And in most cases, my appraisal, my

HC 01201

Richard Morgan - Cross                          150

1 | values came out fairly close.  For example, we valued this 247

2 | piece, I valued it fifty-three million dollars that the Armed

3 | Forces mentioned their appraisal was --

4 | Q.   Which piece is that?

5 | A.   That's the 247 acres on the -- on the last -- I believe

6 | it's on the --

7 | Q.   The last item on the second page, the Mercer Crossing --

8 | A.   That's right, right.

9 | Q.   -- 257 acres.  You said you put a value of what?

10 | A.   Fifty-three.

11 | Q.   How do you get to that?

12 | A.   And the appraisal for Armed Forces Bank was forty-eight

13 | million, to give you an idea.

14 | Q.   How do you get to the fifty-three million?

15 | A.   The fifty-three million was basically a per square foot

16 | price of around five dollars.  And I looked at that, okay, with

17 | the debt on it, it's two and a half million dollars; two and a

18 | half dollars per square foot.  And I know that the deal did not

19 | make, but there was a -- because I knew this, because I was

20 | trying to use it as a drill site, on the other side of Luna,

21 | Urban Land Institute had -- Urban Land Developers had that land

22 | under contract for twelve dollars a square foot.

23 | Q.   All right, the analysis that you just described that you

24 | went through with respect to the Mercer Crossing, have you

25 | conducted a similar analysis with respect to all of these

HC 01202

Richard Morgan - Cross                    151

1   properties?

2   A.   I did all of it but -- but Wells Fargo.  And I've not

3   finished that one.  And the reason I haven't, because I knew --

4   I knew the two Vallwood pieces because those were pieces that I

5   was considering for Gerald's Lights (ph.) which is on 635,

6   just -- just west of the Trinity River.

7   Q.   Right.

8   A.   I knew those two pieces.  Theirs hit, like, adjacent to

9   apartment complexes, and next to a good, you know, new school.

10  Great pieces of property.  I am not familiar yet -- I will be,

11  but I'm not familiar with the 2,500 acre piece over in Forney.

12  But -- well, call -- they call it the Kaufman properties.  I'm

13  not familiar with that, but I will be.

14  Q.   Based on the analysis you have done of these various

15  properties, what is your opinion as to the value of these

16  properties, compared to the debt?

17  A.   The ones that I did -- and I didn't select them; I just

18  took the ones that I knew -- came out to about 206 percent

19  value over the debt.

20  Q.   So that the value was twice or more the debt?

21  A.   That's correct.

22  Q.   When you assess -- when you speak in terms of the value to

23  the Court, what are you assuming, as far as the time period

24  that would be needed to recognize that value?

25  A.   You're asking the 2,400 question to an answer on land.

HC 01203

Richard Morgan - Cross                       152

1    And I -- it -- the land sales go as the economy improves.  I

2    look at it as what is the value today, assuming that as the

3    economy improves, those values will increase.

4    Q.   Well, the num -- when you just testified that you felt the

5    ones you had analyzed were more than 200 percent of the debt,

6    is that what you believe the current value is or --

7    A.   That's current value, yes.

8    Q.   So if you -- over time, if the debtor's given time to

9    orderly market these properties for sale over some reasonable

10   period and the market comes back, what do you think happens to

11   the value then?

12   A.   Twenty-five to fifty percent increase.

13          THE COURT:  I'm sorry.  Twenty-five to fifty percent

14   increase?

15          THE WITNESS:  Increase in value, yes.

16   Q.   All right.  We've touched on the Fenton Building, the

17   Amoco Building.  We've talked about the Thermalloy Building.

18   What other income-generating properties are there?

19   A.   Parkway North is one of the others?

20   Q.   What is Parkway North?

21   A.   Parkway is a small off -- no, not small, but it's a

22   relatively small office complex at Westgrove and 63 -- at

23   Westgrove and Dallas Tollway.

24   Q.   Okay.

25   A.   And there again, I think that I mentioned that the some

HC 01204

Richard Morgan - Cross                    153

1  17 -- 14,000 -- 17,000 we were working would bring it up a

2  little over -- almost eighty percent occupancy.

3  Q.   When you say you were working this square --

4  A.   Because we had 7,000 square feet committed and another

5  10,000 foot of interest.  And that's -- that 10,000 foot of

6  interest is what I'm trying to work with now to see if I can

7  make it work.

8  Q.   And you were asked some questions about whether you've

9  sought approval for a sale contract or a lease or whatever.

10  You understand that you have to seek approval of the Court if

11  you get one of these contracts.

12  A.   No question about it.  The first step, however, was to be

13  sure that, in the American Bank deal, is before we go before

14  the Court -- let's assume we don't fight before the Court.

15  Let's assume they accept the value.  It's a good deal for

16  everybody, and then we bring it and we bring it together just

17  as a promote.

18  Q.   All right.  What other income producing property is on

19  this schedule?

20  A.   There's one called Westgrove Plaza, and Westgrove is a

21  little bit different.  It is a -- it's an old office building,

22  developed in another time, with hangars behind it, and, I

23  believe, if I'm correct, it's about a 48,000 square foot

24  building, about 24,000 square foot of hangars.  It has a

25  specific limitation on it under the ground lease that you have

HC 01205

Richard Morgan - Cross                    154

1   to lease it to airport related entities.  And, quite candidly,

2   very few of the tenants ever were, but it is an encumbrance.

3   The other encumbrance is that it's got God awful spaces.  I

4   mean, those offices are sixteen by twenty, so a reconfiguration

5   of space is going to cost some money.  It can be the right

6   boutique place for somebody wanting to have a trophy -- trophy

7   property for their own little small companies, and that's

8   probably the buyer we'll find for it.

9   Q.  Okay.

10  A.  It is on the ground lease, however, and that with the

11  Addison Airport.

12  Q.  All right.  What else is there that's income producing?

13  A.  I believe that's the summary of the income producing.

14  Q.  What about the Bridgewood Ranch Apartments?

15  A.  I'm sorry.  I forgot about Bridgewood Ranch.  But we --

16  but that's just about -- that's about ninety percent occupancy.

17  Q.  You also mentioned that the Bridgewood Ranch Apartments

18  were adjacent to a piece of property that was somebody else's

19  collateral other than American Bank of Commerce, correct?

20  A.  Right.

21  Q.  What other relationships like that exist where you've got

22  one piece of property this debtor now owns that's

23  collateralized with one of these banks that happens to be next

24  to another piece of property collateralized to another bank?

25  A.  I don't have the specific lender, but, as I -- the Payne

HC 01206

Richard Morgan - Cross                    155

1   North property, which is Wells Fargo, there is another small

2   piece of land called Ridgepoint Drive which is about the sixth

3   line down on this under .65 acres.  From an area photograph

4   the -- Mr. Butler advised that that is not the only way to get

5   in.  It's the best way to get into the property.  So that needs

6   to be pulled out of.  In my mind I will recommend that be -- we

7   do that together, so that both lenders will benefit from the

8   value created by that.

9   Q.   Ridgepoint Drive is on the second page of this exhibit?

10  A.   Right.

11  Q.   And it's .65 acres.  You're saying that's an entrance

12  or --

13  A.   It's the best entrance into Payne North.

14  Q.   Okay.  And is Payne North a piece of raw land?

15  A.   It is on -- with Wells Fargo as it --

16  Q.   Right.

17  A.   As the lender.

18  Q.   What is your plan with respect to the -- dealing with the

19  raw land in this case?

20  A.   We already have some sniffings on that, and I hope that --

21  Mr. Butler has advised that he's had some inquiries, so I'm

22  going to be following up with him in the next week on that as

23  to what there was, and he mentioned it to me in passing in the

24  hallway.

25  Q.   Sir, what is your goal with this bankruptcy case?

HC 01207

1  A.   My goal is -- the way that I understood, and the way I

2  insist to Greg Cannon that it be structured is that the

3  increase in -- the increased value that is created over and

4  above the note and the sale offers goes to the debtor and stays

5  there and remains there until everybody is paid off.  So my --

6  what I'm hoping is that the rising tide raises all votes at the

7  same time, because there is a condescending, quite candidly, if

8  Fenton Center, for example, if that tenant goes through the

9  value of that property realizes between seventy-three and

10 eighty million dollars.  So that's nineteen million dollars

11 over the debt, and, as I recall, but I don't recall the exact

12 amount of note on that, but the --

13 Q.   Is that --

14 A.   -- Amoco Building, for example, could have substantially

15 more than -- it does have substantially more, and with these

16 two leases, I think, we can market that fairly quickly for in

17 excess of the Amoco debt.  All that stays in the debtor, so to

18 the extent that some land doesn't sell in three years or two

19 years or eighteen months, everybody is protected by the value,

20 the overall value of the portfolio.

21 Q.   There has been some mention in the opening arguments about

22 the fact that these cases would have been single asset real

23 estate cases had they all been filed separately.  Is that

24 really true?

25 A.   I don't know.

Richard Morgan - Cross                           157

1   Q.   Well, aren't most of --

2   A.   I would think -- I would think that certainly if you look

3   at them as single property assets, probably not, because if you

4   look NexBank it has the 6.3 acres and Thermalloy's collateral.

5   If you look at the ABC Bank it turns out that there was a

6   separate note, which I didn't know at the time, but it has

7   their Limestone land in Austin as collateral, the Thermalloy --

8   Teleport building in Las Colinas.  It has the Temple land,

9   which I'm presenting the contract on.  It has 263,000 shares of

10  stock that's trading today at about a million and a half

11  dollars.  It has a piece of land that -- under a trying note,

12  that needs about 400,000 dollars spent on it.  It could be

13  worth somewhere around a million and a half, two million

14  dollars.  So there is a lot of -- a lot of collateral that you

15  have to all of -- all of that has to go together.  You can't

16  just segregate the parcels.

17  Q.   Is it true that many of the loans of these lenders are

18  secured by multiple pieces of collateral?

19  A.   That's correct.

20  Q.   And, so, for example, Mr. Weitman's client, if you look at

21  the TCI land portfolio on the first page of Exhibit D, there's

22  multiple tracts in that portfolio, correct?

23  A.   That's correct.

24  Q.   Do they all serve as collateral for the loan by Wells

25  Fargo?

HC 01209

Richard Morgan - Cross                    158

1  A.    I understood they do, and cross collateralize, yes.

2  Q.    And these are not tracts that are all part of one

3  development.  They're scattered all over the place, aren't

4  they?

5  A.    Exactly.

6  Q.    There's one in Irving, or two in Irving.  One in Forney.

7  Another one in Forney.  One in Farmers Branch.  See that?

8  A.    I do.

9        MR. WEITMAN:  Excuse me, Your Honor.  Just for the

10  record, it seems like his vision has now improved.  Thank you.

11  Just want to get that on the record.

12        THE WITNESS:  Because I don't have to read it.  I

13  know it.  Go ahead.

14  Q.    All right.  Let's take -- there is another portfolio above

15  that, TCI Land Portfolio 1.  Whose collateral is that?  It's

16  got the Hollywood Casino, Wilmer 88.

17  A.    I don't have that specific lender, but I know it's one

18  package, apparently.

19  Q.    The reason it's referred to as a portfolio because it's --

20  that package served as collateral for a loan?

21  A.    Right.

22  Q.    We spoke about NexBank having multiple pieces of

23  collateral.

24  A.    Yes.

25  Q.    True?  What about Armed Forces?

Richard Morgan - Cross                    159

1   A.   Armed Forces is a -- they have a lot of collateral.

2   That's the one where the Mercer Crossing is a part of it.

3   Q.   Go back to Exhibit A in your book.

4           MR. BUNCHER:  And, for the record, I'd just like to

5   admit Exhibit B, Your Honor.

6           THE COURT:  Any objection?

7           MR. WEITMAN:  Objection, Your Honor.

8           THE COURT:  Is there some reason why we need to admit

9   B when 168's in evidence?

10          MR. BUNCHER:  I guess not.  Other than the fact it's

11  in my book, no.

12          THE COURT:  Then let's just rely on 168.

13          MR. BUNCHER:  Very well.

14  Q.   Look at Exhibit A.  Is that, Exhibit A, is that the debtor

15  interview information?

16  A.   Yes.

17  Q.   And if you flip back in there there's a page that looks

18  like this, Exhibit 3 or -- 3 or 5.  It's a schedule of

19  properties.

20          THE COURT:  And don't -- at least it's neither 3 nor

21  5 in my book.

22          MR. BUNCHER:  Okay.  Maybe it's at 8.  It says

23  exhibit -- maybe it's 8.  It looks like 3, but -- we're set.

24  It looks like the copy kind of cut it off.

25  Q.   It says "Information for Initial Debtor Interview Question

Richard Morgan - Cross                      160

1  7-F".  Do you see that at the top?

2  A.   Yes.

3          MR. BUNCHER:  Are you with us there, Your Honor?

4          THE COURT:  I am.

5          MR. BUNCHER:  Okay.

6  BY MR. BUNCHER:

7  Q.   This is another listing that was supplied to the U.S.

8  Trustee of the properties that the debtor owns.  Is that

9  correct?

10 A.   Right.

11 Q.   And it shows the lienholder on each of the properties.

12 A.   Correct.

13 Q.   So for Armed Forces you see their name appears in several

14 different places.

15 A.   Right.

16 Q.   So if the court wanted to figure out how the loans are

17 cross-collateralized this would serve as a summary of that?

18 A.   Yes.  I misspoke a moment ago.  I was thinking that Payne

19 North was part of the Wells Fargo.  It's an Armed Forces

20 property.  I'm sorry.

21 Q.   All right.  What is your understanding of why these

22 properties were transferred into the debtor?

23 A.   The only understanding I could have is that -- is that the

24 only -- my own interpretation.

25          THE COURT:  How would he know?  It was done before he

HC 01212

Richard Morgan - Cross                    161

1  came on the scene.

2          MR. BUNCHER:  Right.  I just asked him what his

3  understanding was of why it was done.

4          THE COURT:  But isn't that calling for hearsay?

5          MR. BUNCHER:  I'm not asking --

6          THE COURT:  I assume it's only what he's been told by

7  others.  Do you have any personal knowledge of why this was

8  done, Mr. Morgan?

9          THE WITNESS:  No.

10 Q.  All right.  You were asked some questions about whether

11 there was authorization for the transfers.  Do you recall that?

12 And you gave some testimony about you assumed that the board

13 had approved it or certain managerial people had approved it.

14 Do you recall that?

15 A.  I do.

16         MR. BUNCHER:  We would move to admit Exhibit A, Your

17 Honor.

18         THE COURT:  Any objection to A?

19         UNIDENTIFIED SPEAKER:  No objection, Your Honor.

20         MR. WEITMAN:  None, Your Honor.

21         THE COURT:  It's admitted.

22 (Debtor's Exhibit A, debtor interview information, was hereby

23 received into evidence as of this date.)

24 Q.  Turn over to Exhibit I in your book, please.  Right.  You

25 see that's the purchase agreement effective December 23, 2010

HC 01213

Richard Morgan - Cross                                    162

1   between TCI Texas Properties and Fenton Real Estate?

2   A.   Yes.

3   Q.   And this relates to the Wells Fargo collateral that's

4   listed under the recital A.

5   A.   I'm looking at the land.  I can identify the land as being

6   Wells Fargo, yes.

7   Q.   And, if you could, you see down there at 1.2 is the

8   purchase price.  You see that?

9   A.   Yes.

10  Q.   What is the purchase price?

11  A.   Twenty-four.  I believe it's twenty-four million, 0-50.

12  Q.   All right.  And, then, in paragraph 1.3 it says that the

13  price includes the assumption of the mortgage debt and the

14  seller's trade debt.

15  A.   Right.

16  Q.   And is that pretty much how all these property transfers

17  were structured?

18  A.   Yes.  Except, I mentioned too, the Amoco building was done

19  a little bit different.

20  Q.   Right.  All right.  Turn over now to Article 3 on page 3

21  of the agreement.  Do you see the representations and

22  warranties of the seller at the top?

23  A.   Yes.

24  Q.   And do you see Section 3.1 represents that the seller has

25  full power and authority to enter into this agreement and

HC 01214

Richard Morgan - Cross                          163

1  perform its obligations?

2  A.   I can make out part of it, yes.  Now I see it.  Okay.

3  Q.   Is this form of agreement --

4          MR. BUNCHER:  Well, strike that.

5  Q.   There's been some discussion about the debtor not having

6  any employees other than you.  Is it true that, in fact, you

7  are the only officer that's actively working for the debtor?

8          MR. WEITMAN:  Your Honor --

9          MR. STABER:  Leading.

10          MR. WEITMAN:  Leading.

11          THE COURT:  Sustained.

12          MR. BUNCHER:  Okay.

13  Q.   Are there other parties that are not the debtor's

14  employees that are assisting in the reorganization process in

15  this case?

16  A.   Yes.  Mr. Crown is probably the best one.

17  Q.   All right.

18  A.   He is -- he's taking charge of all of the schedules and

19  the filing of a service and so on.

20  Q.   And with regard to the questions that were asked of you

21  about the schedules, you signed the schedules, correct, Mr.

22  Morgan?

23  A.   Right.

24  Q.   And, in doing so, did you rely upon Mr. Crown's work and

25  the accuracy of that work in signing those schedules and

HC 01215

Richard Morgan - Cross                              164

1  representing that they were true and correct?

2  A.   Yes.

3  Q.   And if anybody has any questions about the accuracy of

4  those schedules Mr. Crown is sitting right here, right?

5  A.   That's correct.

6  Q.   Did you satisfy yourself, before you signed them, by

7  talking to Mr. Crown that they were, in fact, true and accurate

8  from his standpoint?

9  A.   I did.  I was very careful -- very careful to be sure he

10 noticed things.  If I was going to be signing them I wanted to

11 be sure that everything has been covered, and he certainly had.

12 Q.   And Mr. Crown works for what entity?

13 A.   I don't know exactly.  I'm assuming he's a Prime Asset

14 employee, but I'm not sure.

15 Q.   All right.  And is Prime assisting the debtor in this

16 bankruptcy case?

17 A.   Well, providing him is a big factor.

18 Q.   All right.  How many other people work for Prime?

19 A.   200 or so.

20 Q.   And do you have the personnel of Prime at your disposal

21 for this case?

22 A.   I have several people.  Steven Shelley is also another --

23 Mr. Shelley was the person who negotiated most of these loans

24 and is actually the signature on most of the loans, so when I

25 have a particular instance or a particular question about

HC 01216

Richard Morgan - Cross                                      165

1  something I can go to him and ask a question.  I have full

2  access to the property management people.  As a matter of fact,

3  I hired Mr. Rick Conley, who was president in 1984, to work for

4  me as a management -- in the managing company.  I've known

5  him --

6  Q.   When you say -- I'm sorry.  When you say the property

7  management people are you speaking of Regis Management?

8  A.   Regis.  Yes, ma'am.

9  Q.   Okay.

10 A.   Yeah.

11 Q.   How many people work for Regis?

12 A.   God, I don't know.  I mean, I don't have any in the field.

13 There's probably about thirty in the office -- in the -- in the

14 fifteen or twenty in the office --

15 Q.   Do they also employ the people that are onsite at the

16 income producing buildings to run the buildings?

17 A.   They do.  And then I'm missing Mr. Butler and Mr. -- maybe

18 Haselveig (ph.) as to the brokers.  I don't talk to the brokers

19 very much.

20 Q.   And who are the brokers?

21 A.   The brokers that have been marketing the properties all

22 along are Garry Gibbons, Jim Fox, Dick Humphreys, Whit Knox

23 (ph.).

24 Q.   Are these outside third parties?

25 A.   No.  They worked for -- they work for another entity of

HC 01217

1  Prime, which is the brokerage arm.

2  Q.   Okay.

3  A.   And they've been working -- be coordinating.  I don't know

4  about the listing brokers who have -- third-party brokers who

5  they've been reporting to, yeah.

6  Q.   Are there parties assisting with trying to generate new

7  tenants in the buildings?

8  A.   That would be through the Regis organization and their

9  contracted third-party brokers.

10  Q.   All right.  You made mention of Grubb & Ellis, I believe.

11  A.   Grubb & Ellis is the leasing agent for Fenton.

12  Q.   Are there leasing agents for the other buildings?

13  A.   Bradford Group is part of them, and I don't know -- I

14  can't -- I have a -- breakdown realistically.  Melanie Hughes

15  has.  Lee Kirkwood in Westborough (ph.) with the Bradford

16  Group.

17  Q.   The cash budgets that are marked as Exhibit D and E that

18  were also introduced at the cash collateral hearing, did you

19  have anything to do with putting those together or are those

20  Mr. Crown?

21  A.   That's -- let's go to E.  Make sure we got the right

22  section.

23  Q.   Go to tab D.

24  A.   B?

25  Q.   D as in dog.

Richard Morgan - Cross                    167

1   A.   D.  I did, and I said Mr. Crown verified these, but,

2   basically, what I told the property management people, I had

3   already looked at their 2010 actuals and their 2011 budgets and

4   didn't see any real disparity in income or expenses.  So, I

5   say, for the purposes of this moving forward, unless you have

6   something to tell me something differently I want the exact

7   numbers shown on your budgets as the cash collateral and

8   that's, to the best of my knowledge, that's the way we

9   reflected it.

10  Q.   All right.  And these are the budgets marked Exhibit D?

11  A.   Yes.

12  Q.   All right.

13           MR. BUNCHER:  I move to admit --

14           THE WITNESS:  Well, there's an extra, but it would be

15  Exhibit --

16  A.   Basically Mr. Crown made the correct thing, but as far as

17  I know the income stream and the numbers are taken directly off

18  the property budgets for 2011.

19           MR. BUNCHER:  All right.  Your Honor, I move to admit

20  Exhibit D.

21           THE COURT:  Any objection?

22           MR. WEITMAN:  None, Your Honor.

23           THE COURT:  D is admitted.

24  (Debtor's Exhibit D, cash budget, was hereby received into

25  evidence as of this date.)

HC 01219

1  Q.   And turning to E.  Is E just a more detailed breakdown of

2  the budgets that were marked Exhibit D?

3  A.   It should be a direct extrapolation of the first two

4  months of the budget, yeah.

5  Q.   All right.

6          MR. BUNCHER:  Move to admit Exhibit E, Your Honor?

7          THE COURT:  Any objection?

8          MR. WEITMAN:  No, Your Honor.

9          THE COURT:  It's also admitted.

10  (Debtor's Exhibit E, more detailed cash budget was hereby

11  received into evidence as of this date.)

12  Q.   Exhibit F.  Turn To Exhibit F.  Those are the schedules.

13  Is that true?

14  A.   Yes.

15  Q.   All right.

16          MR. BUNCHER:  I think those have already been

17  admitted.

18          THE COURT:  They have.

19  Q.   Exhibit G.  That's the statement of financial affairs,

20  true?

21  A.   Well, that's what it says on the top.  I'm -- I can't read

22  this small print.

23  Q.   Okay.

24  A.   I'm sorry.

25  Q.   Fair enough.

HC 01220

1          THE COURT:  I believe that's also been admitted as

2     part of Armed Forces exhibits.

3          MR. BUNCHER:  Yes, Your Honor.  Thank you.

4     Q.   Turn to -- well, before we -- to go away from the

5     schedules and the statements.  I think you've made this clear

6     in your testimony.

7          MR. BUNCHER:  And if I'm repeating anything, Your

8     Honor, feel free to cut me off, but --

9          THE COURT:  All right.

10    Q.   How does the debtor plan to treat the unsecured seller

11    notes that we've been talking about in this bankruptcy case?

12    A.   As simply put as I can, on an individual property by

13    property basis, to the extent that the sales prices of all the

14    properties, not just individual of one, two, three pieces.  For

15    example, in Wells Fargo you've got eight or nine properties.

16    If all those properties satisfy all the Wells Fargo debt and

17    all of the unsecured creditors, then to the extent that is

18    avail -- that money is available it'll be paid toward the notes

19    on the Wells Fargo transfer.  If it is insufficient the

20    insufficient balance then rolls back to the backside income

21    secondary to all secured -- unsecured, priority and

22    administrative claimants.

23    Q.   And have you had discussions with Mr. Moose (ph.)

24    regarding this planned treatment for these seller notes?

25    A.   Not only had discussions.  I basically constructed the

HC 01221

Richard Morgan - Cross                    170

1  language which was put into the last filing by Mr. Crown.  He

2  and I both worked on that language and put it in there so that

3  it says -- should say exactly that same thing.

4  Q.    All right.  And, if we could, look back, for example, on

5  Schedule F, and if I need to help get you there I will.

6            MR. BUNCHER:  Can I approach, Your Honor?

7            THE COURT:  You may.  Of course.

8  Q.    Looking at page 2, or sheet number 2 of 29, at the bottom,

9  on Schedule F.  You see there on that page there's one of these

10  unsecured -- it's called an unsecured buyer note payable to

11  American Realty Trust, Inc. for 682,457 dollars.

12  A.    Yes, sir.

13  Q.    And you see it says "See Attachment Schedule F - Unsecured

14  Buyer Notes Payable".  Do you see that?

15  A.    Yes.

16  Q.    If you could, now, turn back to the attachment.

17            THE COURT:  Where is that?  Is that at the back?

18  Further back?

19            MR. BUNCHER:  There are several attachments, Your

20  Honor.  I don't know if I can describe other than telling you

21  it's back in the attachments and it --

22            MR. WEITMAN:  It's 17 of 17.

23            THE COURT:  I'm sorry?

24            MR. WEITMAN:  It's a seventeen page exhibit, page 17

25  of 17.

HC 01222

Richard Morgan - Cross                              171

1          THE COURT:  All right.

2          MR. WEITMAN:  On docket 102-1.

3          MR. BUNCHER:  Counsel, if you look at the top the

4    markings from the filing.

5          THE COURT:  Got it.

6          MR. BUNCHER:  Okay.

7          THE COURT:  Thank you, Mr. Weitman.

8          MR. WEITMAN:  You're welcome.

9          MR. BUNCHER:  Thank you.

10   Q.   You see "Schedule F - Unsecured Buyer Notes Payable".  You

11   see the list?

12   A.   Yes, sir.

13   Q.   Is that a list of the notes?

14   A.   I'm assuming so, and I recognize the total balance as

15   being about the same amount.

16   Q.   All right.  And do you see footnote number 4 at the

17   bottom?

18   A.   I see it.

19   Q.   Barely?

20   A.   Barely.

21   Q.   Is that the note you're talking about?  You've referred

22   several times to it.

23   A.   Let me get it at the right distance.  Okay.  Okay.  I got

24   it now.

25   Q.   In your testimony earlier you referred several times to

Richard Morgan - Cross                          172

1  the filing that Mr. Crown and I just made.

2  A.   Yes.

3  Q.   Is that what you're talking about?

4  A.   Exactly.

5  Q.   And footnote 4 is the language that provides for this

6  subordinated treatment of the notes as you've described them to

7  the Court.

8  A.   As best the language can describe it, yes.

9  Q.   All right.  And is it your intention, as the officer of

10 the debtor, to propose a plan that provides treatment

11 consistent with this for these notes?

12 A.   Absolutely.

13 Q.   All right.  Turn over to Exhibit H, please.

14 A.   Okay.  Let me turn it back around.  I got it.  I've just,

15 kind of --

16     (Pause)

17 A.   Okay.

18 Q.   Is Exhibit H a true and correct copy of the management and

19 leasing agreement between Fenton Real Estate, Inc. and Regis?

20 It says Regis Realty Prime, LLC d/b/a Regis Property

21 Management, LLC.

22 A.   It appears to be, yes.

23 Q.   And, if you look back on the signature pages, did you sign

24 that on behalf of Fenton Real Estate, Inc.?

25 A.   Yes.

HC 01224

Richard Morgan - Cross                    173

1   Q.   And, generally, what are the payment terms under that

2   contract?

3   A.   It's three percent of the gross rents.

4   Q.   All right.

5         MR. BUNCHER:  And, just for the record, this is

6   something we brought up at the cash collateral hearing, Your

7   Honor.  I'd ask the Court to take notice of that, that we

8   didn't have the agreement at the time, so I'm offering Exhibit

9   H.

10         THE COURT:  Any objection?

11         MR. WEITMAN:  None, Your Honor.

12         MR. AURZADA:  Your Honor, the only thing I have to

13   point out on this is that it's dated December 22nd, which was a

14   day before his prior testimony that he took over the entity.

15   So I'm a little confused by the fact that he signed it before

16   he even had the meeting where he learned about this project.

17   Q.   Do you recall when you signed --

18         MR. BUNCHER:  Well, is that an objection or -- I

19   don't know what that is.

20         THE COURT:  It wasn't clear to me.  Are you objecting

21   to the admission of the exhibit?

22         MR. AURZADA:  Your Honor, I think there's a question

23   as to authenticity given his prior testimony.  That's my

24   objection.

25         MR. BUNCHER:  All right.

HC 01225

Richard Morgan - Cross                              174

1          THE COURT:  Lay a better foundation for how this

2   document is entered into before this witness is even

3   approached.

4          MR. BUNCHER:  Right.  Right.

5   Q.   The document on the front page, Mr. Morgan, says it's

6   dated as of December 22nd.  Do you see that?

7   A.   I do.

8   Q.   That was the day before you became an officer of the

9   debtor.

10  A.   Yes.

11  Q.   Did you sign this at some subsequent date?

12  A.   I did.  I didn't sign anything after the 23rd, so I don't

13  know.

14  Q.   Okay.

15         MR. BUNCHER:  I move to admit Exhibit H.

16         MR. AURZADA:  Your Honor, same point on the

17  objection.

18  In looking at page 4 it says "is made and entered into as of

19  the 22nd day of December".  I read that as that's the day I

20  signed it.

21         THE COURT:  No.

22         MR. AURZADA:  Maybe I'm wrong, but --

23         THE COURT:  Do you want to take the witness on voir

24  dire?

25         MR. AURZADA:  No, Your Honor, I don't.  I just want

HC 01226

Richard Morgan - Cross                          175

1   to stand on my objection.

2          THE COURT:  It's admitted.  You can cross-examine the

3   witness about the inconsistency that you see.

4   (Debtor's Exhibit H, management and leasing agreement between

5   Fenton Real Estate, Inc. and Regis, was hereby received into

6   evidence as of this date.)

7   Q.  You didn't sign the document on December 22nd?  You're not

8   saying that?  You're just --

9   A.   No.  Absolutely not.

10  Q.   Go to Exhibit I, please.  I can't recall if we admitted

11  this.  This is the purchase agreement between TCI Texas

12  Properties and Fenton Real Estate, Inc. concerning the Wells

13  Fargo collateral.  Is that true?

14  A.   Yes.

15          MR. BUNCHER:  We move to admit Exhibit I, Your Honor.

16          THE COURT:  Any objection?

17          MR. WEITMAN:  Your Honor, that's already Wells Fargo

18  10, but, of course, we have no objection.

19          MR. BUNCHER:  Well, then no need to admit it twice,

20  Your Honor.

21          THE COURT:  All right.

22          MR. BUNCHER:  I think the same thing goes for J,

23  which, I believe, is the deed.  K, L.

24          THE COURT:  Can you give me the corresponding Wells

25  Fargo numbers, Mr. Weitman?

HC 01227

Richard Morgan - Cross                          176

1              MR. WEITMAN:  One moment, Your Honor.

2              THE COURT:  You bet.  Thank you.

3              MR. BROWN:  Yes, Your Honor.  The mineral warranty

4    deeds are Wells Fargo Exhibit 12.

5              THE COURT:  So J is 12?

6              MR. BUNCHER:  J is the warranty deed for Dallas

7    County and K is the warranty deed for Kaufman County.

8              MR. BROWN:  Your Honor, I would submit that, then, J

9    and K are included within Wells Fargo 12.

10             THE COURT:  All right.

11             MR. BUNCHER:  And then L is the promissory note.

12             MR. AURZADA:

13             MR. BROWN:  That would be Wells Fargo Exhibit number

14   11.

15             THE COURT:  All right.

16             MR. BUNCHER:  And, then, Your Honor --

17   BY MR. BUNCHER:

18   Q.   If you could, Mr. Morgan, turn over to Exhibit M.  I don't

19   believe these were admitted by Wells Fargo.

20   Q.   Are you familiar with Exhibit M, the certified

21   resolutions?

22   A.   No.

23   Q.   No.  Okay.  Turn to Exhibit N.  Are you familiar with the

24   certified resolutions of Fenton Real Estate, Inc. that was

25   related to this transaction and signed by -- appears to be

HC 01228

Richard Morgan - Cross                              177

1  signed by Craig E. Landis?

2  A.    No.

3  Q.    Okay.  Turn to Exhibit O, please.  What is Exhibit O?

4  A.    Exhibit O looks like Wells Fargo statements and collateral

5  value and loan balances.

6  Q.    And did you prepare this summary here?

7  A.    I did.

8  Q.    What did you prepare it from?

9  A.    From the January 31 statements.  Each statement showed, as

10  regard to those particular promissory notes, the collateral

11  value, and, then, we could not tie in what the 2 million 632

12  was, except at me, I couldn't, and I couldn't get anybody to

13  explain it to me, so I just listed it down as part of the

14  gross.  We did come up pretty close to what the -- what I

15  understood the loan balance to be.

16  Q.    And these statements you're referring to, are these

17  statements that were sent to the debtor by Wells Fargo on

18  January 31st of this year?

19  A.    Correct.

20  Q.    And on those statements were reflected the values that you

21  summarize on Exhibit O?

22  A.    Yes.

23  Q.    And the loan balances as well?

24  A.    Yes.

25             MR. BUNCHER:  Move to admit Exhibit O.

HC 01229

Richard Morgan - Cross                          178

1          THE COURT:  Any objection?

2          MR. WEITMAN:  Your Honor, as I understand it's a

3    summary, simply a summary  as to what he's taken from other

4    documents, so I have no objection to his summary.

5          THE COURT:  Very well.  It's admitted.

6    (Debtor's Exhibit O, Wells Fargo statements and collateral

7    value and loan balances, were hereby received into evidence as

8    of this date.)

9    Q.   So Wells Fargo, on their own statements that were sent

10   just days ago, show the collateral value far in excess of their

11   debt?

12         MR. WEITMAN:  Your Honor, I'd object to that.  I

13   mean, I think here we need to have the actual statements if

14   he's going to speak about the statements themselves.

15         MR. BUNCHER:  The exhibits --

16         MR. WEITMAN:  I think that would be best evidence in

17   terms of -- you should introduce the statements.

18         THE COURT:  Repeat your question.  I'm sorry.

19   Q.   I said on Wells Fargo's statements sent to you just

20   several days ago they reflect collateral value far in excess of

21   the Wells Fargo debt.  Is that --

22   A.   Yes.

23         MR. WEITMAN:  Objection, Your Honor.  Leading.

24         THE COURT:  Well, I'm going to sustain leading, and,

25   frankly, it's repetitive.  He already said that he took them

HC 01230

 1  from the statements so --

 2          MR. BUNCHER:  Understood, Your Honor.

 3  BY MR. BUNCHER:

 4  Q.   Have you already begun work on formulating a plan for this

 5  bankruptcy case, Mr. Morgan?

 6  A.   In my mind.  I haven't -- I haven't started the process of

 7  writing it down.  In my mind I have.

 8  Q.   Right.  Do you intend to attempt to get a plan on file in

 9  this case on fairly short order.

10  A.   I do.  And, quite candidly, one of the major factors,

11  which of NexBank is aware, we've shared the lease with them, is

12  that's going to be a real turning point as to how we handle

13  things.

14  Q.   Why is that a real turning point that -- you're speaking

15  of the 100,000 square foot lease --

16  A.   Yes.

17  Q.   -- from HCA.

18  A.   Yes.

19  Q.   Why is that a real turning point in your mind?

20  A.   Well, it's because -- utilizing what we call a cap rate

21  anywhere between seven and eight percent, it's going to add

22  between twenty-three and twenty-five million dollars worth of

23  value to the property.

24  Q.   So would you like -- or when do you anticipate knowing

25  whether the lease is going to come through on the HCA lease?

