Andrea Sheehan
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, TX  75205
(214) 521-8000
(214) 521-1738 FACSIMILE
sheehan@txschoollaw.com

ATTORNEY FOR CARROLLTON-FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **FRE REAL ESTATE, INC.** | § | |
| | § | Case No. 11-42042-DML-11 |
| | § | |
| | § | |
| Debtor (s). | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

Please take notice that pursuant to §1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> CARROLLTON-FARMERS BRANCH
> INDEPENDENT SCHOOL DISTRICT
> c/o Andrea Sheehan, Esq.
> LAW OFFICES OF ROBERT E. LUNA, P.C.
> 4411 N. Central Expressway
> Dallas, Texas 75205
> (214) 521-8000
> (214) 521-1738 FACSIMILE
> sheehan@txschoollaw.com

Please take further notice that pursuant to §1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS, PAGE 1

2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

    Respectfully submitted,

    LAW OFFICES OF ROBERT E. LUNA, P.C.
    4411 N. Central Expressway
    Dallas, Texas 75205
    (214) 521-8000
    (214) 521-1738 FACSIMILE
    sheehan@txschoollaw.com


    By:  /s/ Andrea Sheehan
          Andrea Sheehan
          State Bar No. 24002935

    Attorney for CARROLLTON-FARMERS BRANCH
    INDEPENDENT SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served upon the parties listed below at the designated addresses, via electronic mail or first class U.S. mail this 14th day of April, 2011.


    /s/ Andrea Sheehan
    ANDREA SHEEHAN

| | |
|---|---|
| Robert A. Simon<br>Barlow Garsek & Simon, LLP<br>3815 Lisbon Street<br>Fort Worth, TX 76107 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1496 |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS, PAGE 2