# Summary of Probable Chapter 11 Plan

The Debtor's real estate assets consist of Fenton Centre, 4.7 acres of adjacent land, the 6.60 acre Three Hickory Tract, and the Thermalloy Building. The Debtor has limited property assets.

The Debtor generates about $650,000 in rental income and cost recoveries. The Debtor anticipates that this amount will increase as the market improves. The Debtor is negotiating with HCA to lease 100,000 square feet at $19.00 per square foot. If the Debtor attracts the HCA lease, rental income will increase substantially, after the first year, when HCA will have free rent.

The Debtor anticipates filing a Chapter 11 plan of reorganization to rehabilitate the Debtor and pay its creditors on the following terms:

| Class | Type of Claim | Estimated Amount | Treatment | Impaired |
|---|---|---|---|---|
| Unclassified | Administrative | $150,000 | Full Payment on the Effective Date or soon thereafter | No |
| Unclassified | Unsecured Priority | $0.00 | Full payment | No. |
| Class 1 | 2010 Secured Tax Claims | $53,851.29 | Full payment 90 days after the Effective Date. | Yes |
| Class 2 | 2011 Secured Tax Claims | $1,448,488.88 | 2011 taxes will be paid when due in January 2012. | No. |
| Class 3 | Mechanic's Lien of Paragon Painting | $2,275 | Full in two equal payments made on the Effective Date and 180 days after the Effective Date. | Yes |

| | | | | |
|---|---|---|---|---|
| Class 4 | Secured Claim of NexBank | $60.4 million, estimated to be $57.5 million after sale of 4.7 acre Fenton Centre parcel, Three Hickory tract, and Thermalloy tract. | The Debtor will sell the non-Fenton Centre collateral to reduce the debt. The Plan will extend the maturity of the remaining secured debt based up a 20 amortization, at the 5% contract rate, with a maturity at 5 years. The Note will paid interest only for one year, before amortizing | Yes. |
| Class 5 | Secured Claim of Propel Financial on the Thermalloy Building | $59,312.48 | Full payment over one year in four equal quarterly payments, beginning in January 2012. The non-default contract interest rate will apply. | Yes |
| Class 6 | Secured Claim of Propel Financial on the Three Hickory tract | $4,746.23 | Full payment 90 days after on the Effective Date. The non-default contract interest rate will apply. | Yes |

| Class 7 | Obligations to Tenants | $548,085.84 | Full repayment of security deposit when due, according to contract terms, beginning 30 days after the Effective Date. As to all other claims, Debtor will repay such claims in full over two (2) years in quarterly installments, beginning 90 days after the Effective Date | Yes |
|---|---|---|---|---|
| Class 8 | Vendor and Trade Claims | $887,562.94 | Full payment over four (4) years in quarterly installments, beginning 90 days after the Effective Date. | Yes. |
| Class 9 | Money loaned by Affiliates | $3,422,420.08 | Full payment over four (4) years in quarterly installments, beginning 90 days after the Effective Date, but subordinated to the claims of tenants and vendors | Yes. |
| Class 10 | Equity Interests | 100% of stock | Equity will retain its interest | No. |