HC 01231

 1  A.    Within days, and we have -- NexBank has already cooperated

 2  with me by providing me a letter of support for the tenant, and

 3  that's the big hurdle we had to get over, and, now, the

 4  obligation, just meet with the tenant's broker and, then, with

 5  the tenant themselves to try to work it out..

 6  Q.    All right.  Now, you were questioned about where are you

 7  going to -- well, let me just ask you the question.  Where are

 8  you going -- where do you envision getting the cash to carry

 9  these assets during the time period of the proposed plan?

10  A.    If we are speaking to -- if we are speaking to the land

11  only the other -- the income assets are all self-sufficient.

12  Q.    Right.

13  A.    So where they speak -- we get through the other way.

14  There are some vacant properties, which are not -- which is the

15  Thermalloy Building and Teleport building.  Both of those are

16  collateralized by income producing properties, so my proposal

17  is to utilize the cash from NexBank, for example, cash flow to

18  subsidize the Thermalloy operating expenses under their

19  collateral.  The same thing with the Teleport building.  It's

20  part of ABC Bank's collateral, so we'd use part of that to

21  cover.  It's not much, maybe, I don't know exactly what it is,

22  but, maybe, it's six or seven thousand dollars a month total

23  cost to support that.  Other than that it's all land.  And from

24  a land standpoint there is a concept that had been floated, not

25  by me but by a friend of mine, which I think will work, and the

Richard Morgan - Cross                          181

1   concept is simply this.  If you have a lot of cash flow then,

2   and you believe, as I do, that this Mercer Crossing land and

3   all these other parcels are going to change dramatically during

4   the course of the next two to three years as far as value is

5   concerned, then we would invite you to make a proposal that we

6   can present to the Court that says, essentially, this.  I will

7   carry the debt and the interest on the note, okay, whatever

8   that debt and interest is agreed upon, for a period of three to

9   five years.  I get a certain priority return upon the sale

10  against that.  Let's just say the debt is seven percent total.

11  He gets, maybe, a ten percent total priority return on cash.

12  And, then, for each year he puts in he gets ten percent of the

13  equity profit participation in the -- over and above the first

14  and second loan, mortgage loan.  It's a plan that I think will

15  work, and I've already started talking to some people about it,

16  and I think that may work in bringing in somebody in South Side

17  Investors to fund some of this land.

18  Q.   All right.  And that was going to be my question.  The

19  structure you just discussed, that's a structure you would be

20  proposing to potential investors.

21  A.   Yes.

22  Q.   Is that correct?

23  A.   Outsides investors, yeah.

24  Q.   And have you begun the process yet of starting to talk to

25  potential investors?

HC 01233

Richard Morgan - Cross                           182

1  A.    I have talked to a couple of them and they, and I think

2  I've got a good response.  My fallback position, of course, as

3  I mentioned to you, is that in the end those three entities, in

4  order to make sure that those properties aren't gone forever,

5  may have to step to the table and fund some money.

6  Q.    Right.

7  A.    And I've advised Mr. Moose that that's a possibility, and

8  if I have to have it I'm going to come to him to get it.

9  Q.    And just so we're clear, when you were talking about using

10 cash from one income generating property to pay expenses on

11 another property, were you only talking about doing that if

12 both of those properties served as collateral for the same

13 loan?

14 A.    And only that.  There's only two instances where that

15 occurs, and that's on the NexBank and the ABC Bank.

16 Q.    And when we come back to the Court for the final cash

17 collateral hearing are you going to be requesting the Court

18 approve that?

19 A.    Yes.

20 Q.    Using cash from building A to pay another property's

21 expenses, but only if it's cross-collateralized.  Is that what

22 you're saying?

23 A.    That's correct.  My commitment is to not use any cash flow

24 from any income producing property except to the benefit of

25 that lender.

Richard Morgan - Cross                    183

1   Q.   And if you're given the time -- the debtor has an

2   exclusive time period within which to file a plan under the

3   Bankruptcy Code, which is 120 days from the date of the filing.

4   If you are given that time period do you think you can raise

5   the funds necessary to sustain this debtor's operations?

6   A.   I think I can have the commitment for the funds, yes.

7   Q.   Based upon your experience in the real estate business do

8   you have a lot of contacts in the business and know a lot of

9   people that might be interested in participating in something

10  like this?

11  A.   I can't say that I'm the guy who goes out and markets it.

12  That's not my forte.

13  Q.   Right.

14  A.   What my forte is is structuring a deal that is marketable,

15  and that I think I can do.

16          MR. BUNCHER:  Your Honor, if I could have a moment?

17  I have an Exhibit P that has P1 through 20 or something.  It's

18  all the appraisals that the various lenders have produced to me

19  that I'm going to offer, and I'd like just a moment, if I

20  could.

21          THE COURT:  All right.  Of course.

22      (Pause)

23          MR. WEITMAN:  Your Honor?

24          THE COURT:  Yes?

25          MR. WEITMAN:  While Mr. Buncher is handing out those

HC 01235

Richard Morgan - Cross                                184

1  materials I would just point out that Wells Fargo produced

2  appraisals as of November, 2009.  It has no objection to them

3  being admitted, but we do think that there are serious issues

4  about them being outdated, and I'm sure the Court can review

5  the lengthy appraisals to see the issues of the comps, the

6  timing, the qualifications, assumptions, et cetera, but that

7  may speed things along.

8           THE COURT:  Fair enough.

9           MR. BUNCHER:  I'm just going to hand the Court the

10 first book.

11          THE COURT:  Thank you.

12          MR. BUNCHER:  Looking at the first book, P1, Your

13 Honor --

14          THE COURT:  Yes.

15          MR. BUNCHER: -- is an appraisal of November 23, 2009.

16 I believe, actually, the first, P1, P2 and P3, are November,

17 2009 appraisals produced by Mr. Weitman on behalf of Wells

18 Fargo, and we'd move to admit those three at this time.

19          MR. WEITMAN:  With the reservations, Your Honor, I

20 have no objection.

21          THE COURT:  They're admitted.

22 (Debtor's Exhibits P1, P2 and P3, appraisals from 11/2009, were

23 hereby received into evidence as of this date.)

24          MR. BUNCHER:  And continuing, P4, P5, P6 are

25 additional appraisals produced by Wells Fargo on their

HC 01236

Richard Morgan - Cross                                185

1   collateral, but from an earlier time period, November, '07,

2   Your Honor.  I'd move to admit those as well.

3          MR. WEITMAN:  But with the same qualifications, Your

4   Honor, I have no objection.

5          THE COURT:  They're also admitted.

6   (Debtor's Exhibits P4, P5 and P6, appraisals from 11/2007, were

7   hereby received into evidence as of this date.)

8          MR. BUNCHER:  P7 is an appraisal on the Amoco

9   Building produced by Ms. Hartwick.  We'd move to admit that at

10  this time.

11         THE COURT:  Any objection, Ms. Hartwick?

12         MS. HARTWICK:  No, Your Honor, with the same

13  conditions that Mr. Weitman --

14         THE COURT:  All right.  Although this is October of

15  2010 --

16         MR. BUNCHER:  Right.

17         THE COURT:  -- I take it.  All right.

18  (Debtor's Exhibit P7, appraisal on the Amoco Building dated

19  10/2010, was hereby received into evidence as of this date.)

20         MR. BUNCHER:  And -- I'm sorry.  Did the Court admit

21  that?

22         THE COURT:  It is.

23         MR. BUNCHER:  And just for the record, Your Honor, I

24  mean, the appraisals are what they are.  Whether some of them

25  are dated more recent to today's time and some of them are

HC 01237

Richard Morgan - Cross                                    186

1   older, but the Court can give whatever weight the Court decides

2   is appropriate.

3              THE COURT:  All right.

4              MR. BUNCHER:  The next book is P8 through P13.

5              THE COURT:  Are these all appraisals?

6              MR. BUNCHER:  I believe so, Your Honor.

7              THE COURT:  Well, let me ask you this.  I was hoping

8   we could finish your cross-examination of Mr. Morgan tonight,

9   and taking time to admit exhibits that he's, apparently, not

10  going to testify about --

11             MR. BUNCHER:  Well -- okay.

12             THE COURT:  -- is not terribly helpful.

13             MR. BUNCHER:  Yes, Your Honor.

14  BY MR. BUNCHER:

15  Q.   Mr. Morgan, as the lenders produced some of these

16  appraisals that I'm admitting into evidence right now, did I

17  send some of those to you to take a look at?

18  A.   You sent the Armed Forces to me yesterday.

19  Q.   All right.  And did you review those?

20  A.   I did.

21  Q.   And what did you glean from your review or what impression

22  did you get?

23  A.   I don't recall the exact number, but the coverage ratio

24  was in the 150 to 165 percent of the debt.  Their own

25  appraisals, done recently, in December and January of this

1  year.

2          MR. BUNCHER:  Your Honor, I don't have any more

3  questions of Mr. Morgan.

4          THE COURT:  All right.

5          MR. BUNCHER:  I would like to admit these, but I

6  don't need to do them right now either.

7          THE COURT:  No  I'm happy for you to -- I mean, it

8  seems to me that this is a logical place to stop, so if you've

9  got some exhibits you want to admit we can do that --

10         MR. BUNCHER:  All right.

11         THE COURT:  -- if it's not going to take too terribly

12  long.

13         MR. BUNCHER:  I'll try to go quickly here.  I gave

14  you the book with P8 through P13, I believe.

15         THE COURT:  You did.

16         MR. BUNCHER:  And the first, P8 is an appraisal of

17  what's known as the Thornwood land or Thornwood in Temple,

18  Texas.  Next one, P9, another piece of acreage in Austin,

19  Texas, and without going back and comparing to the summary of

20  the properties that are within the -- basically, if the Court

21  compares these properties they line up with one of the

22  properties that's on the summary schedule that's already in

23  evidence.

24         THE COURT:  All right.

25         MR. BUNCHER:  And, so, maybe we can just speed this

Colloquy                                    188

1    along.  The Court can look at these on its own.  You've got P8

2    through P13.

3             THE COURT:  Any objection to the admission of

4    Exhibits P8 through 13?

5             MR. ANDREWS:  Your Honor, I'm just not certain which

6    properties he's covering by the -- here's an index.

7             THE COURT:  Do you have an exhibit list, Mr. Buncher?

8             MR. BUNCHER:  I'm sorry, Your Honor.  I didn't have -

9    - these were all coming into my office within the last twenty-

10   four to forty-eight hours.

11            MR. ANDREWS:  -- exchanges, and, so, for both sides, I

12   think, some of these are my clients, and, so, I have a

13   statement I want to make with respect to them.  It's the reason

14   I'm --

15            THE COURT:  Could you say your name correctly?

16            MR. ANDREWS:  Sure.  Mark Andrews.  I'm appearing on

17   behalf of RMR Investments, Inc.

18            MR. BUNCHER:  I don't think any of these are yours.

19   Let me see if the next ones are, Mark.

20            MR. KINVIG:  Your Honor, I believe that at least some

21   of the ones that Mr. Buncher has mentioned are American Bank of

22   Commerce's collateral.  And to the extent that they are, we

23   have no objection.  And I believe that they're fairly recent,

24   so we wouldn't even have the same reservations that Mr. Weitman

25   has.

HC 01240

Colloquy                                      189

1           THE COURT:  All right.

2           MR. BUNCHER:  All right.  I don't think any of Mr.

3    Andrews' are in P8 through 13.

4           THE COURT:  I mean, does it make sense for you all to

5    confer with each other and just admit exhibits by agreement at

6    the outset of the continuation of this hearing.

7           MR. BUNCHER:  that would be perfectly fine.

8           THE COURT:  I mean, it seems like that may be simpler

9    than trying to do it here when people aren't quite sure what

10   exhibits are which.

11          MR. BUNCHER:  Right.

12          MR. ANDREWS:  We would agree with that, Your Honor.

13          THE COURT:  All right.

14          MR. BUNCHER:  So can we admit P8 through 13 or not?

15          THE COURT:  Anybody got a problem with P8 through 13?

16          THE COURT:  Mr. Warner, come and look at the notebook

17   if you've got a question.

18          MR. ANDREWS:  Your Honor, Exhibits 10, 11, 12 are in

19   connection with properties in which RMR investments has a lien,

20   and, Your Honor, if the purpose of the admission is that there

21   are appraisals in the files of the lenders that indicate an

22   appraised value at a certain time I don't have any problem with

23   that.  I don't agree that those represent either current values

24   nor would they be admissible without having the appraiser here

25   to speak to them, since it's just a summary of testimony, but

HC 01241

Colloquy                                                          190

1  the fact that there is something in these files of the lender

2  that indicates a value as of a certain date, that is true, and

3  we're not disputing that.

4          THE COURT:  Well, I guess I'm not sure what you're

5  saying, because you're saying the appraisals aren't admissible

6  without the appraiser here, and he's asking me to admit the

7  appraisals.

8          MR. ANDREWS:  I think he's asking you to -- well,

9  and, then, I'm going to object if he's asking to admit them for

10  the truth of the matters asserted in the appraisal.  It's both

11  hearsay, and without the appraiser here it's expert testimony.

12  It's not admissible.

13          MR. BUNCHER:  With regard to Mr. Andrews objection

14  which goes to P10, 11 and 12, I would agree that they're

15  admitted only for the purpose of showing that there is an

16  appraisal in its client's file that says what it says, not,

17  necessarily, that it's true, but it does show what information

18  they had in their file.

19          THE COURT:  Any objection on that basis?

20          MR. ANDREWS:  No objection to it being admitted for

21  that purpose, Your Honor.

22          THE COURT:  Then on that basis Plaintiff's P10, 11

23  and 12 are admitted.  That still leaves us with 8, 9 and 13.

24  (Debtor's Exhibits P10, P11 and P12, various appraisals, were

25  hereby received into evidence as of this date.)

HC 01242

Colloquy                              191

1           MR. BUNCHER:  Right.  And I don't think anybody had

2      objection to those.

3           THE COURT:  Anybody objecting to P8, P9 or P13?  All

4      right.  Then those exhibits are admitted as well.

5      (Debtor's Exhibits P8, P9 and P13, various appraisals, were

6      hereby received into evidence as of this date.)

7           THE COURT:  All right.  This probably is a logical

8      place to stop for the day.  Let me ask, and I take it you're

9      ready to pass the witness, again, back to the movants.  Is that

10     fair?

11          MR. BUNCHER:  Yes, Your Honor.

12          THE COURT:  All right.  How much more time do we

13     anticipate having with Mr. Morgan and what other witnesses do

14     the movants hope to call?

15          MR. WEITMAN:  Your Honor, I would estimate another

16     thirty minutes.  Twenty to thirty minutes on redirect.

17          THE COURT:  Total?

18          MR. WEITMAN:  For Wells Fargo.  I'm sorry.

19          THE COURT:  I need total.

20          MR. WEITMAN:  We've got, say, thirty -- fifteen,

21     please.

22          UNIDENTIFIED SPEAKER:  None for me, Your Honor.

23          UNIDENTIFIED SPEAKER:  None for anybody.

24          UNIDENTIFIED SPEAKER:  None for me, Your Honor.

25          UNIDENTIFIED SPEAKER:  None.

HC 01243

Colloquy                                                192

1          MR. WEITMAN: So I count forty-five, Your Honor.

2          THE COURT:  All right.  What other witnesses do you

3     anticipate calling?

4          MR. WEITMAN:  Is it still your intention to call Mr.

5     Crown?

6          MR. BUNCHER:  The reason -- Mr. Crown is on our

7     witness list, Your Honor, and he was listed specifically in the

8     event some details came up with regard to the schedules and the

9     statements.  I can't tell you.  I'm going to have to think

10    about whether I'm going to actually call him at this point, but

11    we may, just to clarify the issues about the schedules.

12         MR. WEITMAN:  Well, I mean, the problem we have, Your

13    Honor, is I will need for -- our agreement that I have with Mr.

14    Buncher is to take Mr. Crown's deposition in advance of that,

15    so I could not even estimate the amount of time.

16         THE COURT:  This is much simpler.  Do you intend to

17    call any other witnesses in support of the movants' case-in-

18    chief?

19         MR. WEITMAN:  I would probably have Mr. Crown and

20    I'll also have an expert witness, and estimated time, say, one

21    hour, hour and a half.

22         MR. BUNCHER:  I'm sorry.  Was Mr. Crown on your

23    witness list?  I know he was on mine.

24         MR. WEITMAN:  I think I say any other party that's

25    been identified on the witness list.

HC 01244

Colloquy                                      193

1         THE COURT:  All right.  So all movants, anybody other

2    than Crown, and I don't know who the expert is.

3         MR. WEITMAN:  Oh, excuse me, Your Honor.  Again, also

4    I need to have a TCI Texas representative, Steve Shelley, and

5    that could be forty-five minutes.  Oh, and, pardon me, and,

6    then, we also are trying to get -- I apologize, Your Honor.

7    We've been trying to get stipulations that would eliminate

8    having to take depositions and also call witnesses as to all

9    the transferor entities, and we have not had much success.  So

10   we may end up having to subpoena Transcontinental

11   representatives for each of these entities, in which case I

12   think it would take no more than, unfortunately, maybe, an hour

13   and a half.  Hopefully we would move through each

14   representative, or, possibly, Mr. Crown, who is the financial

15   advisor to each of those entities, may be able to testify on

16   all those matters.  I just don't know yet what that is.  So, I

17   mean, we could be looking at another two or three hours of the

18   Transcontinental matters.

19        MR. BUNCHER:  Your Honor, we've gone back and forth

20   on a stipulation that Mr. Weitman's drafted.  Still haven't

21   come to terms.  Ninety-five percent of the stipulation is just

22   on such and such a date such and such purchase agreement was

23   signed between so-and-so and so-and-so.

24        MR. WEITMAN:  Oh, we no longer need those items.

25   That's for the Court.

HC 01245

Colloquy                                    194

1             MR. BUNCHER:  Okay.  The other stipulations --

2             THE COURT:  I mean, quite frankly, so why can't you

3    stipulate to that?  It either happened or it didn't.

4             MR. BUNCHER:  I understand that.  We've already --

5    we've taken care of that.  But he wants --

6             THE COURT:  Well, apparently not through a

7    stipulation, which would have simplified the number of trees

8    killed in preparing these binders, it appears.

9             MR. BUNCHER:  The problem with it --

10            MR. WEITMAN:  Actually, that was in my e-mail, Your

11   Honor.

12            MR. BUNCHER:  No, Your Honor.  The problem, Your

13   Honor --

14            MR. WEITMAN:  The same expression.

15            MR. BUNCHER:  -- is he put in this -- he kept putting

16   stuff in the stipulation like so-and-so didn't consent to the

17   transfer and such and such was a violation of the loan

18   agreement.  I can't -- I don't represent the transferor

19   entities.  I can't stipulate to that, and I told him that, and

20   he kept sticking it in.  So that's why we can't stipulate.  I'm

21   fine to stipulate about what the documents say.  I told him

22   from day one, the documents say what they.  Put in the

23   documents.

24            MR. WEITMAN:  And that's what leads to the problem of

25   taking the depositions or calling to this hearing.

HC 01246

Colloquy                                                              195

1          THE COURT:  Well, but why do you -- I mean, if the

2  issue is to violate the loan agreement so put the loan

3  agreement in.  I can read the thing.

4          MR. WEITMAN:  Well, then there's an issue as to

5  whether consent was given.

6          THE COURT:  Well.

7          MR. WEITMAN:  And did they seek the consent.

8          THE COURT:  I assume your witness is going to say

9  they didn't seek the consent and he didn't give it.  I mean,

10  this doesn't seem like rocket scientist stuff to me, folks.

11  And, Mr. Buncher, you may not represent them, but, no offense,

12  all this is pretty closely intertwined, and, so, I find that

13  little formality interesting, although I recognize it, but I'm

14  unimpressed if we're having trouble with what should be fairly

15  basic factual stipulations not being provided to the Court --

16          MR. BUNCHER:  I'll --

17          THE COURT:  -- requiring me to spend hours of

18  additional time eliciting information that just doesn't seem

19  like it's probably in substantial dispute.

20          MR. BUNCHER:  Right.

21          THE COURT:  Either the transferor asked its lenders

22  for consent or they didn't.  I'm guessing they didn't, based on

23  what I've heard so far.  Now, you may not represent the

24  transferor, but you probably know who does, and it seems to me

25  that that kind of effectual stipulation just shouldn't be too

HC 01247

Colloquy                                                            196

1  tough to enter into.

2         Now, if there's an honest dispute about some fact

3  you're being asked to stipulate to, Godspeed.  That's what I'm

4  here for.  But don't waste my time with stuff that is not in

5  dispute between the relevant parties.

6         MR. BUNCHER:  I understand, Your Honor, and between

7  now and the next hearing we'll endeavor to see if we can't take

8  care of that with Mr. Weitman.

9         MR. WEITMAN:  That should knock off two and a half

10  hours, Your Honor.

11         MR. BUNCHER:  And I can't state it on the record, but

12  I think the Court's supposition is correct.  I don't think they

13  got consent, and I'm sure that every loan document in America

14  says you can't transfer my collateral.  So I think we can take

15  care of that, Judge.

16         THE COURT:  And, again, if they're asking for

17  ridiculous stipulations I don't expect that.  But things that

18  are basic that, ultimately, you make them jump through six

19  hoops and they're going to get to that point.  Don't make them

20  do that.

21         MR. BUNCHER:  The problem --

22         THE COURT:  That's only increasing the cost for

23  everybody.

24         MR. BUNCHER:  Judge?

25         THE COURT:  Yes.

HC 01248

1          MR. BUNCHER:  I'm going to express some frustration

2    here, and that is I got a stipulation from Mr. Weitman that

3    was, like, a hundred and something paragraphs of just on such

4    and such a date the purchase agreement entered into between so-

5    and-so and so-and-so said this for this purchase price.  And I

6    have spent fifteen hours going through that darn thing, and,

7    frankly, I should have just told him from day one put the

8    documents in.  They say what they say.  I've wasted fifteen

9    hours of time looking at nitpicky stuff about when a deed --

10    making sure the stipulation had the right deed recording

11    information.  That is a complete waste of time, in my opinion.

12          MR. WEITMAN:  But, Your Honor --

13          MR. BUNCHER:  He can put the document --

14          MR. WEITMAN:  Why should Your Honor --

15          THE COURT:  Let him finish.

16          MR. BUNCHER:  The documents are in evidence, and I

17    don't think I should have to spend an iota more time with this

18    minutiae that he wants to put in the stipulation that just

19    repeats what's already in the documents.  Now, on the issue of

20    the consent or not consent, that I can handle.  But I'm not

21    going to spend any more time looking at stuff, trying to

22    compare it back to a hundred exhibits that just say what they

23    say.  And I'm sorry if I'm getting frustrated --

24          THE COURT:  And no --

25          MR. BUNCHER:  -- but it's very -- it's been very

Colloquy                    198

1  frustrating.

2          THE COURT:  No offense.  If you don't do that, Mr.

3  Buncher, guess who's going to get to?  And you're being paid to

4  do it.

5          MR. BUNCHER:  I understand.

6          THE COURT:  And while I'm paid to be the judge, no

7  offense, everybody should want to simplify this process for me.

8          MR. BUNCHER:  I agree.

9          THE COURT:  You may not want to simplify it for each

10 other, but let's not lose sight of the end goal here, which is

11 me getting a thorough understanding of what happened here so I

12 can make an informed ruling.

13         MR. BUNCHER:  I appreciate that, and that's why I

14 spent the fifteen hours, and I'm past that.  I'm just venting,

15 and I'm sorry.

16         THE COURT:  No, it's okay, but, again, let's not lose

17 sight of the fact that obviously as a result of a myriad of

18 transfers what you all may have be coming to understand is

19 fairly complicated just tracking things through.

20         MR. BUNCHER:  Yes, Your Honor.

21         THE COURT:  So what you can do to make that simpler

22 for me to understand, given the number of other matters that I

23 get to hear in my spare time, would be appreciated, at least by

24 me.

25         MR. BUNCHER:  I think we can work it out.  There's

Colloquy                                    199

1   only this few items that are left to work out.

2           MR. WEITMAN:  I don't think we're that far apart.

3           MR. BUNCHER:  Right.

4           THE COURT:  All right.

5           MR. WEITMAN:  And --

6           THE COURT:  Now, let's do this.

7           MR. WEITMAN:  To end it.

8           THE COURT:  The movants have had three hours and

9   fourteen minutes, and, Mr. Buncher, you had about an hour and

10  five.

11          MR. BUNCHER:  Your Honor, frankly, I've put on my

12  case virtually, and, so, I mean, I expect very little in the

13  way of evidence from our side at the end, especially if they've

14  called everybody on my side already and I've asked the

15  questions, so we're probably looking at an argument at the end.

16  But I reserve my right --

17          THE COURT:  No, no.

18          MR. BUNCHER:  -- to call --

19          THE COURT:  But here's what I want you to do,

20  because, like I say, you each ask for eight hours, which seems

21  a bit excessive, because, again, while there's a lot of

22  documents and a lot of properties moved around and a lot of all

23  that, it seems to me that those facts should be able to be

24  mostly stipulated to, and, therefore, the amount of hearing

25  time should be able to be reduced, at least to a manageable

HC 01251

**Colloquy**                                      200

1  amount.  So what I'm going to ask you all to do is finish your

2  prep, realistically tell me how much you need.  Not how much

3  you want, how much you need.  I'm going to try and accommodate

4  what you need so that everyone feels like they had a fair

5  hearing with respect to the issues.  Obviously these are

6  serious issues.  And, so, I would like you to get back to Ms.

7  Salcido by Tuesday of next week to tell her what you need, and

8  we will consider what you need and try and accommodate what you

9  need.

10          Now, I will tell you that what I am hoping is that we

11  will hear this matter further on February 17th.  That is the

12  day I was scheduled to be traveling, and I have cancelled that,

13  and, so, at the moment we have no sittings that day.  So if

14  anybody's got a big old problem that day I need to hear it now.

15          MR. AURZADA:  Your Honor, I'm commencing a two day

16  confirmation trial in front of Judge Nelms beginning on the

17  17th.

18          THE COURT:  Well, if you lose that day I honestly do

19  not know when we'll be able to work you back in.

20          MR. AURZADA:  I would be happy to consider with my

21  client whether or not sending Mr. Leininger makes sense.  I

22  just can't speak to that right now.

23          THE COURT:  And I appreciate that.

24          MR. STROMBERG:  Your Honor, for my own part I won't

25  be able to be here, because I believe I have a trial in another

HC 01252

Colloquy                                                    201

1   court that starts on the 15th, but, as I indicated to Viola,

2   that if the Court needs to go on without me then that shouldn't

3   be a problem, so it shouldn't stand in the way of scheduling if

4   the Court needs to move on that date.

5          THE COURT: Well, I mean, do I need to move? It's a

6   question of I've been told by the movants that we need to move

7   on this promptly, so I'm trying to accommodate that.

8          MR. STROMBERG: I understand. And in the interest of

9   speed, Your Honor, I think the Court knows my position for the

10  most part. We've elucidated the evidence that we want the

11  Court to consider, so I would be fine if the Court needs to use

12  that date, and to accommodate the interests of speed, but I

13  just wanted Your Honor to be aware that I might not be able to

14  be there if that's the date.

15         THE COURT: And I appreciate that. Does the 17th

16  work for other folks?

17         MR. BUNCHER: Yes.

18         MR. BUNCHER: Yes, Your Honor.

19         THE COURT: All right. Well, then, keep holding

20  that, because that's what I'm thinking will make sense to try

21  and finish the evidence and, ideally, do closing arguments all

22  within that day. Now, again, if you tell me after reflection

23  and after you've worked through stipulations that that day is

24  not enough we'll look for additional time if there's a

25  legitimate reason why another day isn't going to be adequate,

HC 01253

Colloquy                                       202

1  but my hope is that if we have that day that that should enable

2  us to wrap things up.

3          MR. KINVIG:  Yes, Your Honor.  Just as a point of

4  clarification --

5          THE COURT:  Could you come to the microphone just so

6  I'm sure, Mr. Kinvig, that we get you on the record?

7          MR. KINVIG:  Not a problem.  Your Honor, when

8  American Bank of Commerce filed its motion to annul the

9  automatic stay the Court's staff set that for an initial

10  hearing or a prelim hearing on the 15th.  And, so, in light of

11  your previous statements where you didn't want to hear those

12  matters until the motion to dismiss had already been heard and

13  decided, if it's okay with Your Honor we'd like to ask the

14  Court to move that back, and I can deal with Court staff on

15  that, but --

16          THE COURT:  That would be perfect.

17          MR. KINVIG:  Okay.  Thank you, Your Honor.

18          THE COURT:  Thank you very much.  All right.  If you

19  would bring us the witness, unless, Ms. Whittington, do you

20  have another set of exhibits yourself?

21          THE COURT REPORTER:  No.  I was going to use those.

22          THE COURT:  All right.  If you would bring the

23  witness exhibits to her when we conclude that would be ideal,

24  and we will, subject to hearing back from you all, my

25  expectation is that we will continue this matter until to

HC 01254

1   February 17th beginning at 9:15.  Mr. Aurzada?

2            MR. AURZADA:  Yes.  You asked a question.  I just

3   didn't want the answer to go unsaid, and that was did we intend

4   to call any other witnesses.  One potential witness is my

5   client representative, Brent Parsons.  My guess is through the

6   stipulation process he won't be necessary, but I did not want

7   that to go unsaid.

8            THE COURT:  I appreciate that.  Mr. Olson?

9            MR. OLSON:  Other than making my appearance, I

10  thought I'd get through the day without saying anything, and my

11  goal on the 17th would be the same.  At most, I may need

12  fifteen minutes, either in argument or introducing exhibits or

13  some examination of a witness, but I think everybody's going to

14  plow that ground for me.

15           THE COURT:  All right.

16           MR. OLSON:  We set our motion to annul till sometime

17  after.

18           THE COURT:  That's great.  And, again, if you would

19  all confer with each other so that, and, Mr. Weitman, since

20  you're sitting at counsel table I'll ask you to be the one that

21  ultimately talks to Ms. Salcido, but the time that I hear is an

22  aggregated time.  I don't want to hear well, I told Ms. Salcido

23  I needed twenty-two minutes, but that didn't include anybody

24  else.

25           MR. WEITMAN:  I will send out e-mails to the group to

HC 01255

Colloquy                                                    204

1   confirm before contacting Viola to let her know what our time

2   is.

3            THE COURT:   Perfect.

4            MR. WEITMAN:   Our collective time.

5            THE COURT:   Excellent.

6        (Whereupon these proceedings were concluded at 4:43 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HC 01256

205

I N D E X

T E S T I M O N Y

| WITNESS | EXAM BY | PAGE | LINE |
|---------|---------|------|------|
| Richard Morgan | Mr. Weitman | 50 | 2 |
| Richard Morgan | Mr. Aurzada | 87 | 1 |
| Richard Morgan | Mr. Stromberg | 106 | 12 |
| Richard Morgan | Mr. Kinvig | 121 | 2 |
| Richard Morgan | Mr. Staber | 130 | 12 |
| Richard Morgan | Mr. Buncher | 140 | 1 |

E X H I B I T S

| WELLS FARGO | DESCRIPTION | ID. | EVID. |
|-------------|-------------|-----|-------|
| 168 | Schedule of transfers | | 63 |
| 5,6,8-165 | Various transaction documents | | 72 |

| ARMED FORCES | DESCRIPTION | ID. | EVID. |
|--------------|-------------|-----|-------|
| BANK | | | |
| 7 | Unsecured debt associated with | | 89 |
| | each transferred property | | |
| | document | | |

HC 01257

206

I N D E X, cont'd


E X H I B I T S


| ARMED FORCES | DESCRIPTION | ID. | EVID. |
|---|---|---|---|
| BANK | | | |
| 4 | Schedules and SOFAs of the debtor | | 90 |
| 79-93 | Various transfer documents | | 106 |

| DEBTOR | DESCRIPTION | ID. | EVID. |
|---|---|---|---|
| A | Debtor interview information | | 163 |
| D | Cash budget | | 167 |
| E | More detailed cash budget | | 168 |
| H | Management and leasing agreement Between FRE and Regis | | 175 |
| O | Wells Fargo statements and Collateral value and loan balances | | 178 |
| P1-P3 | Appraisals for 11/2009 | | 184 |
| P4-P6 | Appraisals for 11/2007 | | 185 |
| P7 | Appraisal on Amoco building dated 10/2010 | | 185 |
| P10-12 | Various appraisals | | 190 |
| P8,9,13 | Various appraisals | | 191 |

HC 01258

207

1

2                    C E R T I F I C A T I O N

3

4          I, Lisa Bar-Leib, the court approved transcriber, do

5    hereby certify the foregoing is a true and correct transcript

6    from the official electronic sound recording of the proceedings

7    in the above-entitled matter.

8

9

10    *Lisa Bar-Leib*

11

12

13    _____        February 14, 2011   ___

14    LISA BAR-LEIB                       DATE

15    AAERT Certified Electronic

16    Transcriber (CET**D-486)

17

18

19

20

21

22

23

24

25

eScribers, LLC  |  (973) 406-2250
operations@escribers.net  |  www.escribers.net

HC 01259

February 03, 2011

**$**

**$243,553,624.21 (1)**
  91: 6
**$8,575.01 (1)**
  30:10

**0**

**0-50 (1)**
  162:11
**07 (1)**
  185: 1
**08 (2)**
  141: 9, 9
**09s (1)**
  104: 8

**1**

**1 (3)**
  46:19;109: 1;158:15
**1.2 (1)**
  162: 7
**1.3 (3)**
  72:24;73:14;162:12
**1.4 (1)**
  53: 9
**1:00 (1)**
  34:24
**1:15 (1)**
  7: 1
**10 (5)**
  48:19;71: 5;72: 6;
  175:18;189:18
**10,000 (4)**
  145:18,19;153: 5, 5
**10/2010 (1)**
  185:19
**100,000 (8)**
  128: 9,14,19,23;
  144:22,22;145: 3;179:15
**102-1 (1)**
  171: 2
**103 (1)**
  105:24
**106-unit (2)**
  41: 1;121:10
**109 (1)**
  8: 7
**10th (1)**
  6:10
**11 (10)**
  9: 4,14;13:14,15;
  48:23;73:22;176:14;
  189:18;190:14,22
**11/2007 (1)**
  185: 6
**11/2009 (1)**
  184:22
**1112b3 (1)**
  6:24

**112 (1)**
  141:10
**12 (6)**
  176: 4, 5, 9;189:18;
  190:14,23
**12,000 (1)**
  92:10
**12/23 (1)**
  17: 9
**120 (1)**
  183: 3
**13 (6)**
  74:12;188: 4;189: 3,
  14,15;190:23
**14,000 (3)**
  144: 6;145:10;153: 1
**15 (1)**
  8: 9
**15.5 (1)**
  74: 1
**150 (1)**
  186:24
**150- (1)**
  94:18
**150,000 (1)**
  43: 5
**153,000 (2)**
  20:22;134: 3
**15th (2)**
  201: 1;202:10
**165 (5)**
  71:11;72: 2, 3;74:24;
  186:24
**168 (8)**
  62:20;63:10,15;96:12;
  97: 2;146: 2, 4;159:12
**168's (1)**
  159: 9
**17 (8)**
  9: 5;30: 9;137:10;
  153: 1;170:22,22,24,25
**17,000 (1)**
  153: 1
**1750 (6)**
  21:11;22:13;33:22;
  60: 7;146:20,23
**177,805 (1)**
  147:14
**178,000 (1)**
  148: 5
**17th (5)**
  200:11,17;201:15;
  203: 1,11
**18 (1)**
  30:13
**18.9 (1)**
  76: 1
**1800 (4)**
  21:11;22:14;33:22;
  60: 7
**181 (4)**
  19:18,24;20: 9;53: 7
**181,514,525 (1)**

**9:11**
**186 (1)**
  96:18
**19 (2)**
  9: 6;76: 3
**1973 (1)**
  140: 6
**1977 (1)**
  140: 7
**1984 (1)**
  165: 3
**1990 (2)**
  140:16;142: 1
**1998 (1)**
  140:20
**19th (2)**
  6:21;7:11

**2**

**2 (9)**
  9: 8;46:20;98: 9,10;
  144:23;146:21;170: 8, 8;
  177:11
**2,400 (1)**
  151:25
**2,500 (2)**
  91:16;151:11
**2.1 (1)**
  144:23
**2.3 (1)**
  30:14
**2.7 (1)**
  117:20
**2.9 (2)**
  18:11;53: 5
**2:04 (1)**
  86:14
**2:09 (1)**
  86:14
**20 (2)**
  137:10;183:17
**200 (2)**
  152: 5;164:19
**200,000 (1)**
  94:18
**2000 (2)**
  33:21;141: 7
**2007-1 (1)**
  5: 3
**2008 (1)**
  141: 6
**2009 (7)**
  18:15;23:14;81: 3;
  104: 2;184: 2,15,17
**2009/2010 (1)**
  27:12
**2010 (24)**
  7: 8;18:12;21: 5;22: 9;
  23:14;29:16;41:14;
  50:11;60:10;68: 5;
  73:18;74:10;80:18;
  98: 6;104: 6;135: 8,13,

**22;136: 5;137:17,20;**
**161:25;167: 3;185:15**
**2010s (1)**
  104: 9
**2011 (13)**
  6:10,12;7: 1;23:14;
  27: 6,14;29:16;68:24;
  77: 9;104:10;107:23;
  167: 3,18
**206 (1)**
  151:18
**22nd (4)**
  173:13;174: 6,19;
  175: 7
**23 (22)**
  17:16;21: 5,25;22: 1,
  8,10;50:11,14;55:12;
  56:16,21;58:11;59: 3;
  60:10;68: 5;73:18;74: 7,
  10;83: 9;142:21;161:25;
  184:15
**234 (2)**
  91: 9, 9
**23rd (20)**
  14:14;29:15;31:16,18;
  35:16;42: 3;91:20;98: 4,
  6;103:19,22;110: 9;
  112:14;113:13,23;
  114:18;124: 3;137:17,
  20;174:12
**24,000 (1)**
  153:24
**243 (2)**
  91: 9,10
**247 (2)**
  150: 1, 5
**25,139,000-something-something (1)**
  99: 2
**25,400,000 (1)**
  98:14
**250,000 (1)**
  98:25
**257 (1)**
  150: 9
**257.05 (1)**
  97: 6
**263,000 (1)**
  157: 9
**27 (1)**
  68:24
**27th (5)**
  6:17;12:21;14:13;
  17:11;69: 4
**28 (2)**
  99: 6, 6
**28,139,869 (1)**
  99: 3
**28,400,000 (2)**
  98:17;99:14
**28.4 (3)**
  98:21;99:19;103: 7
**29 (1)**
  170: 8

**2A (1)**
  7:25

**3**

**3 (10)**
  7: 1;8:23;146:19;
  147:17;159:18,18,20,23;
  162:20,20
**3,506,000 (1)**
  116:23
**3.1 (1)**
  162:24
**30,000 (1)**
  141: 8
**300 (1)**
  140:14
**31 (3)**
  107:23;108: 1;177: 9
**31st (2)**
  104: 9;177:18
**32.01 (1)**
  23:15
**35 (3)**
  97:16;144:18;148: 1
**362b3 (1)**
  24:13
**362d3 (1)**
  36: 1
**362d4 (1)**
  24:20
**3rd (1)**
  29:16

**4**

**4 (16)**
  9:14;27: 6;34:18;
  35:18;77: 9;89:11,13;
  90: 8;113:13;133:15;
  134:13,16;135: 6;
  171:16;172: 5;174:18
**4,000 (1)**
  141:11,11
**4:43 (1)**
  204: 6
**400,000 (3)**
  123:12;126: 9;157:12
**45 (1)**
  43: 6
**48 (1)**
  99:18
**48,000 (1)**
  153:23
**48.1 (2)**
  99: 8,12
**4th (3)**
  29: 2;30: 5;41:15

**5**

**5 (9)**
  9:14;47:12;71:10,11,

HC 01260

12;72: 1, 3;159:18,21
**5,000 (1)**
140: 7
**5.3 (1)**
123:18
**5.5 (1)**
123:13
**50,000 (1)**
121:15
**525,000 (1)**
126:10
**55,000 (1)**
43: 7
**56.788 (1)**
28:14

**6**

**6 (6)**
8: 5;48: 7;71:12;72: 1,
3;141:23
**6.2 (1)**
80:12
**6.3 (1)**
157: 4
**6.5 (1)**
146:19
**6.7 (3)**
30:16;117: 9,18
**63 (1)**
152:22
**632 (1)**
177:11
**635 (4)**
97:16;144:16,17;
151: 5
**65 (2)**
155: 3,11
**682,457 (1)**
170:11

**7**

**7 (7)**
48:10;71:11;87:17,21;
88: 2;89: 3, 7
**7,000 (2)**
145:17;153: 4
**7.2 (1)**
75:16
**700 (1)**
141:23
**79 (4)**
105:21,24;106: 2, 7
**7-F (1)**
160: 1

**8**

**8 (10)**
8: 6;9: 1;48:10,12;
71:12;72: 1, 3;159:22,
23;190:23

**8.2 (2)**
6:19;75:11
**80 (1)**
102:24
**82 (1)**
102:24
**88 (1)**
158:16

**9**

**9 (1)**
190:23
**9,000 (1)**
145:12
**9:15 (1)**
203: 1
**93 (5)**
105:21,25;106: 1, 2, 7

**A**

**ABC (8)**
13:11;15:13;84:22;
93: 9;96: 4;157: 5;
180:20;182:15
**ABCLD (24)**
11: 9,10,12,13,24;
12:13;13: 5;15: 9,14,23;
16: 1, 1, 2, 3;17:18,19,
25,25;21: 9;50:13;
61:22;68:11;109:25;
120:17
**ability (7)**
27:13;70:25;120:19;
129: 7,19;142:18;143: 8
**able (19)**
6: 6, 7;20:16;24:17;
29:19;36:14;37: 1,22;
55: 2;72:12;89:16;
117:18;149:12;193:15;
199:23,25;200:19,25;
201:13
**above (7)**
84:20,23;103: 7;
123: 4;156: 4;158:14;
181:13
**absence (1)**
32:11
**absolutely (5)**
25:16;36:11;126:25;
172:12;175: 9
**accept (1)**
153:15
**access (2)**
92:16;165: 2
**accommodate (4)**
200: 3, 8;201: 7,12
**accomplish (1)**
105: 9
**according (2)**
43: 3;94:19
**accruing (1)**

43: 6
**accuracy (2)**
163:25;164: 3
**accurate (7)**
133:11;138:10,15,24;
139: 1, 3;164: 7
**acknowledge (1)**
88:23
**acquiring (1)**
72: 8
**acquisition (2)**
84:15;104:23
**acquisitions (1)**
140:13
**acre (1)**
141: 8,12;151:11
**acreage (1)**
187:18
**acres (13)**
41:19;91:16;92:10;
93:10;97: 6;123:18;
141:11;146:19;150: 5, 9;
155: 3,11;157: 4
**across (1)**
18:11
**Act (1)**
102: 5
**action (4)**
43:16;77:16;100:11;
103:10
**actions (2)**
25: 1;77: 1
**actively (1)**
163: 7
**actual (3)**
64:25;124:25;178:13
**actually (25)**
9:11,11; 2;28:13;
34:18;36:19;41: 4,18;
62: 8;74: 6;84:20;93: 8,
11;98:17;107: 1;119:15;
123: 4;124:24;125:20;
126:23;149: 9,18;
164:24;184:16;192:10;
194:10
**actuals (1)**
167: 3
**ad (9)**
18:11,14,19;19: 7;
23:13;53: 5;80:24;
107:19,23
**Adams (1)**
8: 3
**add (6)**
43:19;116:12,12,13;
123: 1;179:21
**added (1)**
139: 7
**Addison (3)**
5:24;130:19;154:11
**addition (5)**
13:10;42:19;47: 5;
111: 2;112:11

**additional (12)**
31: 6;105: 2;109:17;
110: 7;122:21;129: 1;
130: 3;147: 3, 6;184:25;
195:18;201:24
**address (2)**
27:22;88: 4
**addressed (2)**
40:18;44: 5
**addresses (1)**
115: 6
**adds (1)**
123: 1
**adequate (1)**
201:25
**adjacent (6)**
60: 6;122:15;146:20;
148: 2;151: 8;154:18
**adjust (3)**
70:25;72:12;94:19
**adjusted (4)**
49: 3;69:22,24;72:19
**adjustments (3)**
10: 9;18: 4;70:22
**administrative (8)**
53:25;117: 7, 8;129: 2,
8, 9,20;169:22
**admissibility (1)**
105:23
**admissible (3)**
189:24;190: 5,12
**admission (7)**
35: 2;71: 9;89: 3,22;
173:21;188: 3;189:20
**admit (22)**
89:19;159: 5, 8;
161:16;167:13,19;
168: 6;174:15;175:15,
19;177:25;184:18;
185: 2, 9,20;186: 9;
187: 5, 9;189: 5,14;
190: 6, 9
**admitted (29)**
46:12;49:12;63: 6,11,
14;72: 2;89: 6;90: 2, 7;
106: 6;133:24;135:21,
23;161:21;167:23;
168: 9,17;169: 1;175: 2,
10;176:19;178: 5;184: 3,
21;185: 5;190:15,20,23;
191: 4
**admitting (1)**
186:16
**advance (1)**
192:14
**advice (2)**
40: 4;112:11
**advise (3)**
111:12;112: 9;144: 9
**advised (5)**
56:25;126: 8;155: 4,
21;182: 7
**advisor (3)**

56: 7,23;193:15
**Advisors (1)**
141:20
**advisory (8)**
18:24;21:19,24;56: 8,
16,20;57:19;59: 8
**aerial (1)**
149:18
**affairs (9)**
8:13;9:15;57:13,21;
77: 6;89:14;90: 1, 9;
168:19
**affect (1)**
143:21
**affected (3)**
36: 6;144:18,18
**affiliate (2)**
21:21;56: 1
**affiliated (6)**
12:14;33:18;37:22;
39:15;102:15,16
**affiliates (3)**
13: 1;40:13;56: 9
**afternoon (16)**
4: 7,15,21;5: 1, 5, 9,11,
12,17;34:24;87: 1;
106:14,15;121:19;
124:19;140: 1
**again (22)**
17:21;20:19;22: 5,18;
23:10;30:15;43:20;
49:20;54: 7;73: 7;79:14;
100: 9;104: 7;120:15;
152:25;191: 9;193: 3;
196:16;198:16;199:21;
201:22;203:18
**against (9)**
30:10;53:23;81: 3;
99:25;100:11;101:24;
117: 6,10;181:10
**agent (1)**
166:11
**agents (1)**
166:12
**aggregate (4)**
24: 8;28: 9;48:21;
65:22
**aggregated (2)**
27: 2;203:22
**ago (9)**
38: 4;41: 6;48:11;
96:15;105:16;106:17;
160:18;178:10,20
**agree (10)**
35: 2;45: 9,10,12;
129:14,15;189:12,23;
190:14;198: 8
**agreed (5)**
6:23,25;46:12;54:17;
181: 8
**agreement (30)**
11: 2;44:13;47:12;
48:17,20,22;54: 1, 3;

February 03, 2011

67:20;68: 1;69:17;72: 7,
7;74:13;95: 8;161:25;
162:21,25;163: 3;
172:19;173: 8;175: 4,11;
189: 5;192:13;193:22;
194:18;195: 2, 3;197: 4

**agreements (7)**
15:14,20;17: 9,10;
69: 6;71:23,23

**agrees (2)**
48:18,20

**ahead (5)**
6: 5;29:11;88:22;
138:22;158:13

**Air (1)**
8: 9

**Airport (4)**
5:24;130:19;154: 1,11

**Akin (24)**
15:25;16: 2, 4;21:10;
22: 3;33: 8;60: 3, 5;
61:19;66:17;94:24;
95: 3, 4;96: 4, 4;102:15,
20;108:20,24;109: 6, 8,
24;110:12;115: 3

**Akin's (2)**
95:17;110: 7

**allegations (1)**
32:13

**alleged (1)**
126: 6

**allocation (2)**
127: 9,14

**allow (4)**
22:25;43:15,17;100: 7

**allowed (3)**
25: 2;70:25;94:13

**allowing (1)**
4:10

**allows (1)**
102: 6

**alluded (1)**
31:14

**almost (6)**
104:10;108:11,23;
111: 6;116:24;153: 2

**along (9)**
4:10;7: 6;25:24;59:23;
135: 1,21;165:22;184: 7;
188: 1

**altered (1)**
144:14

**alternative (1)**
114: 9

**although (11)**
23:11;35:23;36:18;
44:25;45:11;185:14;
195:13

**always (4)**
33:25;107:19;116:16,
17

**amass (1)**
33: 4

**amended (2)**
46: 4;47:21

**America (2)**
145: 5;196:13

**American (47)**
5:10;8: 9;9: 5;13:12,
19,23;16: 7;17:24;30: 8;
40:22;51:23;54:13;
55: 3, 7;56:12;58:17;
65: 8;76:12;78:18;
84:14,14;92: 4;93: 9;
99:11,16,24;100:10,13,
19;101:18;102:15,18;
120:17;121: 3, 5, 8;
123:21;124:11,19,24;
125: 8;126: 5;153:13;
154:19;170:11;188:21;
202: 8

**Amoco (17)**
8: 3;44: 6,14;65:12,
13;75:20;91:15;116:22;
143:25;145:11;146:16;
152:17;156:14,17;
162:18;185: 8,18

**among (2)**
28:25;33:24

**amount (18)**
9: 9;18:21;19: 1;30: 9;
39: 1;49: 2,23;65:22;
69:21;72:19;116:10;
117: 3;129:12;156:12;
171:15;192:15;199:24;
200: 1

**amounts (2)**
10: 7;36: 4

**analysis (1)**
150:23,25;151:14

**analyzed (3)**
84:23,25;152: 5

**Andrews (13)**
4:20,21,22;24:19;
188: 5,11,16,16;189:12,
18;190: 8,13,20

**Andrews' (1)**
189: 3

**and-so (1)**
197: 5

**announced (1)**
130:14

**annul (7)**
9:20;34:25;42: 5, 8,
21;202: 8;203:16

**annulment (1)**
76:13

**answered (2)**
102:12;118: 5

**anticipate (5)**
108: 9;120: 5;179:24;
191:13;192: 3

**anticipates (1)**
119:23

**anticipating (1)**
120: 2

**apart (2)**
40: 9;199: 2

**apartment (10)**
41: 1, 1,17;121: 9,10,
23;122: 2,24;123:25;
151: 9

**apartments (9)**
58:23;122:12;123:17;
124:14;126:20;140: 7, 7;
154:14,17

**apologize (6)**
34:12;47: 9;108: 8;
116: 6;118:10;193: 6

**apparently (5)**
6: 5;86: 8;158:18;
186: 9;194: 6

**appear (1)**
89:13

**appearance (1)**
203: 9

**appeared (1)**
29:22

**appearing (2)**
5:14;188:16

**appears (4)**
160:13;172:22;
176:25;194: 8

**application (1)**
128:15

**apply (2)**
117:25;132:19

**appraisal (12)**
66: 8;99:13,15;
149:25;150: 3,12;
184:15;185: 8,18;
187:16;190:10,16

**appraisals (20)**
28: 6;65:15,20;
143:11;183:18;184: 2, 5,
17,22,25;185: 6,24;
186: 5,16,25;189:21;
190: 5, 7,24;191: 5

**appraised (6)**
28: 3, 4, 9;99: 8;
126: 9;189:22

**appraiser (4)**
66: 9;189:24;190: 6,
11

**appraising (1)**
66: 6

**Appreciate (6)**
4:12;108:16;198:13;
200:23;201:15;203: 8

**appreciated (2)**
109: 4;198:23

**appreciation (1)**
117:23

**approach (5)**
96:20;98:11;136:24;
139: 8;170: 6

**approached (2)**
141: 2;174: 3

**approaching (1)**

86:18

**appropriate (6)**
36: 2;38:20;42:12,16,
20;186: 2

**approval (7)**
59:22;101:10,11;
131: 6;132: 7;153: 9,10

**approve (6)**
59: 7,13;101: 8;
107: 7;132: 9;182:18

**approved (7)**
100:13;102:13;
127:11;128:15;129:21;
161:13,13

**approximately (1)**
134: 3

**April (1)**
127:15

**Archon (5)**
111:21,24;112: 1;
117: 9;118: 2

**area (4)**
82:20;97:16;104:25;
155: 3

**argue (1)**
39:16

**arguing (2)**
9:22;20:23

**argument (3)**
46:13;199:15;203:12

**arguments (2)**
156:21;201:21

**Arkansas (1)**
141: 9

**arm (1)**
166: 1

**Armed (43)**
4:16,18;26:24;27: 9,
16;28:14;30: 2;34:16;
35: 8;37:14;66:24;76: 4,
9;87: 3,21,24;88: 2;
89: 3, 7;10:90: 8;93:16,
17;103:12;104: 2,12,14;
105:12,21;106: 2, 7;
133:25;134:16;135: 5;
149:21;150: 2,12;
158:25;159: 1;160:13,
19;169: 2;186:18

**around (13)**
23: 5;24: 7;43: 5;
84: 3;92: 1;102:24;
104:25;121: 6;122:13;
150:16;157:13;172:14;
199:22

**ART (10)**
8: 6,10;9: 3, 4;13:15;
16: 8;30:15;99:11;
100:24;102: 8

**Article (1)**
162:20

**Aside (1)**
42:25

**aspect (1)**

144:19

**asserted (2)**
77: 1;190:10

**asserting (2)**
75: 3;81:12

**assess (1)**
151:22

**assessing (2)**
148: 6

**Asset (24)**
18:25;21:21;22: 2,15;
24:12;32:15;52: 7, 8,10;
53:20;55:21;56:23;
57:15;64:25;110:23;
111: 3;113: 5;120: 7,16;
127: 9;128:22,24;
156:22;164:13

**assets (5)**
8:11;26: 5;40: 5, 5;
53: 2;54:10;57:13,20;
71: 1;77: 5;90:25;91: 6;
95: 6;115:14;143:13;
157: 3;180: 9,11

**assign (1)**
74:14

**assigned (1)**
112: 5

**assignment (3)**
103:23;132:24;133: 1

**assignments (2)**
68:20,21

**assist (5)**
56:16;113: 7;13:
20;136:24

**assistance (1)**
96:23

**assisted (1)**
138: 7

**assisting (3)**
163:14;164:15;166: 6

**associated (6)**
15:18;35:12;36: 9;
88:25;89: 7;118:24

**assume (11)**
8:15;33: 8;47:23;
61:12;86: 7;125: 1;
136:21;153:14,15;
161: 6;195: 8

**assumed (12)**
15:17;16:17;17: 4;
30:10,14,15;63:17,21;
99: 1;102:12;136:11;
161:12

**assumes (1)**
124:14

**assuming (8)**
12:23;100:13;104:23;
128: 2;151:23;152: 2;
164:13;171:14

**assumption (5)**
98:24;101:12,1,
136:17;162:13

**assumptions (1)**

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

(3) agreements - assumptions

HC 01262

Case 11-42042-dml11 Doc 30-37 Filed 04/11/11 Entered 04/11/11 15:34:21 Desc
Exhibit X - Part 2 - Hearing Transcript February 3 2011 Page 94 of 118

FRE REAL ESTATE, INC.; 11-42010-DML11

February 03, 2011

184: 6
astonished (1)
  11: 5
ATI (1)
  92: 3
attached (1)
  135: 7
attaches (1)
  23:15
Attachment (2)
  170:13,16
attachments (2)
  170:19,21
attempt (1)
  179: 8
attention (2)
  75:24;113:23
attorney (1)
  112:19
attorneys' (2)
  129: 2,10
Audio (1)
  4: 2
augment (1)
  26:21
August (1)
  141: 9
Aurzada (54)
  4:14,15,16;6: 2;26:18,
  19,24;27:19;28: 1,11,17,
  23,30: 5;32: 5;33:11,13,
  15,17;34: 6;86: 1, 2, 7,
  17,22,23,25;87: 3,20;
  89: 2,19;90: 6,11;94:16;
  96: 7,10,20,23;98:11;
  100: 4;101:20;105:19,
  25;106: 2, 9;173:12,22;
  174:16,22,25;176:12;
  200:15,20;203: 1, 2
Austin (2)
  157: 7;187:18
authenticity (2)
  46:13;173:23
author (1)
  101:12
authority (7)
  25:17,19;101:13;
  102:14;132: 2, 5;162:25
authorization (2)
  102:13;161:11
authorized (3)
  100:24;101:14;136: 4
automatic (8)
  9:21;34:25;42: 5, 8,
  21;43:14;76:13;202: 9
automatically (1)
  23:15
avail (1)
  169:18
available (3)
  53:22;79: 6;169:18
avoid (1)
  29:24

aware (44)
  6: 4;27:10;37:18;
  62: 7;73:21;74:22;
  75:10,13,16,23;76: 1, 4,
  8,12,17,25;77: 4, 8,11,
  15;79:24;80:13;82:12,
  14,17;85:15,18;92:15;
  103:14;107:18,25;
  108: 2;121: 5, 8;124: 7,
  10,12,12;126: 5;132:25,
  25;137:17;179:11;
  201:13
away (1)
  169: 4
awful (1)
  154: 3

**B**

back (48)
  10: 6,11;12: 5;14:25;
  16:15,25;21:17;29:18;
  33:21;42:21,23;58: 2;
  69: 1;79:15;90:22;
  93:17;98: 9;102: 5, 6,23;
  104:16;105:15;111:16;
  117:20;122:13;127:16;
  142:11;143: 9;152:10;
  159: 3,17;169:20;170: 4,
  16,17,18,21,22;174,23;
  182:16;187:19;191: 9;
  193:19;197:22;200: 6,
  19;202:14,24
background (4)
  46:10,20;140: 4;
  143: 2
backside (2)
  117:20;169:20
bad (12)
  6:10;7: 6;9:22;11: 4;
  20:23;24: 2;25:15,16,25;
  26: 5;45:11;77: 1
bad-faith (2)
  75: 3;76:19
balance (4)
  100:23;169:20;
  171:14;177:15
balances (3)
  177: 5,23;178: 7
Bald (1)
  142: 9
banging (1)
  31:18
Bank (52)
  4:16,18,19;5:10,13,18,
  18;26:24;27:17;30: 2;
  34:15,15,16;35: 9;37:14;
  40:22;66:24;76: 4, 9,12,
  15,22;84:14,14,22;87: 4;
  93: 9, 9;103:12;104:14;
  105:12,17;109: 4;121: 3,
  5, 8;123:21;124:10,
  24;125: 5, 8;126: 5;

149:21;150:12;153:13;
154:19,24;157: 5;
182:15;188:21;202: 8
bankruptcies (4)
  29: 6;33: 6;112:13;
  114:16
bankruptcy (48)
  6:11;7:16,19: 5;24:24;
  26: 6;31:16;32:10,16;
  34:19;36: 4;38: 4,18,20;
  39:20,22,22;41: 6,23;
  42: 3;44:15;45: 5;51:18;
  77:12;79: 4;85: 3;
  102: 4;103:11;105: 1;
  108:14;113:12;114:18,
  22;115:11,13,18;124: 1,
  2, 4, 5, 8;142:25;143: 2,
  4;155:25;164:16;
  169:11;179: 5;183: 3
banks (1)
  154:23
Bank's (3)
  104: 2;106: 7;180:20
bar (1)
  24:16
Barely (1)
  171:19,20
Barnett (1)
  91:25
base (1)
  131: 9
based (15)
  29:12;33:14;38:25;
  71: 1;103: 6;108:24;
  109: 7;13;110: 4;116:14;
  135:24;142:14;151:14;
  183: 7;195:22
basic (5)
  39: 6;142:12,12;
  195:15;196:18
basically (20)
  12:11;18:16;38:24;
  39: 6;48: 8;53: 2;58:20;
  61:15;97:12,12;113: 1;
  116: 8;141:16;142:23,
  24;150:15;167: 2,16;
  169:25;187:20
basis (11)
  65:10,66: 4;81:17;
  85: 9;129: 8,25;131:13;
  132: 1;169:13;190:19,22
batting (2)
  108: 8;116: 6
bear (3)
  39:17;122:14,23
became (5)
  40: 1;92:14,17;140: 4;
  174: 8
become (1)
  129:19
becomes (4)
  111:14;117: 4,16,16
began (1)

140:16
begin (2)
  50: 1;140:17
beginning (3)
  42:24;200:16;203: 1
begins (1)
  134:18
begun (2)
  179: 4;181:24
behalf (18)
  4: 9,16,22;5: 2, 6,10,
  22;6: 8;34:14;66:16,18;
  130: 7;137: 2,14,19;
  172:24;184:17;188:17
behind (4)
  21: 2;148:12,14;
  153:22
belief (2)
  108:24;109: 1
below (1)
  101:10
Beltline (1)
  8: 7
bench (1)
  86:19
benefit (4)
  31:23;32: 3;155: 7;
  182:24
Bennett (1)
  112:19
best (14)
  25:22;49:24;82: 8;
  109: 3;123: 9,10,11;
  133:13;155: 5,13;
  163:16;167: 8;172: 8;
  178:16
bet (1)
  176: 2
better (5)
  40:16;93: 8;112: 9;
  135:19;174: 1
beyond (3)
  17: 3;26:15;45:18
big (10)
  32:25;44: 9;91:13;
  123: 7;144:13,13,19;
  164:17;180: 3;200:14
binder (2)
  87:12;134:13
binders (2)
  96:12;194: 8
bit (13)
  23: 3;29: 9;34:24;
  35:24;41:10;94: 5;
  101:20;108: 7;133:18;
  140: 3;153:21;162:19;
  199:21
bless (2)
  21:13;42:22
board (5)
  82:16;100:13;101:10;
  102:14;161:12
book (25)

38:25;39: 2, 6;46:14;
48:20;49: 6;64:20,23,25;
65:13;112: 4;116:12,13,
14,17,22;145:21;159: 3,
11,21;161:24;184:10,12;
186: 4;187:14
booked (1)
  116:11
books (2)
  64:21;116:10
boost (1)
  123: 4
bore (1)
  39:12
borrower (4)
  6:19;44:11,14,19
borrowers (2)
  29: 8;30:13
both (11)
  15:25;37: 2;45: 4;
  46:14;79:13;155: 7;
  170: 2;180:15;182:12;
  188:11;190:10
bottom (6)
  64: 2;73:13;91:10;
  144:24;170: 8;171:17
bought (6)
  10:18;140:20;141: 7,
  14;142: 8;148:17
boutique (1)
  154: 6
box (1)
  24:14
boy (1)
  146: 1
Bradford (2)
  166:13,15
Branch (1)
  97: 6;147:14;158: 7
break (6)
  86: 4, 6,17;91: 2;
  139:16,21
breakdown (4)
  91: 3, 4;166:14;168: 1
Brent (2)
  4:18;203: 5
Bridgewood (4)
  8: 6;154:14,15,17
brief (1)
  44: 2
briefly (3)
  27:20;36: 7;81:20
bring (12)
  24: 8;42:11;47:23;
  95: 9;101:23;121:20;
  123:15;153: 1,16,16;
  202:19,22
bringing (2)
  31: 7;181:16
brink (1)
  23:24
broker (5)
  82: 9,10,20;84: 1;

180: 4
**brokerage (1)**
  166: 1
**brokers (11)**
  82:15,19,21;83:22;
  165:18,18,20,21;166: 4,
  4, 9
**Bromberg (1)**
  5: 2
**brothers (1)**
  128: 6
**brought (3)**
  24:15;149:18;173: 6
**Brown (12)**
  4: 8,13;47:15,20,24;
  48: 1;71:10,11,14;
  176: 3, 8,13
**Bryan (1)**
  4:17
**budget (6)**
  23: 6;43: 4;57: 4;
  167:24;168: 4,10
**budgets (11)**
  22:23;51: 7;57: 8,23,
  25;166:17;167: 3, 7,10,
  18;168: 2
**build (1)**
  123:18
**building (55)**
  21: 6;35:12;41: 1, 1,
  17,19;44: 6, 7;60: 5;
  65:12,13;75:20;91:15;
  98: 1;116:23;121:10,10;
  142:12;143:25;144:25;
  145:11;146:16,21,23;
  147: 5, 5, 7,12,13,14,17,
  21,23;148: 2, 3, 5,10,12,
  14,14,23;152:16,17,17;
  153:21,24;156:14;
  157: 8;162:18;180:15,
  15,19;182:20;185: 9,18
**buildings (10)**
  22:25;40:25;58:14,22;
  143:16;148: 1;165:16,
  16;166: 7,12
**bunch (1)**
  20: 5
**BUNCHER (187)**
  4: 3;8:19,23;9: 8;
  11:11;13: 2;14: 2,11,21;
  15: 3, 5, 8,10,14,24;
  16:10,14,20,23;17: 2, 8;
  18:23;19:17;28:12;
  35: 1;45:16,17;46:12;
  47:13,17,22,25;48: 3;
  52: 9;56: 2;59:11;63: 4,
  13;69: 9;71:17,19,22;
  72:14;74:23;75: 1;
  77:18;78: 3;79:14;
  81:10;85:13;86: 8, 9;
  88:23;89: 5,24;94:12;
  99:20;100: 2;106: 3, 4;
  112:13;118: 5;124:13;

125:10,25;128:12;
129:11,17;131:16,19,24;
134:25;135:15;137:12;
139: 6, 7,10,12,22,25;
145:24;146: 1, 3, 5;
159: 4,10,13,22;160: 3,
5, 6;161: 2, 5,16;163: 4,
12;167:13,19;168: 6,16;
169: 3, 7;170: 6,19;
171: 3, 6, 9;173: 5,18,25;
174: 4,15;175:15,19,22;
176: 6,11,16,17;177:25;
178:15;179: 2, 3;183:16,
25;184: 9,12,15,24;
185: 8,16,20,23;186: 4,
6,11,13,14;187: 2, 5,10,
13,16,25;188: 7, 8,18,21;
189: 2, 7,11,14;190:13;
191: 1,11;192: 6,14,22;
193:19;194: 1, 4, 9,12,
15;195:11,16,20;196: 6,
11,21,24;197: 1,13,16,
25;198: 3, 5, 8,13,20,25;
199: 3, 9,11,18;201:17,
18
**Buncher's (1)**
  128:10
**burden (1)**
  25:20
**Bush (1)**
  144:17
**business (15)**
  24:17;31:10,12;34:21;
  66:13;68:15,16;100:22;
  119:14,15;126:19;
  127: 8;141:19;183: 7, 8
**Butler (7)**
  115:24,25;149:12,16;
  155: 4,21;165:17
**buy (2)**
  48:21;84: 7
**buyer (19)**
  33: 4, 7;34: 3, 3;63:17;
  64: 7;154: 8;170:10,14;
  171:10
**buying (6)**
  66: 7,12;126:22;
  140:19;141:21;148:12

## C

**calculated (1)**
  38:25
**call (23)**
  18:10;29: 5;41:22;
  45:22;57:17;64: 1;
  83:21;104:24;127: 8;
  140:21;142:23;146:21;
  149: 6;151:12,12;
  179:20;191:14;192: 4,
  10,17;193: 8;199:18;
  203: 4
**called (26)**

11: 9;12: 2;16:24;
18:18;29:22;30: 3;
44:17;57:14;58: 6,24;
80:21;92: 3, 3;102:17;
120:14;127:23;141: 1,
14,15;142: 9;144:17;
148: 3;153:20;155: 2;
170:10;199:14
**calling (10)**
  48:23,24;53:14;56: 2;
  64: 5;99:21;111:15;
  161: 4;192: 3;194:25
**calls (4)**
  42:15;77:18;81:11;
  100: 2
**came (16)**
  7: 9;18:12;21:17;
  60:10;61: 7;82:16;
  84:16;110:12;112:14;
  113:22;126:17;148:20;
  150: 1;151:18;161: 1;
  192: 8
**Cameron (1)**
  5:10
**can (78)**
  10: 6;11:20,22;12: 6;
  14: 1;17:23;18:10;19: 1;
  22: 6;17:24:10,18;25:20;
  28: 6;29:24;31: 7;34: 1;
  37:11;38:22;40:14;
  47:13;49:19,24;52:25;
  54:22,23;58: 2;72:11;
  80:14;81: 7,24;82:20;
  83:17,18;88:21;89:20;
  94:24;97: 1;104:18;
  108:19;119: 6;122: 5;
  123: 4,18;135:16;137: 9,
  11,138: 3;153: 6;154: 5;
  156:16;162: 5;163: 2;
  165: 1;169:12;170: 6,20;
  172: 8;175: 2,24;181: 6;
  183: 4, 6,15;184: 4;
  186: 1;187: 9,25;188: 1;
  189:14;195: 3;196:14;
  197:13,20;198:12,21,25;
  202:14
**Canal (1)**
  38:19
**cancelled (1)**
  200:12
**candidates (1)**
  78:21
**candidly (5)**
  82: 3;144:20;154: 1;
  156: 7;179:10
**Cannon (1)**
  156: 2
**cap (2)**
  122:25;179:20
**capacity (1)**
  85: 7
**Capital (18)**
  4: 9;5: 6,6: 9;22: 7, 9,

11;26: 8, 8;31: 4;52: 3;
55:20;56:15,19;57: 1, 5,
11;63:23;93: 2
**care (4)**
  49:24;194: 5;196: 8,
  15
**career (1)**
  33:21
**careful (2)**
  164: 9, 9
**carefully (1)**
  35:21
**Carl (1)**
  141:15
**carry (2)**
  180: 8;181: 7
**carrying (1)**
  73:14
**case (71)**
  6:10;7: 9;18:21;19: 4,
  13;20:17,17;27: 5;31: 7,
  24;32:17,25;36: 4,10,16,
  18;37:17;38: 4,20;
  39:16;40: 3,12,16;42:10,
  13,14,14;43: 3,10,20;
  45:11,20;67:21;73:16,
  21;75:23;76: 5, 9,18,22;
  78:15,23;79:12;81: 7;
  89:14;103:11;105:13;
  108:10,14;110: 5;111: 9;
  112:14;117: 9;118:11;
  121:20;128:11;129: 3;
  140: 5;143: 4,10,22;
  155:19,25;163:15;
  164:16,21;169:11;
  179: 5, 9;193:11;199:12
**case-in- (1)**
  192:17
**cases (15)**
  19:10;24:12;26: 2, 6,
  7, 8;31: 2, 3,14;81: 1;
  83:22;116:21;149:25;
  156:22,23
**cash (15)**
  15:15,21;22:22,23;
  23: 7;37: 9, 9;41: 2;
  43: 1, 4, 6, 9,13,16,18;
  44:21,22,24,25;45: 7,13;
  50:22;51: 1, 6;57: 7,24;
  78: 1, 8,11;81:22;
  121:13;131: 5, 6;132: 5,
  8, 9,12,19,20;166:17,18;
  167: 7,24;168:10;173: 6;
  180: 8,17,17;181: 1,11;
  182:10,16,20,23
**Casino (1)**
  158:16
**Cattle (1)**
  8: 7
**cause (4)**
  23: 9;31:25;100:11;
  116:22
**Cave (1)**

4:17
**CDO (1)**
  5: 3
**center (5)**
  61: 3;140: 8;142
  156: 8
**centers (3)**
  140:11,13,14
**Centre (3)**
  144:25;145: 4;147:18
**Centura (2)**
  8: 5;9: 1
**certain (12)**
  41:16;43:12,21;
  101:10;111: 1, 6;143:18;
  161:13;181: 9;188: 5;
  189:22;190: 2
**certainly (10)**
  7: 8;22:24;24:25;
  28:19;42:14,14;132:18;
  134:22;157: 2;164:11
**certifications (1)**
  66: 9
**certified (2)**
  176:20,24
**cetera (1)**
  184: 6
**chair (1)**
  45:25
**chance (1)**
  29:19
**change (3)**
  96:12;145:19;1
**changed (3)**
  37:21;116:14;141: 6
**Chapter (6)**
  21:16;22: 1;73: 3;
  79: 7;81: 7,14
**characterization (1)**
  105: 6
**characterizing (1)**
  148:22
**charge (6)**
  22: 3, 3;59:10;149: 6,
  10;163:18
**charges (1)**
  129:11
**charging (1)**
  59: 9
**chart (12)**
  11:14,18;12: 6;17:22;
  30: 9;31:12;46:18;
  48:11;49: 3;63: 1;65:19;
  135: 7
**check (1)**
  24:14
**checked (1)**
  29: 7
**chief (20)**
  12:21;21: 3,12;39: 2;
  40:11;50:16,19,24;
  11;61:12;85: 5, 6,...;
  101: 6;102:10;103:22;

HC 01264

Case 11-42042-dml11    Doc 30-37    Filed 04/11/11    Entered 04/11/11 15:34:21    Desc
Exhibit X - Part 2 - Hearing Transcript    February 3    2011    Page 96 of 118
FRE REAL ESTATE, INC.; 11-30210-bjh11

February 03, 2011

108:13;131:23;192:18
choose (1)
    120: 6
Chris (1)
    4: 8
Circuit (3)
    38:19;42: 7;142: 9
circumstances (4)
    25:18,21;42: 6;117:17
cited (2)
    7: 9;31: 3
cities (1)
    140:24
City (1)
    142:10
claim (6)
    20:22;28:20;36:20;
    99:25;101:18;102: 8
claimants (2)
    117:22;169:22
claims (10)
    19:12,25;23:16,17;
    53:25;117: 6, 8;134:19;
    135: 7,12
clarification (2)
    41: 4;202: 4
clarify (3)
    117:14;118:15;192:11
cleanup (2)
    108: 8;116: 6
clear (11)
    11:11;31:23;33:25;
    34: 3;40: 1;93: 2;
    101:17;102:25;169: 5;
    173:20;182: 9
clearly (4)
    29:20;32: 2, 5;33: 3
CLERK (2)
    86:13,15
clerk's (1)
    145:13
client (18)
    9:21;25:24;26:21,24;
    29:17,20;34:22;41:12;
    42:18;43: 3,22;44: 2;
    111:20;130:14;134: 2;
    157:20;200:21;203: 5
clients (1)
    188:12
client's (2)
    20:24;190:16
Clifton (3)
    126:18;127:18,19
close (8)
    99: 5;105: 1;108:10;
    127:14,15;148: 2;150: 1;
    177:14
closed (1)
    125:11
closely (1)
    195:12
closing (3)
    15:16,22;201:21

Code (3)
    23:15;24:20;183: 3
co-debtor (1)
    134:10
co-debtors (1)
    138: 4, 9
Cole (1)
    5: 6
Colinas (1)
    157: 8
collateral (69)
    22:22;23: 8;27: 9;
    41:16;43: 1, 4, 6, 9,13,
    18;44:21,23;45:13;
    48:10,18;51: 6;52:20;
    57: 8,24;58:14;78:11;
    80:11,17;82: 5, 6;85: 1;
    91:17;104: 3;105: 2;
    121: 9,23;122:16;
    123:21,23;124:22;
    131: 5, 6;147: 4, 4, 6,18;
    149:21;154:19;157: 4, 7,
    14,18,24;158:15,20,23;
    159: 1;162: 3;166:18;
    167: 7;173: 6;175:13;
    177: 4,10;178: 6,10,20;
    180:19,20;182:12,17;
    185: 1;188:22;196:14
collateralize (1)
    158: 1
collateralized (3)
    154:23,24;180:16
collectability (1)
    119: 7
Collection (2)
    8:10;30:15
collective (3)
    37: 3,10;204: 4
collectively (1)
    108: 3
Collin (1)
    27: 1
column (6)
    10: 7,14;19: 1;63: 2,
    17;64:24
columns (1)
    27:20
combination (1)
    142:12
combined (3)
    92: 4;121: 7;141:23
comfortable (2)
    61: 8,11
coming (7)
    26:14;76:20;108: 1;
    119:24;122:14;188: 9;
    198:18
commencing (1)
    200:15
comment (1)
    105: 9
Commerce (14)
    5:10;40:23;76:12;

84:14;121: 3, 5, 8;
    124:11,20,25;125: 9;
    126: 5;154:19;202: 8
Commerce's (2)
    123:21;188:22
commercial (3)
    58:22;91: 2;143:15
commitment (7)
    77:24;78:14,18,20;
    79: 6;182:23;183: 6
commitments (5)
    26:10;79: 1, 1;118:17,
    23
committed (2)
    93: 2;153: 4
common (2)
    27:21;35:11
companies (5)
    15:12;33:22;81:15;
    140:16;154: 7
company (25)
    13: 8;58: 6;74:15;
    80:21;81:16;82:23;
    85:24;91:24;95:17,18;
    99:12,17;101: 9;102:17;
    112: 6;119:20;127:23;
    140: 9,10;141: 3,14,15,
    16,18;165: 4
compare (2)
    30:18;197:22
compared (3)
    90: 2;146:24;151:16
compares (1)
    187:21
comparing (1)
    187:19
compensate (1)
    110: 4
compensated (3)
    52:22;109:15,18
compensation (4)
    51: 2;58:19;108:19;
    109:19
competitive (2)
    144: 9,10
complete (7)
    47:15;57:12;90: 3;
    105:20;138:10,14;
    197:11
completed (2)
    35: 3;41:20
completely (4)
    17:21,24;128: 8;
    145:20
completeness (1)
    138:17
completing (1)
    138: 4
complex (2)
    122:24;152:22
complexes (1)
    151: 9
complexion (1)

145:19
complicated (1)
    198:19
comply (1)
    55: 1
comprise (1)
    20:12
comps (1)
    184: 5
concentric (1)
    82:19
concept (6)
    92: 9;141: 1, 6,11;
    180:24;181: 1
concern (3)
    44:19,21,22
concerned (6)
    46:18;71: 3;87:20;
    88:21;144:10;181: 5
concerning (2)
    69:10;175:12
concerns (3)
    44: 4;69:21,23
concerted (2)
    82: 7;84: 9
conclude (1)
    202:23
concluded (2)
    9:19;204: 6
conclusion (4)
    56: 3;77:19;78: 3;
    100: 3
condescending (1)
    156: 7
condition (1)
    143:14
conditions (1)
    185:13
conducted (1)
    150:25
confer (2)
    189: 5;203:19
conference (1)
    24:17
confirm (1)
    204: 1
confirmation (1)
    200:16
confirmed (1)
    93: 1
confused (1)
    173:15
congressional (1)
    25: 1
Conley (1)
    165: 3
connection (6)
    54: 9;57:23;61: 2;
    74:22;143: 4;189:19
connotation (1)
    97:22
consent (15)
    7:14;24:25;104:14;

112: 9;115: 9,11;132:23;
    194:16;195: 5, 7, 9,22;
    196:13;197:20,20
consented (1)
    78:11
consents (1)
    67: 5
consequence (1)
    32:19
consider (7)
    99:13,15;102:11;
    141:21;200: 8,20;201:11
considerable (1)
    65:14
consideration (1)
    100:18
considerations (1)
    40:17
considered (11)
    36:25;74: 9;92:21,23;
    99:24;100: 5,10,15;
    101:17;102: 7, 9
considering (2)
    66: 1;151: 5
consist (1)
    40: 6
consistent (4)
    28:25;66:25;84:18;
    172:11
consolidated (1)
    36: 4
consolidation (1)
    19: 9
constitute (1)
    77: 1
construct (1)
    57:20
constructed (1)
    169:25
construction (1)
    144:18
construe (1)
    100:19
consulted (4)
    110: 9;112:16,25;
    115:21
contact (1)
    103:12;107: 6
contacted (1)
    55:11;126:17,18
contacting (1)
    204: 1
contacts (1)
    183: 8
contention (1)
    81: 7
contentions (1)
    81:11
contest (1)
    10: 1;34:25;35: 3
continuation (1)
    189: 6
continue (3)

FRE REAL ESTATE, INC.; 11-30210-bjh11

February 03, 2011

129: 1;148:25;202:25
continuing (2)
48: 7;184:24
contract (31)
14:21;50:19;59: 1, 3;
70:24;71: 3;72:17;
84:14;93: 9,11;124:20,
25;125: 9,13,19,22;
126: 6,16,16,23,23;
127: 3, 4,11;134: 7;
137:21,25;150:22;
153: 9;157: 9;173: 2
contracted (1)
166: 9
contracts (9)
136:23;137: 1, 2, 6,16,
19;138:14,24;153:11
contract's (2)
126:10;127: 1
contractual (1)
52:12
contribution (1)
144:24
control (2)
92:25;96: 1
controlled (2)
127: 5, 6
controlling (1)
114:22
convenience (1)
8:17
conveniently (1)
43:17
conveyance (6)
35:14;100: 1,12;
101:19,24;102: 5
conveyances (1)
113:23
conveyed (2)
101:25;114:10
conveying (1)
36: 2
convince (1)
105:12
cooperated (1)
180: 1
coordinated (1)
105:10
coordinating (1)
166: 3
copies (3)
20: 5;90: 3;105:23
copper (1)
148:21
copy (8)
47:16;88:16,17,17;
125:12;126: 2;159:24;
172:18
corner (1)
147:24
corporate (2)
46:18;115:22
Corporations (1)

145: 5
corrected (1)
13: 3
correction (1)
9: 6
correctly (4)
107:14;109: 7;111: 7;
188:15
corresponding (1)
175:24
cost (4)
10: 9;154: 5;180:23;
196:22
costs (3)
78:12,15,19
counsel (19)
4:18;6:14;35:21;
37:14;38:16;41:23;
44: 4;45: 9;69:25;71: 7;
81:11;105:20;112:12;
113:14,17;128:11;
139:21;171: 3;203:20
count (1)
192: 1
Counties (1)
27: 1
county (3)
27:23;176: 7, 7
couple (10)
35:22;38:22;44: 3;
93: 2;105:16;106:17;
124:18;126:14;148:10;
182: 1
course (16)
33:21;44:22;71:18;
80:15;81:21;82: 2,24;
96: 9;134:24;137:23;
139: 9;170: 7;175:18;
181: 4;182: 2;183:21
COURT (380)
4: 6,12,14,20,25;5: 4,
8,11,16,21,25;6: 3,16,
20,25;7:20;8:14,18;9: 7,
12,16,24;10: 2,17,22,24;
11:14,17,20,23;12: 5,16,
18,24;13: 2, 5, 7,11,15,
18,21,23;14: 2, 9,19;
15: 2, 4, 6, 9,11,23;16: 5,
8,11,18,22;17: 1, 5;
19:19,21,23;20: 1, 4, 7,
9,13;21: 1,24: 1,25: 4,
7, 9,13,16;26:18,23;
27:15,18,25;28: 9,22;
29:13;30: 2;32: 2, 3,23,
24;33: 1, 7,12,14,16;
34: 2, 6,10,13;35: 6;25;
36:19;38:14;39:23;
40:19;41: 9;42: 7,9,12,
15,16,20,21;43:15,20,21,
23,25;44: 5;45:15,20,21,
24;46: 6, 8,18,21,23;
47: 1, 8,10;48: 6,13,25;
49: 4, 7,14,19,22;52:25;

56: 4;58: 2;59:14,17,22;
63:12,14;64:22;65:24;
69:15;70:14,16;71: 8,12,
15,18;72: 1,16;73: 6,10,
15;74:25;77:20;78: 5;
79:17;80:15;81:13,20;
85:14;86: 1, 3, 6, 8,11,
16,20,22;87:18,22;89: 4,
6,23;90: 5, 7;94:15;
96: 9,22;98:13;99:23;
100: 7;101:22;102: 4;
105:24;106: 1, 3, 6,11;
109: 7;112: 2;118: 8,11,
13;120:24;124:17;
125:15,24;126:11;
128:18;129:21,22;
130: 6,10;131:17,23;
132: 7, 9;134:15,24;
135:17,21;136: 1,25;
138:20;139: 5, 9,11,14,
17,19,23;140: 3;143:19;
145:23,25;146: 2, 4;
147:21;148: 9;151:23;
152:13;153:10,14,14;
159: 6, 8,12,20;160: 4,
16,25;161: 4, 6,18,21;
163:11;167:21,23;
168: 7, 9,18;169: 1, 9;
170: 7,17,23;171: 1, 5, 7;
172: 7;173: 7,10,20;
174: 1,21,23;175: 2,16,
21,24;176: 2, 5,10,15;
178: 1, 5,18,24;181: 6;
182:16,17;183:21,24;
184: 4, 8, 9,11,14,21;
185: 5,11,14,17,20,22;
186: 1, 1, 3, 5, 7,12;
187: 4, 7,11,15,20,24;
188: 1, 3, 7,15;189: 1, 4,
8,13,15,16;190: 4,19,22;
191: 3, 7,12,17,19;
192: 2,16;193: 1,25;
194: 2, 6;195: 1, 6, 8,15,
17,21;196:16,22,25;
197:15,24;198: 2, 6, 9,
16,21;199: 4, 6, 8,17,19;
200:18,23;201: 1, 2, 4, 5,
9,11,11,15,19;202: 5,14,
14,16,18,21,22;203: 8,
15,18;204: 3, 5
courtesy (1)
29: 5;112:10
courtroom (2)
4:17;22: 5;25:24;
55:24
Court's (7)
7: 8;8:16;30:20;32:18;
40:21;196:12;202: 9
Coventry (3)
8: 4;35:15,16
cover (5)
22: 4;117: 5,13;
118: 2;180:21

coverage (1)
186:23
covered (3)
22:17;74:17;164:11
covering (1)
188: 6
Cox (1)
4:22
Craig (1)
177: 1
CRE (1)
5: 3
create (11)
21:18;79:18;83: 1;
84: 1;109: 1;121:20;
122:21,23;123:11,13,14
created (2)
155: 8;156: 3
creating (2)
33:23;113:16
creation (1)
81:24
creative (1)
142:19
credit (5)
47:11;126:20,21;
127: 8, 9
creditor (13)
5:14;19: 4;20:16,22;
23:16;24: 3;26:25;
31:19;53: 9;76:18;
117: 5;130: 9;135: 4
creditors (25)
5:19;18: 7;19:10,13,
18;20:11,15,19;24:22;
25:22,23;31:13;36: 5;
53:21;54:15;77:16;
110: 6;117: 5;118: 3;
134:18;135:11;138: 6;
143: 6, 9;169:17
creditors' (1)
32: 7
creditor's (1)
143:11
Creek (12)
7: 5,12,13;21: 1;
23:22;30:21;32: 1;36: 8,
23;38: 8;42:13;45:10
criteria (1)
24: 2
CRO (1)
133: 4
cross (1)
158: 1
cross- (1)
86: 2
cross-collateralized (4)
27: 3;85: 3;160:17;
182:21
cross-defaulted (1)
27: 4
CROSS-EXAMINATION (2)
139:24;186: 8

cross-examine (1)
175: 2
Crossing (15)
92: 1;97: 6,14;
103: 7;104:21,21;105: 3,
5;149: 6,20;150: 7,24;
159: 2;181: 2
Crown (34)
4: 4;18:25;21:22;
53:18;55:24;70: 8, 9,10;
89:15;113: 2, 2, 4, 5, 5;
133:18,19,21;138: 7,16;
163:16;164: 4, 7,12;
166:20;167: 1,16;170: 1;
172: 1;192: 5, 6,19,22;
193: 2,14
Crown's (2)
163:24;192:14
current (6)
31:10;143:19,20;
152: 6, 7;189:23
currently (4)
122: 2;127:25;143:15;
145: 8
customers (1)
84: 7
cut (2)
159:24;169: 8

D

d/b/a (1)
172:20
dad (2)
126:19;128: 2, 2
daily (1)
85: 9
Dallas (4)
27: 1;125:11;152:23;
176: 6
Danny (6)
55: 9,11,16;56:14;
59:25;110:15
darn (1)
197: 6
data (1)
57:12
date (35)
27: 2, 8;35:17;42: 9;
63:16;72: 4,21;74: 7;
89: 9;90:10;106: 8;
114:24,24;129: 7,16;
131:11;147: 8;161:23;
167:25;168:11;174:11;
175: 6;178: 8;183: 3;
184:23;185: 7,19;190: 2,
25;191: 6;193:22;
197: 4;201: 4,12,14
dated (5)
17:11;173:13;17
185:18,25
David (5)
4: 3, 7;5:22;6: 8;

HC 01266

FRE REAL ESTATE, INC; 11-30210-bjh11

February 03, 2011

130: 7
**day (24)**
7:11;29: 2;41: 8;53: 2;
111:17;119: 7;132:18;
173:14;174: 8,19,19;
191: 8;194:22;197: 7;
200:12,13,14,15,18;
201:22,23,25;202: 1;
203:10
**daylights (1)**
18: 6
**days (6)**
6:11;41:15;178:10,20;
180: 1;183: 3
**day-to-day (2)**
84: 2;141: 5
**de (2)**
19: 8;36: 4
**deal (12)**
21: 4;55: 9;99: 9;
108:19;109: 9;112:15;
126:21;150:18;153:13,
15;183:14;202:14
**dealing (4)**
29:17;33:22;144:21;
155:18
**dealings (1)**
35:18
**dealmaker (2)**
141: 4, 4
**deals (2)**
84: 1;127:10
**dealt (1)**
108:20
**DeBartolo (3)**
140:21,21,22
**debt (74)**
8: 3;9: 9,11;16:17;
17: 4,20,20;18: 5,20;
19: 2, 3, 7;20:12;28: 2,
14,16,17;30:10,11,14,16,
16,19,19;37: 4;40:24;
48: 8,12;53: 7, 9;54:14;
63:17,20,24;64:15;
65:14;67:14;69:21;
73: 2, 2;85: 2;88:12,25;
89: 7;98:24;99: 1;
112: 4;116:11,13,15,16,
24;117:10;121:17;
123: 2;146:25;147: 2, 3;
150:17;151:16,19,20;
152: 5;156:11,17;
162:13,14;169:16;
178:11,21;181: 7, 8,10;
186:24
**debtor (127)**
4: 4;6:11,17;7:15,23,
25;9:17;10: 1,18;11:10,
12;12: 4;13: 4;14: 7,17,
24,24;15:17;16:17,25;
17: 3, 4, 7,15,18;18:24;
21: 3,25;25:20,26: 1, 2,
25;27:20,21;30:21;

34:25;36: 2, 3,17,23;
37: 3, 8,10,23;38: 3, 9;
40: 5;41: 8;43: 4;45: 3;
50: 7,17,19;52:12;57:21;
61:13;67:12,12;73: 3,18,
23;74: 4;81: 1;83: 1, 2;
85:16;88:24;89:14,21;
90: 9;92:13; 4,20,23,25;
95: 9,24;97:20;99: 8,18,
24,25;100:11;104:13;
107:22;108: 3, 5;109:19,
22;117:12;118: 4;
119: 1;120: 3,20;132:23,
24;133: 2, 4;136: 7,11,
18;137: 3,14,16,19;
138: 5;140: 4;142:17,21;
146:11;149: 2;154:22;
156: 4,17;159:14,25;
160: 8,22;161:22;163: 5,
7;164:15;169:10;
172:10;174: 9;177:17;
183: 1
**debtor-in-possession (1)**
26: 9
**debtors (3)**
27:11,13;28: 6;31: 3;
93: 2;102: 3
**debtors' (3)**
8:12;24:23;71: 7
**debtor's (27)**
6:13;9:10;12:15,21;
23: 9;26: 4;51: 6,14;
54:10;89:24;95:25;
105:20;128:11;145:22;
152: 8;161:22;163:13;
167:24;168:10;175: 4;
178: 6;183: 5;184:22;
185: 6,18;190:24;191: 5
**debts (7)**
53: 3;55: 4;136: 4, 4,
14,14,18
**December (18)**
14:13,14;17:11,15;
21: 5,25;22: 1, 8,10;
29:15;31:18;35:16;
41:14;42: 3;50:11,14;
55:12;56:15,21;58:11;
59: 3;60:10;68: 5;73:18;
74: 7,10;83: 9;91:20;
98: 4, 6;103:18,22;
110: 9;112:14;113:13,
23;114:18;124: 3;
137:17,20;142:21;
161:25;173:13;174: 6,
19;175: 7;186:25
**decide (4)**
42:12;43:10;103:23;
114:12
**decided (2)**
101: 7;202:13
**decides (4)**
42:15,20;96: 2;186: 1
**decision (2)**

51:19;115:17
**deed (7)**
34:17;73:17;175:23;
176: 6, 7;197: 9,10
**deeds (7)**
28:24;29:11;32:20;
41:21;49: 6;71:23;
176: 4
**default (3)**
23:25;105:16;107:10
**deficiency (1)**
19:12
**define (2)**
23:18;112: 8
**definitive (1)**
36:11
**defraud (1)**
24:22
**degree (3)**
38: 9;39:25;66: 9
**delay (1)**
24:22
**delivered (2)**
7:10;47:20
**delves (1)**
26: 6
**demonstrates (1)**
27:16
**demonstrative (5)**
8:21,22;12: 8;27:16;
28:13
**Dennis (1)**
5:17
**depends (1)**
94: 8
**depos (1)**
62:20
**deposed (1)**
69: 5
**deposition (18)**
12:20;22: 4,17;26:12;
37:18,20;40: 1;41: 6;
47: 6;53:15;68:22;
69:11,11;74:17;79:15;
121: 3;122: 8;192:14
**depositions (6)**
18:13;21: 1;45: 2;
69:13;193: 8;194:25
**derived (1)**
118: 1
**describe (5)**
62: 5;81:20;143:19;
170:20;172: 8
**described (6)**
35: 8;38: 8;59:23;
142:14;150:23;172: 6
**describing (2)**
27:24;55:18
**description (3)**
27:23;116: 7;117: 2
**detail (2)**
24:11;133:17
**detailed (2)**

168: 1,10
**details (4)**
75:15;89:17;133:18;
192: 8
**determination (1)**
40: 2
**determine (2)**
92:12;120:18
**determined (1)**
116: 8
**determines (2)**
25:16,20
**developed (4)**
92:10;140: 7,11;
153:22
**Developers (1)**
150:21
**developing (1)**
91:25
**Development (3)**
127:23;140: 8;158: 3
**develops (1)**
126:20
**devoted (1)**
22:19
**dialogue (1)**
29:18
**Dick (1)**
165:22
**died (1)**
141: 2
**difference (5)**
33: 8;39: 3;44: 9;
72:19;112: 4
**differences (1)**
44: 3
**different (19)**
9: 2;10: 8;21:15;24: 8;
26: 3;41:10;53:13;
56:22;65:12;67:16;
79:20;116:21;118: 6;
128: 8;130: 9;140:24;
153:21;160:14;162:19
**differently (1)**
167: 6
**dire (1)**
174:24
**DIRECT (6)**
50: 2;86:24;106:12;
120:25;130:12;168: 3
**directly (5)**
16:23;58:23;125: 3, 4;
167:17
**directors (2)**
46:25;100:24
**dirt (1)**
27:24
**disadvantage (1)**
18: 6
**disagree (1)**
105: 6
**disbursed (1)**
65: 1

**disclose (1)**
39:19
**disclosed (1)**
128:21
**disclosure (4)**
31:10;93:23,25;94: 2
**discovery (5)**
6:17,20,21;7: 3, 4
**discuss (1)**
70: 7
**discussed (3)**
23:23;74:14;181:19
**discussion (1)**
163: 5
**discussions (4)**
39:25;119: 2;169:23,
25
**dismiss (10)**
6: 9;7: 9;28: 5,19;
32:24;42:10;43:10,20,
21;202:12
**dismissal (16)**
20:23;25:22;31:13;
32:20;40:17;42:12,15,
15,19,20;43:15;45:12;
75:14,23;76: 5,13
**dismissed (4)**
45:11;76: 9,18,23
**disparity (1)**
167: 4
**disposal (1)**
164:20
**dispute (6)**
24: 3, 4;28:15;195:19;
196: 2, 5
**disputes (2)**
24: 5, 7
**disputing (1)**
190: 3
**distance (1)**
171:23
**distinctions (1)**
34: 1
**distributed (2)**
15: 1;17: 9
**distribution (7)**
11: 2;17: 9;19: 7;
20:17;68: 1;71:23;74:13
**distributions (1)**
85:11
**divested (2)**
14: 5,17
**divesting (1)**
14:15
**dividended (2)**
10:20;15: 1
**divider (1)**
134:17
**division (3)**
61: 3;91:23;149:13
**docket (1)**
171: 2
**docs (1)**

HC 01267

Case 11-42042-dml11 Doc 30-37 Filed 04/11/11 Entered 04/11/11 15:34:21 Desc
Exhibit X - Part 2 - Hearing Transcript February 3 2011 Page 99 of 118

FRE REAL ESTATE, INC.; 11-30210-DJH11

February 03, 2011

66:25

**document (13)**
49:23;54:13,17,22,22,
23;88: 6;89: 8;174: 2, 5;
175: 7;196:13;197:13

**documentations (1)**
76:10

**documents (33)**
7:10;11: 5;14: 1,11;
17:14;21:15;29:16;
46:12;53:16;66:16,22;
67:17;69: 2;70: 4;71:20;
72: 4;74: 6,21;75: 1;
77: 3;105:22;106: 8,22;
107: 2;113:16;178: 4;
194:21,22,23;197: 8,16,
19;199:22

**dog (1)**
166:25

**dollar (11)**
20:22;28: 2;30:14,16;
94:18;122:25;123: 1,12;
128: 9;141:12;144:24

**dollars (64)**
6:19;9:11;10: 9,10;
15:15,21;18:11;19:18,
24;27: 3;30:11;40:23;
43: 5, 7;53:12;54:18;
64:11;65:23;68:19;
74: 1;75:11,16;76: 2;
77: 1;80:12;81: 8;84: 3,
6;90:25;99:12,14,18,19;
100:16,17;116:23,24,25;
117: 1, 9,19;121: 6;
123: 1, 2,14;128:19,23;
134: 3;140:14;141:10,
11;150: 2,16,17,18,22;
156:10,10;157:11,12,14;
170:11;179:22;180:22

**dollars' (1)**
123:14;141:24

**done (24)**
9:21;21:13;24:15;
31:21;34: 5,20;45:13;
102:13;103:10;119:11,
17,18,20;120:18;141:23;
148: 9;149: 1, 5;151:14;
160:25;161: 3, 8;162:18;
186:25

**door (2)**
60: 5;82: 6

**doors (2)**
31:19;82:10

**Douglas (1)**
4:17

**down (20)**
32:21;46: 1;52:22;
82: 4,11;91: 2,10;93:10;
96:25;110: 7;113:20;
142: 8;147: 8,11;148: 3;
149: 5;155: 3;162: 7;
177:13;179: 7

**drafted (2)**

70: 3;193:20

**dramatically (1)**
181: 3

**drastic (1)**
30:18

**draw (2)**
28:19;34: 1

**dried (1)**
80: 7

**drill (4)**
92:12,14,14;150:20

**Drive (3)**
145: 1;155: 2, 9

**due (4)**
104: 9;107:19,23;
108: 1

**duplicate (1)**
87:19

**during (6)**
47: 6;48: 1;86:17;
140:11;180: 9;181: 3

**duties (1)**
101: 6

**duty (1)**
85:18

---

**E**

**Eagle (2)**
148: 2, 3

**earlier (7)**
6:12;19:17;31:14;
52:21;85: 2;171:25;
185: 1

**East (1)**
148:15

**economics (1)**
34: 4

**economy (2)**
152: 1, 3

**Eddie (1)**
140:22

**edge (1)**
23:24

**Edwards (1)**
140:23

**effect (4)**
36: 1,11;40:12;77:15

**effective (6)**
14:14;22: 9;72:20;
73:18;74: 9;161:25

**Effectively (2)**
53:14;104: 9

**effects (1)**
39:21

**effectual (1)**
195:25

**efficiently (1)**
43:18

**effort (5)**
51:15;82: 7;84: 9;
101: 7;105:10

**efforts (6)**

79:25;80: 6;120: 4;
122: 4;123: 3;142:13

**eight (5)**
18:14;65:23;169:15;
179:21;199:20

**eighteen (1)**
156:19

**eighty (2)**
153: 2;156:10

**eighty-eight (2)**
144: 2, 3

**Eighty-six (1)**
28:11

**either (22)**
9:20;22:13,18;37: 6;
40:21;43:14;52:17;
59: 7;60: 7;79:12;
104: 6;107:24;112:12;
113:24;127: 4;129: 4;
147:25;187: 6;189:23;
194: 3;195:21;203:12

**eliciting (1)**
195:18

**eliminate (1)**
193: 7

**Ellis (4)**
83:24;84:11;166:10,
11

**else (14)**
22:14;34: 6;43:17;
45:15;51:14;106:11;
111:17;117:20;120: 7,
12;138: 2;139: 5;
154:12;203:24

**else's (1)**
154:18

**elucidated (1)**
201:10

**e-mail (3)**
76:20;125: 1;194:10

**e-mails (1)**
203:25

**embodied (1)**
6:23

**employ (1)**
165:15

**employee (3)**
91:11;133: 4;164:14

**employees (8)**
22:16;23:20;24: 3;
31: 9;32: 8;90:13;163: 6,
14

**employment (1)**
128:15

**enable (1)**
202: 1

**encumber (1)**
32: 7

**encumbered (2)**
22:23;26:15

**encumbrance (3)**
118: 4;154: 2, 3

**end (16)**

14:15;43: 6;53: 1;
72:18;87:12,13;111:17;
119: 6;127:15;132:18;
182: 3;193:10;198:10;
199: 7,13,15

**endeavor (1)**
196: 7

**endeavored (1)**
148: 6

**ended (3)**
34:18;41:11;72: 8

**ends (1)**
24:13

**energy (9)**
91:23;108: 9,17;
141: 1, 6,11,15,20;
148:16

**engineer (1)**
149:10

**engineering (1)**
149: 7

**enlisted (1)**
113: 7

**enormous (1)**
94:10

**enough (13)**
10:16;53:21;108: 3;
109: 2;110: 5;117: 4,12,
21;142:19;143:10;
168:25;184: 8;201:24

**enter (3)**
137:16;162:25;196: 1

**entered (4)**
59: 3;174: 2,18;197: 4

**entire (3)**
4:11;18:21;22:15

**entities (87)**
4:24;7:17,17,19;8:11,
24;10: 5,11,12,19;11: 9,
25;12: 9,13,13;11;14: 4,
6,15,16;15: 3, 4, 6, 7;
16: 2, 4,11,14,21;17: 5,
6;18: 8,15,17,19: 2,11;
21:24;24:11,15;33:10,
18,20,23;34: 2;37: 3, 9,
22;39:12,12,14;41:13;
42:18;47: 2;54:24;
55:18;56:15,17,20;
58:11,24;59: 2;60: 1;
62: 3;66:17,17;68: 2,10,
11;73: 3;102:18;106:24;
108: 4;110:21;113:15;
114:11;116: 2;120:17;
127:22;128: 1;129: 6;
137: 7;140:15;154: 1;
182: 3;193: 9,11,15;
194:19

**entity (57)**
7:14;9: 2;10:13,22;
11: 7,10;12: 7;14:25;
15: 1,18,18,19;18:18,22,
22;19: 5;20:18;26: 5,10;
30: 3;32:15;33: 5;34:20;

38:25;39: 4, 7,13,17;
40: 8;44:17;48:12;
62:24;67:21,24;68: 3;
73:17;85:22;92:
108: 3;109:25;11
22;116:10;118:23;
127: 3,13;130:16,17,18;
136: 7,13;138: 6;164:12;
165:25;173:14

**entrance (3)**
12:13;155:11,13

**envision (1)**
180: 8

**equal (3)**
72:19;116:16,17

**equity (15)**
16:16;17: 3;18: 2;
29:25;31: 4,24;32: 4;
65:24;66: 1, 3;81: 8;
84:18,24;140:16;181:13

**escrows (1)**
104:11

**especially (1)**
199:13

**essence (1)**
27:10

**Essentially (7)**
15:16;18: 2;44:25;
51:17;97:15;122: 9;
181: 6

**Esserman (1)**
5: 2

**established (1)**
125:13

**estate (46)**
10: 5;12: 1, 2;18: 6;
21: 2, 8;24:12,21;34:21,
21;35:19;39:14;40:12;
41: 3;44:17;48:18;50: 8;
60: 4;62:24;63:18;
66:13;70: 1;72: 8, 8;
77:13;78:15;80: 6,12;
81: 4;107:12,16;110: 1;
112:22;114:18;122:22;
141:22;143:14,20;
156:23;162: 1;172:19,
24;175: 5,12;176:24;
183: 7

**estimate (2)**
191:15;192:15

**estimated (1)**
192:20

**et (1)**
184: 6

**euphoria (2)**
36: 8;38: 8

**evaluate (2)**
29:13;96: 6

**eve (3)**
5:20;9:23;36: 5

**even (17)**
25:17;30:24;31:
36:14;37:21;38:10;

HC 01268

41: 5;43:11;76: 8;82:16;
91: 4;102: 9;143: 1;
173:16;174: 2;188:24;
192:15
**event (2)**
35: 7;192: 8
**everybody (8)**
111:17;117:20;
153:16;156: 5,19;
196:23;198: 7;199:14
**everybody's (3)**
95:24;109: 2;203:13
**everyone (3)**
6:22;86: 7;200: 4
**everything's (1)**
21: 4
**evidence (31)**
27:12;29: 1,14;30:23,
24;32: 1;49:11,13;
63:16;72: 4;89: 9;90: 9;
106: 8;159: 9;161:23;
167:25;168:11;175: 6;
178: 7,16;184:23;185: 7,
19;186:16;187:23;
190:25;191: 6;197:16;
199:13;201:10,21
**evidences (1)**
25: 1
**evidently (2)**
37:10;128:19
**ex (1)**
143: 5
**exacerbated (1)**
44:22
**exact (6)**
47:21;114:24;131:11;
156:11;167: 6;186:23
**Exactly (11)**
10:21;80:25;95: 6;
110: 8;113: 2;132:22;
158: 5;164:13;170: 3;
172: 4;180:21
**EXAMINATION (7)**
50: 2;86: 3,24;106:12;
120:25;130:12;203:13
**examine (2)**
39:24;63: 4
**example (20)**
19: 6;30: 8;53:20;
82: 9;104:21;111:20;
115:21;117:17,18;
118: 1;137: 9;143:25;
149:20;150: 1;156: 8,14;
157:20;169:15;170: 4;
180:17
**Excellent (9)**
4: 6,20;5:16;6: 3;
83:25,25;139:11,14;
204: 5
**except (8)**
16:11;90:14,15;
135: 6;140:25;162:18;
177:12;182:24

**exception (3)**
35:10;71:11;104:11
**excess (8)**
22:23;78:10;103: 2;
109:17;110: 3;156:17;
178:10,20
**excessive (1)**
199:21
**exchange (4)**
14:19;16:16;17: 2;
92:13
**exchanges (1)**
188:11
**exclusive (1)**
183: 2
**excuse (14)**
9: 4;47:13;52: 8;55: 6,
16;67:12;71: 4;76: 8;
78:10;81:14;83:14;
116: 6;158: 9;193: 3
**executed (4)**
67:20;73:17;74: 4, 6
**executory (5)**
134: 7;136:23;137: 2;
138:14,23
**exercise (1)**
40:14
**exhibit (86)**
8:20,21;11: 1;28:13;
46: 4;48:10,12,20;62:20;
63: 5,15;71: 4;72: 1, 6;
73:22;74:12;86:18;
87:17,21,24;88: 2,11,20,
24;89: 3, 7,11,13,24;
90: 8;96: 8;12;97: 1;
105:21;106: 7;133:25;
134:13,16,145:21;
146: 6,12;155: 9;157:21;
159: 3, 5,14,14,18,23;
161:16,22,24;166:17;
167:10,15,20,24;168: 2,
6,10,12,12,19;170:24;
172:13,18;173: 8,21;
174:15;175: 4,10,15;
176: 4,13,18,20,23;
177: 3, 3, 4,21,25;178: 6;
183:17;185:18;188: 7
**exhibits (46)**
46:11,20,22;47: 5,14,
14,15,17,19,21,21,23;
49: 8,12;71:10,12,16,25;
72: 3;74:20,24;87:12,19,
23;89:16,25;106: 2;
139: 8;145:22;169: 2;
178:15;184:22;185: 6;
186: 9;187: 9;188: 4;
189: 5,10,18;190:24;
191: 4, 5,197:22;202:20,
23;203:12
**exist (4)**
24: 2;125:22,22;
154:21
**existence (3)**

39:22;126:17;127: 1
**existing (1)**
39: 2;77:25
**exists (1)**
125:25
**exit (2)**
38: 6;81:23
**expansion (3)**
122:15,18;123:18
**expect (4)**
119:13,17;196:17;
199:12
**expectation (1)**
202:25
**expecting (1)**
119:10
**expedite (1)**
46:16
**expedited (1)**
6:21
**expense (4)**
23: 4;129: 2, 8, 9
**expenses (4)**
167: 4;180:18;182:10,
21
**experience (9)**
31: 7;107:12;109: 8;
141:25;142: 1,14,15;
143: 3;183: 7
**expert (4)**
141:21;190:11;
192:20;193: 2
**expertise (1)**
143: 3
**expired (1)**
148:18
**explain (3)**
52:25;83:19;177:13
**Exploration (1)**
92: 9
**express (1)**
197: 1
**expression (1)**
194:14
**extensions (1)**
27: 8
**extent (11)**
81:10;102:18;103: 1;
109: 3;111:10;119: 8,22;
156:18;169:13,17;
188:22
**extra (3)**
84: 3,25;167:14
**extrapolation (1)**
168: 3
**eyesight (1)**
135:25

**F**

**face (1)**
142:24
**facilitate (1)**

113:16
**facilitating (1)**
4:11
**facility (2)**
26: 9;147: 6
**fact (37)**
8:25;10:25;18:13;
23:23;24: 5;28:15;32: 6;
37:19;38:17;39:17;
41:10;42:11;59:17;
65:24;73:16,21;75:10;
76: 8;79:11;85:18;
97:23;99:11;100:10;
101:11;105:15;117:17;
130:18;136: 6;156:22;
159:10;163: 6;164: 7;
165: 2;173:15;190: 1;
196: 2;198:17
**facto (2)**
19: 8;36: 4
**factor (4)**
30:20;123: 7;144:20;
164:17
**factors (5)**
30:21;32: 1;42:13;
45:10;179:10
**facts (3)**
36:24;124:14;199:23
**factual (1)**
195:15
**failing (1)**
7: 6
**fair (5)**
109:14;168:25;184: 8;
191:10;200: 4
**fairly (14)**
30:22;40:10;41: 2;
92:17;108:20,25;109: 9;
148:17;150: 1;156:16;
179: 9;188:23;195:14;
198:19
**faith (17)**
6:10;7: 6;9:23;20:23;
24: 2;25:15,16,25;9: 9,
14;36:12,12,16;40:17;
44:11;45:11;77: 2
**fallback (1)**
182: 2
**familiar (19)**
51: 6;63: 7;73:16;
75: 2, 4;78: 6;80: 2,21;
89:15;92:17;129:21;
143:14;146: 6;148:16;
151:10,11,13;176:20,23
**familiarize (1)**
149: 1
**family (2)**
127:25;141: 3
**far (14)**
16:10;45: 3;64: 4;
71: 3;88:20;144:10;
149:22;151:23;167:16;
178:10,20;181: 4;

195:23;199: 2
**Fargo (44)**
4: 9;6: 9;47:12;48: 9;
63:15,23;66:21;72: 3;
75:10;80:11,17;81: 4;
91:17;96:11,17,18;97: 1;
146: 4;151: 2;155: 1,15;
157:25;160:19;162: 3, 6;
169:15,16,19;175:13,17,
25;176: 4, 9,13,19;
177: 4,17;178: 6, 9,21;
184: 1,18,25;191:18
**Fargo's (2)**
6:18;178:19
**Farmers (2)**
147:14;158: 7
**Farmer's (1)**
97: 6
**farsighted (1)**
98:19
**fastest (2)**
81:23,24
**favor (4)**
54:21;67:23;73:17,23
**feature (1)**
119:24
**February (6)**
7: 1;131: 1, 9;132: 6;
200:11;203: 1
**fee (19)**
23:12,12,18;52:23,25;
53: 1, 4;59:21,23;94: 6,
19;95: 9,10;103: 6;
108: 7,21;109:10,14;
110: 4
**feel (4)**
32:23;33: 2;87:25;
169: 8
**feels (1)**
200: 4
**fees (8)**
129: 2, 2,10,12,20,
21;130: 3
**feet (6)**
144: 6,22;145: 4,12,
18;153: 4
**feet's (1)**
144:22
**felt (1)**
152: 4
**Fenton (20)**
12: 2;34:21;35:18;
39:14;40:12;72: 8;
144:11,25;145: 4;
146:15;147:18;152:16;
156: 8;162: 1;166:11;
172:19,24;175: 5,12;
176:24
**few (11)**
9: 1;32: 8;34:12;44: 8;
49:17;96:14;121: 2;
130:11;135: 2;154: 2;
199: 1

HC 01269

**fiduciary (1)**
85:15
**field (1)**
165:12
**fifteen (8)**
86: 3;127:11;165:14;
191:20;197: 6, 8;198:14;
203:12
**Fifth (2)**
38:19;42: 6
**fifty (10)**
10: 9,10;53:11,11;
54:18;64:11;65:23;
81: 8;152:12,13
**fifty-one (1)**
30:12
**fifty-seven (1)**
144:12
**fifty-three (4)**
150: 2,10,14,15
**fight (1)**
153:14
**figure (2)**
120:15;160:16
**file (8)**
29: 6;43:15;59:10,12;
179: 8;183: 2;190:16,18
**filed (27)**
6: 9,11;7:15;9:10,20,
22;34:24;37:17;41:12,
23;42: 5;44:14;53:18;
59: 6,15,18,22;75: 7;
89:14;93:20,23,25;
112:14;113:11,13;
156:23;202: 8
**files (2)**
189:21;190: 1
**filing (36)**
5:20;6:10;9:23;25:15,
16;29: 2,14;30:25;
34:19;36: 3,12,16;41:21;
45:12;53:18;54: 7,16,25;
55: 1;75: 3, 9;76:19;
77:15;84:16;103:11;
105:13;114:18,22;
115:11;124: 4;128:22;
163:19;170: 1;171: 4;
172: 1;183: 3
**filings (3)**
54: 5;88:21;113:11
**filter (1)**
110: 6
**final (1)**
182:16
**finalized (1)**
47:18
**Finally (1)**
39:23
**Finance (6)**
4: 9;6: 9;22: 6;63:23;
80:24;120:19
**financed (1)**
81: 3

**finances (2)**
18:18;119:19
**Finance's (1)**
63:24
**financial (24)**
8:13;9:15;18:18,24;
21:19,24;39:21;56: 8,16,
20;57:13,19,21;59: 8;
77: 6;78:22;79: 1;80:21;
89:14;90: 1, 8;119:12;
168:19;193:14
**financing (5)**
18:16;26: 9;37:16;
38: 2;149: 8
**find (19)**
8:14;19:19;21: 2;
22:20,29: 8;30:20;
40:15;42: 2;78:21;84: 8;
101: 4;119: 6,16;120:12;
132: 8;142:19;147: 8;
154: 8;195:12
**finding (1)**
79:19
**findings (1)**
71: 1
**fine (8)**
6: 5;45:21;47:25;
49:24;69:13;189: 7;
194:21;201:11
**finish (6)**
94:13;139:20;186: 8;
197:15;200: 1;201:21
**finished (1)**
151: 3
**firm (8)**
4: 8,16,22;70:17,19;
112:13;128:10;129:17
**firms (1)**
128:10
**First (36)**
5:18;6:12;7:22;8:19,
23;18:18;23:15;26:20;
35:23;37: 1;38: 1;45:23;
46:24;70: 8;76:15;
81:21;82:24;105:16;
114:21;118: 2;122: 9;
135: 5,11,12;142:20;
143:25;146:16;147:11;
153:12;157:21;168: 3;
181:13;184:10,12,16;
187:16
**fit (3)**
7: 8;40: 6;149:23
**fits (1)**
149:19
**five (4)**
86:12;150:16;181: 9;
199:10
**five-minute (1)**
139:16
**fix (2)**
32:23;33: 2
**fixed (1)**

72:12
**fixer (1)**
79:12
**flip (2)**
134:17;159:17
**flippant (1)**
76: 6
**floated (1)**
180:24
**floating (1)**
95: 5
**flow (11)**
11:14;18:12; 6;17:22;
22:23;41: 2;78: 8;81:22;
180:17;181: 1;182:23
**flows (1)**
78: 1
**focused (1)**
81:21
**folded (1)**
108: 4
**Foley (1)**
128:13
**folks (3)**
6:22;195:10;201:16
**following (3)**
107:18;145:18;155:22
**follows (1)**
109: 1
**foot (11)**
145:10;147:14;148: 5;
150:15,18,22;153: 5, 5,
23,24;179:15
**footnote (4)**
8:23;9: 8;171:16;
172: 5
**forced (1)**
120: 6
**Forces (40)**
4:16,18;26:24;27: 9,
17;28:14;30: 2;66:24;
76: 4, 9;87: 3,21,24;
88: 2;89: 3, 7,10;90: 8;
93:16,17;103:12;104: 2,
12,14;105:12,21;106: 2,
7;133:25;134:16;
135: 6;149:21;150: 3,12;
158:25;159: 1;160:13,
19;169: 2;186:18
**foreclose (2)**
29: 4;77:16
**foreclosed (7)**
35: 3;41:16,16,17;
42: 4,18,24
**foreclosing (2)**
34:18;44:10
**foreclosure (23)**
9:18,24,25;23:25;
27: 6, 7, 8;29:12,24;
31: 2;32:11;34:18;35: 4,
17;36: 5;41:12,20;77: 8;
103:15,25;106:19;
124:11,15

**foreclosures (5)**
31: 1;32:10;34:23;
42: 1,22
**forestall (1)**
32:10
**forever (1)**
182: 4
**forget (3)**
25:24;36:21;87:25
**forgive (1)**
102: 2
**forgot (1)**
154:15
**form (8)**
69:10,14;79:15;99:20;
131:16,19;136:20;163: 3
**formality (1)**
195:13
**formatting (1)**
88:13
**formed (1)**
140:12
**formerly (1)**
35:14
**formulate (1)**
142:15
**formulating (1)**
179: 4
**Forney (3)**
151:11;158: 6, 7
**forte (2)**
183:12,14
**forth (6)**
6:24;11:19;29:18;
53:22;92: 9;193:19
**forty (12)**
19: 6;25: 5;51:11;
61:20;66:14,15;102:24,
24;107:14;108:10,23;
109: 8
**forty- (1)**
65:22
**forty-eight (9)**
10: 9,10;53:11;54:18;
64:10;68:18;100:16;
150:12;188:10
**forty-five (2)**
192: 1;193: 5
**forward (5)**
45:24;86: 4;125: 6,19;
167: 5
**found (5)**
21: 3;27: 5;34:22,23;
36:10
**foundation (1)**
174: 1
**founder (1)**
140:25
**four (11)**
7: 2;18:21;37: 6;
61:18;64: 2;82:21;
97:18;117:10,19;144: 6;
188:10

**fourteen (1)**
199: 9
**fourth (1)**
10: 7
**Fox (1)**
165:22
**frame (1)**
104: 8
**framework (5)**
42:17;43:11,12,13,21
**frankly (6)**
33:21;42:25;178:25;
194: 2;197: 7;199:11
**fraudulent (5)**
99:25;100:12;101:19,
24;102: 5
**fray (1)**
76:20
**FRE (54)**
6:15;8:12;9:17;10: 5,
5;12: 1;13: 5;17:15,16;
18: 1, 6;19:11;21: 2, 8;
22:19;29: 4,22;30: 3;
31:15;32:21;34:21;
35:19;44:17;48:20;
50: 7;51:17;60: 4;61:22;
62: 3, 6,24;63:18;66:18;
67:23;69:25;77:12;
78:14;90:12;91: 5;
95:16,19,20,21;98: 3;
109:25;112:22;114:18;
115:23;126:25;17
19;129: 1, 7,19
**free (2)**
87:25;169: 8
**Freeway (1)**
144:17
**FRE's (1)**
41:22
**friend (1)**
180:25
**front (5)**
62:19;87:11;135:10;
174: 5;200:16
**frontage (1)**
97:24
**fronting (1)**
146:21
**fruition (2)**
38:13;140:18
**frustrated (1)**
197:23
**frustrating (1)**
198: 1
**frustration (1)**
197: 1
**full (3)**
127:17;162:25;165: 1
**fund (5)**
78:12,15,19;181:
182: 5
**funding (4)**
26: 7;77:22;120:20;

HC 01270

Case 11-42042-dml11    Doc 30-37    Filed 04/11/11    Entered 04/11/11 15:34:21    Desc
Exhibit X - Part 2 - Hearing Transcript    February 3    2011    Page 102 of 118
FRE REAL ESTATE, INC.; 11-30210-bjh11

February 03, 2011

127: 9
**funds (3)**
  111:17;183: 5, 6
**furnished (2)**
  114: 8;149: 9
**further (5)**
  12: 1;106: 9;130: 5;
  170:18;200:11
**future (4)**
  43: 2;132:14,17;
  148: 4

**G**

**game (1)**
  25:18
**garage (1)**
  35:11
**Garry (1)**
  165:22
**gas (3)**
  91:24;141:17,19
**Gates (1)**
  4: 8
**gave (9)**
  14:24;20: 4;41:14;
  47:17,20;61:14;133:21;
  161:12;187:13
**gears (1)**
  126:14
**gee (2)**
  25:20;26: 4
**Gene (3)**
  55: 8;60:17,20
**general (9)**
  46:20;49:11;73:17,19;
  75: 8;82: 1;97:16;
  118: 4;131:25
**generally (2)**
  149: 1;173: 1
**generate (4)**
  110: 5;143: 6, 8;166: 6
**generated (4)**
  45: 6;78: 8;109:12;
  121:13
**generates (2)**
  35:11,13
**generating (3)**
  37: 9;44:25;182:10
**generic (1)**
  58:12
**Gene's (1)**
  126:18
**gentleman's (1)**
  12:22
**gentlemen (1)**
  45: 4
**gentlemen's (1)**
  95: 8
**George (1)**
  144:17
**Gerald's (1)**
  151: 5

**gets (6)**
  49: 2;58:19,24;
  111:16;181:11,12
**Gibbons (1)**
  165:22
**given (16)**
  15:15;16:15,25;32:11;
  57:11;62: 7, 9;112: 3;
  114: 9;143:10;152: 8;
  173:23;183: 1, 4;195: 5;
  198:22
**gives (3)**
  101:12,12;122:19
**glad (2)**
  134:22;135: 3
**glance (1)**
  143:25
**glasses (5)**
  86: 9;98:18;134:20;
  135:14,15
**glean (1)**
  186:21
**Glen (1)**
  8: 6
**Globally (2)**
  103: 4, 5
**goal (4)**
  155:25;156: 1;198:10;
  203:11
**God (2)**
  154: 3;165:12
**Godspeed (1)**
  196: 3
**goes (11)**
  48:19;95:14,16,25;
  96: 2;131: 7;156: 4, 8;
  175:22;183:11;190:14
**go-forward (2)**
  129: 8,24
**Good (27)**
  4: 7,15,21;5: 9,11,12,
  17;21:17;29:13;30: 8;
  36:11,12,16;40:17,21;
  44:11;83:20;87: 1;
  100:22;106:14,15;
  126:21;139:15;140: 1;
  151: 9;153:15;182: 2
**Governor (1)**
  140:23
**gravy (1)**
  109:16
**great (3)**
  133:18;151:10;203:18
**greater (1)**
  24:11
**Greenbriar (2)**
  141: 1, 6
**Greg (4)**
  4: 4;55:24;70:10;
  156: 2
**gross (4)**
  22:12;58:20;173: 3;
  177:14

**ground (3)**
  153:25;154:10;203:14
**group (8)**
  33:18;56:25;82: 5;
  92: 2;141: 7;166:13,16;
  203:25
**groupings (1)**
  63:25
**groups (1)**
  147: 9
**Grubb (4)**
  83:24;84:11;166:10,
  11
**guarantees (1)**
  48: 8
**guaranties (1)**
  37:24
**guarantor (1)**
  38:21
**guaranty (2)**
  48: 7;136:20
**guess (7)**
  7: 7;32:15;33:10;
  159:10;190: 4;198: 3;
  203: 5
**guessing (1)**
  195:22
**guy (1)**
  183:11
**guys (1)**
  122:17

**H**

**half (15)**
  7: 2;40:23;41:19;
  117:10;121: 6;122:25;
  125:10;141: 9;150:17,
  18;157:10,13;192:21;
  193:13;196: 9
**halfway (1)**
  147:11
**hallway (1)**
  155:24
**hand (9)**
  7:18;8:16;11:20;
  19:20;27:15;45:25;
  46: 7;86: 7;184: 9
**handed (4)**
  30: 7;62:11;114: 1, 6
**handing (1)**
  183:25
**handle (7)**
  26: 7;55:14;56: 8;
  142:24;143: 3;179:12;
  197:20
**handled (2)**
  143: 3;149: 7
**hang (4)**
  10:17;12:16;20: 1;
  21:10
**hangar (1)**
  130:19

**hangars (4)**
  5:24;130:22;153:22,
  24
**happen (3)**
  44:21;94: 9;143:21
**happened (7)**
  16: 5;49: 1;62: 8;
  113:24;136: 5;194: 3;
  198:11
**happening (3)**
  24:14;41:12;113:24
**happens (5)**
  22: 9;102: 2;144: 2;
  152:10;154:23
**happy (4)**
  28:17,20;187: 7;
  200:20
**hard (3)**
  33:19;47:16;58: 3
**harm (1)**
  20:16
**harms (1)**
  20:23
**Hartwick (7)**
  5: 1, 1;44: 1, 1;185: 9,
  11,12
**Haselveig (1)**
  165:18
**HC (1)**
  145: 7
**HCA (3)**
  145: 7;179:17,25
**HCMLP (1)**
  5: 7
**headquarters (1)**
  148:15
**hear (14)**
  21: 1;22:18;37:16;
  42: 9;43: 2;95: 1;
  131:18;136: 9;198:23;
  200:11,14;202:11;
  203:21,22
**heard (7)**
  10: 8;20:21;23: 7;
  43: 2;114:21;195:23;
  202:12
**hearing (29)**
  4: 5,10;6:16,21;7: 1,
  11;12:10;17:23;22:22;
  23: 8;25:10;28: 6, 7;
  45: 1;146:17;34:8: 2;
  125:12;166:18;173: 6;
  182:17;189: 6;194:25;
  196: 7;199:24;200: 5;
  202:10,10,24
**hearings (1)**
  129:13
**hearsay (2)**
  161: 4;190:11
**heavily (1)**
  23:13
**held (1)**
  14: 6

**help (9)**
  22: 5;44:24;51:15;
  57:12;62:20;64:22;
  72:11;83:16;170: 5
**helpful (4)**
  40:21;49:11,18;
  186:12
**helping (1)**
  113:16
**Henry (4)**
  115:23;149:13,15,16
**hereby (15)**
  63:15;72: 4;89: 8;
  90: 9;106: 8;161:22;
  167:24;168:10;175: 5;
  178: 7;184:23;185: 7,19;
  190:25;191: 6
**here's (7)**
  11: 4;21: 4;31: 5, 5, 6;
  188: 6;199:19
**hey (2)**
  21:17;29:23
**Hickory (4)**
  146:19,21;147:18;
  148: 1
**hide (1)**
  39:21
**Highland (1)**
  5: 6
**highly (2)**
  10: 4, 4
**highway (1)**
  122:12
**hill (2)**
  142: 8, 9
**binder (1)**
  24:22
**hinges (1)**
  38: 8
**hire (1)**
  82:18
**hired (1)**
  165: 3
**hit (1)**
  151: 8
**hold (5)**
  23:19;43: 5;62:14;
  129:13,18
**holders (1)**
  68:20
**holding (5)**
  134:18;135:11;201:19
**Holdings (1)**
  92: 3
**holds (1)**
  121: 9
**Hollywood (1)**
  158:16
**honest (1)**
  196: 2
**honestly (1)**
  200:18
**Honor (240)**

Case 11-42042-dml11 Doc 30-37 Filed 04/11/11 Entered 04/11/11 15:34:21 Desc
Exhibit X - Part 2 - Hearing Transcript February 3 2011 Page 103 of 118
FRE REAL ESTATE, INC.; 11-30210-bjh11

February 03, 2011

4: 7,10,15,21;5: 1, 5, 9,
12,17,22;6: 8,25;7: 5, 7,
13,18,22,25;8: 5,12,19;
9:13,19;10: 3, 6,10,13,
25;11:22,24;13: 6,10,14,
14;15:10,24;16:13;
17:12,13,22;18: 3, 9, 9,
17,20;19: 1, 4,14,16,20,
24;20: 3,12,19,25;22:22;
23: 2;24: 4,10,16;25: 3,
12,15,19,23;26: 3, 6,16,
19;28:12,18;34: 5, 9,15;
35: 1, 7,39:23;40:15,20;
42:25;43: 8,44: 1;45:20,
22;46: 4, 4, 7,10,15,16,
20;47: 5,11;48: 4,11,15,
17,19,19,23;49: 3,18;
56: 3;63: 4,10,13;71: 6,
17;78: 4;80:14;81:12;
85:13;86: 2,10,17,21,23;
88:23;89: 2, 5,19,24;
90: 6;94:12;96: 7,20;
98:11;99:20;100: 4;
101:21;105:19,25;
106: 4, 5,10;118: 6,10;
120:23;124:16;125:10,
14;126: 2;128:13,17;
130: 5, 7;131:16;133:25;
134:23,25;135: 2,20;
136:24;137:12;138:18;
139: 4,10,15,22;145:24;
146: 3;158: 9;159: 5, 7;
160: 3;161:17,19,20;
163: 8;167:19,22;168: 6,
8;169: 3, 8;170: 6,20;
173: 7,11,12,22;174:16,
25;175:15,17,20;176: 1,
3, 8,16;178: 2,12,23;
179: 2;183:16,23;
184:13,19;185: 2, 4,12,
23;186: 6,13;187: 2;
188: 5, 8,20;189:12,18,
20;190:21;191:11,15,22,
24;192: 1, 7,13;193: 3, 6,
19;194:11,12,13;196: 6,
10;197:12,14;198:20;
199:11;200:15,24;
201: 9,13,18;202: 3, 7,
13,17

**honored (1)**
117:12
**Honor's (1)**
49: 6
**hoops (1)**
196:19
**hope (8)**
26: 1,59:21;123: 6;
125:22;131:24;155:20;
191:14;202: 1
**hopefully (2)**
82:25;193:13
**hoping (3)**
156: 6;186: 7;200:10

**Hospital (1)**
145: 5
**hour (4)**
192:21,21;193:12;
199: 9
**hours (14)**
7: 2, 2;25:10;51:11;
86: 5;188:10;193:17;
195:17;196:10;197: 6, 9;
198:14;199: 8,20
**house (1)**
4:18
**huge (1)**
32:20
**Hughes (1)**
166:14
**humorous (1)**
23: 3
**Humphreys (1)**
165:22
**hundred (5)**
43:11;122: 5;123:19;
197: 3,22
**hundreds (2)**
90:20,24
**Hunters (1)**
8: 6
**hurdle (1)**
180: 3
**Hutton (1)**
147:25

**I**

**I'm (10)**
49: 7,14;54:12;57:17;
69: 9;70: 9;72:22;79:14;
83: 7;94:17
**I-35 (1)**
97: 9
**I-635 (1)**
97: 9
**ice (1)**
23: 5
**iced (1)**
6: 6
**idea (7)**
36: 8;101: 1;114:16;
132:13,16;136:17;
150:13
**ideal (1)**
202:23
**ideally (1)**
201:21
**identification (2)**
122:11;123: 7
**identified (1)**
192:25
**identify (1)**
162: 5
**identifying (1)**
27:22
**II (2)**

**46:22;64: 1**
**imagine (1)**
43: 8
**immediate (4)**
44:19,20;132:14,17
**immediately (1)**
44: 8
**impact (1)**
18:23
**impeach (1)**
69:12
**important (4)**
30:24;36:24;68:19;
119:24
**importantly (1)**
37: 2;38:11
**impression (3)**
29:17,21;186:21
**improper (2)**
38:16;69:11
**improved (2)**
97:23;158:10
**improves (2)**
152: 1, 3
**impugned (1)**
111:12
**in- (1)**
4:17
**inaccurate (1)**
14:23
**Inc (24)**
4:23;7:24;8: 6, 8,10,
25;9: 4;12:10,11;13: 8;
30:15;50: 8;65: 4;99:11,
17;100:11;102:15;
170:11;172:19,24;
175: 5,12;176:24;188:17
**inception (1)**
149: 7
**inches (1)**
64: 2
**include (2)**
17: 7;203:23
**included (5)**
18:25;28: 3;37:10;
146: 9;176: 9
**includes (2)**
40:25;162:13
**including (1)**
63:23
**Income (82)**
8: 8;9: 3;11: 9,13,25;
12:14,19;13:24;15: 9,15,
23;16: 1, 2;17:18,19,25,
25;21: 9;22:25;27: 9;
35: 9,11,13;44: 8,19,20,
24;45: 8;52: 1,10;54:14;
55: 3, 7,21,22,22;56:23,
23;57: 1, 4, 9,11,15,17,
17;58:19,25;59: 2, 7;
65: 1;68:11;70:11;
78:19;79:22;81:21;
82:24;83: 6, 7,12,18,20;

**92: 5;108:10;109:17;**
116: 3,4;120:16;123: 1;
126:24;143:24;144: 3;
153:18;154:12,13;
165:16;167: 4,17;
169:20;180:11,16;
182:10,24
**income-generating (1)**
152:18
**income-producing (1)**
58:13
**inconsistency (1)**
175: 3
**incorrect (2)**
91: 5;114: 4
**incorrectly (1)**
84:22
**increase (8)**
144: 4, 4,23;152: 3,12,
14,15;156: 3
**increased (1)**
156: 3
**increasing (1)**
196:22
**incurred (2)**
136: 4, 6,13
**indebtedness (4)**
15:17;28:21;37:25;
39: 2
**Indeed (1)**
37:16
**indefinite (1)**
37:12
**independence (1)**
39:24
**independent (7)**
40: 2,13,14;113:14,17;
119:11;120:18
**index (1)**
188: 6
**indicate (1)**
189:21
**indicated (3)**
118:17;142:20;201: 1
**indicates (2)**
8:24;190: 2
**indirectly (1)**
15:25
**individual (14)**
37: 3;41:22;45:13;
53:15,16;55:11;97: 4;
108: 4;123:17;127: 3,23;
142: 7;169:12,14
**individually (2)**
81:24;140:20
**individuals (1)**
42:17
**information (8)**
85:24;97: 5;159:15,
25;161:22;190:17;
195:18;197:11
**informed (1)**
198:12

**infuse (1)**
31: 4
**Initial (2)**
159:25;202: 9
**Initially (3)**
6:16;65:18;128:22
**inquire (4)**
80: 5;107:21;124: 4;
138: 5
**inquired (1)**
144: 4
**inquiries (2)**
85:10;155:21
**inquiry (3)**
38: 3;101: 4, 7
**inside (1)**
85:23
**insiders (1)**
40:12
**insist (1)**
156: 2
**instance (1)**
164:25
**instances (1)**
182:14
**instead (3)**
33: 5;35:22;44:16
**Institute (1)**
150:21
**instrumental (1)**
148:12
**insufficient (2)**
169:19,20
**intend (6)**
37: 4;81:15;131: 4;
179: 8;192:16;203: 3
**intended (2)**
7: 5;39:21
**intent (6)**
24:22;25: 1;31: 5;
44:23;93: 4, 7
**intention (4)**
45:17;79:18;172: 9;
192: 4
**interest (31)**
5:15;11: 8, 8,13,25;
13:24,14: 5,13;15: 7,13,
21;16:19;17: 6,11,18;
18: 2;20:24;24:23;
25:22;35:11;43: 9,13;
44:18;68:10;111:21;
112: 7;153: 5, 6;181: 7,
8;201: 8
**interested (2)**
26:13;183: 9
**interesting (3)**
24:19;45: 2;195:13
**interests (2)**
107: 3;201:12
**interim (1)**
149: 8
**interject (1)**
126:16

HC 01272

**February 03, 2011**

**internally (1)**
83:15
**interpretation (2)**
136:16;160:24
**interrupt (1)**
35:1
**intersection (2)**
97:9,13
**Interstate (1)**
148:1
**intertwined (1)**
195:12
**intervening (1)**
16:1
**interview (3)**
159:15,25;161:22
**into (75)**
6:15;7:15,23,24;8:12;
10:5;12:13;14:7,17;
15:1;19:5,11;22:1;
24:15;26:6,6,12;33:5;
36:3;39:13;40:7,12;
48:19;49:10,12;53:23;
58:3;59:3;62:3,6;
63:16;72:4;73:14;
76:20;79:3,7;85:23;
89:8;92:6;102:23;
106:8;108:4,9;111:16;
112:22;114:11;119:14,
17;122:5;137:16;140:6,
6,18;149:23;155:5,13;
160:22;161:23;162:25;
167:24;168:11;170:1;
174:2,18;175:5;178:7;
184:23;185:7,19;
186:16;188:9;190:25;
191:6;196:1;197:4
**introduce (2)**
26:20;178:17
**introduced (1)**
166:18
**introducing (1)**
203:12
**invest (3)**
37:23;119:9;120:3
**investigate (1)**
85:19,21
**investigated (1)**
133:15
**investigation (2)**
119:16;120:18
**investigations (1)**
119:11
**investing (2)**
119:1,23
**investment (1)**
31:20
**Investments (6)**
4:23;65:11;75:13;
119:13;188:17;189:19
**Investor (6)**
9:2;26:13;37:15,19;
78:21;118:18

**Investors (33)**
7:24;8:8,25;12:10,11;
13:8,19,23;16:9;17:17,
17;37:22,24;38:19,24;
51:21,24;52:1;65:4,8;
100:20;110:18;111:2;
112:6;118:16,24;119:6;
120:17;129:5;181:17,
20,23,25
**invite (1)**
181:5
**involuntarily (1)**
24:9
**involve (1)**
108:17
**involved (21)**
33:25;43:1;60:23;
67:17;75:15;91:25;
105:18;111:3;113:15;
115:17,23;119:19;
124:2;127:21,25;128:2;
140:6;141:4,16;142:20;
143:17
**involvement (1)**
91:22
**involves (2)**
107:16;130:17
**involving (1)**
108:10
**IORI (2)**
8:5;9:1
**IOT (1)**
146:17
**iota (1)**
197:17
**irrelevant (1)**
117:4
**Irving (3)**
111:21;158:6,6
**Island (1)**
142:7
**isolated (2)**
103:5,9
**isolating (1)**
103:8
**issue (12)**
24:7;25:15;36:8;
42:8;53:13;82:2;
108:7;129:19,23;195:2,
4;197:19
**issued (5)**
10:6,18;64:7;67:23;
68:18
**issues (8)**
23:22;43:1;51:18;
184:3,5;192:11;200:5,
6
**item (4)**
51:9;57:8;97:5;
150:7
**items (4)**
9:5;46:15;193:24;
199:1

## J

**January (23)**
6:10,12,16,21;7:11;
27:6;29:2,16;30:5;
34:18;35:18;41:15;
68:24;69:4;77:9;
104:9;107:18,23;108:1;
113:13;177:9;18;186:25
**Jay (4)**
70:3,6,15;112:16
**Jim (1)**
165:22
**jives (1)**
9:10
**Jo (2)**
5:1;44:1
**job (7)**
83:9,12,25;91:13;
110:10;114:12;117:25
**John (2)**
6:14;30:6
**joined (1)**
20:22
**joins (1)**
144:17
**joint (1)**
92:8
**Judge (5)**
135:15;196:15,24;
198:6;200:16
**judgment (1)**
138:17
**judgments (1)**
40:14
**judicial (1)**
89:20
**jumbled (2)**
19:11;32:25
**jump (2)**
36:13;196:18
**Jumping (2)**
128:5,8
**justify (1)**
83:8

## K

**K&L (1)**
4:8
**Kaufman (6)**
121:11,23;122:2;
123:25;151:12;176:7
**keep (6)**
18:10;23:4;57:16;
78:23;86:12;201:19
**Keith (2)**
4:15;87:3
**kept (5)**
11:4;16:19,22;
194:15,20
**key (1)**

**26: 1**
**Keystone (1)**
92:8
**killed (1)**
194:8
**kind (10)**
11:19;18:10;25:10;
27:16;36:13;38:2;40:7;
159:24;172:15;195:25
**KINVIG (19)**
5:9,10;40:19,20;
43:24;120:24;121:1;
124:16;125:14,17;
126:3,4;128:16;130:5;
188:20;202:3,6,7,17
**Kirkwood (1)**
166:15
**knew (14)**
33:4;61:6;70:3;
71:2;80:3;91:22;
131:24;147:10;149:4;
150:19;151:3,4,8,18
**knock (1)**
196:9
**knowing (4)**
29:4;35:19;85:23;
179:24
**knowledge (11)**
42:2,3;102:16;
126:25;133:13,20;
134:3,6,9;161:7;
167:8
**known (13)**
35:15;60:20;61:17,19,
25;84:15;97:14;102:22;
108:23;145:7;148:11;
165:4;187:17
**knows (2)**
22:22;201:9
**Knox (1)**
165:22

## L

**labeled (1)**
135:7
**lack (1)**
30:18
**LaJone (11)**
70:3,6,13,15,15,21;
112:17,19,21,25;115:20
**L-A-J-O-N-E (1)**
70:15
**land (73)**
5:19;23:1,2,6;27:1,
10;35:9;40:25;41:18,
18;58:15;64:1;77:23;
78:12,16,23;79:9,21,24;
80:7;82:2,3,10,11,19;
83:18;84:4,5,6;91:2;
92:17;93:4,10;97:17,18,
21;104:17;122:15;
123:18;124:21;126:22;

**143:16,16;146:19;**
147:18;148:1,4,4,22;
149:4,13;150:21,21,21;
151:25;152:1;155:2,14,
19;156:18;157:7,8,11,
21;158:15;162:5,5,5;
180:10,23,24;181:2,17;
187:17
**Landing (1)**
8:7
**Landis (1)**
177:1
**landlord (3)**
5:24;130:18,21
**landlord's (1)**
132:23
**Lane (5)**
21:11;22:14,14;97:18;
115:6;147:25
**language (6)**
70:24;72:11;170:1,2;
172:5,8
**large (1)**
44:7
**larger (1)**
20:17
**Las (1)**
157:8
**last (18)**
4:5;20:20;25:8;26:1;
72:22,23;73:13;79:25;
97:4;113:11;118:15;
137:9;142:6,21;150:5,
7;170:1;188:9
**late (1)**
34:12
**late-2003 (1)**
141:16
**later (8)**
11:1,21;22:18;35:15;
42:8;46:17;129:19,23
**law (5)**
4:8,16,22;36:10;
70:17
**lawsuit (3)**
100:16;101:18;102:8
**Lay (1)**
174:1
**LBJ (1)**
145:1
**Leading (4)**
163:9,10;178:23,24
**leads (1)**
194:24
**leap (2)**
29:9;36:22
**learn (6)**
7:16;18:12;30:2;
41:7;44:16;91:19
**learned (4)**
6:14;7:21,23;173:16
**lease (24)**
52:15;130:22,23,24;

HC 01273

Case 11-42042-dml11    Doc 30-37    Filed 04/11/11    Entered 04/11/11 15:34:21    Desc
Exhibit X - Part 2    Hearing Transcript    February 3    2011    Page 105 of 118

FRB REAL ESTATE, INC, 11-42042-DML11

February 03, 2011

131: 1, 2,21;132:24;
133: 1;134: 6,10;136:21;
137:14;145: 3;148:17,
18;153: 9,25;154: 1,10;
179:11,15,25,25
**leased (3)**
122: 2, 5, 7
**leases (9)**
92: 5,11;131:13,15,25;
136:23;137: 2;141: 8;
156:16
**leasing (6)**
83:23,23;166:11,12;
172:19;175: 4
**least (11)**
12: 9;31:21;38: 3;
40: 3;90:17;92:15;
125:20;159:20;188:20;
198:23;199:25
**leave (2)**
98:25;148: 4
**leaves (1)**
190:23
**Lee (1)**
166:15
**left (6)**
18: 1;53:22;109: 3;
111:18;116:11;199: 1
**legal (10)**
34: 1;35: 5;56: 2;
75:25;77:18;78: 3;
81:11;100: 2;131:20;
136:16
**legally (1)**
59:12
**legitimate (2)**
36:20;201:25
**Leininger (2)**
6: 1;200:21
**Lemke (3)**
115:23;149: 5,11
**lender (9)**
7:15;28: 2;104:11;
147: 9;154:25;155:17;
158:17;182:25;190: 1
**lenders (28)**
4:23;5: 3, 7;9:20;
23: 1;24: 1, 6, 9;26:16;
28:25;43: 8;44: 4;66:20;
67: 6;75: 2, 4;78:11,24;
82: 4;107: 2, 6;108:11;
155: 7;157:17;183:18;
186:15;189:21;195:21
**lenders' (1)**
45:13
**lender's (3)**
24:24;67: 3;106:22
**lengthy (1)**
184: 5
**letter (3)**
31: 5;93: 7;180: 2
**letters (1)**
93: 3

**level (3)**
29:13;110: 7;144: 3
**leveraged (1)**
18: 5
**Lewis (7)**
6:14;29: 5, 9;30: 6;
112:13;128:14,20
**liabilities (4)**
54:10;57:13,20;77: 5
**liable (4)**
136:14,19,21;138: 6
**liberty (1)**
86:18
**lien (5)**
18:19;41: 3, 3;118: 3;
189:19
**lienholder (1)**
160:11
**lienholders (1)**
53:25
**liens (12)**
23: 1;26:25;27: 2,11,
16;32: 7;35:13;40:24;
67: 3;77:25;78:24;
104:12
**lifted (1)**
24:21
**lifting (1)**
43:14
**light (1)**
202:10
**Lights (1)**
151: 5
**likelihood (1)**
99:24
**likely (2)**
78:21;120:11
**Limestone (1)**
157: 7
**limitation (1)**
153:25
**Limited (2)**
8: 9;49:22
**line (7)**
51: 9;57: 8;79: 6;
97: 4;144:24;155: 3;
187:21
**Linens (1)**
142: 9
**lines (3)**
7: 6;48:15;59:23
**list (15)**
7:18;46: 5,22,24;
48: 9;64:24;86:19;
138:14,23;171:11,13;
188: 7;192: 7,23,25
**listed (13)**
9:17;63: 1;81: 2;
82:15;83:22;134: 6, 9;
135: 4;137: 1;146:12;
162: 4;177:13;192: 7
**listing (5)**
62:11;63:20;146: 9;

**160:** 7;166: 4
**lists (1)**
63: 2
**Little (32)**
7: 5,12,13,21: 1,23: 3,
22;30:21,21;32: 1;
34:24;35:24;36: 8,23;
38: 8;41:10;42:13;
45:10;48:11,11;65:13;
94: 5;108: 7;117:10;
130: 9;146:14;153: 2,21;
154: 7;162:19;173:15;
195:13;199:12
**LLC (17)**
8: 3, 4, 6;9: 4;11:12,
13,25;12:14,19,19;13: 2,
5;15:23;44:14;72: 9;
172:20,21
**loan (24)**
44: 6;66:16,22,25;
105:15;106:22;107: 2;
123:10;126: 9, 9;147:19;
157:24;158:20;177: 5,
15,23;178: 7;181:14,14;
182:13;194:17;195: 2, 2;
196:13
**loans (5)**
107: 9;157:17;160:16;
164:23,24
**located (1)**
121:10
**locating (1)**
134:14
**location (7)**
21:11;51:23;56:11;
144:14,15,15,19
**logic (1)**
115:14
**logical (3)**
38: 1;187: 8;191: 7
**LOI (1)**
32:11
**long (7)**
52:18;55: 6;61:18;
87: 6;102:22,25;187:12
**longer (1)**
193:24
**longstanding (1)**
109:13
**look (52)**
8:12;9:13;17:22;
21:16;24: 2;25:17;
29:10;30:13;31:25;
34: 4;38: 1,14;43:12;
60:15;61:10;65:15;
66:15,21;67: 1;69: 1,16;
72: 6;73:22;74:12;
88:21;91: 4;93:17;
96:11;97: 4;104: 4,21;
114: 7;122:11;126:20,
21;134:12;136:22;
143:24;147:11;152: 2;
157: 2, 4, 5,20;159:14;

**170:** 4;171: 3;172:23;
186:17;188: 1;189:16;
201:24
**looked (10)**
65:19;69: 5, 7;74:18;
83:23;133: 3;144:11;
149:22;150:16;167: 3
**looking (26)**
7:10;11: 4;14:15;
20: 1,25;64:19;73:11,12;
84: 1, 2;87:23;88: 3;
96:14;115:14;135: 5;
137: 4;143:11,12;162: 5;
170: 8;174:18;184:12;
193:17;197: 9,21;199:15
**looks (14)**
18: 3,17;21:17;22:23;
24: 1,10;25: 3,19;26: 3;
88:16;159:17,23,24;
177: 4
**loose (2)**
90:21;102:16
**lose (5)**
31:20;39: 5;198:10,
16;200:18
**lost (3)**
14: 9;96:19;120: 7
**lot (17)**
23: 2,22;36:10;80: 8;
107:12;108: 9;117: 7;
122:19;157:14,14;
159: 1;181: 1;183: 8, 8;
199:21,22,22
**Lots (1)**
31: 2
**LP (1)**
5: 6
**Ltd (1)**
5: 3
**Luna (3)**
97:15;145: 1;150:20

**M**

**ma'am (2)**
13: 6;165: 8
**main (1)**
122:12
**maintain (2)**
24: 4;78:15
**maintaining (1)**
78:23
**major (3)**
43: 3;149: 9;179:10
**majority (2)**
61: 6;135:22
**makes (2)**
84: 9;200:21
**making (5)**
70:22;113:16;119:13;
197:10;203: 9
**man (2)**
108:23;126:18

**manage (2)**
40: 5;102:17
**manageable (1)**
199:25
**managed (1)**
58:23
**Management (41)**
5: 6;18:25;21:21;
22: 2, 8, 9,11;52: 3, 8,10;
56:23;57:15;58: 1, 7, 7,
10,13;59:19;61:21;
83:21;84: 2;92:22,23,24;
101:11;102:14,17;
138: 1;140: 8;141: 5, 5;
144: 5;148:19;165: 2, 4,
7, 7;167: 2;172:18,21;
175: 4
**manager (9)**
22: 7, 8,10;58:23;
59:19;83:21;91:23,25;
122:11
**managerial (2)**
31: 6;161:13
**managers (2)**
22:13;46:25
**managing (1)**
165: 4
**maneuverings (1)**
75:25
**manner (7)**
56: 5;64:14;82: 9,20;
104:19,20;105:
**Many (15)**
9:19;23:24,25;33:20;
40:16;61:17,19,25;86: 9;
90: 2;136: 3;139:12;
157:17;164:18;165:11
**March (1)**
43: 6
**marginally (1)**
28: 7
**Mark (4)**
4:21;34:14;188:16,19
**marked (3)**
166:17;167:10;168: 2
**market (21)**
79:25;80: 6;82: 8,19;
84: 9,11;105: 3, 4;
122:17,18;123: 6;124: 6;
143:15,20;144: 1, 8,12;
145:17;152: 9,10;156:16
**marketable (1)**
183:14
**marketed (6)**
82:15;104:18;105: 9,
10;124: 7,15
**marketing (9)**
80: 3, 4;82: 7;83:16;
84:10;92:25;123:16;
142:16;165:21
**markets (1)**
183:11
**markings (1)**

HC 01274

Case 11-42042-dml11    Doc 30-37    Filed 04/11/11    Entered 04/11/11 15:34:21    Desc
Exhibit X - Part 2 - Hearing Transcript    February 3    2011    Page 106 of 118
FRE REAL ESTATE, INC.; 11-30210-bjh11

February 03, 2011

171: 4
mashed (1)
  32: 7
master (2)
  130:23;148:17
match (1)
  25:19
materials (1)
  184: 1
matter (8)
  32:19;46:10;81:12;
  113:21;143: 6;165: 2;
  200:11;202:25
matters (5)
  190:10;193:16,18;
  198:22;202:12
may (50)
  6:20;7:18;8:16,19;
  14:13;19:20,21;23: 3;
  28:15;30:23;37:20;
  46: 7, 8;62:20;82:17;
  87:20,22,22;89:10,16;
  90:21;96:20,22;98:11,
  13;102:16;104:11;
  111:11;126:16;131:22;
  134:14,15,23;136:24,25;
  139: 8;147:24;170: 7;
  181:16;182: 5;184: 7;
  189: 8;192:11;193:10,
  15;195:11,23;198: 9,18;
  203:11
maybe (20)
  26: 4;28:18;29:19,20;
  39:13;61:18;64: 2;
  84:13;88: 3;116:24;
  139:16;159:22,23;
  165:17;174:22;180:21,
  22;181:11;187:25;
  193:12
McKinney (1)
  8:10
mean (32)
  24: 1,13;33: 7, 8;
  49:20;64:23;65:18,19;
  76: 6;81:23;90:14;94: 1;
  97:12;119: 8;126: 8;
  129:11;137:21;139:20;
  154: 4;165:12;178:13;
  185:24;187: 7;189: 4, 8;
  192:12;193:17;194: 2;
  195: 1, 9;199:12;201: 5
meandering (1)
  149:22
meaningful (2)
  39:18;125:16
means (4)
  38: 5;99:11;122:25;
  127: 9
meant (3)
  73: 1;76:21;112:24
mechanic (1)
  79:13
meet (1)

25:20;45:10;129: 7;
  180: 4
meeting (6)
  21: 5,12;43: 4;87: 8, 9;
  173:16
Melanie (1)
  166:14
member (1)
  140:22
members (1)
  141: 3
membership (2)
  11: 7;15:21
mention (2)
  156:21;166:10
mentioned (22)
  19:17;40:22;61:14;
  73:19;85: 1;93:12;98: 9;
  122: 8;129: 4;138: 7;
  141:25;143:23;145:10;
  148:15;149:20;150: 3;
  152:25;154:17;155:23;
  162:18;182: 3;188:21
Mercer (16)
  92: 1;97: 6,14,14;
  103: 7;104:21,21,24;
  105: 3, 4;149: 6,20;
  150: 7,24;159: 2;181: 2
mess (3)
  32:20,23;33: 1
met (3)
  32: 2;42:14;87: 6
methodology (1)
  84: 9
Michael (1)
  5: 5
microphone (2)
  58: 3;202: 5
mid-sentence (1)
  4: 2
midst (2)
  9:18;11:21
might (12)
  12:12;19: 6;36:14;
  40:10;98:18;100:11,15;
  120: 7;125:22;142:23;
  183: 9;201:13
million (72)
  6:19;10: 9,10;18:11,
  13,20,21;19:18,24;27: 3;
  28: 2,11,14;30:10,12,14,
  16,17;40:23;53: 5, 7, 9,
  11,12;54:18,18;64:11;
  65:23;68:19;74: 1;
  75:11,16;76: 1, 3,25;
  80:12;81: 8;98:21;99: 8,
  12,18,19;100:16,17;
  103: 7;116:24,25;117: 1,
  9,11,19;121: 6;123:13,
  14;140:14;141:10,12,23;
  144:24;150: 2,13,14,15,
  17;156:10,10;157:10,13,
  13;162:11;177:11;

179:22
millions (2)
  90:20,25
mind (7)
  87:17;122:23;123:19;
  155: 6;179: 6, 7,19
mine (2)
  180:25;192:23
Mineral (5)
  92: 3, 5,10;141: 8;
  176: 3
minus (3)
  40:24;91:16;121: 6
minute (2)
  25:12;98:20
minutes (12)
  25: 5;34:12;86: 3,12;
  96:15;130:11;191:16,
  16;193: 5,199: 9;203:12,
  23
minutiae (1)
  197:18
missing (2)
  6: 4;165:17
misspoke (1)
  160:18
Misstates (1)
  72:14
mistaken (1)
  87:25
model (2)
  119: 5,22
moment (9)
  62:14,17;80:14;96: 7;
  160:18;176: 1;183:16,
  19;200:13
moments (2)
  49:17;106:17
monetized (1)
  18: 2
money (41)
  21:18;22: 2,21;23: 8,
  20;26:14;37:23;45: 6;
  52:17,18,18;53:21;57: 4;
  65: 1;83: 3;95:13,14;
  108: 3;109: 4;110: 5;
  117: 5,12;118:16,18;
  119: 1, 9,18,23,24;
  129: 1,13;130: 1;132: 3;
  142: 6;154: 5;169:18;
  182: 5
month (3)
  43: 7;121:14;180:22
months (4)
  126:24;127:11;
  156:19;168: 4
Moos (16)
  22: 3;55: 9,11,16;
  56:14;59:25;61:17;
  66:16;110:15,17;111: 7;
  112: 3, 6;113:10;115: 3;
  119: 3

M-O-O-S (1)
  22: 3
Moose (2)
  169:23;182: 7
more (35)
  11: 5, 5;25:12;30:24;
  37: 2;38:11;41: 8;48: 1;
  66: 1, 3, 4;97:13;113: 1;
  122: 6, 6,19;123: 7;
  126:14;135: 2;139: 7, 8,
  12;148:22;151:20;
  152: 5;156:15,15;168: 1,
  10;185:25;187: 2;
  191:12;193:12;197:17,
  21
Morgan (41)
  4: 3;12:22;21:16;
  22:20;23:10,18;26:11;
  37:21;40: 1;45:22,24;
  46:14;50: 4, 6;62:19;
  72: 6;87: 1,23;89:10;
  90:12;102: 2;106:14;
  108:19;110:10;117: 3;
  119:16;121: 2;123:20;
  124:18;130:14;140: 1;
  146: 6;161: 8;163:22;
  174: 5;176:18;179: 5;
  186: 8,15;187: 3;191:13
Morgan's (2)
  37:18;41: 6
morning (4)
  29: 7;30: 5;34:23;
  84:17
Mortgage (3)
  75:20;162:13;181:14
most (14)
  12: 9;22:12;48: 4;
  78:21;89:15;92:17;
  107:25;149: 4,25;157: 1;
  164:23,24;201:10;
  203:11
mostly (2)
  141:17;199:24
motion (19)
  6: 9,21;7: 9;28: 5,19;
  34:24;42: 5;44:23;51: 7;
  57: 8,24,59: 6,12,15,18,
  22;202: 8,12;203:16
motions (1)
  9:20
movants (5)
  191: 9,14;193: 1;
  199: 8;201: 6
movants' (3)
  34: 7;139: 5;192:17
move (25)
  52:20;71: 4, 9;89: 2;
  95: 7;118:11;132:19;
  135:20;137: 9;144:13;
  161:16;167:13,19;
  168: 6;174:15;175:15;
  177:25;184:18;185: 2, 9;
  193:13;201: 4, 5, 6;

202:14
moved (4)
  17:21,24;140:12;
  199:22
moves (1)
  95: 7
moving (5)
  31:25;86:12;122:20;
  125:19;167: 5
mow (2)
  23: 4, 5
mowed (1)
  35:21
Mrs (1)
  33: 8
much (21)
  7:12;18:22;20:20;
  25:14;37:25;70:19;
  85:17;99: 1;132:19,21;
  141:23;162:16;165:19;
  180:21;191:12;192:16;
  193: 9;200: 2, 2, 3;
  202:18
multiple (3)
  157:18,22;158:22
myriad (1)
  198:17
myself (4)
  61:15;82: 4;98:19,20

N

name (17)
  12:22;27:20,21;39:13,
  17;50: 4;52: 5, 9;57:16;
  87: 3;88: 3;97: 5;
  127:17;140:10;145: 4;
  160:13;188:15
named (1)
  104:23
necessarily (2)
  11:18;190:17
necessary (2)
  183: 5;203: 6
need (35)
  24:16;28:18;31:25;
  40:18;82:19;83:17;
  84: 6, 7;86: 6;90:21;
  96: 7;120:20;123:14;
  139:20,21;159: 8;170: 5;
  175:19;178:13;187: 6;
  191:19;192:13;193: 4,
  24;200: 2, 3, 4, 7, 8, 9,
  14;201: 5, 6;203:11
needed (3)
  104:18;151:24;203:23
needs (13)
  33: 2;38:14;39:23;
  63: 5;82: 7;105: 3;
  143: 3,21;155: 5;157:12;
  201: 2, 4,11
Neeve (1)
  4:17

HC 01275

FRE REAL ESTATE, INC.; 11-30210-bjh11

February 03, 2011

negotiated (3)
  92: 8;108:21;164:23
negotiating (1)
  44:10
negotiation (1)
  109: 6
neither (1)
  159:20
Neligan (1)
  128:13
Neligan's (1)
  128:10
Nelms (1)
  200:16
nervous (1)
  29: 3
net (5)
  22:25;116:13;121:13;
  130:22,24
nevertheless (1)
  36:20
new (18)
  29:23;31: 6;34:20;
  36:23;37:23,44: 7;59: 3;
  79:19;92:19,21,23;
  141: 1, 6,11;142:19;
  147: 9;151: 9;166: 6
NexBank (15)
  22:24;76:25;84:17,17,
  23;105: 2;144:21;147: 4,
  6;157: 4;158:22;
  179:11;180: 1,17;182:15
NexBank's (2)
  85: 4;147:19
next (17)
  17:23;22:18;24:16;
  47: 3;60: 5;82: 6;
  135:23;136:23;151: 9;
  154:23;155:22;181: 4;
  186: 4;187:18;188:19;
  196: 7;200: 7
night (3)
  20:20;25: 8;29: 6
nine (5)
  18:20;40:23;121: 6;
  145:17;169:15
nineteen (15)
  7:16,17;8:11;10: 4;
  18: 8;24: 5,15;33: 6;
  73: 3;90:17;116:24,25;
  117: 1;140:24;156:10
ninety (4)
  122: 3, 4;123: 4;
  154:16
ninety- (1)
  122: 6
Ninety-five (1)
  193:21
nitpicky (1)
  197: 9
nobody (1)
  45: 1
none (13)

17:16;21:20;27: 9;
  37:13;58:24;104:10;
  161:20;167:22;173:11;
  191:22,23,24,25
nonetheless (2)
  14:14;108:16
nonincome-producing (1)
  108:10
nonpriority (2)
  134:19;135:12
nonresidential (1)
  131:14
nonresponsive (1)
  138:19
Nor (4)
  50:23,25;159:20;
  189:24
North (8)
  5:14;145:15;152:19,
  20;155: 1,13,14;160:19
note (59)
  10:14;14:22;16:13;
  21:14;23:17;25:23;
  28: 4;29: 1,25;39: 2, 3;
  41: 4, 5;48:23,24;49: 5;
  53:20,23;67:23;69:16,
  23;70:25;72:18,18;
  73:13,22,23;74: 4,14,
  84:25;85: 4;98:24;
  111:11;112: 3, 6;116:11,
  15,16,16,117: 8,11,17,
  19,21;119: 7, 8, 9;
  123:12,12;135: 6;
  141:12;156: 4,12;157: 6,
  11;170:10;171:21;
  176:11;181: 7
notebook (2)
  11: 1;189:16
notebooks (2)
  8:15;62:19
notes (59)
  10: 6, 7,19;13:13;
  14:25;16:15,19,22,24,
  24;17: 7, 8;18: 2, 3;
  23:20;32:21;38:23;
  53:12,13,13,15,16,17,19;
  54: 6,19;64: 5, 7,14;
  65:22;66: 3;68: 1, 8,18,
  20;69: 5;71:23;85:12,
  22;111:14,18;112:16,24;
  116: 7;117: 4,24,24,25;
  118: 7;119:13;169:11,
  18,24;170:14;171:10,13;
  172: 6,11;177:10
note's (1)
  117:18
notice (6)
  9:24;34:19;41:12,15;
  89:21;173: 7
noticed (3)
  41:14;124:10;164:10
notices (1)
  46:16

notified (1)
  127:12
November (5)
  7: 7;184: 2,15,16;
  185: 1
nucleus (1)
  92: 1, 6
num (1)
  152: 4
number (44)
  6:15;8: 5, 6, 9;9: 1, 4,
  10,18,25;19: 1;24:11;
  25:23;26: 2;29:22;30: 9;
  36: 7;38:23;46:11,19;
  47:12;48: 7,10,19,23;
  49: 3;62:20;67:16;
  87:25;88: 2;91: 7;96:12;
  98:25;109: 1;133:25;
  134:13,16;135: 1, 6;
  170: 8;171:16;176:13;
  186:23;194: 7;198:22
numbers (6)
  10: 8;47: 7;167: 7,17;
  175:25
numerous (2)
  77: 8;137: 1

# O

Object (13)
  56: 2;69: 9,13;72:14;
  74:23;79:14,15;124:13;
  125:10;131:19;138:18;
  178:12;190: 9
objecting (2)
  173:20;191: 3
objection (46)
  28:20;59:11;63:12;
  71:15,22,25;77:18;78: 3;
  81:10;89: 4,21,23;90: 4;
  99:20;100: 2;106: 3;
  118: 5,12;128:12;
  131:16;159: 6, 7;161:18,
  19;167:21;168: 7;
  173:10,18,24;174:17;
  175: 1,14,18;176: 1, 4,
  23;184: 2,20;185: 4,11;
  188: 3,23;190:13,19,20;
  191: 2
obligated (3)
  17:19;32:23;33: 2
obligation (3)
  85:21;136:21;180: 4
obligations (6)
  72:20;85:15;129: 8;
  131:13,21;163: 1
obligor (2)
  136:18,20
obtain (1)
  104:13
obvious (2)
  31: 1;80: 7
obviously (6)

78:20;91: 1;96:19;
  144:12;198:17;200: 5
occupancy (4)
  123: 4;144:23;153: 2;
  154:16
occupied (2)
  51:20;144: 1
occur (3)
  77: 9;109: 6;111:13
occurred (6)
  11: 6;29: 5;42: 1,22;
  62: 3;69: 2
occurs (1)
  182:15
October (1)
  185:14
oddly-shaped (1)
  104:22
off (17)
  24:18;32:22;95:24;
  109: 2;111:17;116: 8;
  117:21;118:15;123: 9, 9,
  10;152:21;156: 5;
  159:24;167:17;169: 8;
  196: 9
offense (2)
  195:11;198: 2, 7
offer (4)
  80:10;84:16,24;
  183:19
offered (4)
  8:20;26: 2;49:10;63: 5
offering (2)
  49: 9;173: 8
offers (2)
  84:18;156: 4
off-hand (1)
  122: 1
office (17)
  22:13,25;44: 7;52: 3,
  13;58:16;59:25;60: 3,
  10;61: 7;143:14;145:13;
  152:22;153:21;165:13,
  14;188: 9
officer (25)
  12:21;21: 4,13;38: 3;
  40:11;50:17,20,24;51: 2,
  12;61:13,23;85: 5, 6,16;
  101: 7;102:11;103:23;
  108:13;131:23;142:24;
  143: 1;163: 7;172: 9;
  174: 8
officers (4)
  22:17;46:19,24;
  100:24
officership (1)
  111: 4
offices (10)
  21: 6, 7, 8, 9;22:14;
  52: 1;102:20;115: 5;
  125:11;154: 4
officing (2)
  51:20;56:11

Ohio (1)
  141:14
oil (3)
  91:24;141:17,1(
old (4)
  142: 8;148: 2;153:21;
  200:14
older (1)
  186: 1
Olson (6)
  5:16,17,17;203: 8, 9,
  16
once (5)
  15:16;25:16;43:20;
  103:10;115:13
one (117)
  4:23;5: 2,19;7:22;
  11: 4;13:13;16: 4;17:12,
  22;18:16;19: 4;21:18,
  22;24:15;25:12;28: 3;
  29: 1,22;30: 8,13;32:18;
  33: 5;24;34:16,17;35:10,
  24;36:15;37: 5,11;38: 5,
  12,23;39:14;40:10;
  41:18,18;44: 7;45: 5;
  46:24;51:14;57:15;
  60: 3;62:14;63:25;69: 7,
  8;71:13,17;72:17;74: 3;
  82:10,20;84:13;85: 1;
  87:11;88: 4;91:14;92: 6;
  96: 6, 7;103: 5;104:16;
  105: 1;106: 4;110(
  111:24;114:11;1(
  15;116: 2;117:17;
  118:15;122: 9;123:16;
  126: 6;127:13;129: 5;
  134:18;138: 1;139: 3, 7;
  140:25;141:13;143:24,
  24;145:12,13;147: 2, 5;
  151: 3;152:19;153:11,
  20;154:22,23;158: 2, 6,
  6, 7, 7,17;159: 2;
  163:16;169:14;170: 9;
  176: 1;179:10;182:10;
  187:18,21;192:20;
  194:22;197: 7;203: 4,20
one- (1)
  32:14
one-assets (1)
  32: 6
ones (8)
  44:25;45: 7;135: 6;
  151:17,18;152: 5;
  188:19,21
only (35)
  6: 4;11:24;19: 9;23: 4;
  28: 7,15;31:23;32:10;
  34:16;36:24;68: 8;
  80:10;91:11;100:17;
  108: 2;111:10;1(
  123:11;125:17;1(
  155: 4;160:23,24;161: 6;
  163: 7;169:25;173:12;

HC 01276

Case 11-42042-dml11   Doc 30-37   Filed 04/11/11   Entered 04/11/11 15:34:21   Desc
Exhibit X - Part 2 - Hearing Transcript   February 3   2011   Page 108 of 118
FRE REAL ESTATE, INC.; 11-30210-bjh11

February 03, 2011

180:11;182:11,14,14,21;
190:15;196:22;199: 1
**onsite (1)**
165:15
**opened (1)**
135:10
**opening (5)**
26:19;34: 7;45:18,18;
156:21
**operating (5)**
22:25;78: 1, 6;141: 2;
180:18
**operations (3)**
21: 7;141:17;183: 5
**operative (2)**
69: 1;74:21
**opinion (7)**
70:25;102:10;131:20;
143:12,21;151:15;
197:11
**Opportunity (12)**
8: 8;9: 3, 3;17:25;
52: 1;54:14;55: 3, 7;
65: 1;78:19;92: 5;114: 9
**opposed (3)**
14:13;49: 8;82:21
**options (1)**
38:10
**order (15)**
6:23;31: 6;15;77:22;
78:23;82: 8;84: 3;
100:14;110: 3;120:13;
123:15;131: 5, 6;179: 9;
182: 4
**orderly (5)**
104:19,20;105: 7, 8;
152: 9
**org (1)**
31:11
**organization (2)**
51:14;166: 8
**organized (1)**
33: 5
**original (4)**
47:24;49: 2;104:23;
136:18
**originally (2)**
7: 1;12: 8
**origination (1)**
105:15
**Orleans (1)**
44: 7
**others (5)**
19: 2;40:16;43:22;
152:19;161: 7
**otherwise (4)**
20:16;35:12;36: 1;
106:23
**ought (2)**
73: 1;102:11
**ours (2)**
34:16;42: 7
**out (58)**

15:17;18: 6,22;20:19;
21: 2, 3,10;23:19;24:19;
25:25;27: 8;28: 2,15;
29:20,24;31:14,20;
34:22,23;35:22;37: 5;
39: 1, 9,12;41: 9;42: 2;
44: 2;83: 3;92: 7, 9;
95: 9;101: 4;102:20;
103:12;104:20;106:23;
119:16;120:15;122: 9;
132: 8;136: 6;142:11;
148:21;149:18;150: 1;
151:18;155: 6;157: 5;
160:16;163: 2;173:13;
180: 5;183:11,25;184: 1;
198:25;199: 1;203:25
**outcome (1)**
71: 1
**outdated (1)**
184: 4
**outlined (1)**
53:19
**out-of-the-way (1)**
122:13
**outright (1)**
42:19
**outset (1)**
189: 6
**outside (9)**
37:15;68:13;109:19,
20;124: 4;129: 5,17,18;
165:24
**Outsides (1)**
181:23
**outsource (1)**
23:21
**outstanding (1)**
40:24
**over (36)**
27: 2;33:20;35:20;
36: 9;73:14;82:10;
103: 9, 9;107:14;108:25;
109: 3;114: 7;117:10;
118: 6;125: 2;131:17;
134:17;140: 8,13;141: 3,
5;151:11,19;152: 8, 9;
153: 2;156: 3,11;158: 3;
161:24;162:20;172:13;
173:14;176:18;180: 3;
181:13
**overall (4)**
62: 9;94:17;149:20;
156:20
**overcollateralized (1)**
143:13
**Overruled (3)**
72:16;100: 7;131:24
**oversecured (1)**
28: 8
**owed (5)**
75:10,16;76: 1;121: 6;
134: 2
**owes (1)**

6:19
**owing (2)**
28:16;81: 3
**own (23)**
9:20;15:25;16:11,12,
14,15;32:14;94:21,23;
102:17;113:17;120:18;
140:19;143:11,11,19;
148: 7;154: 7;160:24;
178: 9;186:24;188: 1;
200:24
**owned (7)**
16:23;41:13;44:18;
93: 4;127: 4, 6;142:17
**owner (14)**
12: 3, 4;13: 4;17:16;
28: 1;29:23;30: 3;41:25;
61: 4;95: 5;96: 1, 3;
109:25;146:11
**owners (9)**
10:15;14: 4;16: 3;
28:23;29: 8,18,21;33: 9,
9
**ownership (16)**
11: 8,25;12:12;13:24;
14: 5,12,16;15: 7,13;
16:19;17: 6,11,18;24:23;
68:10;142: 8
**owning (1)**
129: 5
**owns (8)**
13: 5;15:23;90:17;
97:20;109:25;114: 2;
154:22;160: 8

---

**P**

**P1 (4)**
183:17;184:12,16,22
**P10 (3)**
190:14,22,24
**P11 (1)**
190:24
**P12 (1)**
190:24
**P13 (5)**
186: 4;187:14;188: 2;
191: 3, 5
**P2 (2)**
184:16,22
**P3 (2)**
184:16,22
**P4 (2)**
184:24;185: 6
**P5 (2)**
184:24;185: 6
**P6 (2)**
184:24;185: 6
**P7 (2)**
185: 8,18
**P8 (10)**
186: 4;187:14,16;
188: 1, 4;189: 3,14,15;

191: 3, 5
**P9 (3)**
187:18;191: 3, 5
**PACER (1)**
29: 7
**package (8)**
26:13;114: 1,13;
115:15;121: 9;123:23;
158:18,20
**page (28)**
8:23;9:14;46:20;
73:13,14;90: 2, 2;91: 5;
97: 1;98: 9,10;135: 5,10,
11,12;146:17;147:11;
150: 7;155: 9;157:21;
159:17;162:20;170: 8, 9,
24,24;174: 5,18
**pages (4)**
20:11;90: 3;134:18;
172:23
**paid (39)**
15:21;18:15;22:11;
23:17;27:11;53: 3,23,25;
57: 2;75:24;80:18;85: 8;
95:24;98:23,24;104: 2,
6, 8,10;108: 1;109: 2;
111:12,16,17;117:20,21;
123: 9, 9,10;128:20;
129:22;131:10;132: 1,
14,17;156: 5;169:18;
198: 3, 6
**Palm (4)**
8: 6;9: 4, 4;13:15
**Pantaze (1)**
8: 5
**paragraph (1)**
162:12
**paragraphs (1)**
197: 3
**paraphrase (1)**
104:18
**parcel (4)**
41:18,18;104:24;
141: 8
**parcels (13)**
27: 1,24;34:16;35:10;
41:17;80: 3;90:17;
92:18;93:19;140:24;
149:18;157:16;181: 3
**Pardon (9)**
57:19;75: 6;77: 4,11;
82:13,14;94:22;115:10;
193: 5
**parent (18)**
10:12,15,22;11: 3, 7,
10,11;12: 7,15;13:21,21;
15: 1;32:21;39: 4;68: 3,
9;74:14;78:14
**parents (4)**
15: 2;16:18;26:10;
40:13
**Park (3)**
60:24;61: 2, 5

**parking (1)**
35:11
**Parkway (4)**
5:14;152:19,20,21
**Parkwood (3)**
145:15,15,15
**Parsons (2)**
4:18;203: 5
**part (31)**
39:21;43: 3;48:14;
57:25;58:14;62: 9;85: 2;
100: 5;101: 6;104:22;
120: 3,19;121: 9;123:20;
124:21;128:21;137: 9;
142: 6, 8;148: 4;158: 2;
159: 2;160:19;163: 2;
166:13;169: 2;177:13;
180:20,20;200:24;
201:10
**partially (1)**
97:12
**participating (1)**
183: 9
**participation (1)**
181:13
**particular (11)**
29: 1;82:20;93:19;
119: 3;123:15;131: 7;
149:12,19;164:25,25;
177:10
**particularly (1)**
44:12
**parties (9)**
11:12;35:21;36: 1;
43:17;54:17;163:13;
165:24;166: 6;196: 5
**parties' (1)**
43:13
**party (4)**
5:14;82: 8;118:18;
192:24
**Pass (5)**
85:25;120:23;128: 9;
139: 4;191: 9
**passing (1)**
155:23
**past (2)**
136:22;198:14
**pat (1)**
122:16
**Pause (13)**
12:17;19:15;20: 8;
46: 9;62:18,21;67:10;
80:16;81: 6;89:12;
116: 5;172:16;183:22
**pay (28)**
21:19;22: 2,21;23:10,
10,20;27:13;50:22;
51: 1;52:17;53:21;57: 4;
77:22;110: 6;111:18;
117:18,21;128:10;
129: 1,20;130: 3;131:12;
132: 3, 5,10;143: 9;

HC 01277

February 03, 2011

182:10,20
payable (8)
 10:19;53:22;135: 8,
 13,22;170:10,14;171:10
payables (1)
 136: 3
paying (1)
 52:13
payment (6)
 19: 7;51: 9;57: 9;
 131: 1, 4;173: 1
payments (1)
 132:20
Payne (4)
 154:25;155:13,14;
 160:18
PCI (1)
 126:24
pecking (1)
 120:13
pending (2)
 38: 4;111:23
people (27)
 23:19;33:17,23,25,25;
 34: 3;40: 4, 7;75: 8;
 83:24;102:14;110:12;
 115:20;116: 2;148:19,
 20;161:13;164:18,22;
 165: 2, 7,11,15;167: 2;
 181:15;183: 9;189: 9
per (3)
 48:12;150:15,18
perceived (6)
 16:16;17: 2;29:25;
 30:11,16;64:14
percent (31)
 19: 6;22:12;43:11;
 58:20;122: 3, 4, 5, 7;
 123: 4;144: 1, 2, 3, 7,12,
 13,23;145:16,17;151:18;
 152: 5,12,13;153: 2;
 154:16;173: 3;179:21;
 181:10,11,12;186:24;
 193:21
percentage (6)
 53: 3;94: 6,19;95:11;
 121:22;122: 1
perfect (2)
 202:16;204: 3
perfectly (1)
 189: 7
perform (2)
 31: 7;163: 1
performed (1)
 56:19
perhaps (6)
 35:23;37:11;38: 8,16;
 39:14;40:16
period (10)
 29:15;91:21;140:11;
 151:23;152:10;180: 9;
 181: 8;183: 2, 4;185: 1
permissible (1)

66:25
permitted (1)
 66:22
person (10)
 6: 4;18:24;51:17;
 110:15;111: 8;114: 2;
 115: 7;125: 7;149: 6;
 164:23
personal (3)
 37:24;133:20;161: 7
personnel (1)
 164:20
person's (2)
 82: 6;122:16
petition (5)
 6:11;7:15;27: 2;77:12;
 133: 7
Petra (5)
 5: 3;44: 1, 3, 9;75:20
Petra's (1)
 44: 6
ph (6)
 4:17;151: 5;165:18,
 23;166:15;169:23
Phillips (5)
 55: 8;60:17,20,25;
 126:18
Phillips' (4)
 127: 4, 5, 6,16
phone (3)
 70: 6,12,21
photograph (1)
 155: 3
photographs (1)
 149:18
piece (22)
 5:19;67: 2;82:10,11,
 22,22;103: 2,10;104:22;
 124:21;146:19;149:22;
 150: 2, 4;151:11;154:18,
 22,24;155: 2,14;157:11;
 187:18
pieces (12)
 80: 2;93:18;147: 4;
 149: 4,12;151: 4, 4,8,10;
 157:18;158:22;169:14
pile (1)
 40:20
place (14)
 34:23;35:16,18;38: 1,
 20;42: 1;43:11;80: 8;
 131: 6;148:17;154: 6;
 158: 3;187: 8;191: 8
placed (1)
 87:11
places (1)
 160:14
plainly (1)
 30:22
Plaintiff's (1)
 190:22
plan (23)
 31: 4,10,11;32:11;

36: 9,14,15,18;40:20;
 62: 9;93:20;94: 2;
 119:25;142:15,16;
 155:18;169:10;172:10;
 179: 4, 8;180: 9;181:14;
 183: 2
planned (1)
 169:24
planning (1)
 139:19
play (5)
 92: 1;148: 2, 4, 5,22
Plaza (2)
 8: 9;153:20
pleadings (4)
 9:22;75: 5, 7,21
Please (22)
 7:20;26:23;27:15,18;
 47:14;50: 5;71: 4, 5;
 73:22;74:12;86:16;
 87:25;117:15;128:18;
 135:17;138:20;139: 9;
 161:24;172:13;175:10;
 177: 3;191:21
pledged (1)
 81: 4
Plifka (1)
 5: 2
plow (1)
 203:14
plus (5)
 40:24;41:19;47:21;
 91:16;121: 6
pm (3)
 86:14,14;204: 6
point (32)
 15:19;20:19;29:12;
 30:18;35:22;38:10;
 39: 6;41: 4, 9,14,20;
 44: 2;82:18;86: 4;93:10;
 104:16;105: 3,11;
 126:12,13;129: 9;135: 9;
 149: 3;173:13;174:16;
 179:12,14,19;184: 1;
 192:10;196:19;202: 3
Pointe (3)
 8: 4;35:15,16
pointed (1)
 24:19
pointing (2)
 28:15;104:20
pool (2)
 53:24;92: 6
Portfolio (9)
 64: 1;140:20,21;
 156:20;157:21,22;
 158:14,15,19
position (6)
 45: 1;50:10;126: 6;
 132:12;182: 2;201: 9
possession (3)
 29:21;31:17;43:16
possibility (3)

36: 9;102: 7;182: 7
possible (5)
 36:17;45:12;115:14;
 139:16;145:10
possibly (1)
 193:14
post-dismissal (2)
 42:23;43:18
posted (7)
 27: 6, 7;32: 9;34:17;
 103:14,25;106:18
postponed (1)
 29:11
potential (4)
 33: 4;181:20,25;
 203: 4
potentially (1)
 145: 3
power (1)
 162:25
pre-bankruptcy (1)
 19: 9
predecessor (1)
 137: 6
preface (2)
 69:10;135:23
prejudices (1)
 20:18
prelim (1)
 202:10
premarked (1)
 47: 6
prep (1)
 200: 2
preparation (1)
 115:22
prepare (4)
 12: 6;138:16;177: 6, 8
prepared (6)
 37:19;57:23,25;82:11;
 88:24,24
preparing (4)
 113: 8;125:12;138: 8;
 194: 8
pre-petition (2)
 33:14;102: 3
pres (1)
 50:10
present (2)
 57: 7;181: 6
presented (2)
 124:19;125:18
presenting (1)
 157: 9
presently (1)
 93: 3
preservation (1)
 78:12
preserve (1)
 77:22
president (13)
 4: 3;50: 7,13;55:10;
 61: 3,15;85:16;110:21,

22,24;111: 6;140: 4;
 165: 3
presses (1)
 41:23
pretty (7)
 40: 1;43: 3;80: 7;
 148:20;162:16;177:14;
 195:12
previous (5)
 59: 1;80: 5;107:19;
 125:18;202:11
previously (11)
 7: 7;12: 2;27: 7;77:21;
 84:12;93:14;121:18,19,
 24;129:16;133:24
price (19)
 48:22;63: 2;70:23;
 72:13;20;98: 8,14,15,20;
 100:21;103: 2, 3;116: 8;
 149:24;150:16;162: 8,
 10,13;197: 5
prices (2)
 62:23;169:13
primarily (1)
 140:15
Prime (50)
 4: 4;18:25;21:21;
 22: 2,15;23:10;52: 3, 6,
 7, 8, 9;55:20,21,22,22;
 56:14,19,22;57: 1, 4, 9,
 11,14,17,17;58:17;59: 7,
 13;70:11;83:12
 110:23,24;111
 113: 5, 7;116: 3, 4;
 120:16,16;126:24;
 128:22,24;164:13,15,18,
 20;166: 1;172:20
principal (5)
 9: 9;21:10;49: 2;
 55:17;59:25
principals (6)
 21: 6,23;22:19;54:24;
 55: 6;60: 4
print (1)
 168:22
prior (27)
 14: 6;17:15,15;21:24;
 24:24;27: 2;28: 1,23;
 29:18,21;33: 9;35: 4,18;
 42: 2;43:15;56:15,21;
 58:11;72:15;103:11;
 104:13;124: 1, 2, 8;
 137:17;173:14,23
priorities (1)
 53:25
priority (3)
 169:21;181: 9,11
private (1)
 140:15
pro (1)
 19: 9
probably (14)
 32:18;33: 1;90:21;

HC 01278

PRE REAL ESTATE, INC., f/k/a PRE JMT

February 03, 2011

98:19;108: 9;154: 8;
157: 3;163:16;165:13;
191: 7;192:19;195:19,
24;199:15
**problem (20)**
23:11;34:13;39: 8,10,
11;47:10;86:22;87:18;
90: 1;139:23;189:15,22;
192:12;194: 9,12,24;
196:21;200:14;201: 3;
202: 7
**problems (4)**
92:16,17;142: 3;
149:11
**proceed (1)**
45:21
**proceeding (1)**
73: 4
**proceedings (10)**
9:18,25;21:16;22: 1;
59: 8;77: 9;79: 7;81: 8,
14;204: 6
**proceeds (1)**
32:24
**process (18)**
36:13;41:20,21;44: 9;
51:19;66: 8;84: 8;92:11,
12;105: 7, 8;115:17;
119:22;163:14;179: 6;
181:24;198: 7;203: 6
**produce (1)**
41: 2
**produced (8)**
43: 4;84:13;183:18;
184: 1,17,25;185: 9;
186:15
**produces (1)**
27: 9
**producing (14)**
44: 8,20,24;45: 7, 8;
59: 2;79:22;81:22;
153:18;154:12,13;
165:16;180:16;182:24
**profit (2)**
95:21;141:13;181:13
**program (2)**
82: 3, 4
**prohibit (2)**
105:12;106:23
**project (5)**
60:13,16;142: 7;
149: 7;173:16
**promise (1)**
144: 8
**promissory (6)**
14:24;16:15,24;48:23;
176:11;177:10
**promote (1)**
153:17
**promptly (1)**
201: 7
**proof (1)**
28:20

**prop (2)**
44:24;45: 7
**Propel (5)**
18:18,18;27:10;80:21;
81: 1
**proper (4)**
52: 9;97:15;102:13;
125: 6
**properly (1)**
41:14
**Properties (153)**
6:18;7:22;8: 2;11:10,
12;12:19;13: 2, 3, 4, 5;
14: 6,14,17,23;16: 1, 3,
16;18: 1,12,15;20:11,14;
21: 9;22:11;23:24,25;
24: 8;28:24;29:22,23;
32: 9;33: 5;35: 5;36: 3;
37:10;44: 8,24;48: 9,16,
21;50:14;58: 8;59: 2;
62:12;64:16;65:11,25;
66: 4, 7;67:13;70:18;
72: 9;73:24;74:13;
77:23;78: 1, 6, 8,16;
79: 9,18,20,22;80: 1;
81: 9,22;82: 8,15,25;
83: 4, 5, 6,16,17,18;
84: 4, 5, 6,19;85: 1;
88:25;90:22;91: 3,14,18;
92:13,15,15,19,25;96: 4;
102: 4,18;103: 9,14,25;
104:12,25;105: 2;
106:18,23;107: 3,10,22,
25;108:11;112:22;
114: 3, 6;117: 9,13;
118: 1;140:17,17,18,25;
142: 1, 2,17;143:24;
146: 9,12,15,17,18;
148: 7;149: 2;151: 1,12,
15,16;152: 9,18;159:19;
160: 8,11,22;162: 1;
165:21;169:14,15,16;
175:12;180:14,16;
182: 4,12;187:20,21,22;
188: 6;189:19;199:22
**property (131)**
7:14,23,24;8: 4;10:18;
15:16,18;17: 3;19:19: 5;
22: 7, 8,10,12;23:13;
24:24;27: 7,21,22;29: 8;
30: 1, 4,11,15,16;31: 6,
18;34:17;35: 8, 8,13,14;
37: 7;39: 14;40:25;41:13,
19,25;42:23;44:14,18,
20;45: 7;52:20;53: 1;
58: 1, 6, 7,10,12,13;
59:18,19;66: 6;67: 3;
72:20;77:17;82:22;
83: 6,20,21,21;84:17;
88:12;89: 8;90:17;97: 5,
8,22;98: 3;99: 8,13,18;
100:17;102: 6;103: 5;
104:22;111: 9,20,21,24;

112: 2, 5;116:25;117: 6;
118: 2;121:14,23;122: 2,
5,11,18,18;123:15,16;
124: 1, 5, 7,10;126:12;
131: 7,14;137:25;144: 5;
145:20;146:24;148:19;
149:19;151:10;153:18;
154: 7,18,22,24;155: 1,
5;156: 9;157: 3;160:20;
162:16;165: 2, 6;167: 2,
18;169:12,13;172:20;
179:23;182:10,11,24
**property-by-property (1)**
80: 9
**property's (4)**
123:20;144:11;
149:25;182:20
**proposal (3)**
144:22;180:16;181: 5
**propose (1)**
172:10
**proposed (4)**
111: 8,23;112: 1;
180: 9
**proposing (2)**
57: 7;181:20
**prospect (6)**
37:13,15;38:12;40:10;
114:17,21
**prospects (1)**
31:12
**protect (6)**
31: 9;38:18,21;77:22;
78:16;119: 9
**protected (3)**
43:14;45:14;156:19
**protections (1)**
24:13
**protects (2)**
42:17;43:22
**protesting (1)**
31:13
**prove (2)**
28:17,20
**provide (10)**
15:15;17:23;37:16;
38: 6;57:19;58:10,12,13;
59: 7;78:10
**provided (7)**
21:23;47:15;57:12;
89:15;124:24;149: 9;
195:15
**provides (2)**
172: 5,10
**providing (4)**
21:25;58: 7;164:17;
180: 2
**public (18)**
13: 8,20;14: 4,15;
15: 4, 6,12;16: 5,20;
17: 5;33:10;38:25;
39:17,20;85:24;101: 9;
119:20;140:15

**publicly (3)**
65: 2, 6, 8
**publicly-traded (1)**
99:12
**pull (1)**
24:17
**pulled (1)**
155: 6
**purchase (32)**
15:14,20;17:10;31: 5;
48:17,18,20,22,22;54: 1;
67:20;69: 5,17,23;70:23,
24;71: 3,23;72: 7, 7,13,
20;93: 4;103: 2, 3;
161:25;162: 8,10;
175:11;193:22;197: 4, 5
**purchased (1)**
140:13
**purported (1)**
30: 3
**purpose (8)**
30:25;38:16,20;83:13;
104:11;189:20;190:15,
21
**purposes (7)**
28: 5;39:12;36:34: 2;
45: 5;117:25;167: 5
**pursue (1)**
38:10
**put (27)**
26:12;40:12;45:19;
54:25;92: 6;100:23;
109: 4;115:17;122:14,
17;127: 4;128:22,24;
141: 8;142: 9,10;150: 9;
169:12;170: 1, 2;194:15,
22;195: 2;197: 7,13,18;
199:11
**puts (1)**
181:12
**putting (6)**
86:18;115:15;122:11,
21;166:19;194:15

**Q**

**qualifications (2)**
184: 6;185: 3
**qualify (1)**
114:17
**quarters (1)**
112:12
**quickly (8)**
31:24;43:17;46:15;
94: 9;95: 7, 7;156:16;
187:13
**quite (12)**
33:21;61:23;82: 3;
99: 8;127: 1;144:20;
148:11;154: 1;156: 7;
179:10;189: 9;194: 2

**R**

**raise (2)**
45:25;183: 4
**raised (2)**
70: 8;86: 7
**raises (1)**
156: 6
**Ranch (4)**
8:10;154:14,15,17
**range (5)**
76: 3;94:18,20;
116:25;121:15
**rata (1)**
19: 9
**rate (2)**
122:25;179:20
**rather (1)**
112: 9
**ratio (1)**
186:23
**raw (23)**
23: 1, 2, 6;27: 1;40:25;
41:17,18;77:23;78:12,
16,23;79: 9,24;84: 4, 5,
6;93: 4;104:17;124:21;
143:16,16;155:14,19
**re (1)**
133:17
**reaching (1)**
44:13
**read (13)**
49:19,24;72:17;75: 5,
7;76:10;77: 3;99: 2;
137:11;158:12;168:21;
174:19;195: 3
**reading (1)**
135:15
**ready (6)**
29: 6;37:16;45:21;
127:14,15;191: 9
**real (54)**
10: 5;12: 1, 2;18: 6;
21: 2, 8;24:12,21;34:21,
21;35:19;39:14;40:12,
25;41: 3;44:17;48:18;
50: 7;60: 4;62:24;63:18;
66:12;69:25;72: 8, 8;
77:12;78:14;80: 6,12;
81: 4;99:18;100:17;
107:12,16;110: 1;
112:22;114:18;131:14;
141:22,25;143:14,20;
156:22;162: 1;167: 4;
172:19,24;175: 5,12;
176:24;179:12,14,19;
183: 7
**realistic (1)**
119:17
**realistically (2)**
166:14;200: 2
**realization (1)**

HC 01279

Case 11-42042-dml11    Doc 30-37    Filed 04/11/11    Entered 04/11/11 15:34:21    Desc
Exhibit X - Part 2 - Hearing Transcript    February 3    2011    Page 111 of 118
FRE REAL ESTATE, INC., 11-42104-dml11

February 03, 2011

103: 1
**realize (1)**
  41: 5
**realizes (1)**
  156: 9
**really (23)**
  18:19;24:12;26: 3;
  27:22;29:24;32:23;
  43:19;48:12;55: 6;
  78:22;89:19;91:22,24,
  24;94: 8;109:16;111:15;
  119:16;123: 8;135:14;
  148: 1, 4;156:24
**Realty (51)**
  7:23;8: 8, 9,25;9: 5;
  12:10,11;13: 8,12,19,23;
  16: 7, 8;17:17,17,24;
  30: 9;37:21,24;38:18,24;
  51:21,23;54:14;55: 3, 7;
  56:12;58:17;65: 1, 4, 8;
  78:19;92: 4, 5;99:11,16,
  25;100:10,13,19;101:18;
  102:15,19;110:17;
  111: 2;112: 5;118:24;
  120:16,17;170:11;
  172:20
**reason (13)**
  9:23;32:11;38:22;
  54:23;77:11;104:23;
  125:17;151: 3;158:19;
  159: 8;188:13;192: 6;
  201:25
**reasonable (4)**
  37:13;38:12;129:12;
  152: 9
**reasons (1)**
  40:15
**recall (13)**
  6:20;81: 5;115: 2, 4, 7;
  145:16;156:11,11;
  161:11,14;173:17;
  175:10;186:23
**received (24)**
  7: 3;11:13;14:22;
  35: 4;63:16;67:13;68: 2;
  72: 4;80:10;89: 8;90: 9;
  106: 8;128:12,13;
  161:23;167:24;168:11;
  175: 5;178: 7;184:23;
  185: 7,19;190:25;191: 6
**receiver (1)**
  43:16
**receiving (1)**
  11:25
**recent (2)**
  185:25;188:23
**recently (2)**
  76:18;186:25
**recess (3)**
  86:11,14;139:19
**recital (1)**
  162: 4
**recite (1)**

15:21
**recognize (9)**
  48: 3;88: 2, 6, 9,11,16;
  151:24;171:14;195:13
**recollection (1)**
  62:15
**recommend (1)**
  155: 6
**reconfiguration (1)**
  154: 4
**record (11)**
  28:12;50: 4;105:20;
  113: 4;158:10,11;159: 4;
  173: 5;185:23;196:11;
  202: 6
**recorded (2)**
  35:17;58: 4
**recording (1)**
  197:10
**record's (1)**
  11:11
**recoveries (2)**
  143: 6, 9
**recovery (1)**
  94: 6
**red (2)**
  134:17;136:23
**redirect (1)**
  191:16
**reduced (1)**
  199:25
**refer (5)**
  69:11;75:19;87:21,24;
  121:22
**reference (4)**
  96: 8;104: 8;107:24;
  124:18
**referred (4)**
  146:20;158:19;
  171:21,25
**referring (7)**
  14: 7;63:18;79:15;
  109:18,21;112:12;
  177:16
**refers (1)**
  64: 4
**refinance (3)**
  37: 8;83: 3, 5
**refinanced (1)**
  18:16
**refinancing (3)**
  83: 5, 6, 8
**reflect (3)**
  53:17,17;178:20
**reflected (7)**
  54: 1, 3, 5, 6, 7;167: 9;
  177:20
**reflection (1)**
  201:22
**re-foreclose (1)**
  42:23
**refresh (1)**
  62:15

**regard (5)**
  148: 9;163:20;177:10;
  190:13;192: 8
**regarding (5)**
  29:19;76:20;107: 6;
  138: 5;169:24
**regards (1)**
  108:21
**Regis (22)**
  22: 7, 9,11;58: 6,16,
  19,24;59: 2, 4,13,18;
  83:20;84: 2;137:25;
  165: 7, 8,11;166: 8;
  172:19,20,20;175: 5
**regular (1)**
  132: 1
**rehab (1)**
  142:13
**rehabbing (1)**
  142: 6
**related (9)**
  37: 2;40:14,17;56: 5;
  60:17,24;149:23;154: 1;
  176:25
**relates (5)**
  30: 8;39:18;84:25;
  109: 9;162: 3
**relationship (6)**
  12:19;34:20;52:12;
  60:19;108:25;109:14
**relationships (2)**
  33:24;154:21
**relative (1)**
  120:15
**relatively (2)**
  30:20;152:22
**releasing (1)**
  142:13
**relevant (1)**
  196: 5
**rely (4)**
  133:17;138:16;
  159:12;163:24
**remain (1)**
  33:24
**remainder (1)**
  117:11
**remains (1)**
  156: 5
**remarks/argument (1)**
  45:18
**remember (12)**
  73:19;76: 3;87: 8, 9;
  107:14;114:24;121: 2;
  137: 4;138: 3;145:12,13;
  148:18
**renamed (1)**
  35:16
**rent (9)**
  52:13,17;132: 3, 6,10,
  16,20,21;142:10
**rental (1)**
  131:13

**rents (2)**
  131:25;173: 3
**rent's (2)**
  131: 9;132:14
**reorganization (8)**
  36:12;40: 7,10;93:20;
  94: 3;119:22;142:16;
  163:14
**reorganizational (1)**
  40:14
**reorganize (5)**
  37: 5;40: 3;81:15;
  82:23;125:20
**repeat (2)**
  108: 8;178:18
**repeating (2)**
  57:16;169: 7
**repeats (1)**
  197:19
**repetitive (5)**
  26:22;85:13;101:20;
  118: 9;178:25
**rephrase (1)**
  128:16
**replacing (1)**
  122:20
**report (1)**
  39: 8
**REPORTER (1)**
  202:21
**reporting (1)**
  166: 5
**represent (10)**
  34:15;40:22;64:18;
  82:20;87: 3;121: 3;
  189:23;194:18;195:11,
  23
**representations (1)**
  162:21
**representative (9)**
  4:19;45: 3, 3;69:16,
  17;115:22;193: 4,14;
  203: 5
**representatives (1)**
  193:11
**represented (3)**
  64:14;65:10;90:24
**representing (5)**
  5:18;20:21;22:24;
  112:21;164: 1
**represents (2)**
  65:24;70:17;162:24
**request (1)**
  126:11
**requested (3)**
  25:21;50:25;78:13
**requesting (1)**
  182:17
**require (1)**
  131:25
**required (1)**
  59:12
**requirements (1)**

6:24
**requiring (1)**
  195:17
**reservations (2)**
  184:19;188:24
**reserve (3)**
  45:17,19;199:16
**resold (1)**
  142:11
**resolutions (2)**
  176:21,24
**respect (18)**
  12: 9;17:10;18:12;
  24:21;27:19;55:17;
  70:22;78: 1;79:24;
  80:11,17;142:16;
  143:15;150:24,25;
  155:18;188:13;200: 5
**respective (2)**
  8: 3;18: 7
**respond (1)**
  131:22
**response (2)**
  26: 4;182: 2
**responsibility (1)**
  92:24
**responsible (1)**
  114: 2
**rest (4)**
  22:16;64:22;95:13,14
**restructure (2)**
  37: 7;114: 3
**restructuring (2)**
  12:21;21: 3,12;38: 2;
  40:11;50:17,20,24;51: 2,
  12,15;60:24;61:11,12;
  85: 5, 6,16;100: 6;
  101: 6;102:11;103:12,
  23;108:13;120: 4;
  131:23;142:24;143: 1
**result (2)**
  136:13;198:17
**retain (2)**
  59:18;128:11
**retained (1)**
  50:16
**retainer (5)**
  128:10,13,20;129:17,
  18
**retainers (1)**
  129:15
**retenanted (1)**
  142:10
**retention (2)**
  59: 7,13
**retired (1)**
  61:23
**return (3)**
  18: 1;181: 9,11
**revealed (1)**
  80:20
**revenues (2)**
  22:12;58:20

**reverse (1)**
116:12
**review (5)**
105:21;107: 2;184: 4;
186:19,21
**reviewed (3)**
76: 7;133:10;139: 2
**revitalized (1)**
32:16
**Revocable (5)**
5:23;76:17;130: 8,15;
137:10
**Rhode (1)**
142: 7
**Richard (1)**
50: 6
**Rick (1)**
165: 3
**Ridgepoint (3)**
8: 7;155: 2, 9
**Ridgewood (2)**
122:12;123:17
**ridiculous (1)**
196:17
**right (212)**
6: 3;7:25;9:12;10:24;
11:23;12:18;13: 7,16,16;
15: 5, 8;17: 1;20: 4, 9;
27:25;28: 3,22;31:17;
33:11;35: 6;43:23;
45:15,25;47: 8;48: 6,13;
60: 2;62:13;63: 3,25;
64: 4;71: 8;73:15;74:11;
77:14;81:22;85:25;
86: 6,11,16,22;87: 9,18;
90: 7,13,18,19;91:10;
92:21;93:14;95: 7;
96:24;97: 8, 9,17,17,24;
98: 4, 5, 7,21;99: 2, 3, 7;
102:20;103:11;104: 3,
19;105:13,17;106:19;
107: 4,12,19;108:11,17;
109: 5,10;110:13,19;
111: 9;112: 7,17,22;
113:22,24;114: 3,11;
116:11,15;117:23;
118:18,19;120: 8, 9;
121:21,25;124:23;
125:24;129:18;130: 1;
132:12;133: 6, 9,22;
135:10;136: 1, 8,12,13;
139: 6,13,14;141:18;
144: 7,16;145: 2,14,19,
25;146:11;148: 6,12,14,
25;150: 8, 8,23;151: 7;
152:16;153:18;154: 5,
12,20;155:10,16;158:14,
21;160:10,15,21;161: 2,
10,24;162:12,15,20,20;
163:17,23;164: 4, 4,15,
18;166:10,21;167:10,12,
19;168: 5,15;169: 9;
170: 4;171: 1,16,23;

172: 9,13;173: 4,25;
174: 4,4;175:21;176:10,
15;179: 8;180: 6,12;
181:18;182: 6;183:13,
21;185:14,16,17;186: 3,
16,19;187: 4, 6,10,24;
189: 1, 2,11,13;191: 1, 4,
7,12;192: 2;193: 1;
195:20;197:10;199: 3, 4,
16;200:22;201:19;
202:18,22;203:15
**right-hand (1)**
19: 1
**rights (2)**
36: 5;122:18
**rise (2)**
86:13,15
**rising (1)**
156: 6
**River (1)**
151: 6
**RL (3)**
115:23;149: 5, 5
**RMR (5)**
4:22;75:13,17;188:17;
189:19
**road (4)**
52:22;97:13,15;
122:10
**Roberts (4)**
125: 1, 6,13;126: 1
**rocket (1)**
195:10
**role (5)**
61:12;110:17,20,23;
116: 2
**rolls (4)**
53:23;111:16;117:20;
169:20
**roughly (18)**
6:19;10: 8;18:13;
40:23;64:10;68:18;
74: 1;75:10,16;76: 1;
97: 8;121: 5,10,13;
122: 1,24;124: 3;144:23
**Roundstone (1)**
127:23
**rule (1)**
131:25
**ruled (1)**
7: 7
**rules (2)**
71: 2, 3
**ruling (2)**
42:10;198:12
**rulings (1)**
7: 8
**run (7)**
22:20;37:10;55: 7;
60:24;91:24;141:18;
165:16
**running (2)**
97:18;145:16

**runs (1)**
97:12
**rushed (1)**
47: 3

**S**

**SAKONCHICK (2)**
5:12,13
S-A-K-O-N-C-H-I-C-K (1)
5:13
**salary (5)**
21:18,19;50:22,25;
51: 1
**Salcido (3)**
200: 7;203:21,22
**sale (19)**
27: 6;29:12;98: 8,20;
111: 9,12,13,23;112: 1;
117:12,19;124: 5,20,25;
126: 7;152: 9;153: 9;
156: 4;181: 9
**sales (10)**
37:14;62:23,23;63: 2;
80: 7;98:15;143:15,16;
152: 1;169:13
**same (36)**
20: 7;21: 6, 8, 9,11;
22:10;23:22;33:18,25;
34: 3;40: 8;44: 4;49: 5;
56:11;59: 4;66:24;67: 2;
70:17;76:14,15;96:14;
113: 2, 8;146: 2;156: 7;
170: 3;171:15;174:16;
175:22;180:19;182:12;
185: 3,12;188:24;
194:14;203:11
**sat (1)**
149: 5
**satisfied (1)**
30:22
**satisfy (3)**
108: 5;164: 6;169:16
**save (1)**
105:19
**saw (8)**
44:22;48:11;66:20;
75: 8;76:10,20;86:20;
144: 3
**saying (19)**
12:24;24: 7;25:24;
29: 6,10;31: 5,19;48:15;
52:18;54: 9;91: 5;95:24;
147:17;155:11;175: 8;
182:22;190: 5, 5;203:10
**scattered (1)**
158: 3
**scenario (1)**
144:15
**scene (1)**
161: 1
**Schedule (31)**
20: 1;28:14;30: 7;

58: 1;61:10;62: 7, 8;
63:15;75:19;80:20;
81: 2;89:25;104: 5, 9;
107:24;134:18;135: 5,
11;136:22;138: 4, 9,23;
147: 7, 9;153:19;159:18;
170: 5, 9,13;171:10;
187:22
**scheduled (4)**
9:25;91: 6;134: 2;
200:12
**schedules (34)**
9:10;18:17;19:14;
24:10;28:13;54:10;
57:12,20;77: 5;89:13,20;
90: 8,22,24;113: 8;
133: 7,10,15;134: 1,16;
135: 1, 9;138:12;139: 1,
2;163:18,21,21,25;
164: 4;168:12;169: 5;
192: 8,11
**scheduling (1)**
201: 3
**school (1)**
151: 9
**Schotz (1)**
5: 6
**scientist (1)**
195:10
**scope (2)**
56:10;68:13
**scorecard (1)**
18:10
**screw (1)**
98:19
**seated (1)**
86:16
**second (18)**
26:21;36:13;37: 1;
38:13;53:14;71:17;
73:14;97: 1;106: 4;
111:15,16;113: 9;
117:22;118: 3;123:13;
150: 7;155: 9;181:14
**secondary (3)**
53:24;117:16;169:21
**section (4)**
24:19;72:22;162:24;
166:22
**secured (38)**
5: 7,14,19,8: 3;9: 9,11;
19: 7,18,25;20:11;23:13;
25:23;26:25;28: 1,14,25;
30:11,19;31:19;32: 7;
40:24;44: 6;53: 7,24;
63:20,24;64:15;67: 3, 6,
14;73: 2;77:16;104:12;
110: 6;112: 4;117: 5;
157:18;169:21
**securing (1)**
107: 9
**security (2)**
107: 3;111:20

**seek (5)**
76: 4;113:13;153:10;
195: 7, 9
**seeking (2)**
10: 1;59:22
**seeks (1)**
40: 4
**seem (5)**
31:17;38: 1;118: 8;
195:10,18
**seemed (1)**
64:19
**seems (6)**
158:10;187: 8;189: 8;
195:24;199:20,23
**sees (3)**
18:17;19:24;49: 3
**segregate (2)**
83:18;157:16
**segregated (1)**
83:17
**select (2)**
92:11;151:17
**self-inflicted (1)**
33: 3
**self-sufficient (1)**
180:11
**sell (23)**
17:17;37: 7;80: 1, 6;
82:25,25;84:11;118: 2;
123:10,11,25;126:12;
156:18
**seller (25)**
10: 7,14;16:13,24;
18: 2;21:14;23:17,19;
34: 4;48:24;49: 5;53:12,
13,13,15;64: 5,10,14;
65:22;66: 3;73:22;
162:22,24;169:10,24
**seller's (2)**
85:21;162:14
**selling (5)**
62:24;66:12;83:16;
140:24;141:22
**send (5)**
125: 2, 4, 5;186:17;
203:25
**sending (1)**
200:21
**sends (1)**
11: 3
**Senlac (4)**
147:25;148:12,13,13
**sense (8)**
22: 6;31:21;92:23;
94: 1;100:22;189: 4;
200:21;201:20
**sent (8)**
41:13;125: 2, 3, 6;
177:17;178: 9,19;186:18
**sentence (5)**
72:17,22,23;73: 6,10
**separate (6)**

HC 01281

Case 11-42042-dml11 Doc 30-37 Filed 04/11/11 Entered 04/11/11 15:34:21 Desc
Exhibit X - Part 2 - Hearing Transcript February 3 2011 Page 113 of 118
FRE REAL ESTATE, INC.; 11-30210-bjh11

February 03, 2011

64:24;114:11,16;
126:19;143:23;157: 6
**separately (2)**
83:18;156:23
**sequence (1)**
47: 7
**series (1)**
33: 5
**serious (4)**
29:10;40:17;184: 3;
200: 6
**serve (3)**
147:18;157:24;160:17
**served (3)**
85: 6;158:20;182:12
**service (1)**
163:19
**servicer (1)**
5: 7
**Services (21)**
18:18;21:19,24;23:21;
34:16;35: 9;37:14;
55:20;56: 8,14,16,20;
57:20;58: 7,10,13;59: 8;
80:22;83:11,15;128:20
**serving (1)**
85: 5
**set (20)**
6:16,24;7: 1;25:18;
38:18,23;42: 6;43:10;
47:13,15,19,21,23,24;
100:21;139: 7;159:23;
202: 9,20;203:16
**sets (1)**
11:19
**seven (5)**
122:24,24;179:21;
180:22;181:10
**seventeen (2)**
140:11;170:24
**seventy (1)**
144: 1
**seventy- (1)**
145:16
**seventy-eight (1)**
144: 1
**seventy-nine (1)**
144:13
**seventy-three (2)**
145:16;156: 9
**seventy-two (4)**
27: 3;28: 2;30:10,17
**several (12)**
37:11;38: 5,12;79:25;
82:16;134:17;160:13;
164:22;170:19;171:22,
25;178:20
**sewer (1)**
97:23
**Shale (1)**
92: 1
**shall (1)**
72:18

**share (3)**
17:13;19: 9;68: 5
**shared (1)**
179:11
**shareholder (1)**
61: 6
**shareholders (6)**
16: 5;39: 8,19,20;
99:16,22
**shares (2)**
44: 4;157: 9
**sheet (3)**
62:22;137:10;170: 8
**shell (1)**
15:19
**Shelley (4)**
126: 8;164:22,23;
193: 4
**shocked (1)**
44:16
**shop (1)**
29: 3
**shopping (5)**
61: 3;140: 8,13,14;
142: 2
**short (2)**
86:11;179: 9
**shortly (1)**
11:22
**show (15)**
25:20;27:12;28: 7;
29: 2,14;30:23,25;31:15,
16;32: 1;149:13,14,19;
178:10;190:17
**showed (4)**
62:22,22;64:24;177: 9
**showing (1)**
190:15
**shown (5)**
12: 7, 8;64:21;71: 7;
167: 7
**shows (3)**
9:11;88:11;160:11
**Shuman (1)**
33: 8
**Shumate (6)**
15:25;16: 2, 4;61:21,
25;96: 5
**sic (3)**
33: 8;81: 1;134:12
**side (11)**
17:25;32:22;34: 7;
82:21,21;139: 5;146:23;
150:20;181:16;199:13,
14
**sides (1)**
188:11
**Sidney (7)**
5:23,23;130: 8, 8,14,
15;137:10
**sight (2)**
198:10,17
**sign (8)**

77: 5;122:12;137: 1,
19;172:23;174:11,12;
175: 7
**signage (1)**
122:10
**signature (2)**
164:24;172:23
**signed (18)**
21: 4;29:16,25;77:12;
133: 7,16,20;137:14,25;
138:12;163:21;164: 6;
173:15,17;174:20;
176:25;177: 1;193:23
**significance (1)**
30:19
**significant (4)**
41: 2;44: 3;144: 3, 4
**significantly (2)**
122: 6;123: 5
**signing (4)**
133:11;137: 5;163:25;
164:10
**signs (3)**
122:20,21,21
**silence (1)**
35: 2
**similar (6)**
41:11;56:19;64:20;
74: 3;143:16;150:25
**Similarly (1)**
9: 3
**simple (1)**
42:11
**simpler (4)**
59:14;189: 8;192:16;
198:21
**simplified (1)**
194: 7
**simplify (2)**
198: 7, 9
**simply (5)**
15:21;122:25;169:12;
178: 3;181: 1
**single (6)**
24:12;67: 2;91:14;
139: 3;156:22;157: 3
**sit (4)**
46: 1;82:11;109:13;
132: 2
**site (3)**
92:14,14;150:20
**sites (1)**
92:12
**sits (1)**
147:24
**sitting (6)**
49:15;82: 4;128:14;
144:16;164: 4;203:20
**sittings (1)**
200:13
**situation (6)**
12: 1;36: 2;38: 8;
41:10;42: 7;95: 5

**six (6)**
6:11;26:25;34:16;
123:14;180:22;196:18
**sixteen (3)**
25: 9;141:12;154: 4
**sixth (1)**
155: 2
**sixty-five (2)**
71:14,15
**sixty-one (1)**
76:25
**size (1)**
27:24
**sizeable (1)**
19: 3
**sizes (1)**
101:10
**small (6)**
152:21,21,22;154: 7;
155: 1;168:22
**Smith (2)**
4:22;141:15
**sniffings (1)**
155:20
**so- (1)**
197: 4
**so-and-so (4)**
193:23,23;194:16;
197: 5
**soft (4)**
53:14;111:15,15;
113: 9
**sold (7)**
11: 7;12: 3;19: 6;
53: 2,20;104:18;141: 9
**sole (2)**
51:17;133: 4
**Somebody (12)**
11:14;12: 6;31:17;
105: 4;113:14,15;115: 3,
5;120:12;154: 6,18;
181:16
**somehow (1)**
44:17
**someone (2)**
101:23;146:20
**sometime (1)**
203:16
**sometimes (1)**
127:10
**somewhat (2)**
117: 4;144:14
**somewhere (2)**
147: 8;157:13
**son (5)**
126:19;127: 4, 5, 6,16
**sophisticated (1)**
33:23
**sorry (37)**
12:18;20: 6;25: 6;
35: 1;46:21;52: 6;55: 2,
22;57:17;58: 5;66: 2;
69: 9;70: 9;72:22;73: 6,

12;86:21;88:15;96:17;
128: 6;135:18;136: 9;
139:22;147: 2;152:13;
154:15;160:20;
168:24;170:23;170:6;
185:20;188: 8;191:18;
192:22;197:23;198:15
**sort (7)**
11: 5;18:10;41: 7;
42:21;48:15;104:18;
115:12
**sought (2)**
112:11;153: 9
**sound (2)**
23: 3;99: 5
**source (2)**
120: 6, 8
**South (4)**
60:24;61: 2, 4;181:16
**Southmark (3)**
102:23;140:12,15
**space (3)**
51:20;52:13;154: 5
**spaces (1)**
154: 3
**spare (2)**
139:13;198:23
**speak (8)**
24:20;26:17;58: 3;
151:22;178:14;180:13;
189:25;200:22
**SPEAKER (6)**
86:21;161:19,19,
23,24,25
**speaking (2)**
127: 2;144:25;165: 7;
179:14;180:10,10
**special (1)**
5: 7
**specific (11)**
37:19;42: 6;54:22;
89:16;92:24;93:18;
118:17;133:18;153:25;
154:25;158:17
**specifically (6)**
53:18;55:19;80: 9;
138: 3;142:21;192: 7
**specifics (1)**
133: 3
**speculate (1)**
99:21
**speed (5)**
135: 1;184: 7;187:25;
201: 9,12
**spend (4)**
146:14;195:17;
197:17,21
**spending (1)**
142: 6
**spent (3)**
157:12;197: 6;19.
**spoke (2)**
121:24;158:22

HC 01282

Case 11-42042-dml11    Doc 30-37    Filed 04/11/11    Entered 04/11/11 15:34:21    Desc
Exhibit X - Part 2 - Hearing Transcript    February 3    2011    Page 114 of 118
RE REAL ESTATE, INC., 11-42102dml11

February 03, 2011

spoken (1)
    45: 9
sponsor (1)
    31: 5
spread (1)
    92: 7
spreadsheet (4)
    62:11,15;63: 7;96:14
spurred (1)
    92: 2
square (17)
    144: 6,22,22;145: 4,
    10,12,17;147:14;148: 5;
    150:15,18,22;153: 3, 4,
    23,24;179:15
Staber (19)
    5:22,22;20:21;130: 7,
    7,11,13;131:22;133:24;
    134:14,23;135: 2,20;
    136: 2,24;137:13;
    138:18;139: 4;163: 9
Staber's (1)
    25:24
staff (3)
    4:11;202: 9,14
stand (4)
    49:15;118:16;175: 1;
    201: 3
standing (3)
    37:15;87:11,12
standpoint (4)
    83:20,23;164: 8;
    180:24
start (3)
    31: 2;46: 3;148: 6
started (4)
    12:24;140:19;179: 6;
    181:15
starting (6)
    33:21;72:18;73:13;
    140: 6;146:16;181:24
starts (2)
    4: 2;201: 1
State (7)
    5:18;34:14;43:15;
    50: 4;76:22;127: 9;
    196:11
stated (3)
    37:14;84:22;120:13
statement (16)
    8:12;9:14;31:11;34: 7;
    57:13,21;77: 6;89:25;
    90: 8;93:23,25;94: 2;
    114: 4;168:19;177: 9;
    188:13
statements (23)
    45:19;89:13,20;
    133: 7,10,16;134: 1,17;
    169: 5;177: 4,9,16,17,
    20;178: 6, 9,13,14,17,19;
    179: 1;192: 9;202:11
status (2)
    107: 9;143:20

stay (10)
    9:21;24:20;34:25;
    42: 5, 8,21;43:15;76:13;
    81: 7;202: 9
stayed (1)
    77:15
stays (3)
    83: 1;156: 4,17
step (9)
    36:13,15,22;37: 1;
    58: 2;82:21;120: 7;
    153:12;182: 5
step-by-step (1)
    81:17
steroids (1)
    7:13
Steve (2)
    5:12;193: 4
Steven (1)
    164:22
stick (2)
    52:19;57:15
sticking (1)
    194:20
still (11)
    6: 6;29:17;41: 7;44: 3,
    10;47:18;129:12;
    136:18;190:23;192: 4;
    193:20
stipulate (9)
    105:23;134:25;135: 3;
    137:12;194: 3,19,20,21;
    196: 3
stipulated (2)
    28: 5;199:24
stipulation (11)
    11:19;47:18;193:20,
    21;194: 7,16;195:25;
    197: 2,10,18;203: 6
stipulations (5)
    193: 7;194: 1;195:15;
    196:17;201:23
stock (9)
    11: 8;15:16,20;17:11;
    39: 4;41: 3, 5;110: 1;
    157:10
stole (1)
    148:21
stood (1)
    122: 9
stop (5)
    31: 1, 2;41:23;187: 8;
    191: 8
strange (1)
    44:17
strategy (2)
    38: 6;100: 6
stream (3)
    83: 6, 7;167:17
street (2)
    97:24;147:24
streets (2)
    97:18,20,23;149: 9

strike (1)
    163: 4
Stromberg (16)
    6: 4;34: 8, 9,11,14,14;
    35: 7;40:19;41:11;
    106:11,13;118:10,14;
    120:23;200:24;201: 8
Stromberg's (1)
    9:21
structure (7)
    33:14;53:19,19;60:15;
    112:15;181:19,19
structured (5)
    42:17;111:14;141:10;
    156: 2;162:17
structuring (1)
    183:14
struggle (1)
    32:19
stuck (1)
    122:13
studied (1)
    75:21
study (1)
    114: 7
stuff (7)
    48: 4;148:21;194:16;
    195:10;196: 4;197: 9,21
Stutzman (1)
    5: 2
subject (12)
    8: 2;17:20;18: 4;67: 3,
    13;74:17;77:25;78:24;
    90: 3;128: 8,14;202:24
subjects (1)
    85:11
submit (2)
    132: 7;176: 8
submitted (6)
    88:13;20;93: 8;112: 2;
    126:11;144:21
subordinate (3)
    54:11,18;55: 3
subordinated (4)
    18: 4;54:14;73: 2;
    172: 6
subpoena (1)
    193:10
subsequent (8)
    10:14;13:17;20:10;
    57: 7;73: 5, 8;109: 5;
    174:11
Subsequently (1)
    92: 8
subsidiaries (2)
    8:24;14: 5
subsidiary (3)
    9: 2, 2, 5
subsidize (1)
    180:18
substantial (3)
    129:12;148:17;195:19
substantially (2)

156:14,15
substantive (2)
    19: 8;36: 4
subtract (2)
    39: 1;116: 9
success (19)
    23:12,12,18;52:22,25;
    53: 1;59:21,23;94: 5,19;
    95: 9,10;103: 6;108: 7,
    21;109: 9,14;110: 4;
    193: 9
successful (1)
    44:12
successors (1)
    27:11
sufficient (1)
    143: 9
suggesting (3)
    54:11,12;65:23
suggests (1)
    25:17
suit (1)
    101:23
summarize (2)
    101:21;177:21
summary (13)
    19:14,19;49:18;91: 5;
    154:13;160:17;177: 6;
    178: 3, 3, 4;187:19,22;
    189:25
Sunchase (2)
    58:24;102:17
sundry (1)
    85:20
sunny (1)
    5: 9
super (1)
    36: 3
supervise (1)
    61:15
supplied (1)
    160: 7
support (12)
    39: 6;43: 9;76:13;
    78:22;79: 2;84: 3, 6;
    94: 2;144:20;180: 2,23;
    192:17
supported (1)
    75:23
supports (1)
    75:13
supposed (2)
    125: 4;131:12
supposedly (1)
    44:18
supposition (1)
    196:12
sure (35)
    9: 9;10:17;11:22;
    12: 5;14:22;34: 1,25;
    36:18;45: 6;49:14;
    62:16;80:25;82: 9;91: 3;
    96: 8;104:10;107:25;

110:21;115: 7;124:14;
    129:11;133:10;153:13;
    164: 9,11,14;166:21;
    182: 4;184: 4;188:16;
    189: 9;190: 4;196:13;
    197:10;202: 6
Surely (2)
    33: 3;39:16
surmise (1)
    7: 2
surprised (6)
    5:25;44:12,14;90:25;
    125: 8,15
suspect (2)
    36:17;86: 2
sustain (1)
    178:24;183: 5
Sustained (13)
    56: 4;69:15;74:25;
    77:20;78: 5;79:17;
    81:13;85:14;94:15;
    99:23;118:13;138:20;
    163:11
sustaining (1)
    118:11
Switching (1)
    126:14
sworn (2)
    45:25;46: 2
Sydney (1)
    76:17
syndrome (1)
    36:24

**T**

tab (2)
    136:23;166:23
table (2)
    139:21;141: 2;182: 5;
    203:20
talk (13)
    24:17;36: 7,15;94: 5;
    103: 8;108: 7;111: 8;
    112: 3, 8, 9,114:17;
    165:18;181:24
talked (17)
    30: 6;32:13,14;35:24;
    70:12;77:21;85:11;
    94:24;105:16;115:20;
    118:16;127:22;131:17;
    146:15;149:11;152:17;
    182: 1
talking (19)
    29: 9;36:25;67:11;
    71:24;79:20;88: 4,17;
    103:18;104:17,17;
    123: 7, 8;164: 7;169:11;
    171:21;172: 3;181:15;
    182: 9,11
talks (3)
    36:23;97: 5;203:21
tasks (1)

HC 01283

22:19
**tax (10)**
  18:16;23:15;27:11;
  35:13;81: 1;126:20,21;
  127: 8,9;149: 8
**taxes (18)**
  18:11,14,19;19: 8;
  23:13;27:12,14;53: 5;
  80:18,24;81: 3;104: 2, 6;
  107:18,19,23;108: 1, 5
**TCI (25)**
  6:18;7:21;8: 3, 3, 5, 6,
  6, 7, 7,10;44:14;48: 8,
  16,17,21;64: 1;70:17;
  72: 8;73:23;74:13;
  157:21;158:15;162: 1;
  175:11;193: 4
**TCI/ARL/IOT (1)**
  111:11
**technical (1)**
  57:14
**technically (1)**
  32:15
**telephone (1)**
  41:22
**Teleport (1)**
  157: 8;180:15,19
**telling (6)**
  54:12;91: 1;97:20,21;
  109: 6;170:20
**tells (1)**
  71:10
**Temple (6)**
  93:10,10;124:20;
  126:21;157: 8;187:17
**ten (4)**
  93:10;140:17;181:11,
  12
**tenant (7)**
  123: 4;145: 3, 4,11;
  156: 8;180: 2, 5
**tenants (5)**
  79:19;122: 6, 6;
  154: 2;166: 7
**tenant's (1)**
  180: 4
**tenants-in- (1)**
  35:10
**term (4)**
  58:12;90:21;94:18;
  102:16
**terminal (2)**
  36: 8;38: 7
**terminology (1)**
  111:11
**terms (7)**
  85: 5;94:17;103: 8;
  151:22;173: 1;178:17;
  193:21
**terribly (4)**
  44:13;125:16;186:12;
  187:11
**territory (1)**

**35:20**
**test (2)**
  37: 4;135:25
**testified (11)**
  4: 5;21:23;23:11;
  45: 4;53:15;121:18,19;
  123:20;125:25;126: 1;
  152: 4
**testify (6)**
  52:21;64:13;89:16;
  111: 5;186:10;193:15
**testimony (18)**
  49:17;69: 4,11,12;
  72:15;115:22;122:20;
  124:19;125:18;126: 1;
  132:15;161:12;169: 6;
  171:25;173:14,23;
  189:25;190:11
**tests (1)**
  36:19
**Texas (24)**
  6:18;7:21;23:15;
  24:16;34:15;48: 9,16,21;
  70:17;72: 9;73:23;
  74:13;76:22;93:10;
  97: 6;107:16;121:11;
  124:21;140:12;162: 1;
  175:11;187:18,19;193: 4
**that's (1)**
  28:18
**that'll (3)**
  28:24;122:21;128:21
**Theirs (1)**
  151: 8
**theme (1)**
  28:25
**theory (1)**
  37: 4
**thereafter (1)**
  37:17
**therefore (1)**
  199:24
**there'll (1)**
  23: 5
**Thermalloy (15)**
  144:10;147: 5, 7,12,
  13,17,21,23;148:10,14,
  23;152:17;157: 7;
  180:15,18
**Thermalloy's (1)**
  157: 4
**thinking (4)**
  19: 3;94:17;160:18;
  201:20
**third (4)**
  38:15;82: 8;118:18;
  165:24
**third-party (8)**
  58:23;82:18;83:22,24;
  84: 1;137:22;166: 4, 9
**thirteen (2)**
  123: 1;144:23
**thirty (6)**

**60:20;62: 1;165:13;**
  191:16,16,20
**thirty-five (2)**
  61:20;102:24
**thirty-nine (1)**
  140:23
**Thornwood (3)**
  8: 7;187:17,17
**thorough (1)**
  198:11
**though (7)**
  31:15;37:20;40:22;
  42:11;125: 3;143: 1;
  144:14
**thought (8)**
  30: 7;44:10;49:11;
  56:24;64:13;104:17;
  118: 6;203:10
**thousand (3)**
  15:15,21;180:22
**three (16)**
  4:23;22:12;41:19;
  58:20;64: 2;80:11;
  118: 6;156:18;169:14;
  173: 3;181: 4, 8;182: 3;
  184:18;193:17;199: 8
**throughout (2)**
  48:14;129: 3
**tide (1)**
  156: 6
**tie (1)**
  177:11
**tied (3)**
  92:10;104:24;123:12
**tightening (1)**
  123: 6
**till (1)**
  203:16
**timely (1)**
  131:13
**times (5)**
  27: 8;118: 7;124:18;
  171:22,25
**timing (1)**
  184: 6
**title (1)**
  61:14
**titles (1)**
  35: 5
**today (11)**
  4:10;21: 2;22:18;
  77:22;87: 4;91:20;
  99:22;132: 2,13;152: 2;
  157:10
**today's (3)**
  129: 7,16;185:25
**together (11)**
  22:19;26:13;32: 7;
  116:16;122:15,17;
  141: 8;153:16;155: 7;
  157:15;166:19
**told (21)**
  6: 5;21: 4, 5;56:22;

**66:18;75:24;76: 6;**
  111:19;112:15;115: 1, 7;
  133:21;148:19;149: 4;
  161: 6;167: 2;194:19,21;
  197: 7;201: 6;203:22
**Tollway (1)**
  152:23
**tomorrow (1)**
  132:18
**tonight (1)**
  186: 8
**took (15)**
  12:20;31:15,17;35:16,
  18;40: 3;68:22;86:17;
  140: 8,13,17;141: 5;
  151:18;173:14;178:25
**top (7)**
  23:14;36:22;146:16;
  160: 1;162:22;168:21;
  171: 3
**topics (1)**
  139: 7
**tore (1)**
  142: 8
**torn (1)**
  148: 3
**total (15)**
  10: 8;18:21;28:16;
  64:10,12,13;91: 1, 2;
  128: 3;171:14;180:22;
  181:10,11;191:17,19
**totally (2)**
  65:12;75: 8
**touch (2)**
  35:23;38:17
**touched (3)**
  39:25;146:15;152:16
**Tough (2)**
  34:11;196: 1
**toward (1)**
  169:18
**tracking (1)**
  198:19
**tracks (1)**
  32: 8
**tracts (2)**
  157:22;158: 2
**trade (16)**
  17:20;19: 2, 3, 4;
  23:16;30:10,14,15;
  48:12;53: 9;135: 8,13,
  22;136: 3;138: 5;162:14
**traded (3)**
  65: 2, 6, 8
**trading (1)**
  157:10
**training (2)**
  66: 6, 7
**transaction (9)**
  17:12,14;34: 5;67:17;
  71:19;72: 3;141:13;
  146:10;176:25
**transactions (10)**

**11:20;21:14;36:22;**
  55:14;61: 8,16;66:18;
  67:11;113:17;114:10
**Transcontinental**
  7:23;8: 2, 4,25,
  9,11;13: 8;16: 8;17:16,
  17,24;21: 7;22:22: 4,15;
  35:15;37:21,24;38:18,
  24;39:13,15,19;41: 3;
  48: 8;51:21;54:13;55: 2,
  7;56: 1, 6, 9,11,15,24;
  58:17;60: 1,18;65: 4;
  66:16;78:18;92: 4;
  110:17,22;111: 2, 5;
  112: 5;118:24;119: 2;
  120:16;127:21;128: 1;
  130:22;132:24;133: 2;
  134:10,12;193:10,18
**transfer (29)**
  8: 8;13:24;17:10;
  20:17,18;26: 5;35: 4,17;
  42: 2;48:16;66:24;
  100:14,20,25;101: 8, 9,
  13,15;102:13;103: 1;
  105:22;106: 7,23;
  116:10;127:12;132:25;
  169:19;194:17;196:14
**transferee (3)**
  10:14;13:17;26:10
**transferees (1)**
  13:13
**transferor (42)**
  7:14,17,17,18;
  10: 4,11,12,13,15,19;
  11: 3, 8;12: 8;13:15: 7,
  19;17: 6;18:15;21:24;
  45: 4;55:17;56:20;
  58:11;59: 1;60: 1;62: 3,
  24;66:17;67:21;68: 2, 3,
  9,10,17;73:17;85:21;
  100:20;193: 9;194:18;
  195:21,24
**transferors (3)**
  10: 6;11:13;112:21
**transferor's (1)**
  64:21
**transferred (45)**
  5:19;7:14,22,24;8:11;
  10:11,12,11: 9;12:12,25;
  14: 7,16,24,15: 6,17;
  16:17,18;17: 5;29:10,15;
  32:22;39: 9, 9,11;46:11;
  64:20;67:12;68: 3, 9,11;
  85:22;89: 1, 8;98: 3;
  99:12,18;100:16;
  101:12;104:13;107: 4,
  22;117: 1;126:24,25;
  160:22
**transferring (2)**
  10: 5;14:25,25;15:
  20;67:24
**transfers (29)**
  6:15;9:23;14:12,13;

24:23;28:23;29: 4;
31:15;34:22;39: 5;
48:17;53:16;62: 2, 5,23;
63:15;66:21;67: 6,13,17;
69: 2;74: 3,22;102: 3;
106:22;107: 7;161:11;
162:16;198:18
translation (1)
96:19
transposed (1)
91: 7
traveling (1)
200:12
Travis (1)
27: 1
treat (3)
108:25;117:24;169:10
treatment (3)
169:24;172: 6,10
trees (1)
194: 7
trial (2)
200:16,25
tried (4)
6:17;20:25;105:12;
124: 6
Trinity (2)
148:15;151: 6
triple (2)
130:22,24
trophy (2)
154: 6, 6
trouble (3)
140:23;141:25;195:14
troubled (1)
140:17
true (22)
13: 7;34: 4;58:22;
63: 7;69:16;80:10;
105:22;138:24;139: 1, 3;
156:24;157:17;158:25;
163: 6;164: 1, 7;168:13,
20;172:18;175:13;
190: 2,17
truly (1)
40:13
Trust (27)
5:18,23;8:10;9: 3, 3, 5;
13:12;28:24;30: 9;
34:17;71:24;76:15,17;
84:14;92: 5;99:11,17,25;
100:10,13;101:19;
102:15;120:17;130: 8,
15;137:10;170:11
trusted (2)
138:16,17
trustee (4)
5:23;130: 8,15;160: 8
truth (2)
125:21;190:10
try (16)
26:12,22;32:23;33: 2;
87:24;96:20;102: 4;

105:19;119: 6;123:25;
135:20;180: 5;187:13;
200: 3, 8;201:20
trying (20)
14:22;33: 4;41: 7;
83: 7;84: 8, 8,11;101:21;
119:16;120:15;135:24;
150:20;153: 6;157:11;
166: 6;189: 9;193: 6, 7;
197:21;201: 7
Tuesday (3)
6:12;29: 7;200: 7
turn (16)
10:19;89:10;97: 1;
122: 5;136:22;145:21;
161:24;162:20;168:12;
169: 4;170:16;172:13,
14;176:18,23;177: 3
turnaround (1)
12:21
turned (1)
96:25
turning (5)
87:17;168: 1;179:12,
14,19
turns (1)
157: 5
twelve (2)
123: 1;127:10;150:22
twenty (4)
108:11;154: 4;165:14;
191:16
twenty- (1)
188: 9
twenty-eight (1)
100:17
Twenty-five (3)
152:12,13;179:22
twenty-four (2)
162:11,11
twenty-one (1)
41:15
twenty-three (1)
179:22
twenty-two (1)
203:23
twice (2)
151:20;175:19
two (34)
7: 2;16: 3;26:20;
29:22;35:21;36: 7;
38:16;41:17;45: 2;
62:19;79:20;80:11;
82:10;86: 5;110:12;
115: 5;116: 2;128: 6;
147: 4;150:17,17;151: 4,
8;156:16,18;157:13;
158: 6;168: 3;169:14;
181: 4;182:14;193:17;
196: 9;200:15
two-asset (1)
32:15
two-party (4)

24: 3, 4, 5, 7
two-step (1)
36:13
type (7)
52:12;59:22;60:23;
82: 7;104: 4;105:10;
136:20
types (2)
25: 1;78:19

U

ultimate (5)
16: 3;33: 9;61: 4;
94: 6;117: 3
ultimately (7)
14: 4;15:24;16:15,20;
119:25;196:18;203:21
Um-hmm (4)
93:15;103:20;116: 1;
127:20
uncompetitive (1)
144: 9
under (21)
17: 9;23:14;29:20;
34:16,17;42: 6,17;43:21;
66:22;92: 9;131: 1,21;
136:21;150:22;153:25;
155: 3;157:11;162: 4;
173: 1;180:18;183: 2
underlying (1)
66:15
undersecured (3)
19:13;20:15,15
understan (1)
6:13
understandings (1)
6:13
understood (11)
14: 9;45: 5;73:10;
113:20;115:13,14;
116: 7;156: 1;158: 1;
177:15;179: 2
undertaken (1)
38: 9
unexpired (1)
137: 2
unfortunate (1)
11:17
unfortunately (1)
193:12
UNIDENTIFIED (6)
86:21;161:19;191:22,
23,24,25
Uniform (1)
102: 5
unimpressed (1)
195:14
unimproved (1)
97:22
units (1)
123:19
unknown (1)

99:21
unless (8)
36:15;49:20;74:24;
109: 1;117:12;139:20;
167: 5;202:19
unlikely (1)
27:13
unpaid (3)
107:22;108: 5;111:16
unravel (1)
32:25
unrelated (1)
109:22
unsaid (2)
203: 3, 7
unsecured (37)
18: 5, 7,20;19: 2, 3, 4,
10;20:16,18,21,22;
30:19,21;31:13;53:21,
24;64:15;73: 2;76:18;
88:12,24;89: 7;110: 6;
117: 5;118: 3;130: 9;
134:19;135: 4, 7,11;
169:10,17,21;170:10,10,
13;171:10
unsecureds (1)
32: 9
unusual (3)
10: 4;25:18,21
unwind (1)
33:19
up (64)
7:18;8:16;10:12,15,
20;11: 3,20;14:15;15: 1;
19:20;21: 4;24:13;
26:14;27:15;28:17,20;
29: 7;30: 7;31:15,16,24;
32:21;34:18;36:14,18,
22;37:17,17,19;38:18,
23;39: 9;41:11;42:11;
44:24;45: 7;46: 7;48:15;
53:23;68: 9;72: 8;80: 8;
82:25,25;83: 7, 8;87:12;
92:10;93: 2;98:20;
128:22,24;129:23;
140:24;144: 2;145:18;
153: 1;155:22;173: 6;
177:14;187:21;192: 8;
193:10;202: 2
upon (11)
29:12;33:14;38:25;
103: 6;120:14;133:17;
142:14;163:24;181: 8, 9;
183: 7
upset (2)
99:17;127:12
upside (1)
96:25
upstreamed (2)
38:24;39: 3
upstreaming (1)
85:12
Urban (2)

150:21,21
urge (2)
43:20,21
urged (1)
45: 1
use (28)
28: 6;37: 8;40:21;
44:23;48: 1;49:24,25;
56:14;66: 7;78:11;
83:11,15;109:16;119: 6;
132: 2, 5;150:20;180:20;
182:23;201:11;202:21
used (5)
45: 7;47: 5;56:18;
92: 6;148:14
using (5)
27:23;55:20;111:10;
182: 9,20
utilize (1)
180:17
utilized (1)
141:13
utilizing (1)
179:20

V

vacant (12)
27:10;35: 9;40:25;
41:19;58:14;97:17,18,
21;98: 1;147: 5,23;
180:14
valid (2)
99:13,15
validated (1)
113: 9
Valley (13)
21:11;22:13,14;33:22;
58:16;60: 7, 7;97:13,15;
102:20;115: 5;146:22;
147:25
Vallwood (1)
151: 4
valorem (9)
18:11,14,19;19: 8;
23:13;53: 5;80:24;
107:19,23
valuation (1)
143:12
value (78)
16:16;17: 3;21:18;
22:20;28: 3, 4;30:11;
33:18;38:25;39: 2, 5, 6;
53: 1;64:15,20,23,25;
65:13;79:18;81:24;
83: 1;90:22;94: 9,10,17;
95:24,25;103: 1, 6;
109: 2,12;110: 3, 3, 7;
112: 4;116: 9, 9,13,17,
22;121:20,20;122:19,21,
23,24;123:11,14;126: 9;
144: 4;146:24;148: 7;
150: 9;151:15,19,20,22,

24;152: 2, 6, 7,11,15;
153:15;155: 8;156: 3, 9,
19,20;177: 5,11;178: 7,
10,20;179:23;181: 4;
189:22;190: 2
**Valued (3)**
90:20;150: 1, 2
**values (6)**
28:10;40: 6;150: 1;
152: 3;177:20;189:23
**value's (1)**
116:14
**vandalized (1)**
148:20
**various (28)**
5: 7;8: 2;11:20;18:12,
14;19:12;20:11;27: 8;
54: 6;56:20;61: 8;62: 5;
66:20;67:11;74:21;
75: 8,24;76:10;83:15;
85:20;102:18;106: 7;
128: 1;140:15;151:14;
183:18;190:24;191: 5
**vendor (1)**
88: 3
**vendors (1)**
137:22
**venting (1)**
198:14
**venture (2)**
92: 8;148:16
**verification (1)**
46:13
**verified (1)**
167: 1
**vernacular (1)**
27:24
**versus (1)**
36:12
**viable (1)**
36:15
**vice (7)**
4: 3;50: 7,10,13;
61:15;85:16;140: 4
**View (20)**
21:11;22:13,14;33:22;
36:11;58:16;60: 7, 7;
64:18;65:10;73: 1;
83:14;97:13,15;102:20;
115: 6;121:7;24;143:20;
146:22;147:25
**viewed (1)**
127: 3
**Viola (2)**
201: 1;204: 1
**violate (1)**
195: 2
**violated (2)**
28:24;106:22
**violation (1)**
194:17
**Virginia (1)**
141:14

**virtually (1)**
199:12
**virtue (1)**
27: 5
**vision (1)**
158:10
**visit (1)**
110:13
**visited (1)**
18:23
**voir (1)**
174:23
**voluminous (2)**
11: 1;139:13
**votes (1)**
156: 6

## W

**wait (2)**
88:13;137:21
**waive (1)**
6:23
**walk (1)**
49: 8
**walking (1)**
49:23
**wants (4)**
69:12;74:24;194: 5;
197:18
**warehouse (1)**
147:23
**Warner (5)**
5: 4, 5, 5;22:24;189:16
**warranties (1)**
162:22
**Warranty (5)**
49: 6;73:17;176: 3, 6,
7
**Warwick (1)**
142: 7
**waste (2)**
196: 4;197:11
**wasted (1)**
197: 8
**water (2)**
86: 9;97:23
**way (41)**
24: 6;27: 5, 5;35:19;
39:15;42:17;43:22;
45:13;52:21;60:17,18;
82:23;85:23;110: 2;
111:13,24;113:10,19,20,
20;116: 8;117: 2,23,24;
118:23;123: 9,10,11,19;
126: 6;128: 3, 3;143:13;
155: 4, 5;156: 1, 1;
167: 8;180:13;199:13;
201: 3
**ways (1)**
142:19
**Weatherford (1)**
5:18

**week (6)**
38: 4;41: 6;51:11;
93: 9;155:22;200: 7
**weeks (1)**
38: 5
**weight (1)**
186: 1
**Weitman (136)**
4: 6, 7, 8;6: 2, 8, 8;
7:21;8:16,22;9:13,17;
10: 3,21,23,25;11:16,18,
24;12:14,20;13: 1, 4, 6,
9,12,16,19,22,25;14: 3;
16: 7,13;17:12;19:16,20,
22,24;20: 3, 6,10,14;
25: 4, 6, 8,12,14;26:21;
32:14;35:24;45:22;
46: 3, 7,10,22,24;47: 2,
9,11;48: 7,14;49: 1, 5, 7,
10,16,21;50: 1, 3;52:11;
58: 2, 5;63:10;71: 6, 9,
21;72: 5;80:14;85:25;
93: 1,12;104:17;139:15,
18;158: 9;159: 7;
161:20;163: 8,10;
167:22;168: 8;170:22,
24;171: 2, 7, 8;173:11;
175:17,25;176: 1;178: 2,
12,16,23;183:23,25;
184:17,19;185: 3,13;
188:24;191:15,18,20;
192: 1, 4,12,19,24;
193: 3,24;194:10,14,24;
195: 4, 7;196: 8, 9;
197: 2,12,14;199: 2, 5, 7;
203:19,25;204: 4
**Weitman's (3)**
30: 7;157:20;193:20
**Welcome (4)**
34:10;48: 1;139:20;
171: 8
**Wells (46)**
4: 9;6: 9,18;47:12;
48: 9;63:15,23;66:20;
72: 3;75:10;80:11,17;
81: 4;91:17;96:11,17,18;
97: 1;146: 4;151: 2;
155: 1,15;157:24;
160:19;162: 3, 6;169:15,
16,19;175:12,17,24;
176: 4, 9,13,19;177: 4,
17;178: 6, 9,19,21;
184: 1,17,25;191:18
**weren't (6)**
44:25;104: 8;114: 8,
9;115:17;136: 7
**West (4)**
141:14;144:15;
146:22;151: 6
**Westborough (1)**
166:15
**Westgrove (6)**
8: 4, 9;152:22,23;

153:20,20
**Weston (1)**
112:19
**What's (14)**
12:19;18: 1,23;31:23;
32:19;112:10;116:11;
123: 9;135: 3;143:20;
145: 4;148: 3;187:17;
197:19
**whereby (2)**
14:21;67:12
**where's (4)**
21:20;22: 1, 7,21
**Whereupon (1)**
204: 6
**wherewithal (1)**
119:12
**Whit (1)**
165:22
**Whittington (1)**
202:19
**who'd (1)**
26: 7
**whole (10)**
14:15;32:19;63: 1;
95: 9,11;114:13;122:19;
123:15;125:21;142:11
**who's (10)**
22: 6,10;33: 7;55: 9,
24;96: 3;105: 3;149: 6,
15;198: 3
**whose (2)**
44: 4;158:15
**Wicks (8)**
5:23,23;76:17;130: 8,
8,14,15;137:10
**willing (1)**
37:23
**Wilmer (1)**
158:16
**wish (1)**
34: 7
**Withdraw (2)**
124:16;128:16
**within (11)**
7: 8;40: 8;51:17;
56:25;64: 1;176: 9;
180: 1,183: 2;187:20;
188: 9;201:22
**without (12)**
7:14;24:24;46:12;
104: 4;108:19;137: 4;
187:19;189:24;190: 6,
11;201: 2;203:10
**witness (48)**
45:23,25;46: 2, 3, 4;
49:15,15;56: 3;59:12,16;
63: 5;69:13;70:15;73: 8,
12;74:23,24;85:25;
86:18;94:12;96:24;
98:11;100: 7;120:23;
125:15;128: 9;131:20;
134:14;135:18;138:21;

**139: 4;152:15;158:12;**
161: 9;167:14;174: 2,23;
175: 3;191: 9;192: 7,20,
23,25;195: 8;202
203: 4,13
**witnesses (5)**
191:13;192: 2,17;
193: 8;203: 4
**woke (1)**
29: 7
**word (4)**
61:14;73:19;109:16;
112: 8
**work (32)**
23:19;29:19,24;31:19;
33:17;60:24;70:19;
103:12;108: 9;116: 8;
118: 7;140: 3;142: 5;
144:16;149: 8;153: 6, 7;
163:24,25;164:18;
165: 3,11,25;179: 4;
180: 5,25;181:15,16;
198:25;199: 1;200:19;
201:16
**worked (9)**
27: 8;83:24;117: 3;
128: 3;140:18;142: 4;
165:25;170: 2;201:23
**working (17)**
11:21;26: 8;51:11,17;
79: 6;93:18;95: 8
140:16,19;141: 7;
7;145:18;153
163: 7;166: 3
**workout (1)**
31: 8
**works (7)**
6: 2;24:16;36:12;
80:25;113: 5;145: 8;
164:12
**world (1)**
22:15
**worry (4)**
23: 6, 8;109:13,15
**worse (1)**
7:12
**worth (10)**
18:11;19:25;92: 9,13;
123:14;140:14;141:24;
149:25;157:13;179:22
**wound (2)**
33: 3;140:24
**wrap (2)**
31:24;202: 2
**writing (1)**
179: 7
**written (1)**
125: 9
**wrong (7)**
57:16;88: 3;117
119:21;121:19,14
174:22
**wrongdoing (1)**

FRE REAL ESTATE, INC.; 11-30210-bjh11

32:13
**wrote (1)**
    113: 1

### Y

**year (7)**
    23:16;107:18,19;
    142:21;177:18;181:12;
    187: 1
**years (25)**
    60:21;61:17,18,19,20,
    25;62: 1;66:14,15;
    79:25;80:11;82:16;
    83:12;102:23,24,24;
    105:16;107:14;108:23;
    109: 8;149:13;156:18,
    19;181: 4, 9
**year's (1)**
    94:18
**yesterday (5)**
    47:16;125: 1, 2,11;
    186:18
**you've (1)**
    23:13
**youngest (1)**
    126:19

### Z

**zero (2)**
    30:14,15

HC 01287